# EXHIBIT B

Int. Cl.: 15

Prior U.S. Cl.: 36

**United States Patent and Trademark Office**

Reg. No. 2,053,805

Registered Apr. 22, 1997

## TRADEMARK
PRINCIPAL REGISTER



GIBSON GUITAR CORP. (DELAWARE CORPORATION)
1818 ELM HILL PIKE
NASHVILLE, TN 37210

FOR: STRINGED INSTRUMENTS, NAMELY GUITARS, IN CLASS 15 (U.S. CL. 36).

FIRST USE 12-31-1958; IN COMMERCE 12-31-1958.

THE MARK COMPRISES A FANCIFUL CONFIGURATION OF A GUITAR BODY.

SER. NO. 74-570,078, FILED 9-6-1994.

LORI SCHULMAN, EXAMINING ATTORNEY