# EXHIBIT C

Int. Cl.: 15

Prior U.S. Cl.: 36

**United States Patent and Trademark Office**  Reg. No. 2,007,277
Registered Oct. 8, 1996

## TRADEMARK
### SUPPLEMENTAL REGISTER



GIBSON GUITAR CORP. (DELAWARE CORPORATION)
1818 ELM HILL PIKE
NASHVILLE, TN 37210

FOR: STRINGED INSTRUMENTS, NAMELY GUITARS, IN CLASS 15 (U.S. CL. 36).
FIRST USE 12-31-1958; IN COMMERCE 12-31-1958.

THE MARK COMPRISES A FANCIFUL CONFIGURATION OF A GUITAR BODY.

SER. NO. 74-570,029, FILED P.R. 9-6-1994; AM. S.R. 7-26-1996.

LORI SCHULMAN, EXAMINING ATTORNEY

Int. Cl.: 15

Prior U.S. Cl.: 36

**United States Patent and Trademark Office**    Reg. No. 2,007,277
                                                 Registered Oct. 8, 1996

## TRADEMARK
### SUPPLEMENTAL REGISTER



GIBSON GUITAR CORP. (DELAWARE CORPORATION)
1818 ELM HILL PIKE
NASHVILLE, TN 37210

FOR: STRINGED INSTRUMENTS, NAMELY GUITARS, IN CLASS 15 (U.S. CL. 36).
 FIRST USE 12-31-1958; IN COMMERCE 12-31-1958.

THE MARK COMPRISES A FANCIFUL CONFIGURATION OF A GUITAR BODY.

SER. NO. 74-570,029, FILED P.R. 9-6-1994; AM. S.R. 7-26-1996.

LORI SCHULMAN, EXAMINING ATTORNEY