# EXHIBIT D

Int. Cl.: 15

Prior U.S. Cls.: 2, 21 and 36

**United States Patent and Trademark Office**  Reg. No. 1,931,670
Registered Oct. 31, 1995

## TRADEMARK
### PRINCIPAL REGISTER

### HUMMINGBIRD

GIBSON GUITAR CORP. (DELAWARE CORPORATION)
1818 ELM HILL PIKE
NASHVILLE, TN 37210

FOR: STRINGED MUSICAL INSTRUMENTS, NAMELY GUITARS, IN CLASS 15 (U.S. CLS. 2, 21 AND 36).

FIRST USE 6-30-1960; IN COMMERCE 6-30-1960.

OWNER OF U.S. REG. NO. 896,054.

SER. NO. 74-605,069, FILED 12-1-1994.

JEFFERY FRAZIER, EXAMINING ATTORNEY