# EXHIBIT E

Int. Cl.: 15

Prior U.S. Cls.: 2, 21, and 36

United States Patent and Trademark Office

Reg. No. 3,588,609
Registered Mar. 10, 2009

TRADEMARK
PRINCIPAL REGISTER

# MODERNE

GIBSON GUITAR CORP. (DELAWARE CORPORATION)
309 PLUS PARK BOULEVARD
NASHVILLE, TN 37217

FOR: MUSICAL INSTRUMENTS, IN CLASS 15 (U.S. CLS. 2, 21 AND 36).

FIRST USE 6-15-1982; IN COMMERCE 6-15-1982.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 2,460,051.

SN 77-383,144, FILED 1-29-2008.

DANNEAN HETZEL, EXAMINING ATTORNEY