# EXHIBIT F

 Case 4:19-cv-05398-ALM Document 14 Filed 05/04/19 Page 2 of 28 PageID #:

     
FREE SHIPPING ON ALL GUITARS (Continental US Only)    LIMITED LIFETIME WARRANTY!    100% QUALITY GUARANTEE!    TRUSTED SERVICE FOR ALMOST 40 YEARS

# V SERIES



Karl Sanders "The Black V" - Trans Black



V 79 Flame Top - Trans Brazilia



V 79 Flame Top - Trans Black



V 79 Floyd Flame Top - Trans Black



V Stealth - Black Satin w/EMG



VX - Classic Black



VX Flame Top - Charcoal Burst



SUBSCRIBE TO DEAN NEWS

 Back to top

Document title: V SERIES | Dean Guitars
Capture URL: http://www.deanguitars.com/subcategory?series=v_series
Capture timestamp (UTC): Wed, 18 Oct 2017 21:55:02 GMT



     

## SUBSCRIBE TO DEAN NEWS

Enter your email to join our newsletter

**SIGN UP**

### GUITARS

Electric Guitars

Acoustic Guitars

Acoustic Electric Guitars

Bass Guitars

Custom Guitars

USA Active Inventory

Left Handed Guitars

Banjos for Sale

7 String Guitars

8 String Guitars

### SERVICE

About Dean

Warranty Registration

Customer Service

Policies

Contact Us

### BASSES

Electric Basses

Acoustic Basses

### AMPS

Acoustic Guitar Amp

Bass Amp

### ACCESSORIES

Guitar Cases

Guitar Pickups

Dean Merch

### ARTISTS

Dean Artists USA

Dean International Artists

### ACOUSTIC INSTRUMENTS

Resonator Guitar

Banjos

Mandolins

Ukuleles

### BROWSE BY STYLE

Rock Guitar

Metal Guitar

Blues Guitar

Contemporary Guitar

Country Guitar

Bluegrass Guitar

### FEATURE

The Dean Forum

Guitars for Beginners

Black Electric Guitars

Cool Guitars



Document title: V SERIES | Dean Guitars
Capture URL: http://www.deanguitars.com/subcategory?series=v_series
Capture timestamp (UTC): Wed, 18 Oct 2017 21:55:02 GMT

## SUBSCRIBE TO DEAN NEWS

Enter your email to join our newsletter

**SIGN UP**

---

**GUITARS**

Electric Guitars

Acoustic Guitars

Acoustic Electric Guitars

Bass Guitars

Custom Guitars

USA Active Inventory

Left Handed Guitars

Banjos for Sale

7 String Guitars

8 String Guitars

**SERVICE**

About Dean

Warranty Registration

Customer Service

Policies

Contact Us

**BASSES**

Electric Basses

Acoustic Basses

**AMPS**

Acoustic Guitar Amp

Bass Amp

**ACCESSORIES**

Guitar Cases

Guitar Pickups

Dean Merch

**ARTISTS**

Dean Artists USA

Dean International Artists

**ACOUSTIC INSTRUMENTS**

Resonator Guitar

Banjos

Mandolins

Ukuleles

**BROWSE BY STYLE**

Rock Guitar

Metal Guitar

Blues Guitar

Contemporary Guitar

Country Guitar

Bluegrass Guitar

**FEATURE**

The Dean Forum

Guitars for Beginners

Black Electric Guitars

Cool Guitars

---



Copyright © 2017 Armadillo Distribution Enterprises. All Rights Reserved.
Policies / Terms & Conditions


GUITARS  BASSES  ACOUSTICS  AMPS  MERCH  ARTISTS  SUPPORT

DEALERS ▼   SEARCH Q   CART 🛒

  

# ERIC PETERSON SERIES

Eric Peterson Hunter V

Eric Peterson Old Skull V Limited - CWH

Eric Peterson Old Skull V w/Case

     

