# EXHIBIT G



October 20, 2017

**VIA UPS**
Armadillo Distribution Enterprises, Inc.
Legal Department
4924 W. Waters Ave.
Ste 316
Tampa, FL 33634

    **Re:  Infringement of Multiple Gibson Trademarks by Armadillo Distribution Enterprises, Inc.**

Dear Sir or Madam:

We represent Gibson Brands, Inc. ("Gibson") in intellectual property matters. Gibson owns exclusive trademark rights for the Flying V Body Design® Trademark (U.S. Reg. No. 2051790) and the Explorer Body Design® Trademark (U.S. Reg. No. 2053805) for use with string and musical instruments (collectively "Gibson Marks"). A summary copy of the Gibson Marks' U.S. registrations are attached hereto as **Exhibit A**. Gibson has been using the Gibson Marks on its musical instruments since 1958.

Recently we have identified Armadillo Distribution Enterprises, Inc. ("Armadillo") as using an identical or substantially similar mark in connection with DEAN® guitars. Pictures of the Gibson Marks being used by Armadillo are attached as **Exhibit B**. This letter is being sent to protest this continued unauthorized use of the Gibson Marks on Armadillo's musical instruments. Armadillo's use of the Gibson Marks unfairly capitalizes on the goodwill and reputation embodied in Gibson Marks. The public will and likely has already mistakenly believed that Armadillo's use of the Gibson Marks is authorized, sponsored by, or is somehow affiliated with Gibson.

This type of deceptive trade practice constitutes trademark infringement under Section 32(1) of the Lanham Act, 15 USC § 1114(1), a false designation of the original and false description under Section 43(a) of the Lanham Act, 15 USC § 1125(a), and violates state trademark and dilution statutes as well as common law principles of unfair competition and misappropriation. In addition to U.S. law, use of the Gibson Marks in countries where Gibson has obtained a registered mark, pending mark, or substantially exclusive use likely violates local trademark law.

ATLANTA | 1890 Marietta Boulevard NW, Atlanta, GA 30318
404.228.7439 | 866.701.0404 | www.bates-bates.com
LOS ANGELES | WASHINGTON | IOWA | HAWAII

It is surprising to Gibson that Armadillo would be infringing the Gibson Marks. Armadillo appears to understand the rights associated with a registered trademark in the body shape of a guitar as it has registered the shape of its ML Series (U.S. Reg. No. 2588629), attached hereto as **Exhibit C**. One can assume that Armadillo might have an issue with another guitar manufacturer making a guitar embodying an identical or substantially similar shape to its ML Series Body Design® without Armadillo's authorization. This is exactly what Armadillo is currently doing with Gibson's Flying V Body Design® and Explorer Body Design®.

As you may be aware, Gibson and Armadillo and their respective predecessors have been in contact regarding the use of the Gibson Marks on DEAN® guitars. It was Gibson's understanding that all Dean guitars using marks similar to the Gibson Marks would be sold off many years ago and new versions would incorporate a design change to differentiate the Dean guitars from the Gibson models. For example, these design changes are reflected in the Dean Gran Sport versus the Gibson SG and the Dean Tyrant versus the Gibson Flying V.

Consistent with Dean's previous representations, Gibson hereby demands that Armadillo **immediately cease and desist** from using the Gibson Marks on any products, advertisements or in connection with any services. Gibson further requests that you certify that Armadillo and any affiliated entity or agent will: (1) immediately cease use of the Gibson Marks or any marks confusingly similar to the Gibson Marks and (2) rescind and refrain from any further advertisements bearing the Gibson Marks or any marks confusingly similar to Gibson Marks. Should Armadillo want Gibson's approval on new body designs that are somewhat similar to the Gibson Marks, please forward to me for review.

**Failure to comply with the terms of this letter or respond on or before November 2, 2017** will result in Gibson taking further legal action; as such, I look forward to receiving your response prior to that date.

This letter is sent without prejudice to Gibson's rights and claims, all of which are expressly reserved.

Regards,

Andrea E. Bates
abates@bates-bates.com