# EXHIBIT B

Generated on: This page was generated by TSDR on 2019-07-06 12:13:58 EDT

Mark:



| | |
|---|---|
| US Serial Number: 86168793 | Application Filing Date: Jan. 17, 2014 |
| Register: Principal | |
| Mark Type: Trademark | |
| Status: | An opposition after publication is pending at the Trademark Trial and Appeal Board. For further information, see TTABVUE on the Trademark Trial and Appeal Board web page. |
| Status Date: Mar. 22, 2017 | |
| Publication Date: Jun. 24, 2014 | |

## Mark Information

| | |
|---|---|
| Mark Literal Elements: | None |
| Standard Character Claim: | No |
| Mark Drawing Type: | 2 - AN ILLUSTRATION DRAWING WITHOUT ANY WORDS(S)/ LETTER(S)/NUMBER(S) |
| Description of Mark: | The mark consists of the uniquely shaped three-dimensional configuration for the body portion of the guitar with a curved base, rounded body shape, and stylized cutaway rounded curves at the top left and right of the guitar body as illustrated in the drawing by the solid lines. The guitar strings, bridge and pickup as shown in broken lines are not a part of the mark and serves only to show the position and placement of the mark. |
| Color(s) Claimed: | Color is not claimed as a feature of the mark. |
| Acquired Distinctiveness Claim: | In whole |
| Design Search Code(s): | 22.01.06 - Banjos; Ukuleles; Guitars |

## Related Properties Information

| | |
|---|---|
| Claimed Ownership of US Registrations: | 2007277 |

## Goods and Services

Note:
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

| | | | |
|---|---|---|---|
| For: | stringed musical instruments | | |
| International Class(es): | 015 - Primary Class | U.S Class(es): | 002, 021, 036 |
| Class Status: | ACTIVE | | |
| Basis: | 1(a) | | |

First Use: Dec. 31, 1958                     Use in Commerce: Dec. 31, 1958

## Basis Information (Case Level)

| | | |
|---|---|---|
| Filed Use: Yes | Currently Use: Yes | Amended Use: No |
| Filed ITU: No | Currently ITU: No | Amended ITU: No |
| Filed 44D: No | Currently 44D: No | Amended 44D: No |
| Filed 44E: No | Currently 44E: No | Amended 44E: No |
| Filed 66A: No | Currently 66A: No | |
| Filed No Basis: No | Currently No Basis: No | |

## Current Owner(s) Information

**Owner Name:** Gibson Brands, Inc.
**Owner Address:** 309 Plus Park Boulevard
Nashville, TENNESSEE 37217
UNITED STATES
**Legal Entity Type:** CORPORATION     **State or Country Where Organized:** DELAWARE

## Attorney/Correspondence Information

**Attorney of Record**

**Attorney Name:** Andrea E. Bates
**Attorney Primary Email Address:** abates@bates-bates.com     **Attorney Email Authorized:** Yes

**Correspondent**

**Correspondent Name/Address:** ANDREA E BATES
BATES & BATES LLC
1890 MARIETTA BLVD NW
ATLANTA, GEORGIA 30318-2803
UNITED STATES
**Phone:** 404-228-7439     **Fax:** 404-963-6231
**Correspondent e-mail:** abates@bates-bates.com     **Correspondent e-mail Authorized:** Yes

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Mar. 20, 2017 | TTAB RELEASE CASE TO TRADEMARKS | 218879 |
| Mar. 20, 2017 | OPPOSITION TERMINATED NO. 999999 | 218879 |
| Mar. 20, 2017 | OPPOSITION DISMISSED NO. 999999 | 218879 |
| Mar. 01, 2017 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Aug. 24, 2016 | ASSIGNMENT OF OWNERSHIP NOT UPDATED AUTOMATICALLY | |
| Oct. 16, 2014 | OPPOSITION INSTITUTED NO. 999999 | 218879 |
| Jul. 23, 2014 | EXTENSION OF TIME TO OPPOSE RECEIVED | |
| Jun. 24, 2014 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Jun. 24, 2014 | PUBLISHED FOR OPPOSITION | |
| Jun. 04, 2014 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| May 21, 2014 | LAW OFFICE PUBLICATION REVIEW COMPLETED | 68171 |
| May 15, 2014 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| May 15, 2014 | TEAS/EMAIL CORRESPONDENCE ENTERED | 68171 |
| May 15, 2014 | CORRESPONDENCE RECEIVED IN LAW OFFICE | 68171 |
| May 13, 2014 | ASSIGNED TO LIE | 68171 |
| Apr. 28, 2014 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Apr. 24, 2014 | TEAS RESPONSE TO OFFICE ACTION RECEIVED | |
| Apr. 22, 2014 | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 6325 |

