IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GIBSON BRANDS, INC., a Delaware corporation, <br><br>   Plaintiff/Counterclaim-Defendant, <br><br> vs. <br><br> ARMADILLO DISTRIBUTION ENTERPRISES, INC.; CONCORDIA INVESTMENT PARTNERS, LLC, <br><br>   Defendants/Counterclaim-Plaintiffs <br><br> DOES 1 through 10, <br><br>   Defendants. | Case No. 4:19-cv-00358-ALM |

## ORDER GRANTING UNOPPOSED MOTION TO SEAL EXHIBITS TO DECLARATION OF ANNA NAYDONOV ATTACHED TO ARMADILLO'S OPPOSITION TO GIBSON'S MOTION TO STRIKE THE SUPPLEMENTAL REPORT OF GEORGE GRUHN

Now before the Court is Armadillo Distribution Enterprises, Inc.'s ("Armadillo") Unopposed Motion to Seal Exhibits to Declaration of Anna Naydonov Attached to Armadillo's Opposition to Gibson's Motion to Strike the Supplemental Report of George Gruhn. Having considered the motion, the Court finds that it should be GRANTED.

Accordingly, IT IS THEREFORE ORDERED that Armadillo's Unopposed Motion to Seal Exhibits to Declaration of Anna Naydonov Attached to Armadillo's Opposition to Gibson's Motion to Strike the Supplemental Report of George Gruhn is GRANTED.

IT IS FURTHER ORDERED that Exhibits A and B to the Declaration of Anna Naydonov Attached to Armadillo's Opposition to Gibson's Motion to Strike the Supplemental Report of George Gruhn are hereby SEALED and will not be visible to the public.

IT IS SO ORDERED.