IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GIBSON BRANDS, INC., a Delaware corporation, | ) ) ) |
| Plaintiff/Counterclaim-Defendant, | ) ) Case No. 4:19-cv-00358-ALM |
| vs. | ) ) ) |
| ARMADILLO DISTRIBUTION ENTERPRISES, INC.; CONCORDIA INVESTMENT PARTNERS, LLC, | ) ) ) ) |
| Defendant/Counterclaim-Plaintiff | ) ) |
| DOES 1 through 10, | ) ) |
| Defendants. | ) |

**ORDER**

Pending before the Court is Gibson Brands, Inc.'s ("Gibson") Motion to Seal Its Sur-Reply in Opposition of Defendants' Motion to Strike the Unsworn Declaration of Basil Imburgia (Dkt. #326). Having considered the Motion, the Court finds it should be **GRANTED**.

It is therefore **ORDERED** that Gibson's Motion to Seal Its Sur-Reply in Opposition of Defendants' Motion to Strike the Unsworn Declaration of Basil Imburgia is **GRANTED**.

It is **FURTHER ORDERED** that Gibson's Sur-Reply in Opposition of Defendants' Motion to Strike the Unsworn Declaration of Basil Imburgia is hereby **SEALED** and will not be visible to the public.

IT IS SO ORDERED.

SIGNED this 4th day of March, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE