# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| GIBSON BRANDS, INC. § | |
| § | |
| v. § | Civil Action No.  4:19cv358 |
| § | Judge Mazzant |
| ARMADILLO DISTRIBUTION § | |
| ENTERPRISES, INC.; CONCORDIA § | |
| INVESTMENT PARTNERS, LLC; DOES 1 § | |
| through 10 § | |

### ORDER RESETTING TRIAL

The Court hereby resets the Final Pretrial Conference, Jury Selection and Trial of this case before the undersigned, as follows:

| EVENTS | DEADLINES |
|---|---|
| **Final Pretrial Conference** | **1:30 p.m.** on **Wednesday, May 11, 2022,** Paul Brown United States Courthouse, 101 E. Pecan Street, Room 208, Sherman, Texas  75090 |
| **Jury Selection/Trial** (10 days) | **10:00 a.m.** on **Monday, May 16, 2022** |

IT IS SO ORDERED.

SIGNED this 3rd day of November, 2021.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE