# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**DATE:** 5/16/2022

| DISTRICT JUDGE | COURT REPORTER: Chris Bickham |
|---|---|
| Amos L. Mazzant, III | COURTROOM DEPUTY: Keary Conrad |

| | |
|---|---|
| Gibson Brands, Inc., a Delaware corporation<br><br>v.<br><br>Armadillo Distribution Enterprises, Inc., Concordia Investment Partners, LLC<br><br>Does 1 through 10 | 4:19CV358 |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| Stephen Dale Howen, Andrea Bates, Kurt Schuettinger, Keith Slyter,<br>Paralegal: Amanda Slyter | Vic Henry, Anna B. Naydonov, Douglas Rettew, Elyse McNamara, Patrick Rodgers and Emileigh Hubbard |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Voir Dire, Jury Selection and Jury Trial - Day 1 |
|---|---|
| 10:00 a.m. | Court in session.  Court notes appearances. |
| 10:01 a.m. | Judge addresses the panel. |
| 10:11 a.m. | Plaintiff's counsel, Stephen Howen begins initial opening statement. |
| 10:17 a.m. | Defendant's counsel, Vic Henry begins initial opening statement. |
| 10:22 a.m. | Defendant's counsel, Vic Henry concludes initial opening statement. |
| 10:22 a.m. | Judge addresses the panel. |
| 10:28 a.m. | Plaintiffs' counsel and parties introduce themselves to the jury. |
| 10:29 a.m. | Defendants' counsel and parties introduce themselves to the jury. |
| 10:30 a.m. | Judge addresses the panel. |
| 10:33 a.m. | Plaintiff's counsel, Stephen Howen begins voir dire. |
| 11:26 a.m. | Plaintiff's counsel, Stephen Howen concludes voir dire. |
| 11:27 a.m. | Defendant's counsel, Vic Henry begins voir dire. |
| 12:17 p.m. | Defendant's counsel, Vic Henry concludes voir dire. |

| | |
|---|---|
| 12:20 p.m. | Court recess for strikes by counsel. |
| 1:10 p.m. | Court re-convened. Jury seated. |
| 1:12 p.m. | Jury placed under oath. |
| 1:14 p.m. | Jury panel released. |
| 1:14 p.m. | Jury released for lunch. |
| 1:14 p.m. | Court hears argument from counsel regarding opening statement slides and demonstratives. |
| 1:26 p.m. | Court orders Defendant to remove the slides for opening statement and the Court will look further into it. |
| 1:35 p.m. | Parties discuss Defendant's slide 64. Court hears argument from counsel. |
| 1:39 p.m. | Court hears argument from Defendant's counsel regarding witness Jim DeCola. |
| 1:41 p.m. | Court recess for lunch. |
| 2:33 p.m., | Court re-convened. Jury seated. |
| 2:35 p.m. | Court begins preliminary instructions to the jury. |
| 2:52 p.m. | Plaintiff's counsel, Andrea Bates begins opening statement. |
| 3:21 p.m. | Parties approach the bench on Defendant's counsel, Dave Rettew objection. |
| 3:23 p.m. | Bench conference concluded. |
| 3:23:08 p.m. | Plaintiff's counsel, Andrea Bates continues opening statement. |
| 3:35:30 p.m. | Defendant's counsel, Dave Rettew begins opening statement. |
| 4:22:28 p.m. | Defendant's counsel, Dace Rettew concludes opening statement. |
| 4:22:29 p.m. | Bench conference by Court. |
| 4:22:58 p.m. | Court conditionally admits all exhibits. |
| 4:23:07 p.m. | Plaintiff's counsel, Stephen Howen calls witness, Jim DeCola. Witness placed under oath. Plaintiff's counsel, Stephen Howen begins direct examination of witness, Jim DeCola. |
| 4:43 p.m. | Plaintiff's counsel, Stephen Howen refers witness, Jim DeCola to Plaintiff's Exhibits 1, 2, 4, 34, and 44. |
| 5:01:14 p.m. | Plaintiff's counsel, Stephen Howen concludes questioning for the day. |
| 5:01:37 p.m. | Jury excused. |

CASE NO.  4:19CV358     DATE: 5/16/2022
PAGE 3  - PROCEEDINGS CONTINUED:

| 5:02 p.m. | Court hears argument from Plaintiff's counsel, Stephen Howen regarding disclosure objection by Defendant's counsel, Dave Rettew. Court hears response from Defendant's counsel, Dave Rettew. Court does not allow. |
|---|---|
| 5:04 p.m. | Court hears argument from Plaintiff's counsel, Stephen Howen regarding the company representatives on depositions. Plaintiffs advise that they anticipate Plaintiffs case will end on Friday.  Court will review. |
| 5:06 p.m. | Defendant's counsel, Davce Rettew invokes the rule. |
| 5:07 p.m. | Court adjourned. |
|  | Plaintiff used: 1:17:10<br>Defendant used: 0:49:33<br>Total court time: 5:25 |

DAVID O'TOOLE, CLERK

BY: _Keary Conrad_
Courtroom Deputy Clerk