IN UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

DATE:  5/19/2022

| DISTRICT JUDGE<br>Amos L. Mazzant, III | COURT REPORTER: Chris Bickham<br>COURTROOM DEPUTY:   Keary Conrad |
|---|---|
| Gibson Brands, Inc., a Delaware corporation<br><br>v.<br><br>Armadillo Distribution Enterprises, Inc., Concordia Investment Partners, LLC<br><br>Does 1 through 10 | 4:19CV358 |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| Stephen Dale Howen, Andrea Bates, Kurt Schuettinger, Keith Slyter,<br>Paralegal: Amanda Slyter | Vic Henry, Anna B. Naydonov, Douglas Rettew, Elyse McNamara, Patrick Rodgers and Emileigh Hubbard |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Jury Trial - Day 4 |
|---|---|
| 8:30 a.m. | Court in session.  Court notes appearances. |
| 8:30:01 a.m. | Plaintiff continues video deposition of Dave Berryman. |
| 9:15 am | Plf Exhibit #20 admitted.  Plf counsel calls witness, Mike Rock. |
| 9:22 am | Witness, Mike Rock, sworn in. Plaintiff's counsel, Mr. Schuettinger begins direct examination of Mr. Rock. |
| 10:00 am | Mr. Schuettinger moves to offer witness, Mr. Rock as expert. Objection by defense counsel. |
| 10:03 am | Bench conference. |
| 10:08 am | Court takes 15 minute recess. |
| 10:22 am | Court admits Mr. Rock as expert in guitars. |
| 10:23 am | Jury seated. Mr. Schuettinger resumes direct examination of Mr. Rock. |
| 10:34 am | Bench conference. |
| 10:41 am | Mr. Schuettinger resumes direct examination of Mr. Rock. |
| 10:54 am | Cross examination of Mr. Rock by Mr. Henry. |

|          | -                                                                                                                                 |
|----------|-----------------------------------------------------------------------------------------------------------------------------------|
| 11:22 am | Brief recess.                                                                                                                     |
| 11:34 pm | Redirect by Mr. Schuettinger.                                                                                                     |
| 11:50 am | Recross by Mr. Henry.                                                                                                             |
| 11:51 am | Court takes juror questions, none addressed. Bench conference.                                                                    |
| 11:53 am | Witness excused.                                                                                                                  |
| 11:54 am | Jury excused for lunch.                                                                                                           |
| 1:01 pm  | Court in session. Defense counsel raises objection regarding hearsay.  Court overrules. Discussion from counsel ensues regarding exhibits.. |
| 1:13 pm  | Jury seated.                                                                                                                      |
| 1:14 pm  | Plaintiff calls witness, Dean Zelinsky by sworn deposition (read aloud by counsel).                                               |
| 2:25 pm  | Dft Exhibits 303, 304, 305 admitted.                                                                                              |
| 2:27 pm  | Plf Exhibits 391, 419, 679 admitted.                                                                                              |
| 2:29 pm  | Plaintiff calls witness, Cesar Gueikan. Witness sworn in. Direct examination of witness by Ms. Bates. |
| 2:56 pm  | Plf Exhibit 790 admitted.                                                                                                         |
| 3:00 pm  | Plf Exhibit 753 offered.                                                                                                          |
| 3:01 pm  | Court takes 15 minute recess.                                                                                                     |
| 3:17 pm  | Court in session. Jury seated. Plf Exhibit 753 admitted.                                                                          |
| 3:18 pm  | Ms. Bates resumes direct examination of witness Mr. Gueikan.                                                                      |
| 3:37 pm  | Plf Exhibit 100 admitted.                                                                                                         |
| 3:39 pm  | Plf Exhibit 367 admitted.                                                                                                         |
| 3:43 pm  | Plf Exhibit 754 admitted.                                                                                                         |
| 3:44 pm  | Cross examination of witness Mr. Gueikan by Mr. Henry.                                                                            |
| 4:19 pm  | Bench conference.                                                                                                                 |
| 4:22 pm  | Cross examination of Mr. Gueikan resumes.                                                                                         |
| 4:55 pm  | Jury excused. Court addresses witness and counsel.                                                                                |

CASE NO.   4:19CV358      DATE: 5/19/2022
PAGE 3  - PROCEEDINGS CONTINUED:

|          |                                                                                                                                                                                 |
|----------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|          | -                                                                                                                                                                               |
| 5:02 pm  | Court adjourned.                                                                                                                                                                |
|          | **Plaintiff total used**: 11:41:38<br>**Defendant total used**: 8:55:46<br>      (Parties agree to a 30P/40D split on the Zelinsky excerpts which has been calculated in these totals)<br>**Total court time today**: |
|          | **Plaintiff Exhibits Entered**: 20, 62 (only pages of excerpts read into the record), 100, 137, 349, 350, 367, 391, 419, 679, 753, 754, 763, 764, 765, 768, 790<br>**Defendant Exhibits Entered**: 128,137, 142, 145, 303, 304, 305, 1504 |

DAVID O'TOOLE, CLERK

BY:  *Donna Jones*
       Courtroom Deputy Clerk