IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GIBSON BRANDS, INC.,<br><br>  Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>ARMADILLO DISTRIBUTION ENTERPRISES, INC.; CONCORDIA INVESTMENT PARTNERS, LLC,<br><br>  Defendants/Counterclaim-Plaintiffs,<br><br>DOES 1 through 10,<br><br>  Defendants. | Case No. 4:19-cv-00358-ALM |

**ORDER GRANTING UNOPPOSED MOTION TO SEAL
DEFENDANTS' TRIAL DEPOSITION DESIGNATIONS**

Now before the Court is Defendants' Unopposed Motion to Seal Defendants' Trial Deposition Designations.  Having considered the motion, the Court finds that it should be GRANTED.

Accordingly, IT IS THEREFORE ORDERED that Defendants' Unopposed Motion to Seal Defendants' Trial Deposition Designations is GRANTED.

IT IS FURTHER ORDERED that Defendants' Trial Deposition Designations is hereby SEALED and will not be visible to the public.

IT IS SO ORDERED.