# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**DATE:** 5/24/2022

| DISTRICT JUDGE<br>Amos L. Mazzant, III | COURT REPORTER: Chris Bickham<br>COURTROOM DEPUTY:  Keary Conrad |
|---|---|
| Gibson Brands, Inc., a Delaware corporation<br><br>v.<br><br>Armadillo Distribution Enterprises, Inc., Concordia Investment Partners, LLC<br><br>Does 1 through 10 | 4:19CV358 |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| Stephen Dale Howen, Andrea Bates, Kurt Schuettinger, Keith Slyter,<br>Paralegal: Amanda Slyter | Vic Henry, Anna B. Naydonov, Douglas Rettew, Elyse McNamara, Patrick Rodgers and Emileigh Hubbard |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Jury Trial - Day 7 |
|---|---|
| 8:14 a.m. | Court in session. Court notes appearances. |
| 8:15 a.m. | Court hears argument from counsel regarding third party evidence, third party depositions taken with business records being proven up through deposition. |
| 8:19 a.m. | Court finds that they are 30b6 depositions of non parties who are not available for trial and are outside subpoena range so under Brazos River Authority v. GE Ionics, Inc., 469 F.3d 416 (5th Cir. 2006) the Plaintiff objections are overruled. Court finds business record portions are not necessary and the declarations will not go back to the jury either. Defendants may submit the portions of proof for as part of the record but those will not go back to the jury. |
| 8:20 a.m. | Court hears argument from counsel regarding Defendant witness George Gruhn and objected to exhibits that defense will attempt to enter today and documents where his assistant Joe Spann pulled items from the internet. Court will review. |
| 8:30:48 a.m. | Jury seated. |
| 8:31:20 a.m. | Witness, Josh Maloney is reminded he is still under oath. Plaintiff's counsel, Kurt Schuettinger continues cross examination of witness, Josh Maloney |
| 8:35:06 a.m. | Plaintiff's counsel, Kurt Schuettinger refers witness to previously admitted Plaintiff Exhibit 711. |

| | |
|---|---|
| 8:38:06 a.m. | Plaintiff's counsel, Kurt Schuettinger offers Plaintiff Exhibit 793.  Objection as to foundation and personal knowledge. |
| 8:39:28 a.m. | Plaintiff's counsel, Kurt Schuettinger offers Plaintiff Exhibit 793. No objection.  Plaintiff Exhibit 793 is admitted. |
| 8:41:16 a.m. | Plaintiff's counsel, Kurt Schuettinger offers Plaintiff Exhibit 713.  No objection.  Plaintiff Exhibit 713 is admitted. |
| 8:48:01 a.m. | Plaintiff's counsel, Kurt Schuettinger offers Plaintiff Exhibit 574.  No objection.  Plaintiff Exhibit 574 is admitted. |
| 8:50:30 a.m. | Plaintiff's counsel, Kurt Schuettinger offers Plaintiff Exhibit 733.  No objection.  Plaintiff Exhibit 733 is admitted. |
| 8:53:35 a.m. | Plaintiff's counsel, Kurt Schuettinger offers Plaintiff Exhibit 77.  No objection.  Plaintiff Exhibit 77 is admitted. |
| 9:14:44 a.m. | Plaintiff's counsel, Kurt Schuettinger refers witness to previously admitted Defendant Exhibit 1802. |
