# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**DATE:** 5/26/2022

| DISTRICT JUDGE | COURT REPORTER: Chris Bickham |
|---|---|
| Amos L. Mazzant, III | COURTROOM DEPUTY: Keary Conrad |

| | |
|---|---|
| Gibson Brands, Inc., a Delaware corporation | |
| v. | 4:19CV358 |
| Armadillo Distribution Enterprises, Inc., Concordia Investment Partners, LLC | |
| Does 1 through 10 | |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| Stephen Dale Howen, Andrea Bates, Kurt Schuettinger, Keith Slyter, Paralegal: Amanda Slyter | Vic Henry, Anna B. Naydonov, Douglas Rettew, Elyse McNamara, Patrick Rodgers and Emileigh Hubbard |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Jury Trial - Day 9 |
|---|---|
| 8:20 a.m. | Court in session. Court notes appearances. |
| 8:22 a.m. | Court hears from Plaintiff's counsel, Stephen Howen regarding objections to the charge. |
| 8:25 a.m. | Court hears from Defendant's counsel, Patrick Rodgers regarding objections to the charge. |
| 8:29 a.m. | Jury seated. |
| 8:32 a.m. | Plaintiff's counsel, Stephen Howen begins closing argument. |
| 9:34 a.m. | Jury excused for 15 minute break. |
| 9:51 a.m. | Court re-convened. Jury seated. |
| 9:52 a.m. | Defendant's counsel, Doug Rettew begins closing argument. |
| 9:57 a.m. | Defendant's counsel, Anna Naydonov begins closing argument. |
| 10:31 a.m. | Defendant's counsel, Doug Rettew continues closing argument. |
| 11:21 a.m. | Plaintiff's counsel, Stephen Howen concludes closing argument. |
| 11:43 a.m. | Court reads the final charge to they jury. |
| 12:39 p.m. | Jury excused to begin deliberations. |

CASE NO.   4:19CV358        DATE: 5/26/2022
PAGE 2  - PROCEEDINGS CONTINUED:

| 12:39 p.m. | Court in recess pending note or verdict. |
|---|---|
| 1:20 p.m. | Court re-convened. Court notes receipt of note #1 indicating the foreperson.  Court notes receipt of note #2.  Court responds with approval of counsel. |
| 1:23 p.m. | Court in recess pending note or verdict. |
| 2:41 p.m. | Court re-convened.  Court notes receipt of note #3.  Court didn't respond because the exhibits had not gone up but went up right after.  Court notes receipt of note #4.  Court responds with approval of counsel. |
| 2:55 p.m. | Court in recess pending note or verdict. |
| 5:06 p.m. | Court re-convened.  Court notes receipt of note #5.  Court responds with approval of counsel. |
| 5:07 p.m. | Court adjourned for the day. |

DAVID O'TOOLE, CLERK

BY:  *Keary Conrad*
Courtroom Deputy Clerk