# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

## SHERMAN DIVISION

**DATE:** 5/27/2022

| DISTRICT JUDGE<br>Amos L. Mazzant, III | COURT REPORTER: Chris Bickham<br>COURTROOM DEPUTY: Keary Conrad |
|---|---|
| Gibson Brands, Inc., a Delaware corporation<br><br>v.<br><br>Armadillo Distribution Enterprises, Inc., Concordia Investment Partners, LLC<br><br>Does 1 through 10 | 4:19CV358 |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| Stephen Dale Howen, Andrea Bates, Kurt Schuettinger, Keith Slyter,<br>Paralegal: Amanda Slyter | Vic Henry, Anna B. Naydonov, Douglas Rettew, Elyse McNamara, Patrick Rodgers and Emileigh Hubbard |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Jury Trial - Day 10 |
|---|---|
| 8:30 a.m. | Court notes appearance of the Parties.  Jury arrived and begins deliberations. |
| 1:04 p.m. | Court re-convened.  Court notes receipt of note #6 that the jury has reached a verdict. |
| 1:06 p.m. | Jury seated. |
| 1:07 p.m. | Court publishes the verdict. |
| 1:12 p.m. | Court polls the jury. |
| 1:13 p.m. | Jury excused. |
| 1:13 p.m. | Bench conference. |
| 1:14 p.m. | Court inquires as to publishing the verdict.  Both sides make motion for substiting the actual physical guitar that have been introduced and will replace with pictures.  Plaintiffs and Defensen motions are both granted. |
| 1:15 p.m. | Parties will meet and confer regarding the briefing schedule and will advise the Court. |

CASE NO.   4:19CV358        DATE: 5/27/2022
PAGE 2  - PROCEEDINGS CONTINUED:

| | |
|---|---|
| 1:17 p.m. | Court adjourned. |

DAVID O'TOOLE, CLERK

BY: *Keary Conrad*
      Courtroom Deputy Clerk