## IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

### SHERMAN DIVISION

| | |
|---|---|
| Gibson Brands, Inc., a Delaware corporation<br><br>v.<br><br>Armadillo Distribution Enterprises, Inc., Concordia Investment Partners, LLC<br><br>Does 1 through 10 | 4:19CV358 |

## GIBSON TRIAL WITNESS LIST

1. Jim DeCola
2. Aljon Go
3. Jason Davidson
4. Elizabeth Rasnick
5. Basil Imburgin
6. Dr. Eugene Ericksen
7. Joseph Lafebvre
8. Dave Berryman
9. Mike Rock
10. Dean Zelinsky
11. Cesar Gueikan