# IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

### SHERMAN DIVISION

| | |
|---|---|
| Gibson Brands, Inc., a Delaware corporation<br><br>v.<br><br>Armadillo Distribution Enterprises, Inc., Concordia Investment Partners, LLC<br><br>Does 1 through 10 | 4:19CV358 |

## ARMADILLO/CONCORDIA TRIAL WITNESS LIST

1. Evan Rubinson
2. Josh Maloney
3. George Gruhn
4. Todd Schoettelkotte
5. Paul Jernigan
6. Dr. Michael Barone
7. Mark Agnesi
8. Hal Poret
9. Chris Hussong