UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS SHERMAN DIVISON

| | |
|---|---|
| GIBSON BRANDS, INC., § § *Plaintiff*, § § v. § § ARMADILLO DISTRIBUTION § ENTERPRISES, INC., and CONCORDIA § INVESTMENT PARTNERS, LLC, § *Defendants.* § § | Civil Action No. 4:19-CV-358 |

**PLAINTIFF'S ADMITTED TRIAL EXHIBIT LIST**

| Exh # | Bates Numbers | Document Type | Document Title |
|---|---|---|---|
| 0001 | 114304-114305 | USPTO Registration Certificate | FV Body Shape Design® (U.S. Reg. No. 2051790) 02.16.2021 |
| 0002 | 114306-114309 | USPTO Registration Certificate | Explorer Body Shape Design® (U.S. Reg. No. 2053805) 02.16.2021 |
| 0004 | 114314-114315 | USPTO Registration Certificate | ES Body Shape Design® (U.S. Reg. No. 2007277) 02.16.2021 |
| 0005 | 114316-114317 | USPTO Registration Certificate | FLYING V® Word Mark (U.S. Reg. No. 1216644) 02.16.2021 |
| 0008 | 114327-114328 | USPTO Registration Certificate | HUMMINGBIRD® Word Mark (U.S. Reg. No. 1931670) 02.16.2021 |
| 0012 | 114336-114354 | USPTO Filing/ Order Certificate | TTAB Ruling for Opp. No. 91170847 regarding DWPH, *Gibson Guitar Corp. v. Concordia Investment Partners, Inc.*, (TTAB June 10, 2009)(from Concordia Ser. No. 76619498 file wrapper) |
| 0014 | 015425-015437 | Agreement (Draft) | Dean Proposed Worldwide License, Consent and Settlement Agreement (Concordia Investment Partners, Inc. and Armadillo Enterprises, Inc.) |

|  |  |  | 121704 draft |
|---|---|---|---|
| 0020 | 61600-61605 | Email | 01.30.2015 Email from Dave Berryman |
| 0022 | 015478-015486; 015496-015504 | Settlement Agreement | WowWee USA, Inc signed; Gibson signed |
| 0034 | 114625-114628 | USPTO Registration Certificate | G Body Shape Design® (U.S. Reg. No. 2215791) 2.16.2021 |
| 0042 | 114798-114836 | Certified Complaint | *Gibson v. Wowwee USA, Inc., et. al.* (Civil Case No. 10-cv-08884; Dkt. No. 1) 11.18.2010 |
| 0044 | 114887-114890 | USPTO Registration Certificate | Reg. Cert. Dove Wing Peg Head Design® (U.S. Reg. No. 1020485) 02.16.2021 |
| 0048 | 003556-003564 | Consent Judgement | Gibson Guitar Corp. v. The ESP Company, Ltd. of Japan and ESP Shibuya Enterprises, Inc. (Civil Action No. 3:99 – 0367; U.S. Dist. Court for the Middle Dist. Of Tenn., Nashville Division) |
| 0051 | 115069-115079 | USPTO Filing Certificate | Elliott Rubinson Declaration re Distinctiveness (paragraph 24)(Ser. No. 76172953 – Filed November 29, 2000 by Concordia) 04.12.2021 |
| 0054 | 014931-014933 | Exclusive Artist Endorsement Agreements | Michael Duff McKagan – Guns N Roses; 07.22.1987 SLASH – Guns N Roses 05.26.1987 |
| 0055 | ARMADILLOE DTX00005952-00005953 | Email | Email from Josh Maloney and Dave Mustaine (debut SG, Michael Volbet) 12.17.2012 |
| 0061 | 115080-115088 | Summary Chart (FRE 1006) | Gibson Artist Endorsement Agreements (2-85 sup doc) |
| 0062 excerpt | 000204-000320 | Book | An Odd-Shaped History of Gibson's Weird Electric Guitars by Tony Bacon |
| 0066 | ARMADILLOE DTX 00000827 | Video (3:41) | Play Authentic Video (YouTube) – Mark Agnesi |
| 0070 | ARMADILLOE DTX 00008894-00008896 | Email | Email chain from Chris Cannella to Mark Huang 03.13.2018 |
| 0073 | ARMADILLOE DTX 00004413-00004414 | Email | August 2, 2012 email from Eric Stewart and Josh Maloney |
| 0074 | ARMADILLOE DTX 00006377-00006379 | Email | Email from Eric Stewart and various others at Dean 07.09.2008 |

