# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| GIBSON BRANDS, INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> ARMADILLO DISTRIBUTION ENTERPRISES, INC.; CONCORDIA INVESTMENT PARTNERS, LLC, <br><br> Defendants/Counterclaim-Plaintiffs, <br><br> DOES 1 through 10, <br><br> Defendants. | Case No. 4:19-cv-00358-ALM |

## JOINT AGREED MOTION REGARDING POST-TRIAL BRIEFING SCHEDULE

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Following a two-week trial to the jury in this matter, the jury returned a verdict on May 24, 2022.  After the verdict was returned, Plaintiff Gibson Brands, Inc. and Defendants Armadillo Distribution Enterprises, Inc. and Concordia Investment Partners, LLC (collectively, the "Parties") requested an opportunity to provide post-trial briefing on matters related to the entry of judgment. Subsequently, the Parties conferred and agreed to the below briefing schedule:

- On or before June 17, 2022 – Parties to submit proposed judgment and a brief supporting the relief requested. The Parties' opening briefs shall not exceed 30 pages.

- July 1, 2022 – Parties to file responses in opposition to proposed judgment and/or relief requested.  The Parties' response briefs shall not exceed 20 pages.

- July 15, 2022 – Parties to file replies in support of proposed judgment and/or relief requested. The Parties' reply briefs shall not exceed 10 pages.

The Parties respectfully request that the Court permit the parties to file briefs in accordance with the requested briefing schedule above.

Dated: June 6, 2022

/s/ *Stephen D. Howen*
Stephen D. Howen
State Bar No. 10117800
**Law Office of Steve Howen**
7111 Bosque Blvd., Suite 305
Waco, TX 76710
Telephone: (254) 826-6526
Facsimile: (254) 822-4926
steve@stevehowenlegal.com

Andrea E. Bates
*Pro Hac Vice*
Kurt Schuettinger
*Pro Hac Vice*
Johnathan M. Bates
*Pro Hac Vice*
**Bates & Bates, LLC**
1890 Marietta Boulevard NW
Atlanta, Georgia 30318
Telephone: (404) 228-7439
Facsimile: (404) 963-6231
abates@bates-bates.com
kschuettinger@bates-bates.com
jbates@bates-bates.com

*Attorneys for Plaintiff*
*Gibson Brands, Inc.*

/s/ *Anna Naydonov*
Douglas A. Rettew (*pro hac vice*)
doug.rettew@finnegan.com
Anna Naydonov (*pro hac vice*)
anna.naydonov@finnegan.com
Patrick J. Rodgers (*pro hac vice*)
patrick.rodgers@finnegan.com
**FINNEGAN, HENDERSON, FARABOW GARRETT & DUNNER, LLP**
901 New York Avenue NW
Washington, DC 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

/s/ *Emileigh S. Hubbard*
Vic Houston Henry
TBA No. 09484250
vhhenry@hoaf.com
Emileigh Stewart Hubbard
TBA No. 24076717
ehubbard@hoaf.com
**HENRY ODDO AUSTIN & FLETCHER a Professional Corporation**
1700 Pacific, Suite 2700
Dallas, Texas 75201
Telephone: (214) 658-1900
Facsimile: (214) 658-1919

*Attorneys for Armadillo Distribution*
*Enterprises, Inc. and Concordia Investment*
*Partners, LLC*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 6th day of June, 2022, a copy of the foregoing document was served on all counsel of record via this Court's CM/ECF electronic filing system.

*/s/ Emileigh S. Hubbard*
Emileigh S. Hubbard
