IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GIBSON BRANDS, INC., <br><br>     Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> ARMADILLO DISTRIBUTION ENTERPRISES, INC.; CONCORDIA INVESTMENT PARTNERS, LLC, <br><br>     Defendants/Counterclaim-Plaintiffs, <br><br> DOES 1 through 10, <br><br>     Defendants. | Case No. 4:19-cv-00358-ALM |

**ORDER GRANTING JOINT AGREED MOTION REGARDING
POST-TRIAL BRIEFING SCHEDULE**

Now before the Court is Plaintiff Gibson Brands, Inc. and Defendants Armadillo Distribution Enterprises, Inc. and Concordia Investment Partners, LLC (collectively, the "Parties") Joint Agreed Motion Regarding Post-Trial Briefing Schedule.  Having considered the motion, the Court finds that it should be GRANTED.

Accordingly, IT IS THEREFORE ORDERED that the Parties' post-trial briefing shall be filed in accordance with the following agreement of the Parties:

- On or before June 17, 2022 – Parties to submit proposed judgment and a brief supporting the relief requested. The Parties' opening briefs shall not exceed 30 pages.

- July 1, 2022 – Parties to file responses in opposition to proposed judgment and/or relief requested.  The Parties' response briefs shall not exceed 20 pages.

- July 15, 2022 – Parties to file replies in support of proposed judgment and/or relief requested.  The Parties' reply briefs shall not exceed 10 pages.

- Sur-replies shall only be filed with leave of Court for good cause shown.

IT IS SO ORDERED.