IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GIBSON BRANDS, INC.,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>ARMADILLO DISTRIBUTION ENTERPRISES, INC.; CONCORDIA INVESTMENT PARTNERS, LLC,<br><br>    Defendants/Counterclaim-Plaintiffs,<br><br>DOES 1 through 10,<br><br>    Defendants. | Case No. 4:19-cv-00358-ALM |

**ORDER GRANTING JOINT AGREED MOTION REGARDING**
**POST-TRIAL BRIEFING SCHEDULE**

Now before the Court is Plaintiff Gibson Brands, Inc. and Defendants Armadillo Distribution Enterprises, Inc. and Concordia Investment Partners, LLC (collectively, the "Parties") Joint Agreed Motion Regarding Post-Trial Briefing Schedule (Dkt. #501). Having considered the motion, the Court finds that it should be GRANTED.

Accordingly, IT IS THEREFORE ORDERED that the Parties' post-trial briefing shall be filed in accordance with the following agreement of the Parties:

- On or before June 17, 2022 – Parties to submit proposed judgment and a brief supporting the relief requested. The Parties' opening briefs shall not exceed 30 pages.

- July 1, 2022 – Parties to file responses in opposition to proposed judgment and/or relief requested. The Parties' response briefs shall not exceed 20 pages.

- July 15, 2022 – Parties to file replies in support of proposed judgment and/or relief requested. The Parties' reply briefs shall not exceed 10 pages.

- Sur-replies shall only be filed with leave of Court for good cause shown.

**IT IS SO ORDERED.**

**SIGNED this 7th day of June, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE