IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GIBSON BRANDS, INC.,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>ARMADILLO DISTRIBUTION ENTERPRISES, INC.; CONCORDIA INVESTMENT PARTNERS, LLC,<br><br>    Defendants/Counterclaim-Plaintiffs,<br><br>DOES 1 through 10,<br><br>    Defendants. | Case No. 4:19-cv-00358-ALM |

**ORDER GRANTING UNOPPOSED MOTION TO SEAL
DEFENDANTS' PROPOSED JUDGMENT AND BRIEF IN SUPPORT**

Now before the Court is Defendants' Proposed Judgment and Brief in Support. Having considered the motion, the Court finds that it should be GRANTED.

Accordingly, IT IS THEREFORE ORDERED that Defendants' Unopposed Motion to Seal Defendants' Proposed Judgment and Brief in Support is GRANTED.

IT IS FURTHER ORDERED that Defendants' Proposed Judgment and Brief in Support is hereby SEALED and will not be visible to the public.

IT IS SO ORDERED.