IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GIBSON BRANDS, INC., a Delaware corporation, | ) ) ) |
| Plaintiff/Counterclaim-Defendant, | ) ) Case No. 4:19-cv-00358-ALM |
| vs. | ) ) ) |
| ARMADILLO DISTRIBUTION ENTERPRISES, INC.; CONCORDIA INVESTMENT PARTNERS, LLC, | ) ) ) ) |
| Defendant/Counterclaim-Plaintiff | ) ) |
| DOES 1 through 10, | ) ) |
| Defendants. | ) |

**ORDER GRANTING GIBSON BRANDS INC.'S UNOPPOSED MOTION FOR EXTENSION OF TIME FILE RULE 54 MOTION FOR FEES AND COSTS**

Now before the Court is Gibson Brands, Inc.'s ("Gibson"), Motion for Extension of Time to file its Rule 54 Motion for Fees and Costs (Dkt. #550). Having considered the motion, the Court finds it should be granted.

Accordingly, IT IS THEREFORE ORDERED that Gibson's Motion for Extension of Time to file its Rule 54 Motion for Fees and Costs is GRANTED, and the deadline for Gibson to file its Rule 54 Motion for Fees and Costs is hereby extended from August 11, 2022, to August 15, 2022.

**IT IS SO ORDERED.**

**SIGNED this 12th day of August, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE