# EXHIBIT B

 

# V SERIES
*by Dean Guitars*

## V SERIES

Home / Electric Guitars / V Series



USA PATENTS PENDING V FLAME TOP



USA V 1977 TRANS CHERRYBURST



USA V STANDARD W/PG GLOSS | USA TIME CAPSULE V
V SELECT 24 KAHLER METALLIC RED | V SELECT FLOYD QUILT TOP TRANS
V SELECT FLUENCE BLACK SATIN | V SELECT QUILT TOP OCEAN BURST
V 79 FLAME MAPLE TRANS CHERRY | V 79 FLOYD TRANS CHERRY



V 79 - CLASSIC BLACK

V 79 TRANS CHERRY

VX FLOYD BLACK SATIN

VX QUILT MAPLE TRANS BRAZILIA

**SUPPORT**

- About Us

- Warranty Registration



# Z SERIES
*by Dean Guitars*

## Z SERIES

Home / Electric Guitars / Z Series



USA PATENTS PENDING Z FLAME TOP



USA TIME CAPSULE Z



Z SELECT 24 KAHLER CLASSIC | Z SELECT FLOYD QUILT TOP OCEAN
Z SELECT BASS FLUENCE BLACK | Z SELECT FLUENCE BLACK SATIN
Z SELECT QUILT TOP TRANS | Z SELECT CLASSIC BLACK
Z 79 FLOYD TRANS CHERRY | Z 79 CLASSIC BLACK



**Z 79 NATURAL MAHOGANY**

**ZX FLOYD BLACK SATIN**

**ZX QUILT MAPLE TRANS BRAZILIA**

**SUPPORT**

- About Us

- Warranty Registration






