IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GIBSON BRANDS, INC., a DELAWARE Corporation,<br><br>　　　　Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>ARMADILLO DISTRIBUTION ENTERPRISES, INC., CONCORDIA INVESTMENT PARTNERS, LLC<br><br>　　　　Defendants/Counterclaim-Plaintiff,<br><br>DOES 1 through 10,<br><br>　　　　Defendants, | Case No. 4:19-CV-0358 |

## **NOTICE OF APPEAL**

Notice is hereby given that all appearing Defendants/Counterclaim-Plaintiff (Armadillo Distribution Enterprises, Inc. and Concordia Investment Partners, LLC) hereby appeal to the United States Court of Appeals for the Fifth Circuit from (i) the Final Judgment (Docket # 547), entered on 28 July 2022, (ii) the Memorandum Opinion and Order (Docket # 546) entered on 28 July 2022, and (iii) each and every prior order of the district court herein, including but not limited to Docket Nos. 132, 134, 135, 139, 302, 303, 332, 333, 384, 385, 470, 471, 473, 474, 475, 476, 546, and 547.

Defendants/Counterclaim-Plaintiff (Armadillo Distribution Enterprises, Inc. and Concordia Investment Partners, LLC) hereby also give further notice that each reserve the right to timely amend this notice pursuant to Fed. R. Civ. P. 4(a)(4)(B)(ii) upon the entry of the last order disposing of the motions identified in Fed. R. Civ. P. 4(a)(4)(A).

Dated: 26 August 2022

Respectfully submitted,

/s/ Ronald S. Bienstock
Ronald S. Bienstock (*pro hac vice*)
rbienstock@sh-law.com
**SCARINCI HOLLENBECK, LLC**
1100 Valley Brook Road, P.O. Box 790
Lyndhurst, NJ 07071
Telephone:   (201) 896-7168
Facsimile:    (201) 896-7170

/s/ Emileigh S. Hubbard
Vic Houston Henry
TBA No. 09484250
vhhenry@hoaf.com
Emileigh Stewart Hubbard
TBA No. 24076717
ehubbard@hoaf.com
**HENRY ODDO AUSTIN & FLETCHER**
  **a Professional Corporation**
1700 Pacific, Suite 2700
Dallas, Texas 75201
Telephone: (214) 658-1900
Facsimile:  (214) 658-1919

*Attorneys for Armadillo Distribution Enterprises, Inc. and Concordia Investment Partners, Inc.*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 26th day of August, 2022, a copy of the foregoing document was served on all counsel of record via this Court's CM/ECF electronic filing system.

/s/ Emileigh S. Hubbard
Emileigh S. Hubbard