IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GIBSON BRANDS, INC., a Delaware corporation, | ) <br> ) <br> ) |
| Plaintiff/Counterclaim-Defendant, | ) Case No. 4:19-cv-00358-ALM <br> ) |
| vs. | ) <br> ) |
| ARMADILLO DISTRIBUTION ENTERPRISES, INC.; CONCORDIA INVESTMENT PARTNERS, LLC, | ) <br> ) <br> ) <br> ) |
| Defendant/Counterclaim-Plaintiff | ) <br> ) |
| DOES 1 through 10, | ) <br> ) |
| Defendants. | ) |

**ORDER GRANTING MOTION TO SEAL PLAINTIFF GIBSON BRANDS, INC.'S RESPONSE TO DEFENDANT'S OMNIBUS MOTION**

Now before the Court is Gibson Brands, Inc.'s ("Gibson"), Motion to Seal its Response to Defendants' Omnibus Motion (Dkt. #583). Having considered the motion, the Court finds it should be, and hereby is, GRANTED.

It is therefore ORDERED that Gibson's Response to Defendants' Omnibus Motion (Dkt. #582) is hereby SEALED and will not be visible to the public.

**IT IS SO ORDERED.**

**SIGNED this 16th day of September, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE