IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GIBSON BRANDS, INC., a Delaware corporation, | ) ) ) |
| Plaintiff/Counterclaim-Defendant, | ) ) Case No. 4:19-cv-00358-ALM ) |
| vs. | ) ) ) |
| ARMADILLO DISTRIBUTION ENTERPRISES, INC.; CONCORDIA INVESTMENT PARTNERS, LLC, | ) ) ) ) |
| Defendant/Counterclaim-Plaintiff | ) ) |
| DOES 1 through 10, | ) ) |
| Defendants. | ) ) |

**CERTIFICATE OF CONFERENCE FOR THE UNOPPOSED MOTION TO SEAL
PLAINTIFF GIBSON BRANDS, INC.'S
SUR-REPLY IN OPPOSITION TO DEFENDANT'S OMNIBUS MOTION**

I, the undersigned, hereby certify that on the 6th day of October 2022, I conferred with counsel for Defendant Armadillo Distribution Enterprises, Inc. and Concordia Investment Partners, LLC, who indicated that the Defendants were not opposed to the motion.

Respectfully submitted, this 6th day of October 2022.

/s/ *Andrea E. Bates*

Andrea E. Bates
*Pro Hac Vice*
Kurt Schuettinger
*Pro Hac Vice*
Johnathan M. Bates
*Pro Hac Vice*
Bates & Bates, LLC
1890 Marietta Boulevard NW
Atlanta, Georgia 30318
Telephone: (404) 228-7439

2

Facsimile: (404) 963-6231
abates@bates-bates.com
kschuettinger@bates-bates.com
jbates@bates-bates.com

Stephen D. Howen
State Bar No. 10117800
Law Office of Steve Howen
7111 Bosque Blvd., Suite 305
Waco, TX 76710
Telephone: (254) 826-6526
Facsimile: (254) 822-4926
steve@stevehowenlegal.com

Attorneys for Plaintiff
GIBSON BRANDS, INC.