# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| GIBSON BRANDS, INC. § <br> § <br> v.  § <br> § <br> ARMADILLO DISTRIBUTION § <br> ENTERPRISES, INC.; CONCORDIA § <br> INVESTMENT PARTNERS, LLC; DOES 1 § <br> through 10   § | Civil Action No.  4:19cv358 <br> Judge Mazzant |

## ORDER

Before the Court is Plaintiff's Emergency Supplemental Motion for Contempt (Dkt. #601).

It is hereby **ORDERED** that Defendants shall appear on ***Monday, October 31, 2022,*** at ***1:30 p.m. at the Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, Texas 75090***, to show cause as to why an order of civil contempt should not be issued for violating the Court's permanent injunctions issued on July 28, 2022.

**IT IS SO ORDERED.**

**SIGNED this 24th day of October, 2022.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE