IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GIBSON BRANDS, INC.,<br><br>    Plaintiff/Counterclaim-Defendant,<br><br>v.<br><br>ARMADILLO DISTRIBUTION ENTERPRISES, INC.; CONCORDIA INVESTMENT PARTNERS, LLC,<br><br>    Defendants/Counterclaim-Plaintiffs,<br><br>DOES 1 through 10,<br><br>    Defendants. | Case No. 4:19-cv-00358-ALM |

**DEFENDANTS' RESPONSE TO PLAINTIFF'S
EMERGENCY SUPPLEMENTAL MOTION FOR CONTEMPT**

    Defendants Armadillo Distribution Enterprises, Inc. ("Armadillo") and Concordia Investment Partners, LLC ("Concordia," and collectively "Defendants") file this Response to Plaintiff's Emergency Supplemental Motion for Contempt (Dkt. #601).

    The Court set Plaintiff's Emergency Supplemental Motion for Contempt (Dkt. #601) for hearing on Monday, October 31, 2022 (Dkt. #602). The parties appeared for the hearing on the motion and the Court heard oral argument. At the hearing the parties represented to the Court that all issues raised in Plaintiff's Emergency Supplemental Motion for Contempt (Dkt. #601) and Plaintiff's Motion for Contempt (Dkt. #552) were resolved, with the exception of a single issue pertaining to the appearance of images of DEAN V and Z guitars, as still images, artist images, or in videos, on DEAN's website and social media. The parties represented to the Court that this

issue was fully briefed in the materials already before the Court (*see generally*, Dkts. #552, 573, 578, and 591).

Accordingly, Defendants respectfully request that Plaintiff's Emergency Supplemental Motion for Contempt be denied as moot.  Defendants request that, if the Court requires further briefing on any issue pending before the Court, Defendants be permitted to file a such a brief at the Court's request.

Dated:	November 1, 2022

Respectfully submitted,

*/s/ Ronald S. Bienstock*
Ronald S. Bienstock (*pro hac vice*)
rbienstock@sh-law.com
**SCARINCI HOLLENBECK, LLC**
150 Clove Road | 9th Floor |
Little Falls, New Jersey 07424
Telephone:	(201) 896-7168
Facsimile:	(201) 896-7170

and

*/s/ Emileigh S. Hubbard*
Vic Houston Henry
TBA No. 09484250
vhhenry@hoaf.com
Emileigh Stewart Hubbard
TBA No. 24076717
ehubbard@hoaf.com
**HENRY ODDO AUSTIN & FLETCHER**
 a Professional Corporation
1700 Pacific, Suite 2700
Dallas, Texas 75201
Telephone: (214) 658-1900
Facsimile:  (214) 658-1919

*Attorneys for Armadillo Distribution Enterprises, Inc. and Concordia Investment Partners, Inc.*

## CERTIFICATE OF SERVICE

 I, the undersigned, hereby certify that on the 1st day of November, 2022, a copy of the foregoing document was served on all counsel of record via this Court's CM/ECF electronic filing system.

*/s/ Emileigh S. Hubbard*
Emileigh S. Hubbard
