IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GIBSON BRANDS, INC., <br><br> Plaintiff/Counterclaim-Defendant, <br><br> v. <br><br> ARMADILLO DISTRIBUTION ENTERPRISES, INC.; CONCORDIA INVESTMENT PARTNERS, LLC, <br><br> Defendants/Counterclaim-Plaintiffs, <br><br> DOES 1 through 10, <br><br> Defendants. | Case No. 4:19-cv-00358-ALM |

**ORDER DENYING PLAINTIFF'S**
**EMERGENCY SUPPLEMENTAL MOTION FOR CONTEMPT AS MOOT**

Now before the Court is Plaintiff's Emergency Supplemental Motion for Contempt. The Court set Plaintiff's Emergency Supplemental Motion for Contempt (Dkt. #601) for hearing on Monday, October 31, 2022 (Dkt. #602). The parties appeared for the hearing on the motion and the Court heard oral argument. At the hearing the parties represented to the Court that all issues raised in Plaintiff's Emergency Supplemental Motion for Contempt (Dkt. #601) and Plaintiff's Motion for Contempt (Dkt. #552) were moot, with the exception of a single issue pertaining to the appearance of images of DEAN V and Z guitars, as still images, artist images, or in videos, on DEAN's website and social media. The parties represented to the Court that this issue was fully briefed in the materials already before the Court (*see generally*, Dkts. #552, 573, 578, and 591).

Accordingly, IT IS THEREFORE ORDERED that Plaintiff's Emergency Supplemental Motion for Contempt is DENIED as MOOT.

IT IS SO ORDERED.