# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 03, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-40587   Gibson Brands v. Armadillo Distr
                 USDC No. 4:19-CV-358

Your appeal has been placed in abeyance this date pending ruling on motion for new trial/alter or amend pending in district court. You have fourteen (14) days to file a letter in response if you believe this stay is inappropriate. All responses will be forwarded to the court for a determination. If developments arise that would impact the stay, you must notify the court. Once the case has been removed from abeyance, you will receive notification from this court with any additional instructions.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Rebecca L. Leto, Deputy Clerk
                              504-310-7703

Ms. Andrea Bates
Mr. Vic Houston Henry
Mr. Stephen D. Howen
Ms. Emileigh S. Hubbard
Mr. David O'Toole