IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GIBSON BRANDS, INC., a Delaware corporation, | ) ) ) | |
| Plaintiff/Counterclaim-Defendant, | ) ) | Case No. 4:19-cv-00358-ALM |
| vs. | ) ) ) | |
| ARMADILLO DISTRIBUTION ENTERPRISES, INC.; CONCORDIA INVESTMENT PARTNERS, LLC, | ) ) ) ) | |
| Defendant/Counterclaim-Plaintiff | ) ) ) | |
| DOES 1 through 10, | ) ) | |
| Defendants. | ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO
<u>REDACT A TRIAL TRANSCRIPT</u>**

Now before the Court is Gibson Brands, Inc.'s ("Gibson") Motion for Leave to Redact a Trial Transcript (Dkt. #535).  After consideration of the Motion, the Court finds that Plaintiff Gibson Brands, Inc.'s Motion for Leave to Redact a Trial Transcript list should be granted.

It is therefore ORDERED that Gibson's Motion for Leave to Redact a Trial Transcript is GRANTED and that the following portions of the May 26, 2022 Trial Transcript (Dkt #526) be redacted prior to the transcript being made remotely electronically available:

| Document # of Transcript | Page: Line(s) | Redaction Requested |
|---|---|---|
| 526 | 2478:14-18 | Excerpt includes third-party sales information falling under the Protective Order's "Highly Confidential Outside Attorneys' Eyes Only" designation. |

| 526 | 2478:25-2479:4 | Excerpt includes third-party sales information falling under the Protective Order's "Highly Confidential Outside Attorneys' Eyes Only" designation. |
| --- | --- | --- |
| 526 | 2479:5-7 | Excerpt includes a party's sales information falling under the Protective Order's "Highly Confidential Outside Attorneys' Eyes Only" designation. |
| 526 | 2479:11-14 | Excerpt includes a party's sales information falling under the Protective Order's "Highly Confidential Outside Attorneys' Eyes Only" designation. |
| 526 | 2485:6 | Excerpt includes a party's sales information falling under the Protective Order's "Highly Confidential Outside Attorneys' Eyes Only" designation. |
| 526 | 2515:8-12 | Excerpt includes a party's sales information falling under the Protective Order's "Highly Confidential Outside Attorneys' Eyes Only" designation. |
| 526 | 2550:4-7 | Excerpt includes third-party sales information falling under the Protective Order's "Highly Confidential Outside Attorneys' Eyes Only" designation. |
| 526 | 2550:17-22 | Excerpt includes third-party sales information falling under the Protective Order's "Highly Confidential Outside Attorneys' Eyes Only" designation. |
| 526 | 2551:8-10 | Excerpt includes a party's confidential financial information falling under the Protective Order's "Highly Confidential Outside Attorneys' Eyes Only" designation. |
| 526 | 2553:5-6 | Excerpt includes a party's sales information falling under the Protective Order's "Highly Confidential Outside Attorneys' Eyes Only" designation. |
| 526 | 2555:19-22 | Excerpt includes a party's trade secrets falling under the Protective Order's "Highly Confidential Outside Attorneys' Eyes Only" designation. |

| 526 | 2555:25-2556:1 | Excerpt includes a party's trade secrets falling under the Protective Order's "Highly Confidential Outside Attorneys' Eyes Only" designation. |

 **IT IS SO ORDERED.**

**SIGNED** this 30th day of November, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE