IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GIBSON BRANDS, INC., a Delaware corporation, | ) ) ) |
| Plaintiff/Counterclaim-Defendant, | ) ) Case No. 4:19-cv-00358-ALM |
| vs. | ) ) ) |
| ARMADILLO DISTRIBUTION ENTERPRISES, INC.; CONCORDIA INVESTMENT PARTNERS, LLC, | ) ) ) ) |
| Defendant/Counterclaim-Plaintiff | ) ) |
| DOES 1 through 10, | ) ) |
| Defendants. | ) |

**ORDER GRANTING MOTION TO SEAL PLAINTIFF GIBSON BRANDS, INC.'S APPLICATION FOR PROFITS, ATTORNEYS' FEES, AND COSTS**

Before the Court is Gibson Brands, Inc.'s Unopposed Motion to Seal its Application for Profits, Attorneys' Fees, and Costs (Dkt. #601). Having considered the motion, the Court finds it should be **GRANTED**.

It is therefore ORDERED that Gibson's Brands, Inc.'s Application for Profits, Attorneys' Fees, and Costs (Dkt. #601) shall be maintained under SEAL with the Clerk and will not be visible to the public.

**IT IS SO ORDERED.**

**SIGNED this 16th day of March, 2023.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE