# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

March 23, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-40587   Gibson Brands v. Armadillo Distr
                 USDC No. 4:19-CV-358

The court has considered the motion of Concordia Investment Partners, L.L.C., Gibson Brands, Incorporated, Armadillo Distribution Enterprises, Incorporated to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Concordia Investment Partners, L.L.C., Gibson Brands, Incorporated, Armadillo Distribution Enterprises, Incorporated may obtain all ex parte documents *filed on behalf of* Concordia Investment Partners, L.L.C., Gibson Brands, Incorporated, Armadillo Distribution Enterprises, Incorporated, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

                                          Sincerely,

                                          LYLE W. CAYCE, Clerk

                                          By: _____
                                          Rebecca L. Leto, Deputy Clerk
                                          504-310-7703

Ms. Andrea Bates
Mr. Vic Houston Henry
Mr. Stephen D. Howen
Ms. Emileigh S. Hubbard
Mr. David O'Toole

# United States Court of Appeals for the Fifth Circuit

No. 22-40587

Gibson Brands, Incorporated, *a Delaware corporation*,

       *Plaintiff—Appellee/Cross-Appellant*,

*versus*

Armadillo Distribution Enterprises, Incorporated, *a Florida corporation*; Concordia Investment Partners, L.L.C.,

       *Defendants—Appellants/Cross-Appellees*.

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:19-CV-358

ORDER:

 IT IS ORDERED that the joint stipulation of the parties to view and obtain sealed documents is GRANTED.

*Edith Brown Clement*
Edith Brown Clement
*United States Circuit Judge*