IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GIBSON BRANDS, INC., a DELAWARE Corporation, | § § § | |
| Plaintiff/Counterclaim-Defendant, | § § | |
| v. | § § | Case No. 4:19-CV-0358 |
| ARMADILLO DISTRIBUTION ENTERPRISES, INC., CONCORDIA INVESTMENT PARTNERS, LLC | § § § § § | |
| Defendants/Counterclaim-Plaintiff, | § § | |
| DOES 1 through 10, | § § | |
| Defendants, | § § | |

## AMENDED NOTICE OF APPEAL

Notice is hereby given that all appearing Defendants/Counterclaim-Plaintiff (Armadillo Distribution Enterprises, Inc. and Concordia Investment Partners, LLC) hereby appeal to the United States Court of Appeals for the Fifth Circuit from (i) the Final Judgment (Docket # 547), entered on 28 July 2022, (ii) the Memorandum Opinion and Order (Docket # 546) entered on 28 July 2022, and (iii) each and every prior order of the district court herein, including, but not limited to, Docket Nos. 132, 134, 135, 139, 302, 303, 332, 333, 384, 385, 470, 471, 473, 474, 475, 476, 546, 547, 605, 609, 619 and 620.

Defendants/Counterclaim-Plaintiff (Armadillo Distribution Enterprises, Inc. and Concordia Investment Partners, LLC) hereby also give further notice that each reserve the right to timely amend this notice pursuant to Fed. R. App. P. 4(a)(4)(B)(ii).

Dated: April 26, 2023  Respectfully submitted,

/s/ *Emileigh S. Hubbard*
Vic Houston Henry
TBA No. 09484250
vhhenry@hoaf.com
Emileigh Steward Hubbard
TBA No. 24076717
ehubbard@hoaf.com
**HENRY ODDO AUSTIN & FLETCHER**
 **a Professional Corporation**
1717 Main, Suite 4600
Dallas, Texas 75201
Telephone: (214) 658-1900
Facsimile: (214) 658-1919

– and –

/s/ *Ronald S. Bienstock*
Ronald S. Bienstock (*pro hac vice*)
rbienstock@sh-law.com
**SCARINCI HOLLENBECK, LLC**
150 Clove Road | 9th Floor |
Little Falls, New Jersey 07424
Telephone: (201) 896-7168
Facsimile: (201) 896-7170

*Attorneys for Armadillo Distribution Enterprises, Inc. and Concordia Investment Partners, Inc.*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 26th day of April, 2023, a copy of the foregoing document was served on all counsel of record via this Court's CM/ECF electronic filing system.

/s/ *Emileigh S. Hubbard*
Emileigh S. Hubbard