IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

GIBSON BRANDS, INC.,

   Plaintiff/Counterclaim-Defendant,

v.

ARMADILLO DISTRIBUTION ENTERPRISES, INC.; CONCORDIA INVESTMENT PARTNERS, LLC,

   Defendants/Counterclaim-Plaintiffs,

DOES 1 through 10,

   Defendants.

Case No. 4:19-cv-00358-ALM

### ORDER GRANTING UNOPPOSED MOTION TO SEAL DEFENDANTS' SUR-REPLY IN SUPPORT OF THEIR OPPOSITION TO GIBSON BRANDS, INC.'S <u>MOTION FOR RECONSIDERATION</u>

Before the Court is Defendants Armadillo Distribution Enterprises, Inc. and Concordia Investment Partners, LLC's Unopposed Motion to Seal Defendants' Sur-Reply in Support of Their Opposition to Gibson Brands, Inc.'s Motion for Reconsideration (Dkt. #639). Having considered the motion, the Court finds that it should be and hereby is GRANTED.

It is therefore ORDERED that Defendants' Sur-Reply in Support of Their Opposition to Gibson Brands, Inc.'s Motion for Reconsideration (Dkt. #640) is hereby SEALED and will not be visible to the public.

   IT IS SO ORDERED.
   SIGNED this 8th day of June, 2023.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE