**TRANSCRIPT ORDER FORM (DKT 13)** **READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING**

District Court ___United States District Court for the Eastern District of Texas___ District Court Docket No. ___4:19-cv-358___

Short Case Title ___Gibson Brands, Inc. v. Armadillo Distribution Enterprises, Inc. et. al___

**ONLY ONE COURT REPORTER PER FORM** Court Reporter _____

Date Notice of Appeal Filed in the District Court ___March 27, 2024___ Court of Appeals No. ___24-40198___

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)

**A. Complete the Following:**
☐ No hearings  ■ Transcript is unnecessary for appeal purposes  ☐ Transcript is already on file in the Clerk's Office

**OR**

**Check all of the following that apply, include date of the proceeding.**
This is to order a transcript of the following proceedings: ☐Bail Hearing _____ ☐Voir Dire _____
☐Opening Statement of Plaintiff _____ ☐Opening Statement of Defendant _____
☐Closing Argument of Plaintiff _____ ☐Closing Argument of Defendant: _____
☐Opinion of court _____ ☐Jury Instructions _____ ☐Sentencing _____

Other proceedings not listed above:

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

**B. This is to certify satisfactory financial arrangements have been made. Method of Payment:**
☐Private Funds;  ☐Criminal Justice Act Funds (**Enter Authorization-24 via eVoucher**);
☐Other IFP Funds;  ☐Advance Payment Waived by Reporter;  ☐U.S. Government Funds
■Other ___n/a___ _____

Signature ___[signature]_____ Date Transcript Ordered ___n/a___

Print Name ___Andrea E. Bates_____ Phone ___(404) 228-7439___

Counsel for ___Plaintiff/Appellant Gibson Brands, Inc.___

Address ___1890 Marietta Boulevard NW, Atlanta, GA 30318___

Email of Attorney: ___abates@bates-bates.com___

**PART II. COURT REPORTER ACKNOWLEDGMENT** (To be completed by the court reporter and filed with the Court of Appeals within 10 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | Date Satisfactory Arrangements for Payment were Made | Estimated Completion Date | Estimated Number of Pages |
|---|---|---|---|
| | | | |

Payment arrangements have NOT been made or are incomplete.

Reason: ☐Deposit not received ☐Unable to contact ordering party ☐Awaiting creation of CJA 24 eVoucher
        ☐Other (Specify) _____

Date _____ Signature of Reporter _____ Tel._____
Email of Reporter _____

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court. This completed form is to be-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages _____ Actual Number of Volumes _____

Date _____ Signature of Reporter _____