# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

June 17, 2024

Mr. David O'Toole
Eastern District of Texas, Sherman
101 E. Pecan Street
Federal Building
Room 216
Sherman, TX 75090-0000

    No. 24-40198   Gibson v. Armadillo DE
                           USDC No. 4:19-CV-358

Dear Mr. O'Toole,

Enclosed is a copy of the judgment issued as the mandate.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____
                           Angelique B. Tardie, Deputy Clerk
                           504-310-7715

cc w/encl:
    Ms. Andrea Bates
    Mr. Ronald Bienstock
    Mr. Stephen D. Howen
    Mr. Kurt Schuettinger

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 17, 2024
Lyle W. Cayce
Clerk

No. 24-40198

---

Gibson, Incorporated, *a Delaware corporation*,

                                    *Plaintiff—Appellant*,

*versus*

Armadillo Distribution Enterprises, Incorporated, *a Florida corporation*; John Doe 1 - 10; Concordia Investment Partners, L.L.C.,

                                    *Defendants—Appellees*.

---

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:19-CV-358

---

CLERK'S OFFICE:

    Under Fed. R. App. P. 42(b), the appeal is dismissed as of June 17, 2024, pursuant to appellant's unopposed motion.

No. 24-40198

                                      LYLE W. CAYCE
                                      Clerk of the United States Court
                                      of Appeals for the Fifth Circuit

By: _____
      Angelique B. Tardie, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT