# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 08, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 22-40587   Gibson v. Armadillo Distr
                  USDC No. 4:19-CV-358

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Whitney M. Jett, Deputy Clerk
504-310-7772

Ms. Andrea Bates
Mr. Ronald Bienstock
Mr. Vic Houston Henry
Mr. Stephen D. Howen
Ms. Emileigh S. Hubbard
Mr. David O'Toole
Mr. Kurt Schuettinger

# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 8, 2024
Lyle W. Cayce
Clerk

———————

No. 22-40587

———————

Gibson, Incorporated, *a Delaware corporation*,

        *Plaintiff—Appellee/Cross-Appellant*,

*versus*

Armadillo Distribution Enterprises, Incorporated, *a Florida corporation*; Concordia Investment Partners, L.L.C.,

        *Defendants—Appellants/Cross-Appellees*.

———————————————————

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:19-CV-358

———————————————————

ON PETITION FOR REHEARING
AND REHEARING EN BANC

Before Stewart, Clement, and Ho, *Circuit Judges*.

Per Curiam:

    The petition for panel rehearing is DENIED. Because no member of the panel or judge in regular active service requested that the court be polled on rehearing en banc (Fed. R. App. P. 35 and 5th Cir. R. 35), the petition for rehearing en banc is DENIED.