# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| GIBSON BRANDS, INC. | § | |
| | § | |
| v. | § | |
| | § | Civil Action No.  4:19cv358 |
| ARMADILLO DISTRIBUTION | § | Judge Mazzant |
| ENTERPRISES, INC.; CONCORDIA | § | |
| INVESTMENT PARTNERS, LLC; | § | |
| DOES 1 through 10 | § | |

## ORDER SETTING
## FINAL PRETRIAL CONFERENCE AND TRIAL

The Court hereby sets this case for Jury Selection and Jury Trial beginning *Monday, March 10, 2025,* at *10:00 a.m.* at the Paul Brown United States Courthouse, 101 E. Pecan Street, Sherman, Texas  75090.  The Final Pretrial Conference is set for *Friday, March 7, 2025,* at *10:00 a.m*.

**IT IS SO ORDERED.**

SIGNED this 5th day of September, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE