IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GIBSON, INC., a Delaware corporation, ) | |
| ) | |
| ) | |
| Plaintiff/Counterclaim-Defendant, ) | Case No. 4:19-cv-00358-ALM |
| ) | |
| vs. ) | |
| ) | |
| ARMADILLO DISTRIBUTION ) | |
| ENTERPRISES, INC.; CONCORDIA ) | |
| INVESTMENT PARTNERS, LLC, ) | |
| ) | |
| Defendant/Counterclaim-Plaintiff ) | |
| ) | |
| DOES 1 through 10, ) | |
| ) | |
| Defendants. ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S OPPOSED MOTION FOR A PRE-TRIAL EVIDENTIARY HEARING**

Now before the Court is Plaintiff Gibson, Inc.'s Motion for a Pre-Trial Evidentiary Hearing. In its Motion, Plaintiff asserts good cause exists to conduct the Pre-Trial Evidentiary Hearing given the voluminous exhibits in this case that have various evidentiary issues and that the evidentiary hearing will streamline evidentiary issues at trial, resulting in a quicker, more efficient trial. Having considered the Motion, the Court finds its should be GRANTED.

IT IS THEREFORE, the parties shall appear for a Rule 104 Pre-Trial Evidentiary Hearing before Magistrate Judge Aileen Goldman Durrett on _____, 2025, at _____ a.m./p.m.