# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| GIBSON, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:19-cv-00358-ALM |
| | § | |
| ARMADILLO DISTRIBUTION ENTERPRISES, INC. and CONCORDIA INVESTMENT PARTNERS, LLC, | § § § § | |
| | § | |
| Defendants. | § | |

## [PROPOSED] ORDER DENYING PLAINTIFF'S OPPOSED MOTION FOR A PRE-TRIAL EVIDENTIARY HEARING

Now before the Court is Plaintiff Gibson, Inc.'s Motion for a Pre-Trial Evidentiary Hearing and Defendants' Response in Opposition thereto. Having considered the Motion, it is DENIED.