# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| GIBSON, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:19-cv-00358-ALM |
| | § | |
| ARMADILLO DISTRIBUTION | § | |
| ENTERPRISES, INC. and | § | |
| CONCORDIA INVESTMENT | § | |
| PARTNERS, LLC, | § | |
| | § | |
| Defendants. | § | |

## [PROPOSED] ORDER DENYING PLAINTIFF'S OPPOSED MOTION TO AMEND ORDER SETTING FINAL PRETRIAL CONFERENCE AND TRIAL

Now before the Court is Plaintiff Gibson, Inc.'s Opposed Motion to Amend Order Setting Final Pretrial Conference and Trial. Having considered the Motion, it is DENIED.