# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| GIBSON BRANDS, INC., § | |
|    *Plaintiff/Counterclaim-Defendant,* § | |
| v. § | Civil Action No. 4:19-CV-358 |
| § | Judge Mazzant |
| ARMADILLO DISTRIBUTION § | |
| ENTERPRISES, INC.; CONCORDIA § | |
| INVESTMENT PARTNERS, LLC, § | |
|    *Defendants/Counterclaim-Plaintiffs,* § | |
| § | |
| DOES 1 through 10, § | |
|    *Defendants.* § | |

### ORDER

Pending before the Court is Plaintiff Gibson, Inc.'s Opposed Motion for Pre-Trial Evidentiary Hearing (Dkt. #663). Plaintiff filed the Motion on January 9, 2025 (Dkt. #663) and Defendants filed their Response on January 23, 2025 (Dkt. #664). On January 28, 2025, Plaintiff filed its Waiver of Reply and Request for Hearing (Dkt. #667).

Having considered the Motion and the relevant pleadings, the Court finds that the Motion should be **DENIED**. The Court will rule on the evidentiary issues at the Pre-Trial Conference.

It is therefore **ORDERED** that Plaintiff Gibson, Inc.'s Opposed Motion for Pre-Trial Evidentiary Hearing (Dkt. #663) is hereby **DENIED**.

**IT IS SO ORDERED.**

**SIGNED** this 4th day of February, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE