# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GIBSON, INC., | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §    Civil Action No. 4:19-cv-00358-ALM |
| | § |
| ARMADILLO DISTRIBUTION | § |
| ENTERPRISES, INC. and | § |
| CONCORDIA INVESTMENT | § |
| PARTNERS, LLC, | § |
| | § |
| Defendants. | § |

**DEFENDANTS' ARMADILLO DISTRIBUTION ENTERPRISES, INC. AND CONCORDIA INVESTMENT PARTNERS, LLC SUPPLEMENTAL TRIAL EXHIBIT LIST**

| DTX | Date Offered | Marked | Admitted | Description | Beg Bates No. | End Bates No. |
|---|---|---|---|---|---|---|
| DTX-3959 | | | | Certified copy of U.S. Design Patent D181,865 entitled "Stringed Musical Instrument" | ARMADILLOEDTX1000001 | ARMADILLOEDTX1000002 |
| DTX-3960 | | | | Certified copy of U.S. Design Patent D181,867 entitled | ARMADILLOEDTX1000003 | ARMADILLOEDTX1000004 |

| | | | | "Stringed Musical Instrument" | | |
|---|---|---|---|---|---|---|
| DTX-3962 | | | | Certified copy of U.S. Design Patent D405,459 entitled "Electric Guitar Body" | ARMADILLOEDTX1000005 | ARMADILLOEDTX1000010 |
| DTX-3961 | | | | Certified copy of U.S. Design Patent D390,250 entitled "Guitar" | ARMADILLOEDTX1000011 | ARMADILLOEDTX1000013 |

2