## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| GIBSON, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:19-cv-00358-ALM |
| | § | |
| ARMADILLO DISTRIBUTION | § | |
| ENTERPRISES, INC. and | § | |
| CONCORDIA INVESTMENT | § | |
| PARTNERS, LLC, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING DEFENDANTS' PARTIALLY OPPOSED MOTION FOR LEAVE TO FILE DEFENDANTS' SUPPLEMENTAL EXHIBIT LIST

The Court, having considered and being fully advised on Defendants' Partially Opposed Motion for Leave to File Defendants' Supplemental Exhibit List ("Defendants' Motion") and all Responses and Replies thereto, ORDERS, ADJUDGES, and DECREES as follows:

Defendants' Partially Opposed Motion for Leave to File Defendants' Supplemental Exhibit List is hereby GRANTED.