IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GIBSON, INC., a Delaware corporation, ) <br> ) <br> Plaintiff/Counterclaim-Defendant, ) <br> ) <br> vs. ) <br> ) <br> ARMADILLO DISTRIBUTION ) <br> ENTERPRISES, INC.; CONCORDIA ) <br> INVESTMENT PARTNERS, LLC, ) <br> ) <br> Defendant/Counterclaim-Plaintiff ) <br> ) <br> DOES 1 through 10, ) <br> ) <br> Defendants. ) | Case No. 4:19-cv-00358-ALM |

**DECLARATION OF KURT SCHUETTINGER, ESQ. IN SUPPORT OF GIBSON'S OPPOSITION TO DEFENDANTS' MOTION TO PRE-ADMIT PREVIOUSLY EXCLUDED "SELF-AUTHENTICATING" EXHIBITS**

1. I, Kurt Schuettinger, Esq., submit this Declaration in Support of Gibson Inc.'s Opposition to Defendants' Motion to Pre-Admit in the above-referenced matter.

2. My name is Kurt Schuettinger, I am over 21 years of age, have personal knowledge of the facts stated below, and am competent to make this Declaration.

3. I am a partner at Bates & Bates, LLC, counsel for Plaintiff Gibson, Inc. in the above-referenced matter.

4. Attached as Exhibit "**A**" is a true and correct copy of Defendants' previous Trial Exhibit List.

5. Attached as Exhibit "**B**" is a true and correct copy of the list of exhibits Defendants now seek to preadmit in their Motion.

I declare under penalty of perjury on this 3d day of March 2025, that the foregoing is true and correct.

_____

Kurt Schuettinger, Declarant