## SUBSCRIBE TO DEAN NEWS

Enter your email to join our newsletter

SIGN UP

---

### GUITARS

Electric Guitars

Acoustic Guitars

Acoustic Electric Guitars

Bass Guitars

Custom Guitars

USA Active Inventory

### BASSES

Electric Basses

Acoustic Basses

### AMPS

Acoustic Guitar Amp

Bass Amp

### ACOUSTIC INSTRUMENTS

Resonator Guitar

Banjos

Mandolins

Ukuleles

### BROWSE BY STYLE

Back to top

SUBSCRIBE TO DEAN NEWS

Enter your email to join our newsletter

**SIGN UP**

---

### GUITARS

Electric Guitars

Acoustic Guitars

Acoustic Electric Guitars

Bass Guitars

Custom Guitars

USA Active Inventory

Left Handed Guitars

Banjos for Sale

7 String Guitars

8 String Guitars

### SERVICE

About Dean

Warranty Registration

Customer Service

Policies

Contact Us

### BASSES

Electric Basses

Acoustic Basses

### AMPS

Acoustic Guitar Amp

Bass Amp

### ACCESSORIES

Guitar Cases

Guitar Pickups

Dean Merch

### ARTISTS

Dean Artists USA

Dean International Artists

### ACOUSTIC INSTRUMENTS

Resonator Guitar

Banjos

Mandolins

Ukuleles

### BROWSE BY STYLE

Rock Guitar

Metal Guitar

Blues Guitar

Contemporary Guitar

Country Guitar

Bluegrass Guitar

### FEATURE

The Dean Forum

Guitars for Beginners

Black Electric Guitars

Cool Guitars

---



Copyright © 2017 Armadillo Distribution Enterprises. All Rights Reserved.
Policies / Terms & Conditions



      

GUITARS ▼   BASSES ▼   ACOUSTICS ▼   AMPS ▼   MERCH ▼   ARTISTS ▼   SUPPORT ▼

DEALERS ▼    SEARCH 🔍    CART 🛒

**FREE SHIPPING ON ALL GUITARS** (Continental US Only)   **LIMITED LIFETIME WARRANTY!**   **100% QUALITY GUARANTEE!**   **TRUSTED SERVICE FOR ALMOST 40 YEARS**

# KARL SANDERS SERIES



Karl Sanders "The Black V" - Trans Black

     

# SUBSCRIBE TO DEAN NEWS

Enter your email to join our newsletter

SIGN UP

▲ Back to top

## GUITARS

Electric Guitars

Acoustic Guitars

Acoustic Electric Guitars

Bass Guitars

Custom Guitars

USA Active Inventory

## BASSES

Electric Basses

Acoustic Basses

## AMPS

Acoustic Guitar Amp

Bass Amp

## ACOUSTIC INSTRUMENTS

Resonator Guitar

Banjos

Mandolins

Ukuleles

## BROWSE BY STYLE

## SUBSCRIBE TO DEAN NEWS

Enter your email to join our newsletter

**SIGN UP**

---

**GUITARS**

Electric Guitars

Acoustic Guitars

Acoustic Electric Guitars

Bass Guitars

Custom Guitars

USA Active Inventory

Left Handed Guitars

Banjos for Sale

7 String Guitars

8 String Guitars

**SERVICE**

About Dean

Warranty Registration

Customer Service

Policies

Contact Us

**BASSES**

Electric Basses

Acoustic Basses

**AMPS**

Acoustic Guitar Amp

Bass Amp

**ACCESSORIES**

Guitar Cases

Guitar Pickups

Dean Merch

**ARTISTS**

Dean Artists USA

Dean International Artists

**ACOUSTIC INSTRUMENTS**

Resonator Guitar

Banjos

Mandolins

Ukuleles

**BROWSE BY STYLE**

Rock Guitar

Metal Guitar

Blues Guitar

Contemporary Guitar

Country Guitar

Bluegrass Guitar

**FEATURE**

The Dean Forum

Guitars for Beginners

Black Electric Guitars

Cool Guitars

---



Copyright © 2017 Armadillo Distribution Enterprises. All Rights Reserved.
Policies / Terms & Conditions



GUITARS ▾   BASSES ▾   ACOUSTICS ▾   AMPS ▾   MERCH ▾   ARTISTS ▾   SUPPORT ▾

DEALERS ▾   SEARCH ⚲   CART 🛒

     