| | | |
|---|---|---|
| Apr. 22, 2014 | NON-FINAL ACTION E-MAILED | 6325 |
| Apr. 22, 2014 | NON-FINAL ACTION WRITTEN | 80804 |
| Apr. 22, 2014 | ASSIGNED TO EXAMINER | 80804 |
| Jan. 31, 2014 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Jan. 30, 2014 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Jan. 21, 2014 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

### TM Staff Information

**TM Attorney:** SINGH, TEJBIR

**Law Office Assigned:** LAW OFFICE 106

### File Location

**Current Location:** TTAB

**Date in Location:** Mar. 22, 2017

## Assignment Abstract Of Title Information

**Summary**

**Total Assignments:** 7

**Applicant:** Gibson Brands, Inc.

### Assignment 1 of 7

**Conveyance:** SECURITY INTEREST
**Reel/Frame:** 5853/0063
**Pages:** 41
**Date Recorded:** Aug. 11, 2016
**Supporting Documents:** assignment-tm-5853-0063.pdf

**Assignor**

**Name:** GIBSON BRANDS, INC.
**Execution Date:** Aug. 03, 2016
**Legal Entity Type:** CORPORATION
**State or Country Where Organized:** DELAWARE

**Assignee**

**Name:** WELLS FARGO BANK, NATIONAL ASSOCIATION, AS COLLATERAL AGENT
**Legal Entity Type:** NATIONAL BANKING ASSOCIATION
**State or Country Where Organized:** UNITED STATES
**Address:** 625 MARQUETTE AVENUE
CORP. TRUST SERVICES MAC N9311-110
MINNEAPOLIS, MINNESOTA 55479

**Correspondent**

**Correspondent Name:** TRACEY D. BENNETT
**Correspondent Address:** C/O GOODWIN PROCTER LLP
620 8TH AVE.
NEW YORK, NY 10018

**Domestic Representative - Not Found**

### Assignment 2 of 7

**Conveyance:** SECURITY INTEREST
**Reel/Frame:** 5854/0242
**Pages:** 42
**Date Recorded:** Aug. 11, 2016
**Supporting Documents:** assignment-tm-5854-0242.pdf

**Assignor**

**Name:** GIBSON BRANDS, INC.
**Execution Date:** Aug. 03, 2016
**Legal Entity Type:** CORPORATION
**State or Country Where Organized:** DELAWARE

**Assignee**

**Name:** BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT

| | |
|---|---|
| **Legal Entity Type:** NATIONAL BANKING ASSOCIATION | **State or Country Where Organized:** UNITED STATES |
| **Address:** 300 GALLERIA PARKWAY<br>ATLANTA, GEORGIA 30339 | |

**Correspondent**

**Correspondent Name:** TRACEY D. BENNETT

**Correspondent Address:** C/O GOODWIN PROCTER LLP
620 8TH AVE.
NEW YORK, NY 10018

**Domestic Representative - Not Found**

## Assignment 3 of 7

| | | | |
|---|---|---|---|
| **Conveyance:** | ASSIGNMENT OF SECURITY INTEREST | | |
| **Reel/Frame:** | 5855/0023 | **Pages:** | 89 |
| **Date Recorded:** | Aug. 15, 2016 | | |
| **Supporting Documents:** | assignment-tm-5855-0023.pdf | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | WELLS FARGO BANK, NATIONAL ASSOCIATION, AS COLLATERAL AGENT | **Execution Date:** | Aug. 08, 2016 |
| **Legal Entity Type:** | NATIONAL BANKING ASSOCIATION | **State or Country Where Organized:** | UNITED STATES |