| 9:28:15 a.m. | Plaintiff's counsel, Kurt Schuettinger offers Plaintiff Exhibit 786.  Objection as to relevance.  Plaintiff Exhibit 786 is admitted. |
| 9:29:30 a.m. | Pass the witness.  Defendant's counsel, Patrick Rodgers begins re-direct examination of witness, Joshua Maloney. |
| 9:31:55 a.m. | Defendant's counsel, Patrick Rodgers refers witness to previously admitted Plaintiff Exhibit 793. |
| 9:34:06 a.m. | Defendant's counsel, Patrick Rodgers refers witness to previously admitted Plaintiff Exhibit 663. |
| 9:38:39 a.m. | Defendant's counsel, Patrick Rodgers refers witness to previously admitted Plaintiff Exhibit 574. |
| 9:40:17 a.m. | Defendant's counsel, Patrick Rodgers refers witness to previously admitted Plaintiff Exhibit 77. |
| 9:42:49 a.m. | Defendant's counsel, Patrick Rodgers refers witness to previously admitted Defendant Exhibit 1784. |
| 9:44:05 a.m. | Defendant's counsel, Patrick Rodgers refers witness to previously admitted Plaintiff Exhibit 640. |
| 9:45:57 a.m. | Pass the witness.  Plaintiff's counsel, Kurt Schuettinger begins re-cross examination of witness, Josh Maloney. |

| | |
|---|---|
| 9:47:21 a.m. | Plaintiff's counsel, Kurt Schuettinger offers 710. Objection lacks foundation, beyond the scope of cross, re-direct, and cross. Objection sustained. |
| 9:50:29 a.m. | Pass the witness. Court polls the jury for questions. Bench conference. |
| 9:52:08 a.m. | Court asks question from the jury to the witness. |
| 9:53:27 a.m. | Plaintiff's counsel, Kurt Schuettinger follow up question. |
| 9:54:07 a.m. | Jury excused for morning break. |
| 9:54:35 a.m. | Court hears from Plaintiff's counsel, Stephen Howen regarding case law provided to the Court. |
| 9:55:19 a.m. | Court recess for 15 minutes. |
| 10:10:21 a.m. | Court addresses objection regarding expert exhibits. Court overrules Plaintiff's objection. Court hears from Plaintiff's counsel, Stephen Howen regarding objection to the authenticity of those exhibits when they come in. |
| 10:11:25 a.m. | Jury seated. |
| 10:12:05 a.m. | Defendant's counsel, Patrick Rodgers calls George Gruhn. Witness placed under oath. Defendant's counsel, Patrick Rodgers begins direct examination of witness, George Gruhn. |
| 10:42:28 a.m. | Defendant's counsel, Patrick Rodgers offers George Gruhn as an expert on guitars. Plaintiff requests to take the witness on voir dire. |
| 10:42:29 a.m. | Plaintiff's counsel, Kurt Schuettinger begins voir dire. |
| 10:47:51 a.m. | Plaintiff's counsel, Kurt Schuettinger renews objection. Objection overruled. Court will treat him as expert. |
| 10:48:10 a.m. | Defendant's counsel, Patrick Rodgers continues direct examination of George Gruhn. |
| 10:58:57 a.m. | Plaintiff's counsel request bench conference regarding objection. Court sustained the objection. |
| 11:01:34 a.m. | Defendant's counsel, Patrick Rodgers continues direct examination of George Gruhn. |
| 11:02:35 a.m. | Defendant's counsel, Patrick Rodgers request bench conference regarding objection. Objection overruled. |