| | | | |
|---|---|---|---|
| 0077 | ARMADILLOE DTX 0006846 Maloney | Email | January 4, 2019 Email chain from Dave Mustaine and Josh Maloney |
| 0100 | 115118-115122 | Ad | Graphic Designs Print Campaign (Marketing Ad Materials – Look for Ad) for Gibson. Includes warning to public that the unique guitar body shapes are Trademarks of Gibson and copying these shapes is a violation of Gibson's rights. |
| 0137 | 015363-15388 | Agreement | Norlin Music Inc., Elger Co., Chesbro Music Co, Hoshino Gakki Ten, Inc. (Ibanez) 12.18.1978 |
| 0139 | 015415-015424 | Settlement Agreement | Acne Studios AB 04.22.2016 |
| 0152 | 062122-062130 | Settlement/License Agreement | Gibson Brands, Inc. and Funko, LLC 03.14.2018 / 03.23.2018 |
| 0158 | 111884-111903 | Takedown (Page Vault) | Facebook takedown regarding Sunfield Music Store 06.01.2017 |
| 0163 | 115149-115156 | Summary Chart (FRE 1006) | Depicting Gibson Trademark enforcement – Takedowns (1-57 sup docs) |
| 0164 | 003582-003585 | C&Ds (Customs) | DELESSIO, LEONARD COUNTERFEIT LETTER 12.17.2015 |
| 0170 | 115157-115167 | Summary Chart (FRE 1006) | Depicting Gibson Trademark enforcement via US Customs Cease and Desist Letters (1-164 sup docs) |
| 0176 | 009498-009506 | C&D | Janus C&D and Closure letter 10.30.2015 |
| 0279 | 017914-017918 | Materials Release Agreement | "GHOSTBUSTERS" 2016 with Columbia Pictures Industries, Inc. 07.24.2015 |
| 0281 | 115176-115204 | Summary Chart (FRE 1006) | Depicting Gibson Materials, Image, and Location Agreements (1-245 sup docs) |
| 0294A | 115379 | Excel PDF | Sales Report: Gibson Sales Figures 2011-2020 |
| 0295A | 115380 | Excel PDF | Gibson Excel that Breaks out Sales by Model |
| 0319 | 021895 | Video | Michael J. Fox doing Johnny Be Good – Back to the Future (Motion Picture) 3hr:26sec |
| 0330 | 017740 | Video 13min:58sec | Branding and Marketing Planning - Dean Guitars, Luna Guitars, Ddrum Drums |
| 0332 | 017742 | Video 2min:14sec | Rubinson Elliott – OH webclip |
| 0334 | 098038 | YouTube Video 12min:38sec | From Chris Cannella Deposition (Dean videos) Dean Guitar Factory Tour Part 1 of 2 – Geary.com |
| 0336 | 020388-020391 | Retailer | Gibson Guitars advertising in "Electric Guitars" product |