# MICHAEL SCHENKER SERIES



Michael Schenker 2004 w/Case



Michael Schenker Custom Flames w/Case



Michael Schenker Retro



Michael Schenker Retro Red Black



Michael Schenker Standard



Michael Schenker Yin Yang



## SUBSCRIBE TO DEAN NEWS

Enter your email to join our newsletter

SIGN UP

GUITARS     BASSES     ACOUSTIC INSTRUMENTS

## SUBSCRIBE TO DEAN NEWS

Enter your email to join our newsletter

**SIGN UP**

---

### GUITARS

Electric Guitars

Acoustic Guitars

Acoustic Electric Guitars

Bass Guitars

Custom Guitars

USA Active Inventory

Left Handed Guitars

Banjos for Sale

7 String Guitars

8 String Guitars

### SERVICE

About Dean

Warranty Registration

Customer Service

Policies

Contact Us

### BASSES

Electric Basses

Acoustic Basses

### AMPS

Acoustic Guitar Amp

Bass Amp

### ACCESSORIES

Guitar Cases

Guitar Pickups

Dean Merch

### ARTISTS

Dean Artists USA

Dean International Artists

### ACOUSTIC INSTRUMENTS

Resonator Guitar

Banjos

Mandolins

Ukuleles

### BROWSE BY STYLE

Rock Guitar

Metal Guitar

Blues Guitar

Contemporary Guitar

Country Guitar

Bluegrass Guitar

### FEATURE

The Dean Forum

Guitars for Beginners

Black Electric Guitars

Cool Guitars

---



Copyright © 2017 Armadillo Distribution Enterprises. All Rights Reserved.
Policies / Terms & Conditions



GUITARS ▼   BASSES ▼   ACOUSTICS ▼   AMPS ▼   MERCH ▼   ARTISTS ▼   SUPPORT ▼

DEALERS ▼   SEARCH 🔍   CART 🛒








# TRACI GUNS SERIES



Tracii Guns V Floyd - Black Satin

f  🐦  📌  📷  ▶Tube  t

## SUBSCRIBE TO DEAN NEWS

Enter your email to join our newsletter

SIGN UP

| GUITARS | BASSES | ACOUSTIC INSTRUMENTS |
|---|---|---|
| Electric Guitars | Electric Basses | Resonator Guitar |
| Acoustic Guitars | Acoustic Basses | Banjos |
| Acoustic Electric Guitars | | Mandolins |
| Bass Guitars | **AMPS** | Ukuleles |
| Custom Guitars | Acoustic Guitar Amp | |
| USA Active Inventory | Bass Amp | **BROWSE BY STYLE** |

# SUBSCRIBE TO DEAN NEWS

Enter your email to join our newsletter

**SIGN UP**

---

## GUITARS

Electric Guitars

Acoustic Guitars

Acoustic Electric Guitars

Bass Guitars

Custom Guitars

USA Active Inventory

Left Handed Guitars

Banjos for Sale

7 String Guitars

8 String Guitars

### SERVICE

About Dean

Warranty Registration

Customer Service

Policies

Contact Us

## BASSES

Electric Basses

Acoustic Basses

## AMPS

Acoustic Guitar Amp

Bass Amp

## ACCESSORIES

Guitar Cases

Guitar Pickups

Dean Merch

## ARTISTS

Dean Artists USA

Dean International Artists

## ACOUSTIC INSTRUMENTS

Resonator Guitar

Banjos

Mandolins

Ukuleles

## BROWSE BY STYLE

Rock Guitar

Metal Guitar

Blues Guitar

Contemporary Guitar

Country Guitar

Bluegrass Guitar

## FEATURE

The Dean Forum

Guitars for Beginners

Black Electric Guitars

Cool Guitars

---



Copyright © 2017 Armadillo Distribution Enterprises. All Rights Reserved.
Policies / Terms & Conditions



GUITARS ▾   BASSES ▾   ACOUSTICS ▾   AMPS ▾   MERCH ▾   ARTISTS ▾   SUPPORT ▾

DEALERS ▾   SEARCH Q   CART 🛒






**FREE SHIPPING ON ALL GUITARS** (Continental US Only)   **LIMITED LIFETIME WARRANTY!**   **100% QUALITY GUARANTEE!**   **TRUSTED SERVICE FOR ALMOST 40 YEARS**

# Z SERIES





Z 79 Flame Top - Trans Black        Z 79 Floyd Flame Top - Trans Black        Z 79 Floyd Flame Top - Trans Brazilia





ZX - Classic Black        ZX - Trans Brazilia        ZX Flame Top - Charcoal Burst