**Assignee**

| | | | |
|---|---|---|---|
| **Name:** | WILMINGTON TRUST, NATIONAL ASSOCIATION, AS COLLATERAL AGENT | | |
| **Legal Entity Type:** | NATIONAL BANKING ASSOCIATION | **State or Country Where Organized:** | UNITED STATES |
| **Address:** | 50 SOUTH SIXTH STREET, SUITE 1290<br>MINNEAPOLIS, MINNESOTA 55402 | | |

**Correspondent**

**Correspondent Name:** TRACEY D. BENNETT

**Correspondent Address:** C/O GOODWIN PROCTER LLP
620 8TH AVE.
NEW YORK, NY 10018

**Domestic Representative - Not Found**

## Assignment 4 of 7

| | | | |
|---|---|---|---|
| **Conveyance:** | SECOND LIEN INTELLECTUAL PROPERTY SECURITY AGREEMENT | | |
| **Reel/Frame:** | 5987/0001 | **Pages:** | 109 |
| **Date Recorded:** | Feb. 17, 2017 | | |
| **Supporting Documents:** | assignment-tm-5987-0001.pdf | | |

**Assignor**

| | | | |
|---|---|---|---|
| **Name:** | GIBSON BRANDS, INC. | **Execution Date:** | Feb. 15, 2017 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Name:** | GIBSON INTERNATIONAL SALES LLC | **Execution Date:** | Feb. 15, 2017 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY | **State or Country Where Organized:** | DELAWARE |
| **Name:** | GIBSON PRO AUDIO CORP. | **Execution Date:** | Feb. 15, 2017 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | CALIFORNIA |
| **Name:** | GIBSON INNOVATIONS USA, INC. | **Execution Date:** | Feb. 15, 2017 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

**Name:** BALDWIN PIANO, INC.  
**Legal Entity Type:** CORPORATION  
**Execution Date:** Feb. 15, 2017  
**State or Country Where Organized:** DELAWARE  

### Assignee

**Name:** BANK OF AMERICA, N.A., AS AGENT  
**Legal Entity Type:** NATIONAL ASSOCIATION  
**State or Country Where Organized:** UNITED STATES  
**Address:** 300 GALLERIA PKWY  
SUITE 800  
ATLANTA, GEORGIA 30339  

### Correspondent

**Correspondent Name:** MICHELLE FOY, WINSTON & STRAWN LLP  
**Correspondent Address:** 35 WEST WACKER DRIVE  
SUITE 4200  
CHICAGO, IL 60601-9703  

**Domestic Representative - Not Found**

## Assignment 5 of 7

**Conveyance:** SECURITY INTEREST  
**Reel/Frame:** 6391/0924  
**Pages:** 28  
**Date Recorded:** May 24, 2018  
**Supporting Documents:** assignment-tm-6391-0924.pdf  

### Assignor

**Name:** GIBSON BRANDS, INC.  
**Legal Entity Type:** CORPORATION  
**Execution Date:** May 18, 2018  
**State or Country Where Organized:** No Place Where Organized Found  

### Assignee

**Name:** CORTLAND CAPITAL MARKET SERVICES LLC  
**Legal Entity Type:** LIMITED LIABILITY COMPANY  
**State or Country Where Organized:** DELAWARE  
**Address:** 225 W. WASHINGTON STREET, 9TH FLOOR  
CHICAGO, ILLINOIS 60606  

### Correspondent

**Correspondent Name:** JILL C. BRAIBANTI  
**Correspondent Address:** PAUL WEISS RIFKIND WHARTON & GARRISON  
1285 AVENUE OF THE AMERICAS  
NEW YORK, NY 10019  

**Domestic Representative - Not Found**

## Assignment 6 of 7

**Conveyance:** RELEASE BY SECURED PARTY  
**Reel/Frame:** 6616/0731  
**Pages:** 205  
**Date Recorded:** Apr. 08, 2019  
**Supporting Documents:** assignment-tm-6616-0731.pdf  

### Assignor

**Name:** CORTLAND CAPITAL MARKET SERVICES LLC  
**Legal Entity Type:** CORPORATION  
**Execution Date:** Oct. 04, 2018  
**State or Country Where Organized:** No Place Where Organized Found  