| 11:03:52 a.m. | Defendant's counsel, Patrick Rodgers continues direct examination of George Gruhn. |
| 11:32:16 a.m. | Defendant's counsel, Patrick Rodgers offers Defendant Exhibit 3896 and underlying documents supportive of the chart. Objection as to authenticity. |
| 11:32:17 a.m. | Plaintiff's counsel, Kurt Schuettinger objection. Plaintiff takes witness on voir dire. |

| 11:35:18 a.m. | Objection overruled.  Defendant Exhibit 3896 and underlying documents are admitted.  Counsel advises the Court that a list will be provided to the CRD of the underlying exhibits to the 3896 summary chart. |
|---|---|
| 11:35:34 a.m. | Defendant's counsel, Patrick Rodgers continues direct examination of witness, George Gruhn. |
| 11:41:32 a.m. | Defendant's counsel, Patrick Rodgers offers 3897 and all the underlying documents. |
| 11:41:33 a.m. | Plaintiff's counsel, Kurt Schuettinger objects and request to take the witness on voir dire.  Plaintiff objects under 703 grounds of self-authentication. |
| 11:43:27 a.m. | Court overrules Plaintiff's objection and Defendant Exhibit 3897 summary chart and underlying documents are admitted.  Counsel advises the Court that a list will be provided to CRD of the underlying exhibits to the 3897 summary chart. |
| 11:43:31 a.m. | Defendant's counsel, Patrick Rodgers continues direct examination of witness, George Gruhn. |
| 11:47:00 a.m. | Defendant's counsel, Patrick Rodgers offers 3898 and the underlying documents. |
| 11:47:13 a.m. | Plaintiff's counsel, Kurt Schuettinger objects and request to take the witness on voir dire.  Plaintiff's counsel renews objection under 703 grounds. |
| 11:47:37 a.m. | Court overrules the objection and Exhibit 3898 and underlying documents are admitted.  Counsel advises the Court that a list will be provided to CRD of the underlying exhibits to the 3898 summary chart. |
| 11:47:42 a.m. | Defendant's counsel, Patrick Rodgers continues direct examination of witness, George Gruhn. |
| 11:50:24 a.m. | Defendant's counsel, Patrick Rodgers offers 3899 and the underlying documents. |
| 11:50:40 a.m. | Plaintiff's counsel, Kurt Schuettinger objects and request to take the witness on voir dire.  Plaintiff's counsel renews objection under 703 grounds. |
| 11:52:26 a.m. | Court overrules the objection and Exhibit 3899 and underlying documents are admitted.  Counsel advises the Court that a list will be provided to CRD of the underlying exhibits to the 3898 summary chart. |
| 11:52:36 a.m. | Defendant's counsel, Patrick Rodgers continues direct examination of witness, George Gruhn. |
| 12:01:12 p.m. | Jury excused for lunch. |
| 12:02:00 p.m. | Court recess for lunch. |
| 1:07:35 p.m. | Court re-convened. Jury seated. |

| 1:08:25 p.m. | Defendant's counsel, Patrick Rodgers continues direct examination of witness, George Gruhn. |
|---|---|
| 1:15:43 p.m. | **[RECORD SEALED]** |
| 1:17:15 p.m. | Defendant's counsel, Patrick Rodgers refers witness to previously admitted Defendant Exhibits 312, 315, 316, 321, 322. |