Page 3 of 10

| | | | |
|---|---|---|---|
| | | Website (Page Vault) | category at Guitar Center (www.guitarcenter.com) 02.20.2020 |
| 0337 | 021227-021230 | Retailer Website (Page Vault) | Gibson Guitars advertising in "Gibson Products" product category at Sweetwater (www.sweetwater.com) 02.20.2020 |
| 0349-1 | | Physical Guitar | Authentic Luna Fauna Hummingbird Guitar |
| 0349-2 | 018446-018447 | Photos | Pictures of Authentic Luna Fauna Hummingbird Guitar headstock |
| 0350-1 | | Physical Guitar | Authentic Luna Athena Guitar (SAME GUITAR AS P0762-1) |
| 0350-2 | 018448-018449 | Photos | Pictures of Authentic Luna Athena Guitar headstock (SAME GUITAR AS P0762-2) |
| 0351-1 | | Physical Guitar | Authentic Gibson ES Guitar – red |
| 0351-2 | 064397-064400 | Photos | Pictures of Authentic Gibson ES Guitar headstock – red |
| 0352-1 | | Physical Guitar | Authentic Gibson Explorer - blue |
| 0352-2 | 064401-064403 | Photos | Pictures of Authentic Gibson Explorer headstock - blue |
| 0353-1 | | Physical Guitar | Authentic Gibson Flying V Guitar |
| 0353-2 | 064404-064406 | Photos | Pictures of Authentic Gibson Flying V Guitar headstock |
| 0354-1 | | Physical Guitar | Authentic Gibson Les Paul Guitar |
| 0354-2 | 064407-064409 | Photos | Pictures of Authentic Gibson Les Paul Guitar – Dove Wing headstock |
| 0355-1 | | Physical Guitar | Authentic Gibson SG Guitar - black |
| 0355-2 | 064410-064416 | Photos | Pictures of Authentic Gibson SG Guitar headstock - black |
| 0360-1 | | Physical Guitar | Authentic JHS VV60 Guitar - Vintage |
| 0360-2 | 113873-113874 | Photos | Pictures of Authentic JHS VV60 Guitar - Vintage |
| 0361-1 | | Physical Guitar | Authentic Jackson JS Series King V JS32T Electric Guitar, Amaranth Fingerboard, Gloss Black |
| 0361-2 | 113716 | Photo | Pictures of Authentic Jackson JS Series King V JS32T Electric Guitar, Amaranth Fingerboard, Gloss Black |
| 0362-1 | | Physical Guitar | Authentic Jackson JS32T Kelly Satin Black Electric Guitar |
| 0362-2 | 113717 | Photo | Picture of Authentic Jackson JS32T Kelly Satin Black Electric Guitar |
| 0367 | 018316-018317 | Letter | Gibson's Dealer Brief re: Dean Guitars 06.03.2019 |
| 0376 | 015309-015310 | Instagram Post (Page Vault) | Instagram Advertisement by Dean Guitars (@deanguitars) 07.19.2019 |
| 0387 | 065220-065221 | Instagram (Page Vault) | The Music Zoo on Instagram 07.09.2020 |
| 0391 | 015544-015553 | Articles (Page Vault) | Article: The History of Dean – My Formal Training – A Trip to the Gibson Factory/Dean Zelinsky Guitars 07.11.2019 |
| 0419 | 064309-064316 | Web Article (Page Vault) | Dean Zelinsky Articles (deanzelinsky.com) The History of Dean – The Famous Girl In the Water Ad 06.10.2020 |
| 0469 | 113722-113776 | Website (Screen | Deanguitars.com screen shots |

|      |                                              |                          |                                                                                                                                                                                 |
|------|----------------------------------------------|--------------------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|      |                                              | Shots) (Page Vault)      | 03.31.2021                                                                                                                                                                       |
| 0542 | ARMADILLOE DTX 00003939-00003975             | Catalog                  | Luna Guitars 2013 Collection                                                                                                                                                     |
| 0544 | ARMADILLOE DTX 00004357                      | Photo/ Video             | Document stating produced in Native format Video – Harmony Central – Dean Guitars – Interview with Elliott Rubinson (History of Dean)                                            |
| 0545 | ARMADILLOE DTX 00004418-00004419             | Email                    | Internal Email (Tony Purnell to Eric Stewart and Elliott Rubinson) re: What is old is new again – fresh modes for Dean 04.12.2012                                                |
| 0551 | ARMADILLOE DTX 00004864-00004866             | Email                    | Internal email re: Elliott's request from me – Feedback (and related emails) 11.21.2013                                                                                          |
| 0553 | ARMADILLOE DTX 00005303-00005306             | Email                    | Email from Armadillo to Kate Diaz re: Jude Gold and related emails 11.12.2011                                                                                                    |
| 0556 | ARMADILLOE DTX 00005410-00005412             | Email                    | Internal Email 06.25.2011                                                                                                                                                        |
| 0574 | ARMADILLOE DTX 00005940-00005941             | Email                    | Email Armadillo to Kirk Windstein                                                                                                                                                |
| 0580 | ARMADILLOE DTX 00006012                      | Email                    | Internal Email 07.10.2019                                                                                                                                                        |
| 0581 | ARMADILLOE DTX 00007819                      | Excel PDF                | Excel: Armadillo Gross Revenue 1999-2018 (20 years)                                                                                                                              |
| 0594 | ARMADILLOE DTX00013878                       | Excel                    | Armadillo Financials: Sales Revenue, Operating costs, COGS, Gross Margins, material costs, Freight, Import Tariffs, paint, labor, Case, Shipping and Handling, M&A, Artist Royalties, ISR Commissions, EBITDA |
| 0595 | ARMADILLOE DTX00013879                       | Excel                    | Armadillo Financials: Sales Revenue, Operating costs, COGS, Gross Margins, material costs, Freight, Import Tariffs, paint, labor, Case, Shipping and Handling, M&A, Artist Royalties, ISR Commissions, EBITDA |
| 0596 | ARMADILLOE DTX00013880                       | Excel                    | Armadillo Financials: Sales Revenue, Operating costs, COGS, Gross Margins, material costs, Freight, Import Tariffs, paint, labor, Case, Shipping and Handling, M&A, Artist      |