▲ Back to top



# SUBSCRIBE TO DEAN NEWS

Enter your email to join our newsletter

**SIGN UP**

**GUITARS**        **BASSES**        **ACOUSTIC INSTRUMENTS**

Document title: Z SERIES | Dean Guitars
Capture URL: http://www.deanguitars.com/subcategory?series=z_series
Capture timestamp (UTC): Wed, 18 Oct 2017 21:59:15 GMT

Page 1 of 2

## SUBSCRIBE TO DEAN NEWS

Enter your email to join our newsletter

**SIGN UP**

---

### GUITARS

Electric Guitars

Acoustic Guitars

Acoustic Electric Guitars

Bass Guitars

Custom Guitars

USA Active Inventory

Left Handed Guitars

Banjos for Sale

7 String Guitars

8 String Guitars

### SERVICE

About Dean

Warranty Registration

Customer Service

Policies

Contact Us

### BASSES

Electric Basses

Acoustic Basses

### AMPS

Acoustic Guitar Amp

Bass Amp

### ACCESSORIES

Guitar Cases

Guitar Pickups

Dean Merch

### ARTISTS

Dean Artists USA

Dean International Artists

### ACOUSTIC INSTRUMENTS

Resonator Guitar

Banjos

Mandolins

Ukuleles

### BROWSE BY STYLE

Rock Guitar

Metal Guitar

Blues Guitar

Contemporary Guitar

Country Guitar

Bluegrass Guitar

### FEATURE

The Dean Forum

Guitars for Beginners

Black Electric Guitars

Cool Guitars

---



Copyright © 2017 Armadillo Distribution Enterprises. All Rights Reserved.
Policies / Terms & Conditions



GUITARS ▼    BASSES ▼    ACOUSTICS ▼    AMPS ▼    MERCH    ARTISTS ▼    SUPPORT ▼

DEALERS ▼    SEARCH Q    CART 🛒








# JOHN CONNOLLY SERIES



John Connolly Z - Trans Red

f 🐦 📌 📷 ▶️Tube t

## SUBSCRIBE TO DEAN NEWS

Enter your email to join our newsletter

SIGN UP

| GUITARS | BASSES | ACOUSTIC INSTRUMENTS |
|---|---|---|
| Electric Guitars | Electric Basses | Resonator Guitar |
| Acoustic Guitars | Acoustic Basses | Banjos |
| Acoustic Electric Guitars | | Mandolins |
| Bass Guitars | **AMPS** | Ukuleles |
| Custom Guitars | Acoustic Guitar Amp | |
| USA Active Inventory | Bass Amp | **BROWSE BY STYLE** |

Document title: JOHN CONNOLLY SERIES | Dean Guitars
Capture URL: http://www.deanguitars.com/subcategory?series=john_connolly_series
Capture timestamp (UTC): Wed, 18 Oct 2017 21:59:51 GMT

Page 1 of 2

**SUBSCRIBE TO DEAN NEWS**

Enter your email to join our newsletter

**SIGN UP**

## GUITARS

Electric Guitars

Acoustic Guitars

Acoustic Electric Guitars

Bass Guitars

Custom Guitars

USA Active Inventory

Left Handed Guitars

Banjos for Sale

7 String Guitars

8 String Guitars

### SERVICE

About Dean

Warranty Registration

Customer Service

Policies

Contact Us

## BASSES

Electric Basses

Acoustic Basses

### AMPS

Acoustic Guitar Amp

Bass Amp

### ACCESSORIES

Guitar Cases

Guitar Pickups

Dean Merch

### ARTISTS

Dean Artists USA

Dean International Artists

## ACOUSTIC INSTRUMENTS

Resonator Guitar

Banjos

Mandolins

Ukuleles

### BROWSE BY STYLE

Rock Guitar

Metal Guitar

Blues Guitar

Contemporary Guitar

Country Guitar

Bluegrass Guitar

### FEATURE

The Dean Forum

Guitars for Beginners

Black Electric Guitars

Cool Guitars



Copyright © 2017 Armadillo Distribution Enterprises. All Rights Reserved.
Policies / Terms & Conditions

Document title: JOHN CONNOLLY SERIES | Dean Guitars
Capture URL: http://www.deanguitars.com/subcategory?series=john_connolly_series
Capture timestamp (UTC): Wed, 18 Oct 2017 21:59:51 GMT





| Products | Gear & Accessories | Luna News | Community | Artists | Dealers | Support | 🛒 Cart |