**Name:** WILMINGTON TRUST, NATIONAL ASSOCIATION  
**Legal Entity Type:** CORPORATION  
**Execution Date:** Oct. 04, 2018  
**State or Country Where Organized:** No Place Where Organized Found  
**DBA, AKA, TA, Formerly:** FORMERLY WELLS FARGO BANK, NATIONAL ASSOCIATION

|  |  |  |  |
|---|---|---|---|
| **Name:** | BANK OF AMERICA, NA | **Execution Date:** | Oct. 04, 2018 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | No Place Where Organized Found |

**Assignee**

|  |  |  |  |
|---|---|---|---|
| **Name:** | GIBSON BRANDS, INC. |  |  |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |
| **Address:** | 309 PLUS PARK BLVD. NASHVILLE, TENNESSEE 37217 |  |  |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | ANDREA E. BATES |
| **Correspondent Address:** | 1890 MARIETTA BLVD., NW ATLANTA, GA 30318 |

**Domestic Representative - Not Found**

## Assignment 7 of 7

|  |  |  |  |
|---|---|---|---|
| **Conveyance:** | SECURITY INTEREST |  |  |
| **Reel/Frame:** | 6473/0023 | **Pages:** | 107 |
| **Date Recorded:** | Nov. 01, 2018 |  |  |
| **Supporting Documents:** | assignment-tm-6473-0023.pdf |  |  |

**Assignor**

|  |  |  |  |
|---|---|---|---|
| **Name:** | GIBSON BRANDS, INC. | **Execution Date:** | Nov. 01, 2018 |
| **Legal Entity Type:** | CORPORATION | **State or Country Where Organized:** | DELAWARE |

**Assignee**

|  |  |  |  |
|---|---|---|---|
| **Name:** | WELLS FARGO BANK, NATIONAL ASSOCIATION |  |  |
| **Legal Entity Type:** | NATIONAL BANKING ASSOCIATION | **State or Country Where Organized:** | UNITED STATES |
| **Address:** | 100 PARK AVENUE NEW YORK, NEW YORK 10017 |  |  |

**Correspondent**

| | |
|---|---|
| **Correspondent Name:** | KAREEM ANSLEY |
| **Correspondent Address:** | STRADLEY RONON 100 PARK AVENUE NEW YORK, NY 10017 |

**Domestic Representative - Not Found**

# Proceedings

### Summary

| | |
|---|---|
| **Number of Proceedings:** | 2 |

## Type of Proceeding: Opposition

|  |  |  |  |
|---|---|---|---|
| **Proceeding Number:** | 91218879 | **Filing Date:** | Oct 16, 2014 |
| **Status:** | Pending | **Status Date:** | Mar 20, 2017 |
| **Interlocutory Attorney:** | ELIZABETH WINTER |  |  |

**Defendant**

| | |
|---|---|
| **Name:** | Gibson Brands, Inc. |
| **Correspondent Address:** | ANDREA E BATES BATES & BATES LLC 1890 MARIETTA BLVD NW ATLANTA GA , 30318-2803 |

| | UNITED STATES | | |
|---|---|---|---|
| Correspondent e-mail: | abates@bates-bates.com , kschuettinger@bates-bates.com | | |

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| | Opposition Pending | 86168793 | |