| 1:18:12 p.m. | **[RECORD UNSEALED]** |
| 1:18:07 p.m. | Defendant's counsel, Patrick Rodgers continues direct examination of witness, George Gruhn. |
| 1:19:07 p.m. | Defendant's counsel request bench conference. |
| 1:21:10 p.m. | Defendant's counsel, Patrick Rodgers continues direct examination of witness, George Gruhn. |
| 1:25:12 p.m. | Defendant's counsel, Patrick Rodgers offers Defendant Exhibit 3905 individual documents and summary chart of Defendant Exhibit 3905. |
| 1:25:12 p.m. | Plaintiff's counsel, Kurt Schuettinger objects and takes witness on voir dire and objects on 703.  Court hears response argument from Defendant. |
| 1:26:46 p.m. | Court overrules objection and Defendant Exhibit 3905 and underlying documents are admitted. |
| 1:30:22 p.m. | Bench conference at request of Defendants. |
| 1:34:02 p.m. | Bench conference concluded. |
| 1:34:02 p.m. | Defendant's counsel, Patrick Rodgers continues direct examination of witness, George Gruhn. |
| 1:36:50 p.m. | Defendant's counsel, Patrick Rodgers offers Defendant Exhibit 339.  Objection. Objection overruled.  Defendant Exhibit 339 is admitted. |
| 1:40:00 p.m. | **[RECORD SEALED]** |
| 1:41:34 p.m. | Defendant's counsel, Patrick Rodgers refers witness to previously admitted Defendant Exhibits 312, 321, 322, 314, 315, 316. |
| 1:41:57 p.m. | **[RECORD UNSEALED]** |
| 1:44:25 p.m. | Defendant's counsel, Patrick Rodgers offers Defendant Exhibit 3904.  Objection. |
| 1:44:46 p.m. | Plaintiff's counsel, Kurt Schuettinger objects and takes witness on voir dire and objects on 703. |

| | |
|---|---|
| 1:45:37 p.m. | Objection overruled.  Defendant Exhibit 3904 summary chart and underlying documents are admitted. |
| 1:45:38 p.m. | Defendant's counsel, Patrick Rodgers continues direct examination of witness, George Gruhn. |
| 1:57:02 p.m. | **[RECORD SEALED]** |
| 1:59:28 p.m. | **[RECORD UNSEALED]** |
| 2:02:07 p.m. | Defendant's counsel, Patrick Rodgers offers Defendant Exhibit 3907.  Objection. |
| 2:02:08 p.m. | Plaintiff's counsel, Kurt Schuettinger objects and takes witness on voir dire and objects on 703. |
| 2:02:12 p.m. | Objection overruled.  Defendant Exhibit 3907 summary chart and underlying documents are admitted. |
| 2:10:53 p.m. | **[RECORD SEALED]** |
| 2:14:29 p.m. | **[RECORD UNSEALED]** |
| 2:14:35 p.m. | Defendant's counsel, Patrick Rodgers offers Defendant Exhibit 3903.  Objection. |
| 2:14:47 p.m. | Plaintiff's counsel, Kurt Schuettinger objects and takes witness on voir dire and objects on 703. |
| 2:15:01 p.m. | Objection overruled.  Defendant Exhibit 3903 summary chart and underlying documents are admitted. |
| 2:15:01 p.m. | Defendant's counsel, Patrick Rodgers continues direct examination of witness, George Gruhn. |
| 2:22:54 p.m. | Pass the witness. |
| 2:22:54 p.m. | Plaintiff's counsel, Kurt Schuettinger begins cross examination of witness, George Gruhn. |
| 2:51:54 p.m. | **[RECORD SEALED]** |
| 2:57:50 p.m. | Bench conference at request of Defendant. |