| | | | |
|---|---|---|---|
| | | | Royalties, ISR Commissions, EBITDA |
| 0597 | EDTX00013881 | Excel | Armadillo Financials: Sales Revenue, Operating costs, COGS, Gross Margins, material costs, Freight, Import Tariffs, paint, labor, Case, Shipping and Handling, M&A, Artist Royalties, ISR Commissions, EBITDA |
| 0598 | ARMADILLOEDTX00013882 | Excel | Armadillo Financials: Sales Revenue, Operating costs, COGS, Gross Margins, material costs, Freight, Import Tariffs, paint, labor, Case, Shipping and Handling, M&A, Artist Royalties, ISR Commissions, EBITDA |
| 0599 | ARMADILLOEDTX00013883 | Excel | Armadillo Financials: Sales Revenue, Operating costs, COGS, Gross Margins, material costs, Freight, Import Tariffs, paint, labor, Case, Shipping and Handling, M&A, Artist Royalties, ISR Commissions, EBITDA |
| 0640 | ARMADILLOE DTX 00016723-00016724 | Email | Email from Rik Emmett to Armadillo Subject: Flying V at Rocklahoma and related emails 07.14.2008 |
| 0646 | ARMADILLOE DTX 00008044-00008047 | Email | Email from Armadillo to Sonia at Guangzhou Sunpost Musical Instruments Re: Pick Guards (includes images) and related emails 04.25.2014 |
| 0650 | ARMADILLOE DTX 00008091-00008092 | Email | Internal email Armadillo Re: Strangers Guitar and related emails 05.22.2012 |
| 0652 | ARMADILLOE DTX 00008149-00008157 | Email | Email from Dave Mustaine to Armadillo 04.15.2009 |
| 0656 | ARMADILLOE DTX 00008249-00008252 | Email | Email from Tue Bayer to Armadillo Subject: Volbeat Guitar 10.29.2014 |
| 0658 | ARMADILLOE DTX 00008256-00008259 | Email | Internal email Armadillo Re: Volbeat Guitar and related emails 10.31.2014 |
| 0661 | ARMADILLOE DTX 00008290-00008292 | Email | Internal email Armadillo Re: {SPAM} Re: Volbeat Gibson and related emails 08.15.2014 |
| 0663 | ARMADILLOE DTX 00008296-00008298 | Email | Internal email Armadillo RE: Volbeat Guitar and related emails 10.30.2014 |
| 0675 | ARMADILLOE | Email | Internal email Armadillo |