You are here: *Home* › Electric Guitars

## Electric Guitars

### Athena Series

The Athena 501 Semi-Hollowbody Electric Guitar offers versatility between rock, blues, jazz and more; the opportunities are endless! The 501 is a bigger body electric guitar built with the power of beauty and performance in mind. The dual humbucker pick ups, 3-way toggle, 2 volumes and 2 tones allow you full control over your sound. With this in mind, the Athena 501 is a force to be reckoned with! Of course, detail does not stop there because looks could kill with this Luna electric. From the flamed Maple Top and body to the Gold Satin Hardware, you've certainly got some powerful eye candy with this Semi-Hollowbody.





**Athena Semi-Hollowbody - Gloss Natural**

$499.00+ FREE SHIPPING (U.S. ONLY)

**Athena Semi-Hollowbody - Trans Red**

$499.00+ FREE SHIPPING (U.S. ONLY)



Armadillo Enterprises, Inc. 4924 W Waters Avenue, Tampa, FL 33634

Copyright © 2019 Armadillo Enterprises, Inc.



| Search... | Products | Gear & Accessories | Luna News | Community | Artists | Dealers | Support | 🛒 Cart |

MSRP: $749.00
PRICE: **$499.00** ✓

# Athena Semi-Hollowbody – Gloss Natural

**ADD TO CART**

Available for Preorder: August




✓ FREE SHIPPING (limited time, US only - lower 48)



---

There are no items in your cart.

## Athena Semi-Hollowbody – Gloss Natural

The Athena 501 is equipped to take on any stage of all sizes. If youre looking for a sharp looking Semi-Hollowbody guitar for Rock, Blues, Alternative or any genre of music, take this gorgeous Flamed Maple top with you. This full electric guitar has incredible tone and beautiful features. From the detailed ripples on the Flame maple to the Gold Satin Hardware and Dual Humbucking Covered Pickups, specs are not an issue. Set V Neck. Offered in Gloss Natural or Trans Red.

| | | | | |
|---|---|---|---|---|
| **Item ID** | ATH 501 NAT | | **Nut** | Polymer (Plastic) (OEM) |
| **Model Name** | Athena Semi-Hollowbody - Natural | | **Nut Width** | 1 11/16" (43mm) |
| **Dexterity** | Right Handed | | **Tuners** | Sealed Die Cast |
| **Body Material** | Maple | | **Knobs** | Top Hat Gold |
| **Body Type** | Athena | | **Hardware Color** | Gold Satin |
| **Top Material** | Flame Maple | | **Bridge** | Tune-O-Matic |
| **Top Contour** | Arched Top w/F Holes | | **Pickup (Neck)** | Humbucker |
| **Neck Material** | Mahogany | | **Pickup (Bridge)** | Humbucker |
| **Scale Length** | 24 3/4" (629mm) | | **Binding** | Multiply |
| **Construction** | Set Neck | | **Finish** | Gloss Natural |
| **Neck Shape** | C | | **Truss Rod** | Dual Action |
| **Fretboard Material** | Jatoba | | **Controls** | Vol/Vol/Tone/Tone/3-Way Toggle |
| **Inlays** | Pearl Block | | **Strings** | D'Addario EXL120 (.009-.042) |
| **# of Frets** | 22 Jumbo | | **Availability** | August |
| **Fretboard Radius** | 12" (305mm) | | | |
| | | | | |
| **Case Options:** | HSDA, HSDABK | | | |

Document title: Athena Semi-Hollowbody - Natural | Luna Guitars
Capture URL: https://www.lunaguitars.com/query?upc=819998084837
Capture timestamp (UTC): Fri, 10 May 2019 03:34:22 GMT

| Neck Shape | C | Truss Rod | Dual Action |
| Fretboard Material | | Strings | |
| Inlays | Pearl Block | | D'Addario EXL 120 (.009-.042) |
| # of Frets | 22 Jumbo | Availability | |
| Fretboard Radius | 12" (305mm) | | August |

**Case Options:** HSDA, HSDABK

## Watch a Video



## Read / Write a Review



## Get Help

### Need help or assistance with this item?

Click here for **customer service** and a member of our staff will be happy to assist you!