**Plaintiff(s)**

| | |
|---|---|
| Name: | ESP Shibuya Enterprises, Inc., Cordoba Music Group, Inc., Collings Guitars, Inc., Ed Roman Enterprises, Inc., Armadillo Distribution Enterprises, Inc., Schecter Guitar Research, Inc., Westheimer Corporation, Peavey Electronics |
| Correspondent Address: | RONALD S BIENSTOCK<br>SCARINCI & HOLLENBECK LLC<br>1100 VALLEY BROOK AVE, PO BOX 790<br>LYNDHURST NJ , 07071-0790<br>UNITED STATES |
| Correspondent e-mail: | rbienstock@sh-law.com , bdavis@sh-law.com , bamato@sh-law.com |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | FILED AND FEE | Oct 16, 2014 | |
| 2 | NOTICE AND TRIAL DATES SENT; ANSWER DUE: | Oct 16, 2014 | Nov 25, 2014 |
| 3 | PENDING, INSTITUTED | Oct 16, 2014 | |
| 4 | D MOT TO DISMISS: FRCP 12(B) | Nov 25, 2014 | |
| 5 | SUSP PEND DISP OF OUTSTNDNG MOT | Dec 01, 2014 | |
| 6 | P OPP/RESP TO MOTION | Dec 18, 2014 | |
| 7 | CHANGE OF CORRESP ADDRESS | Dec 18, 2014 | |
| 8 | D REPLY IN SUPPORT OF MOTION | Jan 02, 2015 | |
| 9 | TRIAL DATES RESET; RESPONSE DUE | Mar 26, 2015 | |
| 10 | P RESP TO BD ORDER/INQUIRY | Mar 30, 2015 | |
| 11 | D MOT TO SUSP PEND DISP CIV ACTION | Apr 01, 2015 | |
| 12 | D OBJECTION TO SHOW CAUSE RESPONSE | Apr 02, 2015 | |
| 13 | P OPP/RESP TO MOTION | Apr 15, 2015 | |
| 14 | ANSWER | Apr 22, 2015 | |
| 15 | D REPLY IN SUPPORT OF MOTION | Apr 24, 2015 | |
| 16 | D'S MTN TO DISMISS DENIED; PROCEEDING SUSPENDED PENDING CIVIL ACTION | Jun 24, 2015 | |
| 17 | CHANGE OF CORRESP ADDRESS | May 17, 2016 | |
| 18 | RESPONSE DUE 30 DAYS (DUE DATE) | Jun 27, 2016 | Jul 27, 2016 |
| 19 | D RESP TO BD ORDER/INQUIRY | Jul 06, 2016 | |
| 20 | SUSP PEND DISP OF CIVIL ACTION | Aug 08, 2016 | |
| 21 | W/DRAW OF OPPOSITION | Mar 17, 2017 | |
| 22 | BD DECISION: DISMISSED W/ PREJ | Mar 20, 2017 | |
| 23 | TERMINATED | Mar 20, 2017 | |
| 24 | CORRECTION TO THE BDS ORDER; SUSPENDED PENDING CIV ACTION | Mar 20, 2017 | |
| 25 | P NOT OF JUDGMT IN CIVIL ACTION | Mar 22, 2017 | |
| 26 | P APPEARANCE / POWER OF ATTORNEY | Mar 22, 2017 | |
| 27 | TRIAL DATES RESET | May 22, 2017 | |
| 28 | D MOT FOR SUMMARY JUDGMENT | Sep 01, 2017 | |
| 29 | D MOT TO SUSPEND PENDING MSJ | Sep 01, 2017 | |
| 30 | SUSP PEND DISP OF OUTSTNDNG MOT | Sep 06, 2017 | |
| 31 | STIP FOR EXT | Sep 29, 2017 | |
| 32 | EXTENSION OF TIME GRANTED | Oct 02, 2017 | |
| 33 | STIP FOR EXT | Oct 05, 2017 | |
| 34 | EXTENSION OF TIME GRANTED | Oct 10, 2017 | |
| 35 | P OPP/RESP TO MOTION | Oct 13, 2017 | |
| 36 | D REPLY IN SUPPORT OF MOTION | Oct 30, 2017 | |
| 37 | P'S CORRECTED DECLARATION FOR OPPOSITION TO D'S SUMMARY JUDGMENT MOTION | Nov 06, 2017 | |

| | | |
|---|---|---|
| 38 | D MOT SUMMARY JUDGMENT DENIED; RESPONSE DUE; SUSPENDED | Mar 28, 2018 |
| 39 | P RESP TO BD ORDER/INQUIRY | Apr 18, 2018 |
| 40 | D MOT TO STRIKE | Apr 27, 2018 |
| 41 | D'S NOTICE OF BANKRUPTCY | May 08, 2018 |
| 42 | SUSPENDED PENDING D BANKRUPTCY | Jul 12, 2018 |
| 43 | D MOT TO RESUME PROCEEDINGS | Feb 04, 2019 |
| 44 | RESPONSE DUE | Jun 08, 2019 |
| 45 | P RESP TO BD ORDER/INQUIRY | Jun 27, 2019 |

## Type of Proceeding: Extension of Time

**Proceeding Number:** 86168793  
**Filing Date:** Jul 23, 2014  
**Status:** Terminated  
**Status Date:** Oct 22, 2014  
**Interlocutory Attorney:**

### Defendant

**Name:** Gibson Brands, Inc.  
**Correspondent Address:** ANDREA E. BATES  
BATES & BATES, LLC  
1890 MARIETTA BLVD NW  
ATLANTA GA , 30318-2803