| 2:59:11 p.m. | Bench conference concluded. |
| 2:59:36 p.m. | Jury excused. |
| 3:00:13 p.m. | Court recess for 15 minutes. |
| 3:17:15 p.m. | Court reconvened. Jury seated. |
| 3:17:08 p.m. | **[RECORD UNSEALED]** |

| | |
|---|---|
| 3:18:07 p.m. | Bench conference |
| 3:19:20 p.m. | Plaintiff's counsel, Kurt Schuettinger continues cross examination of witness, George Gruhn. |
| 3:26:42 p.m. | Pass the witness. |
| 3:26:42 p.m. | Defendant's counsel, Patrick Rodgers begins re-direct examination of witness, George Gruhn. |
| 3:35:57 p.m. | Pass the witness. Plaintiff's counsel, Kurt Schuettinger continues re-cross examination of witness, George Gruhn. |
| 3:38:04 p.m. | Pass the witness. Defendant's counsel, Patrick Rodgers begins continued re-direct examination of witness, George Gruhn. |
| 3:39:03 p.m. | Pass the witness. Court polls the jury for questions from the jury. |
| 3:39:49 p.m. | No questions from the jury. Witness excused. |
| 3:40:01 p.m. | Defendant's counsel, Anna Naydonov calls Todd Schoettelkotte. Witness is placed under oath. |
| 3:41:15 pm | Defendant's counsel, Anna Naydonov begins direct examination of witness, Todd Schoettelkotte. |
| 3:49:56 p.m. | Plaintiff's counsel, Stephen Howen objection and request to approach. |
| 3:52:10 p.m. | Bench conference concluded. |
| 3:52:12 p.m. | Defendant's counsel, Anna Naydonov continues direct examination of witness, Todd Schoettelkotte and offers him as an expert in damages. The Court will treat him as such. |
| 4:00:15 p.m. | Plaintiff requests sealing. |
| 4:00:28 p.m. | **[RECORD SEALED]** |
| 4:19:10 p.m. | Plaintiff's counsel, Stephen Howen renewed objection. |
| 4:19:18 p.m. | Objection overruled. |
| 4:19:58 p.m. | **[RECORD UNSEALED]** |
| 4:19:58 p.m. | Defendant's counsel, Anna Naydonov continues direct examination of witness, Todd Schoettelkotte. |
| 4:29:55 p.m. | Jury excused. |

| | |
|---|---|
| 4:31:45 p.m. | Court adjourned. |
| | **Plaintiff left**: 4:26<br>**Defendant left** 6:42 |
| | **Plaintiff Exhibits Entered**: 77, 574, 713, 733, 786, 793,<br>**Defendant Exhibits Entered**: 312, 313, 314, 315,316, 317, 319, 321, 322, 339,<br>**DTX-3896 chart and underlying:** DTX349, 350, 385, 386, 387, 388, 389, 390, 434, 455, 456, 457, 474, 482, 483, 484, 485, 502, 609, 610, 611, 659, 734, 735, 765, 766, 767, 801, 877 , 896, 918, 919, 920, 921, 922, 923, 924, 925, 937, 938, 1056, 1057, 1058, 1059, 1060, 1061, 1062, 1063, 1066, 1067, 1068, 1069, 1070, 1072, 1073, 1075, 1076, 1077, 3896 |
| | **DTX-3897 chart and underlying**: 351, 352, 353, 354, 364, 365, 366, 367, 368,391, 392, 393, 394, 395, 396, 397, 398, 399, 411, 435, 458,459, 460, 461, 462, 463, 475, 476, 477, 486, 487, 488, 489, 490, 491, 492, 493, 503,504, 505, 506, 507, 508, 517, 518, 531, 532, 533, 534, 536, 537,  538, 548, 562, 563, 564, 570, 572, 573, 574, 575, 597, 612, 613, 614, 615, 616, 627, 628, 629, 630, 631, 642, 643, 660, 661, 662, 663, 665, 666, 667, 668, 669, 670, 673, 717, 718, 719, 720, 768, 782, 783, 