|  | DTX 00008383 |  | Re: Armadillo Orders Written as of: 5:04:04 PM-6/21/2019 |
|---|---|---|---|
| 0679 | 017148-017156 | Blog (Page Vault) | Dean Blog: "Setting up the Dean Guitar Factory" 10.30.2019 |
| 0685 | ARMADILLOE DTX 00006805-00006806 | Email | Email Chain Re: Status of next Armadillo 3.14.2019 |
| 0686 | ARMADILLOE DTX 00005727-00005728 | Email | Email from Pat Baker and Josh Maloney Re: Gran Sport 08.09.2012 |
| 0706 | ARMADILLOE DTX 00008384 | Email | Internal Email between Evan and Pete Williams 06.21.2019 |
| 0707 | ARMADILLOE DTX 00008397-00008399 | Email | Email chain from Vinnie Del Buono and Evan Rubinson 7.11.2019 |
| 0711 | ARMADILLOE DTX 00005719 | Email | Email from Michael Burgress and Josh Maloney 06.25.2012 |
| 0712 | ARMADILLOE DTX 00005825-00005826 | Email | Email from Justin Hirschman and Josh Maloney RE: Mike from VOLBEAT 01.01.2013 |
| 0713 | ARMADILLOE TX 00005869-00005871 | Email | February 19, 213 email chain from Pat Baker and Josh Maloney |
| 0717 | ARMADILLOE DTX 00008636-00008640 | Email | February 20, 2008 -May 2008 email from Elliott Rubinson |
| 0721-1 | ARMADILLOE DTX 00008961-8962 | Email | Internal Armadillo Email 05.23.2018 |
| 0721-2 | ARMADILLOE DTX 00008963 | Photo | Attachment to 0721-1 |
| 0721-3 | ARMADILLOE DTX 00008964 | Photo | Attachment to 0721-1 |
| 0724-1 | ARMADILLOE DTX 00005783 | Email | Email RE: Eddie Veliz GS build sheet |

| 0724-2 | ARMADILLOE DTX 00005784 | Excel PDF | Excel - USA Custom Build Sheet for Gran Sport for Eddie Veliz (Attachment to 0724-1) |
|---|---|---|---|
| 0733 | ARMADILLOE DTX 00008879-00008880 | Email | November 22, 2013 email from vinster@vinniemoore.com to Josh Maloney |
| 0735 | ARMADILLOE DTX 00008933-00008934 | Email | Emails: Evan Rubinson and Eric Stewart 11.07.2017 |
| 0746 | 115231-115236 | Summary Chart (FRE 1006) | Depicting Gibson Trademark enforcement via Cease and Desist Letters (Bates & Bates) (1-101 sup docs) |
| 0747 | 115237-115238 | Summary Chart (FRE 1006) | Depicting Complaints and related filings regarding Gibson Trademarks (1-17 sup docs) |
| 0749 | 062562 | Video 1min:26sec | Digitized Video from Gibson headquarters (No. 114) documenting largest electric guitar built by Texas students (Flying V) |
| 0750 | 115243-115244 | Summary Chart (FRE 1006) | Depicting Settlement Agreements between Gibson and various Third Parties regarding the Gibson Trademarks (1-19 sup docs) |
| 0752 | 114035 | Video 4min:11sec | "Take My Breath Away" video by Berlin |
| 0753 | 114036 | Video 12min:02sec | Gibson Garage Video |
| 0754 | 113876-013878 | Advertisement (Page Vault) | "Vengeance" Series Advertisement on Armadillo website 07.29.2021 |
| 0756 | 114037 | Video 3min:35sec | "Are You Gonna Go My Way" video by Lenny Kravitz |
| 0757 | 114038 | Video 12min:33sec | "Free Bird" (Live in Atlantic City) video by Lynyrd Skynyrd |
| 0758 | 114039 | Video 5min:02sec | "Sweet Child O' Mine" video by Guns N' Roses |
| 0759-1 | | Physical Guitar | Authentic Epiphone Explorer Guitar - Black |
| 0759-2 | 113880 | Photo | Picture of Authentic Epiphone Explorer Guitar Black headstock |
| 0760-1 | | Physical Guitar | Epiphone Flying V Guitar – Black |
| 0760-2 | 113881 | Photo | Authentic Epiphone Flying V Guitar Black headstock |
| ~~0761-1~~ | | ~~Physical Guitar~~ | ~~Authentic Dean Thoroughbred Guitar and Headstock~~ |
| ~~0761-2~~ | ~~113882~~ | ~~Photos~~ | ~~Pictures of Authentic Dean Thoroughbred Guitar and Headstock~~ |
| ~~0761-3~~ | ~~114286-114287~~ | ~~Receipt~~ | ~~Receipt for Authentic Dean Thoroughbred Guitar and Headstock (physical guitar)~~ |