Reviews (1)

 **Mike** Verified Reviewer ★★★★★ 07/29/18

**Beautiful Guitar ... and dos the job!**
As above really - great fun and beautifully made. Have fun !

Share + Was This Review Helpful? 👍 0 👎 0

## Get Help

### Need help or assistance with this item?

Click here for **customer service** and a member of our staff will be happy to assist you!

## See also...



**Athena Semi-Hollowbody - Trans Red**
$499.00+ FREE SHIPPING (U.S. ONLY)



Armadillo Enterprises, Inc. 4924 W Waters Avenue, Tampa, FL 33634

Copyright © 2019 Armadillo Enterprises, Inc.

GUITARS



Search...

| Products | Gear & Accessories | Luna News | Community | Artists | Dealers | Support | 🛒 Cart |

# Fauna Hummingbird A/E – Gloss Natural

MSRP: $969.00
PRICE: **$649.00** ✓

**ADD TO CART**

Available for Preorder: August

FREE SHIPPING (limited time, US only - lower 48)



There are no items in your cart.

## Fauna Hummingbird A/E – Gloss Natural

The Hummingbird is a symbol of love, joy, and beauty. When the hummingbird hovers over flowers while drinking nectar, we learn that we should savor each moment, and appreciate the things we love. It reminds us that if we find joy in what we do, we become light as a feather, and life is rich with nectar. The hummingbird is also a symbol of great strength as they are able to hover for as much as 50 minutes in one place. Because of this, it symbolizes the ability to accomplish the seemingly impossible. Luna Guitars' iridescent Hummingbird hovers at the sound hole drawing nectar from a pink abalone flower. Its petite parlor size body includes a Fishman preamp system and, like its namesake, is powerful beyond expectation. Plugged in, the state-of-the-art Fishman preamp tuner maintains the intimate and natural acoustic tonal quality of this fine instrument. The Fishman Presys II provides a 2-band EQ with volume control, built-in tuner, and phase switch to fight feedback. Case sold separately.

| | | | |
|---|---|---|---|
| **Item ID** | FAU HUM | **Nut** | Graph Tech NuBone |
| **Model Name** | Fauna Hummingbird Quilt Maple A/E GN | **Nut Width** | 1 11/16" (43mm) |
| **Design Feature** | Abalone Hummingbird | **Tuners** | Diecast Satin |
| **Dexterity** | Right Handed | **Knobs** | None |
| **Body Material** | Maple | **Hardware Color** | Satin Chrome |
| **Body Type** | Parlor Cutaway | **Bridge** | Pau Ferro |
| **Top Material** | Quilted Maple | **Pickup (Bridge)** | Piezo |
| **Top Contour** | Flat Top | **Binding** | Multi-Ply |
| **Neck Material** | Mahogany | **Finish** | Gloss Natural |
| **Scale Length** | 25 1/2" (648mm) | **Truss Rod** | Dual Action |
| **Construction** | Set Neck | **Pre-amp Type** | Fishman Presys II (PSY-BAAA-AAA) |
| **Neck Shape** | C | **Controls** | Built-In EQ |
| **Fretboard Material** | Pau Ferro | **Strings** | D'Addario EXP16 (.12–053) Coated |
| **Inlays** | Abalone Moon Phases | **Availability** | August |
| **# of Frets** | 19 | | |
| **Fretboard Radius** | 12" (305mm) | | |
| **Case Options:** | I I FR | | |

Document title: Fauna Hummingbird Quilt Maple A/E GN | Luna Guitars
Capture URL: https://www.lunaguitars.com/query?upc=814064029262
Capture timestamp (UTC): Fri, 10 May 2019 03:36:41 GMT

Page 1 of 4

| | | | |
|---|---|---|---|
| **Scale Length** | 25 1/2" (648mm) | **Truss Rod** | Dual Action |
| **Construction** | | **Controls** | Built-In EQ |
| **Neck Shape** | C | **Strings** | D'Addario EXP16 (.12-.053) Coated |
| **Fretboard Material** | Pau Ferro | **Availability** | August |
| **Inlays** | Abalone Moon Phases | | |
| **# of Frets** | 19 | | |
| **Fretboard Radius** | 12" (305mm) | | |

**Case Options:** LLFP

## Watch a Video



Luna Fauna Hummingbird

## Read / Write a Review

Powered by

★★★★★  2 Reviews    [ WRITE A REVIEW ]

**Reviews (2)**



c g. Verified Reviewer                                                                07/22/18
★★★★★

**My hummingbird parlor**
Got my little Luna in 2014 , what a great guitar, very versatile fantastic sound , plug or unplugged. Get a lot of compliments on its playability and it's beautiful looks. Have been very happy with this Luna purchase. A thumbs ups, all the way. I know this guitar will be with me for a long while.