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|
| | Opposition Pending | 86168793 | |

### Potential Opposer(s)

**Name:** U.S. Music Corporation  
**Correspondent Address:** Ronald S. Bienstock, Esq.  
Bienstock & Michael, P.C.  
411 Hackensack Avenue, 7th Floor  
Hackensack NJ , 07601  
UNITED STATES

**Correspondent e-mail:** ip@musicesq.com

**Associated marks**

| Mark | Application Status | Serial Number | Registration Number |
|---|---|---|---|

**Name:** ESP Shibuya Enterprises, Inc.  
**Correspondent Address:** Ronald S. Bienstock, Esq.  
Bienstock & Michael, P.C.  
411 Hackensack Avenue, 7th Floor  
Hackensack NJ , 07601  
UNITED STATES

**Correspondent e-mail:** ip@musicesq.com

**Name:** Cordoba Music Group, Inc.  
**Correspondent Address:** Ronald S. Bienstock, Esq.  
Bienstock & Michael, P.C.  
411 Hackensack Avenue, 7th Floor  
Hackensack NJ , 07601  
UNITED STATES

**Correspondent e-mail:** ip@musicesq.com

**Name:** Collings Guitars, Inc.  
**Correspondent Address:** Ronald S. Bienstock, Esq.  
Bienstock & Michael, P.C.  
411 Hackensack Avenue, 7th Floor  
Hackensack NJ , 07601  
UNITED STATES

**Correspondent e-mail:** ip@musicesq.com

| | |
|---|---|
| **Name:** | Fender Musical Instruments Corporation |
| **Correspondent Address:** | Oscar L. Alcantara<br>Goldberg Kohn Ltd.<br>55 East Monroe Street, Suite 3300<br>Chicago IL , 60603<br>UNITED STATES |
| **Correspondent e-mail:** | tmapps@goldbergkohn.com |
| **Name:** | Ed Roman Enterprises, Inc. |
| **Correspondent Address:** | Ronald S. Bienstock, Esq.<br>Bienstock & Michael, P.C.<br>411 Hackensack Avenue, 7th Floor<br>Hackensack NJ , 07601<br>UNITED STATES |
| **Correspondent e-mail:** | ip@musicesq.com |
| **Name:** | Armadillo Enterprises, Inc. |
| **Correspondent Address:** | Ronald S. Bienstock, Esq.<br>411 Hackensack Avenue, 7th Floor<br>Hackensack NJ , 07601<br>UNITED STATES |
| **Correspondent e-mail:** | ip@musicesq.com |
| **Name:** | Schecter Guitar Research, Inc. |
| **Correspondent Address:** | Ronald S. Bienstock, Esq.<br>Bienstock & Michael, P.C.<br>411 Hackensack Avenue, 7th Floor<br>Hackensack NJ , 07601<br>UNITED STATES |
| **Correspondent e-mail:** | ip@musicesq.com |
| **Name:** | Fred W. Gretsch Enterprises, Ltd. |
| **Correspondent Address:** | Oscar L. Alcantara<br>Goldberg Kohn Ltd.<br>55 East Monroe Street, Suite 3300<br>Chicago IL , 60603<br>UNITED STATES |
| **Correspondent e-mail:** | tmapps@goldbergkohn.com |
| **Name:** | Westheimer Corporation |
| **Correspondent Address:** | Ronald S. Bienstock, Esq.<br>Bienstock & Michael, P.C.<br>411 Hackensack Avenue, 7th Floor<br>Hackensack NJ , 07601<br>UNITED STATES |
| **Correspondent e-mail:** | ip@musicesq.com |
| **Name:** | Peavey Electronics Corporation |
| **Correspondent Address:** | Ronald S. Bienstock, Esq.<br>Bienstock & Michael, P.C.<br>411 Hackensack Avenue, 7th Floor<br>Hackensack NJ , 07601<br>UNITED STATES |
| **Correspondent e-mail:** | ip@musicesq.com |
| **Name:** | Warwick GmbH & Co. Music Equipment KG |
| **Correspondent Address:** | Ronald S. Bienstock, Esq.<br>411 Hackensack Avenue, 7th Floor<br>Hackensack NJ , 07601<br>UNITED STATES |
| **Correspondent e-mail:** | ip@musicesq.com |
| **Name:** | James Trussart Guitars, Inc. |