784, 785, 786, 802, 803, 804, 805, 806, 809, 810,  811, 812, 813, 814, 824, 826, 827, 833, 834, 878, 879, 880, 881, 882, 897, 926, 939, 940, 941, 942, 943, 944, 945, 946, 947, 1078, 1079, 1080, , 1081, 1082, 1083, 1084, 1085, 1086, 1087, 1088, 1089, 1090, 1091, 1092, 1093, 1094, 1095, 1096,1097, 1098, 1099,1100, 1101, 1102, 1103, 1104, 1105, 1106, 1107, 1108, 1109, 1110, 1111, 1112,  1113, 1114, 1115, 1116, 1117, 1118, , 1119, 1120, 1121, 1122, 1123, , 1124,, 1125, 1126, 1127, 1128, 1129, 1130, 1131, 1132, 1133, 1134, 1135, 1136, 1137, 1138, 1139, , 1140,1141,1142,1143,1144, 1145, 1146, 1147, ,1148, 1149, 1150, 1151, 1152, 1153, 1154, 1155, 1156 1157, 1158, 1159, 1160, 1161, 1162, 1163, 1164, 1165,  1166, 1167, 1168, 1169, 1170, 1171, 1172, 1173, , 1174, 1175, 3897 |
| | **DTX-3898 chart and underlying**: 355, 356,357,358,359,360,361, 362, 371, 372, 373, 374, 375, 376, 400, 401, 402, 403, 404, 405, 406, 407, 408, 409, 436, 437, 438,  439, 464, , 465, 466, 467, 468, 469, 470, 471, 479, 480, 481, 494, 495, 496, 497, 498, 499, 500, 509, 510, 511, 512, 513, 514, 515, 519, 520, 521, 522, 523, 524, 525, 526, 527, 528, 539, 540, 541, 542, 543, 544, 545, 546, 547, 549, 550, 551, 552, 553, 554, 555, 556, 557, 559, 560, 561, 565, 566, 567, 568, 569, 576, 577, 578, 579, 580, 581, 582, 583, 584, 586, 587, 588, 589, 592,594, 617, 618, 619, 620, 621, 622, 623, 624, 632, 633, 634, 635, 636, 637, 638, 644, 645, 646, 647, 648, 649, 650, 651, 652, 671, 675, 676, 677, 678, 681, 682, 683, 684, 685, 686, 688, , 689, 690, 691, 4692, 693, 694, 695, 696,  697, 698, 699, 700, 701, 702, 703, 705, 707, 721, 722, 723, 725, 726, 737, 769, 770, 771, 772, 773, , 774, 775, 776, 777, 778, 787, 807, 815, 816, 817, 818, 819, 820, 828, 829, 830, 831, 832, 835, 840, 841, 845, 846, 847, 848, 849, 851, 852, 853, 854, 856, 857, 858, 860, 861, 862, 863, 864, 883, 884, 885, 886, 887, 888, 889, 898, 900, 901, 902, 903, 927, 928, 929, 930, 948, 949, 950, 951, 952, 953, 954, 955, 1176, 1177, 1178, 1179, 1180, 1181, 1182, , 1183, 1184, 1185, 1186, 1187, 1188, 1189, , 1190, 1191, 1192, 1193, 1194, 1195, 1196, 1197, 1198, 1199, 1200, 1201, 1202, 1203, 1204, 1205, 1206, 1207, 1208, 1209, 1210, 1211, 1212, 1213, 1214, 1215, 1216, 1217, 1218, 1219, 1220, 1223, 1224, 1225, 1226, 1227, 1228, 1229, 1230, 1231, 1232, 1233, 1234, 1235, 1236, 1237, 1238, 1239, 1240, 1241, 1242, 1243, 1244, 1245, 1246, 1247, 1248, 1249, 1250, 1251, 1252, 1253, 1254, 1255, 1256, 1257, 1258, 1259, 1260, 1261, 1262, 1263, 1264, 1265, 1266, 1267, 1268, 1269, 1270, 1271, 1272, 1273, 1274, 1275, 1276, 1277, 1278, 1279, 1280, 1281, 1282, 1283, 1284, 1285, 1286, 1287, 1288, 1289, 1290,1292, 1293, 1294, 1295, 1296, 1297, 1298, 1299, 1300, 1301, 1302, 1303, 1304, 1305, 1306, 1307, 1308, 1310, 1311, 1312, 1313, 1314, 1315, 1316, 1317, 1318, 1319, 1320, 1321, 1322, 1323, 1324, 1325, 1326, 1327, 1328, 1329, 1330, 1331, 1333, 1334, 1335, 1336, 1337, 1338, 1339, 1340, 1341, 1343, 1344, 1345, 1346, 1348, 1349, 1350, 1351, 1352, 1353, 1355, 3898 |