| | | | |
|---|---|---|---|
| 0761-4 | 114274-114276 | ~~Photos~~ | ~~Pictures for Authentic Dean Thoroughbred Guitar and Headstock~~ (physical guitar) |
| 0762-1 | | Physical Guitar | Authentic Luna Athena 501 Guitar – red |
| 0762-2 | 113883-113884 | Original Listing | Original Listing of Authentic Luna Athena 501 Guitar and Headstock - red |
| 0762-3 | 114291-114292 | Receipt | Receipt for Authentic Luna Athena 501 Guitar and Headstock |
| 0762-4 | 114256-114257 | Photos | Pictures of Authentic Luna Athena 501 Guitar and Headstock |
| 0763-1 | | Physical Guitar | Michael Schenker Standard Guitar |
| 0763-2 | 113885-113886 | Page Vault | Authentic Dean Michael Schenker Standard Guitar |
| 0763-3 | 114283-114285 | Receipt | Order confirmation – New Dean Michael Schenker Standard V Electric Guitar |
| 0763-4 | 114258-114260 | Photos | Authentic Dean Michael Schenker Standard Guitar photos |
| 0764-1 | | Physical Guitar | Dean GSX CBK Gran Sport X Electric Guitar, Classic Black |
| 0764-2 | 113887-113888 | Page Vault | Dean GSX CBK Gran Sport X Electric Guitar, Classic Black |
| 0764-3 | 114280-114282 | Receipt | Order confirmation – Dean GSX CBK Gran Sport X Electric Guitar, Classic Black |
| 0764-4 | 114261-114264 | Photos | Pictures of Dean GSX CBK Gran Sport X Electric Guitar, Classic Black |
| 0765-1 | | Physical Guitar | Authentic Armadillo Z 79 Explorer Reissue Blue Burst Electric Guitar |
| 0765-2 | 113889-113890 | Page Vault | Authentic Armadillo Z 79 Explorer Reissue Blue Burst Electric Guitar |
| 0765-3 | 114288-114290 | Receipt | Order confirmation – Dean Z 79 6-String Electric Guitar – Blue Burst |
| 0765-4 | 114265-114266 | Photos | Pictures of Authentic Armadillo Z 79 Explorer Reissue Blue Burst Electric Guitar |
| 0766-1 | | Physical Guitar | |
| 0766-2 | | Original Listing | Order confirmation - Authentic Armadillo V 79 Guitar and Headstock - Black |
| 0766-3 | | Receipt | Receipt for Authentic Armadillo V 79 Guitar and Headstock - Black |
| 0766-4 | | Photos | Photos for Authentic Armadillo V 79 Guitar and Headstock - Black |
| 0768-1 | | Physical Guitar | Dean Gran Sport X – red |
| 0768-2 | 113895-113896 | Page Vault | Dean Gran Sport X – Red |
| 0768-3 | 114299-114303 | Receipt | Order confirmation – Dean Gran Sport X – Red |
| 0768-4 | 114302-114303 | Photos | Pictures of Dean Gran Sport X – Red |
| 0769-1 | | Physical Guitar | Authentic Epiphone SG Guitar - Red |
| 0769-2 | 113897 | Photo | Picture of Authentic Epiphone SG Guitar Red headstock |
| 0770-1 | | Physical Guitar | Authentic Epiphone ES Guitar - Red |
| 0770-2 | 113898 | Photo | Picture of Authentic Epiphone ES Guitar Red headstock |
| 0776 | CONCORDIA 00000001-00000005 | License Agreement | 1997 Trademark License Agreement between Concordia Investment Partners, Inc. and Armadillo Enterprises, Inc. 07.01.1997 |

| 0777 | CONCORDIA 00000006-00000016 | Amended Reinstated License Agreement | Concordia Investment Partners, Inc. and Armadillo Distribution Enterprises, Inc. 03.20.2008 |
|---|---|---|---|
| 0786 | 114048 | Video | Dean Guitars NAMM 2008 Josh Maloney talks about new Deans |
| 0790 | 114058-114062 | Page Vault | Gibson Generation Group |
| 0793 | ARMADILLOE DTX00005720 | Email | Email with Michael Burgess and Josh Maloney – RE SG Handy |