[ Share |                                                        Was This Review Helpful?  👍 2   👎 0

Erin Z. Verified Reviewer                                                             07/17/18
★★★★★

**Love My Hummingbird**
it is a little flashy to my tastes; but it it very pretty

Document title: Fauna Hummingbird Quilt Maple A/E GN | Luna Guitars
Capture URL: https://www.lunaguitars.com/query?upc=814064029262
Capture timestamp (UTC): Fri, 10 May 2019 03:36:41 GMT



**Erin Z.** Verified Reviewer

★★★★★                                                        07/17/18

**Love My Hummingbird**

It is a little flashy to my tastes; but, it very pretty.
I've been playing mine since 2012. It has the older piezo.
To my ears and fingers this guitar is a monster in tone and accuracy.
I string her with J. Pierce 13-58 20/80 bronze.
I play her every day (6-8 hours).
Change her strings at a minimum -weekly.

I absolu...Read More

Share |                                          Was This Review Helpful?  👍 2   👎 0

## Get Help

### Need help or assistance with this item?

Click here for **customer service** and a member of our staff will be happy to assist you!

### See also...



**Uke Dragonfly - Solid Spruce Top**

$169.00+ FREE SHIPPING (U.S. ONLY)

**Uke Dolphin Concert Flame Top A/E - Trans Blue**

$299.00+ FREE SHIPPING (U.S. ONLY)

**Fauna Phoenix A/E - Classic Black**

$649.00+ FREE SHIPPING (U.S. ONLY)

**Fauna Dragonfly A/E - Trans Teal**

$649.00+ FREE SHIPPING (U.S. ONLY)



**Uke Dragonfly - Solid Spruce Top**

$169.00+ FREE SHIPPING (U.S. ONLY)

**Uke Dolphin Concert Flame Top A/E - Trans Blue**

$299.00+ FREE SHIPPING (U.S. ONLY)

**Fauna Phoenix A/E - Classic Black**

$649.00+ FREE SHIPPING (U.S. ONLY)



**Fauna Dragonfly A/E - Trans Teal**

$649.00+ FREE SHIPPING (U.S. ONLY)



**Fauna Dragon A/E - Classic Black**

$649.00+ FREE SHIPPING (U.S. ONLY)



LUNA GUITARS

Armadillo Enterprises, Inc. 4924 W Waters Avenue, Tampa, FL 33634

Copyright © 2019 Armadillo Enterprises, Inc.

SKU: MD24FMFTGE

## MODERN 24 SELECT FLAME FLOYD TIGER EYE

[ View All From Series ]



      

### DEAN GUITARS

### MODERN 24 SELECT FLAME FLOYD TIGER EYE

The new Select Series by Dean is here! Designed by professional musicians for professional musicians without breaking the bank. The MD Select Series models feature Satin Necks for ease of playing and endurance. Mahogany Bodies with 3pc maple necks. 24 jumbo fret Ebony Fingerboards. Easy access heel joints, Stunning Tiger eye Flame maple tops, and exclusive Direct Mount Seymour Duncan TB5 and APH-1 pickups in a zebra parchment finish and sand blasted pole pieces to set the look apart from the rest. Floyd Rose 1000 series bridge system for tuning stability and dependability. 250K Audio taper pots for that smooth roll without destroying the tone. To top it off, Neck and Headstock binding to add that extra splash of class.