| | | |
|---|---|---|
| **Correspondent Address:** | Ronald S. Bienstock, Esq.<br>Bienstock & Michael, P.C.<br>411 Hackensack Avenue, 7th Floor<br>Hackensack NJ , 07601<br>UNITED STATES | |
| **Correspondent e-mail:** | ip@musicesq.com | |
| **Name:** | JS Technologies, Inc. | |
| **Correspondent Address:** | Ronald S. Bienstock, Esq.<br>Bienstock & Michael, P.C.<br>411 Hackensack Avenue, 7th Floor<br>Hackensack NJ , 07601<br>UNITED STATES | |
| **Correspondent e-mail:** | ip@musicesq.com | |
| **Name:** | Premier Builders Guild, LLC | |
| **Correspondent Address:** | Ronald S. Bienstock, Esq.<br>Bienstock & Michael, P.C.<br>411 Hackensack Avenue, 7th Floor<br>Hackensack NJ , 07601<br>UNITED STATES | |
| **Correspondent e-mail:** | ip@musicesq.com | |
| **Name:** | Sadowsky Guitars, Ltd. | |
| **Correspondent Address:** | Ronald S. Bienstock, Esq.<br>Bienstock & Michael, P.C.<br>411 Hackensack Avenue, 7th Floor<br>Hackensack NJ , 07601<br>UNITED STATES | |
| **Correspondent e-mail:** | ip@musicesq.com | |
| **Name:** | John Hornby Skewes & Co., Ltd. | |
| **Correspondent Address:** | Ronald S. Bienstock, Esq.<br>Bienstock & Michael, P.C.<br>411 Hackensack Avenue, 7th Floor<br>Hackensack NJ , 07601<br>UNITED STATES | |
| **Correspondent e-mail:** | ip@musicesq.com | |

**Prosecution History**

| Entry Number | History Text | Date | Due Date |
|---|---|---|---|
| 1 | INCOMING - EXT TIME TO OPPOSE FILED | Jul 23, 2014 | |
| 2 | EXTENSION OF TIME GRANTED | Jul 23, 2014 | |
| 3 | INCOMING - EXT TIME TO OPPOSE FILED | Jul 23, 2014 | |
| 4 | EXTENSION OF TIME GRANTED | Jul 23, 2014 | |
| 5 | INCOMING - EXT TIME TO OPPOSE FILED | Jul 23, 2014 | |
| 6 | EXTENSION OF TIME GRANTED | Jul 23, 2014 | |
| 7 | INCOMING - EXT TIME TO OPPOSE FILED | Jul 23, 2014 | |
| 8 | EXTENSION OF TIME GRANTED | Jul 23, 2014 | |
| 9 | INCOMING - EXT TIME TO OPPOSE FILED | Jul 23, 2014 | |
| 10 | EXTENSION OF TIME GRANTED | Jul 23, 2014 | |
| 11 | INCOMING - EXT TIME TO OPPOSE FILED | Jul 23, 2014 | |
| 12 | EXTENSION OF TIME GRANTED | Jul 23, 2014 | |
| 13 | INCOMING - EXT TIME TO OPPOSE FILED | Jul 23, 2014 | |
| 14 | EXTENSION OF TIME GRANTED | Jul 23, 2014 | |
| 15 | INCOMING - EXT TIME TO OPPOSE FILED | Jul 23, 2014 | |
| 16 | EXTENSION OF TIME GRANTED | Jul 23, 2014 | |
| 17 | INCOMING - EXT TIME TO OPPOSE FILED | Jul 23, 2014 | |
| 18 | EXTENSION OF TIME GRANTED | Jul 23, 2014 | |
| 19 | INCOMING - EXT TIME TO OPPOSE FILED | Jul 23, 2014 | |
| 20 | EXTENSION OF TIME GRANTED | Jul 23, 2014 | |