CASE NO. 4:19CV358    DATE: 5/24/2022
PAGE 9  - PROCEEDINGS CONTINUED:

|  | |
|---|---|
| | **DTX-3899 chart and underlying**: 377, 410, 440, 472, 501, 529, 585, 590,596, 653, 664, 674, 679, 687, 704, 706, 728, 729, 730, 742, 779, 788, 808, 825, 837, 838, 839, 842, 843, 844, 850, 855, 859, 865, 867, 868, 890, 904, 931, 956, 1342, 1360, 1361, 1362, 1363, 1364, 1365, 1366, 1367, 1368, 1369, 1370, 1371, 1372, 1373, 1374, 1375, 1376, 1377, 1378, 1379, 1380, 1381, 1382, 1383, 1384, 3899 |
| | **DTX-3903 chart and underlying**: 2792, 2793, 2794, 2795, 2796, 2797, 2798, 2799, 2800, 2801, 2802, 2803, 2804, 2805, 2806, 2807, 2808, 2809, 2810, 2811, 2812, 2813, 2814, 2815, 2816, 2817, 2818, 2819, 2820, 2821, 2822, 2823, 2824, 2825, 2826, 2827, 2828, 2829 |
| | **DTX-3904 chart and underlying**: 2830, 2831, 2832, 2833, 2834, 2835, 2836, 2837, 2838, 2839, 2840, 2841, 2842, 2843, 2844, 2845, 2846, 2847, 2848, 2849, 2850, 2851, 2852, 2853, 2854, 2855, 2856, 2857, 2858, 2859, 2860, 2861, 2862, 2863, 2864, 2865, 2866, 2867, 2868, 2869, 2870, 2871, 2872, 2873, 2874, 2875, 2876, 2877, 2878, 2879, 2880, 2881, 2882, 2883, 2884, 2885, 2886, 2887, 2888, 2889, 2890, 2891, 2892, 2893, 2894, 2895, 2896, 2897, 2898, 2899, 2900, 2901, 2902, 2903, 2904, 2905, 2906, 2907, 2908, 2909, 2910, 2911, 2912, 2913, 2914, 2915, 2916, 2917, 2918, 2919, 2920, 2921, 2922, 2923, 2924, 2925, 2926, 2927, 2928, 2929, 2930, 2931, 2932, 2933, 2934, 2935, 2936, 2937, 2938, 2939, 2940, 2941, 2942, 2943, 2944, 2945, 2946, 2947, 3904 |
| | **DTX 3905 chart and underlying**: DTX-2948, 2949, 2950, 2951, 2952, 2953, 2954, 2955, 2956, 2957, 2958, 2959, 2960, 2961, 2962, 2963, 2964, 2965, 2966, 2967, 2968, 2969, 2970, 2971, 2972, 2973, 2974, 2975, 2976, 2977, 2978, 2979, 2980, 2981, 2982, 2983, 2984, 2985, 2986, 2987, 2988, 2989, 2990, 2991, 2992, 2993, 2994, 2995, 2996, 2997, 2998, 2999, 3000, 3001, 3002, 3003, 3004, 3005, 3006, 3007, 3008, 3009, 3010, 3011, 3012, 3013, 3014, 3015, 3016, 3017, 3018, 3019, 3020, 3021, 3022, 3023, 3024, 3025, 3026, 3027, 3028, 3029, 3030, 3031, 3032, 3033, 3034, 3035, 3036, 3037, 3038, 3039, 3040, 3041, 3042, 3043, 3044, 3045, 3046, 3047, 3048, 3049, 3050, 3051, 3052, 3053, 3054, 3055, 3056, 3057, 3058, 3059, 3060, 3061, 3062, 3063, 3064, 3065, 3066, 3067, 3068, 3069, 3070, 3071, 3072, 3073, 3074, 3075, 3076, 3077, 3078, 3079, 3080, 3081, 3082, 3083, 3084, 3085, 3086, 3087, 3088, 3089, 3090, 3091, 3092, 3093, 3094, 3095, 3096, 3097, 3098, 3099, 3100, 3101, 3102, 3905 |
| | **DTX-3907 chart and underlying**: 2124, 3103, 3104, 3105, 3106, 3107, 3108, 3109, 3110, 3111, 3112, 3113, 3114, 3115, 3116, 3117, 3118, 3119, 3120, 3121, 3122, 3123, 3125, 3126, 3127, 3128, 3129, 3130, 3131, 3132, 3133, 3134, 3135, 3136, 3137, 3138, 3139, 3140, 3141, 3142, 3143, 3144, 3145, 3146, 3147, 3148, 3149, 3150, 3151, 3152, 3153, 3154, 3155, 3156, 3157, 3158, 3159, 3160, 3161, 3162, 3163, 3164, 3165, 3166, 3907 |

DAVID O'TOOLE, CLERK

BY: _Keary Conrad_
     Courtroom Deputy Clerk