$849.00

[ ADD TO CART ]

Availability: May

[ Find a Retailer 📍 ]   [ Checkout 🛒 ]

| GENERAL | | BODY | |
|---|---|---|---|
| ITEM ID | MD24 FMF TGE | BINDING BODY | None |
| UPC | 818896021227 | BODY MATERIAL | Mahogany |



Join Our Newsletter! ▼

Document title: Modern 24 Select Flame Floyd Tiger Eye | Dean Guitars | Iconic Rock &#39;n&#39; Roll Guitar Company
Capture URL: https://www.deanguitars.com/products/modern-24-select-flame-top-tiger-eye
Capture timestamp (UTC): Fri, 10 May 2019 03:37:44 GMT

## GENERAL

| | |
|---|---|
| ITEM ID | MD24 FMF TGE |
| UPC | 818896021227 |
| YEAR | 2019 |
| DEXTERITY | Right Handed |
| SERIES | Modern |
| NEW42019 | |
| COUNTRY OF ORIGIN | Indonesia |

## NECK

| | |
|---|---|
| NECK SHAPE | 🔍 C |
| CONSTRUCTION | Bolt-On Neck |
| FRETBOARD MATERIAL | Ebony |
| FRETBOARD RADIUS | 12" (305mm) |
| NECK MATERIAL | 3 Piece Maple |
| NUT MATERIAL | Floyd Rose R3 (43mm) |
| NUT WIDTH | 1 11/16" (43mm) |
| SCALE LENGTH | 25 1/2" (648mm) |
| FRETS | 24 Jumbo |
| INLAYS | Pearloid Dot |
| TRUSS ROD | Dual Action |

## MISCELLANEOUS

| | |
|---|---|
| STRINGS | D'Addario EXL120 (.009-.042) |

## BODY

| | |
|---|---|
| BINDING BODY | None |
| BODY MATERIAL | Mahogany |
| BRIDGE | Floyd Rose 1000 (Korean) |
| FINISH TOP | Tiger Eye |
| TOP CONTOUR | Flat Top w/Arm Cut |
| TOP MATERIAL | Flame Maple |

## HARDWARE

| | |
|---|---|
| HARDWARE COLOR | Black |
| TUNERS | Grover |
| KNOBS | Dome Black |

## ELECTRONICS

| | |
|---|---|
| CONTROL LAYOUT | One Volume / 3 Way Toggle |
| PICKUP BRIDGE | Seymour Duncan TB-5 Custom Zebra |
| PICKUP NECK | Seymour Duncan APH-1 Custom Zebra |

## CASE OPTIONS

| | |
|---|---|
| CASE | 🔍 DGB EG   🔍 DHS EG   🔍 LL EG |

**NAVIGATOR ⊘**







✉

SIGN UP FOR THE DEAN NEWSLETTER

Get the latest news, promos, special offers and more....

Subscribe

OUR CHANNELS:

### Quick Links
2019 Catalog
Electric
Bass
Acoustic
Cases & Gigbags
Merch
Artists
News
Tours
Support
Dealers
Cart

### Browse by Style
Classic Body Shapes
Rock Guitar
Metal Guitar
Blues Guitar
Modern Guitar
Country Guitar
Bluegrass Guitar

### You Might Want To see
Evan Rubinson's Vision
Dean Owners of America
Dean Forum
Guitars for Beginners
Black Electric Guitars
Cool Guitars

### Service
Terms of Service
Privacy Policy
Shipping & Returns
Customer Service
Warranty Registration
Factory Tours

Armadillo Enterprises, Inc. 4924 W Waters Avenue, Tampa, FL 33634

Copyright © 2019 Armadillo Enterprises, Inc. Get Your Wings™ is a Registered Trademark of Armadillo Enterprise

Join Our Newsletter! ▼



## SIGN UP FOR THE DEAN NEWSLETTER

Get the latest news, promos, special offers and more....

Subscribe



OUR CHANNELS:

### Quick Links
2019 Catalog
Electric
Bass
Acoustic
Cases & Gigbags
Merch
Artists
News
Tours
Support
Dealers
Cart

### Browse by Style
Classic Body Shapes
Rock Guitar
Metal Guitar
Blues Guitar
Modern Guitar
Country Guitar
Bluegrass Guitar

### You Might Want To see
Evan Rubinson's Vision
Dean Owners of America
Dean Forum
Guitars for Beginners
Black Electric Guitars
Cool Guitars

### Service
Terms of Service
Privacy Policy
Shipping & Returns
Customer Service
Warranty Registration
Factory Tours

Armadillo Enterprises, Inc. 4924 W Waters Avenue, Tampa, FL 33634

Copyright © 2019 Armadillo Enterprises, Inc. Get Your Wings™ is a Registered Trademark of Armadillo Enterprises, Inc.

Join Our Newsletter!  ▼