| | | |
|---|---|---|
| 21 | INCOMING - EXT TIME TO OPPOSE FILED | Jul 23, 2014 |
| 22 | EXTENSION OF TIME GRANTED | Jul 23, 2014 |
| 23 | INCOMING - EXT TIME TO OPPOSE FILED | Jul 23, 2014 |
| 24 | EXTENSION OF TIME GRANTED | Jul 23, 2014 |
| 25 | INCOMING - EXT TIME TO OPPOSE FILED | Jul 23, 2014 |
| 26 | EXTENSION OF TIME GRANTED | Jul 23, 2014 |
| 27 | INCOMING - EXT TIME TO OPPOSE FILED | Jul 23, 2014 |
| 28 | EXTENSION OF TIME GRANTED | Jul 23, 2014 |
| 29 | INCOMING - EXT TIME TO OPPOSE FILED | Jul 23, 2014 |
| 30 | EXTENSION OF TIME GRANTED | Jul 23, 2014 |
| 31 | INCOMING - EXT TIME TO OPPOSE FILED | Jul 23, 2014 |
| 32 | EXTENSION OF TIME GRANTED | Jul 23, 2014 |
| 33 | INCOMING - EXT TIME TO OPPOSE FILED | Jul 23, 2014 |
| 34 | EXTENSION OF TIME GRANTED | Jul 23, 2014 |
| 35 | INCOMING - EXT TIME TO OPPOSE FILED | Aug 20, 2014 |
| 36 | EXTENSION OF TIME GRANTED | Aug 20, 2014 |
| 37 | INCOMING - EXT TIME TO OPPOSE FILED | Aug 20, 2014 |
| 38 | EXTENSION OF TIME GRANTED | Aug 20, 2014 |
| 39 | INCOMING - EXT TIME TO OPPOSE FILED | Aug 20, 2014 |
| 40 | EXTENSION OF TIME GRANTED | Aug 20, 2014 |
| 41 | INCOMING - EXT TIME TO OPPOSE FILED | Aug 20, 2014 |
| 42 | EXTENSION OF TIME GRANTED | Aug 20, 2014 |
| 43 | INCOMING - EXT TIME TO OPPOSE FILED | Aug 20, 2014 |
| 44 | EXTENSION OF TIME GRANTED | Aug 20, 2014 |
| 45 | INCOMING - EXT TIME TO OPPOSE FILED | Aug 20, 2014 |
| 46 | EXTENSION OF TIME GRANTED | Aug 20, 2014 |
| 47 | INCOMING - EXT TIME TO OPPOSE FILED | Aug 20, 2014 |
| 48 | EXTENSION OF TIME GRANTED | Aug 20, 2014 |
| 49 | INCOMING - EXT TIME TO OPPOSE FILED | Aug 20, 2014 |
| 50 | EXTENSION OF TIME GRANTED | Aug 20, 2014 |
| 51 | INCOMING - EXT TIME TO OPPOSE FILED | Aug 20, 2014 |
| 52 | EXTENSION OF TIME GRANTED | Aug 20, 2014 |
| 53 | INCOMING - EXT TIME TO OPPOSE FILED | Aug 20, 2014 |
| 54 | EXTENSION OF TIME GRANTED | Aug 20, 2014 |
| 55 | INCOMING - EXT TIME TO OPPOSE FILED | Aug 20, 2014 |
| 56 | EXTENSION OF TIME GRANTED | Aug 20, 2014 |
| 57 | INCOMING - EXT TIME TO OPPOSE FILED | Aug 20, 2014 |
| 58 | EXTENSION OF TIME GRANTED | Aug 20, 2014 |
| 59 | INCOMING - EXT TIME TO OPPOSE FILED | Aug 20, 2014 |
| 60 | EXTENSION OF TIME GRANTED | Aug 20, 2014 |
| 61 | INCOMING - EXT TIME TO OPPOSE FILED | Aug 20, 2014 |
| 62 | EXTENSION OF TIME GRANTED | Aug 20, 2014 |
| 63 | INCOMING - EXT TIME TO OPPOSE FILED | Aug 20, 2014 |
| 64 | EXTENSION OF TIME GRANTED | Aug 20, 2014 |
| 65 | INCOMING - EXT TIME TO OPPOSE FILED | Aug 20, 2014 |
| 66 | EXTENSION OF TIME GRANTED | Aug 20, 2014 |
| 67 | INCOMING - EXT TIME TO OPPOSE FILED | Aug 20, 2014 |
| 68 | EXTENSION OF TIME GRANTED | Aug 20, 2014 |