**Exhibit B**

DEFENDANTS ARMADILLO DISTRIBUTION ENTERPRISES, INC. AND CONCORDIA INVESTMENT PARTNERS, LLC
TRIAL EXHIBIT INDEX

| DTX | Date Offered | Marked | Admitted | Description | Beg Bates No. | End Bates No. |
|---|---|---|---|---|---|---|
| DTX-0336 | | | | Gruhn Exhibit - Ibanez. "Ibanez Catalogs - 1975 Custom." 1975. 2. Web. https://www.ibanez.com/usa/support/catalogs/19750101000003.html; Guitar Player December 1975: 55. Third-Party Evidence: V-Shape; Explorer-Shape; ES-335 Shape; Headstock-Shape | JHS001191 ARMADILLOEDTX00000291 | JHS001192 ARMADILLOEDTX00000292 |
| DTX-0337 | | | | Gruhn Exhibit - Ibanez. "Ibanez Catalogs - 1976 Golden Oldies." 1976. 14-16. Web. https://www.ibanez.com/usa/support/catalogs/19760102000003.html; Guitar Player April 1976: 38. Print; Guitar World Holiday 2017. Guitar Player January 1976: 57. Third-Party Evidence: V-Shape; Explorer-Shape; SG-Shape; Headstock-Shape | JHS006666; JHS010205; ARMADILLOEDTX00007667; ARMADILLOEDTX00000259 | JHS006667; JHS010206; ARMADILLOEDTX00007669; ARMADILLOEDTX00000260 |
| DTX-0338 | | | | Gruhn Exhibit - Ibanez. "1982 Ibanez Iceman II Destroyer II and Rocket Roll II Electric Guitars." 1982. 3. Web. https://www.ibanez.com/usa/support/catalogs/19820101000016.html. Third-Party Evidence: V-Shape; Explorer-Shape | | |
| DTX-0339 | | | | Gruhn Exhibit - Ibanez. "Ibanez 1983 X Series." 1983. 2. Web. https://www.ibanez.com/usa/support/catalogs/19830101000001.html. Third-Party Evidence: V-Shape; Explorer-Shape | | |
| DTX-0341 | | | | Gruhn Exhibit - "1977 Electra Guitar and Bass Catalog," 14-17. Vintaxe.com, 7 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_electra_1977.php "1977 Electra Price List." Vintaxe.com, 7 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_electra_1977_pricelist.php . Third-Party Evidence: V-Shape; SG-Shape; ES-335 Shape; Headstock-Shape | | |
| DTX-0342 | | | | Gruhn Exhibit - "1978 Electra Price List with Guitar Pictures." Vintaxe.com, 10 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_electra_pricelist_1978.php . Third-Party Evidence: V-Shape; Explorer-Shape; SG-Shape; ES-335 Shape; Headstock-Shape | JHS003611 ARMADILLOEDTX00000313 | JHS003612 ARMADILLOEDTX00000314 |
| DTX-0343 | | | | Gruhn Exhibit - "1979 Electra Price List with Guitar Pictures." Vintaxe.com, 7 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_electra_pricelist_1979.php. Third-Party Evidence: V-Shape; Explorer-Shape; SG-Shape; ES-335 Shape; Headstock-Shape | | |
| DTX-0344 | | | | Gruhn Exhibit - Greenwood, Alan and Hembree, Gil — The Official Vintage Guitar Price Guide 2013 (Bismark, ND: vintage Guitar Magazine 2020), 49. Third-Party Evidence: Explorer-Shape; Headstock-Shape | JHS002966 ARMADILLOEDTX00000285 | JHS002967 ARMADILLOEDTX00000286 |
| DTX-0345 | | | | Gruhn Exhibit - "1983 Electra Dealer Sheets with Pricelist." Vintaxe.com, 7 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_electra_1983.php. Third-Party Evidence: V-Shape; Explorer-Shape; SG-Shape; ES-335 Shape; Headstock-Shape | | |
| DTX-0346 | | | | Gruhn Exhibit - Music Emporium USA. "1975 Music Emporium USA Discount Catalog." 1975. 16-17. Web. http://www.preservationsound.com/wp-content/uploads/2011/09/Music_Emporium_1975_Catalog.pdf. Third-Party Evidence: V-Shape; Headstock-Shape | | |

DEFENDANTS ARMADILLO DISTRIBUTION ENTERPRISES, INC. AND CONCORDIA INVESTMENT PARTNERS, LLC
TRIAL EXHIBIT INDEX

| | | | | | | |
|---|---|---|---|---|---|---|
| DTX-0348 | | | | Gruhn Exhibit - "1983 Hamer Guitar Brochure with Pricelist." Vintaxe.com, 7 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_hamer_1983.php. Third-Party Evidence: V-Shape; Explorer-Shape; Headstock-Shape | | |
| DTX-0383 | | | | Gruhn Exhibit - Jackson/Charvel, Inc. "1989 Jackson Catalog." 1989. 8. Web. https://assets.ctfassets.net/4jcppgetbqrc/3sgjulX2HmCs6Oi6YEYIyO/76f3d3ff3759d524225d8b86a7c35464/Jackson-1989-catalog.pdf. Third-Party Evidence: V-Shape | | |
| DTX-0384 | | | | Gruhn Exhibit - Charvel/Jackson Guitar Company. "Charvette Charvel Jackson 1990-91 Catalog." 1990. 54. Web. https://downloads.ctfassets.net/4jcppgetbqrc/5QN6bCrY8oMssYgsmmMEiq/6a4478c93992e19a66c45c455285525c/JacksonCharvel-1990-91-catalog.pdf. Third-Party Evidence: V-Shape | | |
| DTX-0412 | | | | Gruhn Exhibit - "1982 Kramer Guitar Brochure featuring both Aluminum and Wooden Neck Models." Vintaxe.com, 5 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_kramer_brochure_1982.php. Third-Party Evidence: V-Shape | | |
| DTX-0413 | | | | Gruhn Exhibit - "1983 Kramer Catalog." Vintaxe.com, 5 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_kramer_1983.php. Third-Party Evidence: V-Shape | | |
| DTX-0415 | | | | Gruhn Exhibit - D'Agostino Strings, a Divisions of PMS Music, Inc. "D'Agostino 1982 Brochure and Price List." April 1982. Web. https://imgur.com/a/LfsKy. Third-Party Evidence: V-Shape. Third-Party Evidence: ES-335 Shape | | |
| DTX-0416 | | | | Gruhn Exhibit - "1985 Harmony Guitar Brochure." Vintaxe.com, 5 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_harmony_may_1985.php. Third-Party Evidence: V-Shape | | |
| DTX-0417 | | | | Gruhn Exhibit - "1983 O'Hagan Guitar Catalog." Vintaxe.com, 5 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_ohagan_1983.php. Third-Party Evidence: V-Shape | | |
| DTX-0421 | | | | Gruhn Exhibit - "1983 Arbor Guitar Dealer Package with Flyers, Pricelist and Dealer Letter." Vintaxe.com, 5 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_arbor_dealer_1983.php. Third-Party Evidence: V-Shape; Explorer-Shape | | |
| DTX-0422 | | | | Gruhn Exhibit - "1984 Arbor Guitar Catalog." Vintaxe.com, 5 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_arbor_1984.php Guitar World July 1984: 50. Print. Third-Party Evidence: V-Shape; Explorer-Shape | JHS001789 ARMADILLOEDTX00000309 | JHS001790 ARMADILLOEDTX00000310 |
| DTX-0423 | | | | Gruhn Exhibit - "1985 Arbor Guitar Catalog." Vintaxe.com, 5 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_arbor_1985.php. Third-Party Evidence: V-Shape; Explorer-Shape | | |
| DTX-0424 | | | | Gruhn Exhibit - "1982 Aria Pro II." Vintaxe.com, 5 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_ariapro_1982.php. Third-Party Evidence: V-Shape; Explorer-Shape | | |
| DTX-0425 | | | | Gruhn Exhibit - Guitar Player January 1983. Print. Third-Party Evidence: V-Shape | JHS006378 ARMADILLOEDTX00000257 | JHS006379 ARMADILLOEDTX00000258 |

DEFENDANTS ARMADILLO DISTRIBUTION ENTERPRISES, INC. AND CONCORDIA INVESTMENT PARTNERS, LLC
TRIAL EXHIBIT INDEX

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DTX-0426 | | | | | Gruhn Exhibit - "1984 Aria Pro II." Vintaxe.com, 5 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_ariapro_1984.php. Third-Party Evidence: V-Shape; Explorer-Shape; SG-Shape; ES-335 Shape | | |
| DTX-0427 | | | | | Gruhn Exhibit - "1985 Aria Pro II." Vintaxe.com, 5 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_ariapro_1985.php; International Musician and Recording World January 1985: 16. Print . Third-Party Evidence: V-Shape; Explorer-Shape; SG-Shape; ES-335 Shape | JHS001356 ARMADILLOEDTX00000374 | JHS001357 ARMADILLOEDTX00000375 |
| DTX-0428 | | | | | Gruhn Exhibit - "1986 Aria Pro II." Vintaxe.com, 5 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_ariapro_1986.php. Third-Party Evidence: V-Shape; Explorer-Shape; ES-335 Shape | | |
| DTX-0429 | | | | | Gruhn Exhibit - "1984 Cort Guitar Brochure." Vintaxe.com, 5 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_korean_cort_1984.php. Third-Party Evidence: V-Shape; Explorer-Shape; Headstock-Shape | | |
| DTX-0431 | | | | | Gruhn Exhibit - Vintage Guitars Magazine January 2015: 32. Print . Third-Party Evidence: V-Shape | JHS006410 JHS006412 | JHS006410 JHS006412 |
| DTX-0432 | | | | | Gruhn Exhibit - "1982 Fernandes Guitar Catalog." Vintaxe.com, 5 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_fernandes_1982.php. Third-Party Evidence: V-Shape; Explorer-Shape | | |
| DTX-0442 | | | | | Gruhn Exhibit - "1984 Hondo Spring & Summer Guitar Catalog." Vintaxe.com, 5 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_korean_hondo_spring_1984.php; "1984 Hondo Fall & Winter Guitar Catalog." Vintaxe.com, 5 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_korean_hondo_fall_1984.php; "1984 Hondo Christmas Guitar Catalog." Vintaxe.com, 5 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_korean_hondo_christmas_1984.php. Third-Party Evidence: V-Shape; Explorer-Shape; ES-335 Shape; Headstock-Shape | | |
| DTX-0443 | | | | | Gruhn Exhibit - "1985 Hondo Full Line Guitar Catalog." Vintaxe.com, 5 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_korean_hondocreations_1985.php; "1985 Hondo Guitar Catalog." Vintaxe.com, 5 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_korean_hondo_1985.php; "1985 Hondo Brochure." Vintaxe.com, 5 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_korean_hondobrochure_1985.php. Third-Party Evidence: V-Shape; Explorer-Shape; ES-335 Shape; Headstock-Shape | | |
| DTX-0444 | | | | | Gruhn Exhibit - "1983 Tokai Guitar Catalog Vol. 1." Vintaxe.com, 5 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_tokai_vol1_1983.php; "1983 Tokai Pricelist." Vintaxe.com, 5 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_tokai_pricelist_1983.php. Third-Party Evidence: V-Shape; Explorer-Shape | | |

DEFENDANTS ARMADILLO DISTRIBUTION ENTERPRISES, INC. AND CONCORDIA INVESTMENT PARTNERS, LLC
TRIAL EXHIBIT INDEX

| | | | | | | |
|---|---|---|---|---|---|---|
| DTX-0445 | | | | Gruhn Exhibit - "1984 Tokai Guitars and Basses Catalog Vol. 2." Vintaxe.com, 5 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_tokai_vol2_1984.php. Third-Party Evidence: Headstock-Shape | | |
| DTX-0447 | | | | Gruhn Exhibit - "1985-86 Tokai Guitar & Bass Catalog." Vintaxe.com, 5 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_tokai_1985.php. Third-Party Evidence: V-Shape; Headstock-Shape | | |
| DTX-0448 | | | | Gruhn Exhibit - "1989 Tokai Guitar & Bass Special Issue Catalog." Vintaxe.com, 5 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_tokai_si_1989.php. Third-Party Evidence: V-Shape; Headstock-Shape | | |
| DTX-0449 | | | | Gruhn Exhibit - Guitar Player November 1982: 40. Print. Third-Party Evidence: V-Shape | JHS003270 ARMADILLOEDTX00000277 | JHS003271 ARMADILLOEDTX00000278 |
| DTX-0600 | | | | Gruhn Exhibit - "1975 Hamer Guitar Brochure." Vintaxe.com, 7 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_hamer_brochure_1975.php. Third-Party Evidence: Explorer-Shape | | |
| DTX-0602 | | | | Gruhn Exhibit - Guitar Player December 1979. Print. Third-Party Evidence: Explorer-Shape | ARMADILLOEDTX00000337 | ARMADILLOEDTX00000338 |
| DTX-0603 | | | | Gruhn Exhibit - "1980 Hamer Guitar Pricelist." Vintaxe.com, 7 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_hamer_pl_1980.php. Third-Party Evidence: Explorer-Shape | | |
| DTX-0604 | | | | Gruhn Exhibit - "1981 Hamer Guitar Flyer." Vintaxe.com, 7 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_hamer_flyer_1981.php. Third-Party Evidence: Explorer-Shape; Headstock-Shape | | |
| DTX-0605 | | | | Gruhn Exhibit - "1982 Hamer Guitar Flyer." Vintaxe.com, 7 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_hamer_flyer_1982.php. Third-Party Evidence: Explorer-Shape | | |
| DTX-0606 | | | | Gruhn Exhibit - "1987 Hamer Guitar Pricelist." Vintaxe.com, 7 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_hamer_pl_1987.php. Third-Party Evidence: Explorer-Shape | | |
| DTX-0607 | | | | Gruhn Exhibit - "1989 Hamer Guitar Catalog with Pricelist." Vintaxe.com, 7 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_hamer_pl_1987.phhttp://www.vintaxe.com/catalogs_pages/catalogs_american_hamer_1989.php. Third-Party Evidence: Explorer-Shape; Headstock-Shape | | |
| DTX-0625 | | | | Gruhn Exhibit - Ibanez. "Ibanez Catalogs - 1981 Ibanez Electric Guitars 1." 1981. 4. Web. https://www.ibanez.com/usa/support/catalogs/19810101000008.html. Third-Party Evidence: Explorer-Shape; ES-335 Shape | | |

DEFENDANTS ARMADILLO DISTRIBUTION ENTERPRISES, INC. AND CONCORDIA INVESTMENT PARTNERS, LLC
TRIAL EXHIBIT INDEX

| | | | | | | |
|---|---|---|---|---|---|---|
| DTX-0626 | | | | Gruhn Exhibit - Ibanez. "Ibanez String Instruments 1985." 1985. 21-23, 35, 38-39. Web. https://www.ibanez.com/usa/support/catalogs/19850101000001.html . Third-Party Evidence: Explorer-Shape; ES-335 Shape | | |
| DTX-0639 | | | | Gruhn Exhibit - Charvel Manufacturing. "1978 New from Charvel Catalog." 24 June 1978. 1,3. Web. https://www.vintagejapanguitars.com.br/en/charvel-1978-catalogue/ . Third-Party Evidence: Explorer-Shape | | |
| DTX-0658 | | | | Gruhn Exhibit - "1988 Fernandes Guitar Brochure with Pricelist." Vintaxe.com, 10 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_fernandes_1988.php . Third-Party Evidence: Explorer-Shape | | |
| DTX-0710 | | | | Gruhn Exhibit - "1966 Hagstrom Guitar Catalog." Vintaxe.com, 11 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_european_hagstrom_1966.php. Third-Party Evidence: SG-Shape; ES-335 Shape; Headstock-Shape | | |
| DTX-0711 | | | | Gruhn Exhibit - "1968 Hagstrom Guitar Catalog." Vintaxe.com, 11 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_european_hagstrom_1968.php. Third-Party Evidence: SG-Shape; ES-335 Shape; Headstock-Shape | | |
| DTX-0715 | | | | Gruhn Exhibit - "1975 Hagstrom Guitar and Bass Catalog with Pricelist." Vintaxe.com, 11 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_european_hagstrom_1975.php. Third-Party Evidence: SG-Shape; ES-335 Shape | | |
| DTX-0716 | | | | Gruhn Exhibit - "1976 Hagstrom Guitar Pricelist." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_european_hagstrom_pricelist_1976.php. Third-Party Evidence: SG-Shape; ES-335 Shape | | |
| DTX-0731 | | | | Gruhn Exhibit - Guitar Player March 1972: 39. Print. Third-Party Evidence: SG-Shape | JHS010550 | JHS010551 |
| DTX-0733 | | | | Gruhn Exhibit - "1977 Guild Archtops and Solidbodies." Vintaxe.com, 12 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_guild_arch_solids_1977.php. Third-Party Evidence: SG-Shape; ES-335 Shape | | |
| DTX-0746 | | | | Gruhn Exhibit - "1973-74 Electra Guitar and Bass Catalog." Vintaxe.com, 11 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_electra_1973_74.php. Third-Party Evidence: SG-Shape; ES-335 Shape; Headstock-Shape | | |
| DTX-0747 | | | | Gruhn Exhibit - "1980 Electra Guitar and Bass Catalog with Pricelist." Vintaxe.com, 11 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_electra_1980.php. Third-Party Evidence: SG-Shape; ES-335 Shape; Headstock-Shape | | |
| DTX-0748 | | | | Gruhn Exhibit - "1981 Electra Guitar Price List with Pictures." Vintaxe.com, 11 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_electra_pricelist_1981.php. Third-Party Evidence: SG-Shape | | |

DEFENDANTS ARMADILLO DISTRIBUTION ENTERPRISES, INC. AND CONCORDIA INVESTMENT PARTNERS, LLC
TRIAL EXHIBIT INDEX

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DTX-0749 | | | | | Gruhn Exhibit - "1970 Truetone Guitar Catalog." Vintaxe.com, 11 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_truetone_1970.php. Third-Party Evidence: SG-Shape; Headstock-Shape | | |
| DTX-0751 | | | | | Gruhn Exhibit - "1972 National Excerpt from a Sturm and Drum Catalog." Vintaxe.com, 11 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_national_strumndrum_1972.php. Third-Party Evidence: SG-Shape; ES-335 Shape; Headstock-Shape | | |
| DTX-0752 | | | | | Gruhn Exhibit - "1979-1980 Kay Full Line Guitar Catalog." Vintaxe.com, 11 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_kay_1979.php. Third-Party Evidence: SG-Shape | | |
| DTX-0755 | | | | | Gruhn Exhibit - Hofner. "Hofner March 1972 Solid Guitars Catalog." March 1971. Web. https://hofner-archive.smugmug.com/Catalogues/1972/March-1972-Hofner-Flyers/Mar-1972-Solid-Guitars/. Third-Party Evidence: SG-Shape; Headstock-Shape | | |
| DTX-0756 | | | | | Gruhn Exhibit - Hofner. "Hofner February 1973 Solid Guitars Catalog." February 1973. Web. https://hofner-archive.smugmug.com/Catalogues/1973/Feb-1973-Hofner-Flyers/Feb-1973-Solid-Guitars/. Third-Party Evidence: SG-Shape; Headstock-Shape | | |
| DTX-0757 | | | | | Gruhn Exhibit - Hofner. "Hofner February 1974 Solid Guitars Catalog." February 1974. Web. https://hofner-archive.smugmug.com/Catalogues/1974/Feb-1974-Hofner-Guitars-Flyers/Feb-1974-Solid-Guitars/. Third-Party Evidence: SG-Shape; Headstock-Shape | | |
| DTX-0759 | | | | | Gruhn Exhibit - "1980 Yamaha Guitar and Bass Catalog." Vintaxe.com, 12 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_yamaha_1980.php. Third-Party Evidence: SG-Shape; ES-335 Shape; Headstock-Shape | | |
| DTX-0760 | | | | | Gruhn Exhibit - "1981 Yamaha Guitar and Bass Catalog." Vintaxe.com, 16 January 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_yamaha_1981.php. Third-Party Evidence: SG-Shape; ES-335 Shape | | |
| DTX-0761 | | | | | Gruhn Exhibit - "1982 Yamaha Guitar and Bass Catalog." Vintaxe.com, 12 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_yamaha_1982.php. Third-Party Evidence: SG-Shape; ES-335 Shape | | |
| DTX-0763 | | | | | Gruhn Exhibit - "1985 Yamaha Guitar and Bass Catalog." Vintaxe.com, 12 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_yamaha_1985.php. Third-Party Evidence: SG-Shape; ES-335 Shape | | |
| DTX-0764 | | | | | Gruhn Exhibit - "1986 Yamaha Electric Guitar Catalog." Vintaxe.com, 12 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_yamaha_1981.php. Third-Party Evidence: SG-Shape; ES-335 Shape | | |
| DTX-0781 | | | | | Gruhn Exhibit - Ibanez. "1981 Ibanez Electric Guitars 2." 1981. Web. https://www.ibanez.com/usa/support/catalogs/19810101000009.html. Third-Party Evidence: SG-Shape; ES-335 Shape | | |

DEFENDANTS ARMADILLO DISTRIBUTION ENTERPRISES, INC. AND CONCORDIA INVESTMENT PARTNERS, LLC
TRIAL EXHIBIT INDEX

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DTX-0790 | | | | | Gruhn Exhibit - "1973-74 Aria Classic and Electric Guitar Catalog with Pricelist." Vintaxe.com, 12 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_aria_electrics_1973.php. Third-Party Evidence: SG-Shape; ES-335 Shape | | |
| DTX-0792 | | | | | Gruhn Exhibit - "1979 Aria Pro II Guitar Catalog with Pricelist." Vintaxe.com, 12 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_ariapro_1979.php. Third-Party Evidence: SG-Shape; ES-335 Shape | | |
| DTX-0793 | | | | | Gruhn Exhibit - "1981 Aria Pro II." Vintaxe.com, 12 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_ariapro_1981.php. Third-Party Evidence: SG-Shape | | |
| DTX-0795 | | | | | Gruhn Exhibit - "1977 Hondo Guitar Catalog with Pricelist and Dealer Letter." Vintaxe.com, 12 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_korean_hondo_1977.php. Third-Party Evidence: SG-Shape; Headstock-Shape | | |
| DTX-0797 | | | | | Gruhn Exhibit - "1976 Ampeg Guitar Dealer Flying from Musical Instrument Corporation of America." Vintaxe.com, 12 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_ampeg_mica_1976.php. Third-Party Evidence: SG-Shape | | |
| DTX-0798 | | | | | Gruhn Exhibit - "1973-74 Aims Full Line Guitar and Amplifier Guitar Catalog." Vintaxe.com, 12 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_aims_1973.php. Third-Party Evidence: SG-Shape; Headstock-Shape | | |
| DTX-0871 | | | | | Gruhn Exhibit - "1963 Gretsch Guitar Catalog." Vintaxe.com, 19 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_gretsch_1963.php. Third-Party Evidence: ES-335 Shape; Headstock-Shape | | |
| DTX-0872 | | | | | Gruhn Exhibit - "1965 Gretsch Guitar Full Line Catalog." Vintaxe.com, __ February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_gretsch_1965.php. Third-Party Evidence: ES-335 Shape; Headstock-Shape | | |
| DTX-0873 | | | | | Gruhn Exhibit - "1968 Gretsch Guitar Full Line Catalog." Vintaxe.com, 19 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_gretsch_1968.php. Third-Party Evidence: ES-335 Shape; Headstock-Shape | | |
| DTX-0874 | | | | | Gruhn Exhibit - "1972 Gretsch Electric Guitar Brochure." Vintaxe.com, 19 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_gretsch_electrics_1972.php; "1972 Gretsch Chet Atkins Models Guitar Brochure." Vintaxe.com, 19 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_gretsch_ca_1972.php. Third-Party Evidence: ES-335 Shape; Headstock-Shape | | |
| DTX-0875 | | | | | Gruhn Exhibit - "1978 Gretsch Catalog." Vintaxe.com, 19 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_gretsch_1978.php. Third-Party Evidence: ES-335 Shape; Headstock-Shape | | |

DEFENDANTS ARMADILLO DISTRIBUTION ENTERPRISES, INC. AND CONCORDIA INVESTMENT PARTNERS, LLC
TRIAL EXHIBIT INDEX

| | | | | | | |
|---|---|---|---|---|---|---|
| DTX-0876 | | | | Gruhn Exhibit - "1990 Gretsch Guitar Catalog." Vintaxe.com, 19 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_gretsch_1990.php. Third-Party Evidence: ES-335 Shape; Headstock-Shape | | |
| DTX-0892 | | | | Gruhn Exhibit - "1968 Guild Full Line." Vintaxe.com, 20 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_guild_1968.php. Third-Party Evidence: ES-335 Shape; Headstock-Shape | | |
| DTX-0894 | | | | Gruhn Exhibit - Guitar Player October 1979. Print. Third-Party Evidence: ES-335 Shape | JHS005548 ARMADILLOEDTX00000193 | JHS005549 ARMADILLOEDTX00000194 |
| DTX-0908 | | | | Gruhn Exhibit - Ibanez. "1978 Ibanez Catalog." 1978. Web. http://www.hoshinogakki.co.jp/pdf/ibanez/catalog/1978_catalog.pdf. Third-Party Evidence: ES-335 Shape | | |
| DTX-0909 | | | | Gruhn Exhibit - Ibanez. "1979 Ibanez Artist Semi-Acoustic Series." 1079. Web. http://www.hoshinogakki.co.jp/pdf/ibanez/catalog/1979_IbanezArtistSemiAcousticSeries.pdf. Third-Party Evidence: ES-335 Shape | | |
| DTX-0910 | | | | Gruhn Exhibit - Ibanez. "Ibanez Catalogs - 1980 Ibanez Semi-Acoustic." 1980. Web. https://www.ibanez.com/usa/support/catalogs/19800101000010.html. Third-Party Evidence: ES-335 Shape | | |
| DTX-0911 | | | | Gruhn Exhibit - Ibanez. "1982 Ibanez Full and Semi Acoustic Electric Guitars Catalog." 1982. Web. http://www.hoshinogakki.co.jp/pdf/ibanez/catalog/1982_Ibanez_Full.pdf. Third-Party Evidence: ES-335 Shape | | |
| DTX-0912 | | | | Gruhn Exhibit - Ibanez. "Ibanez Catalogs - 1983 Ibanez Full Semi." 1983. Web. https://www.ibanez.com/usa/support/catalogs/19830101000010.html; Guitar Player January 1983. Print. Third-Party Evidence: ES-335 Shape | JHS005680 ARMADILLOEDTX00000197 | JHS005681 ARMADILLOEDTX00000198 |
| DTX-0913 | | | | Gruhn Exhibit - Ibanez. "Ibanez Catalogs - 1986 Catalog." 1986. Web. https://www.ibanez.com/usa/support/catalogs/19860101000001.html. Third-Party Evidence: ES-335 Shape | | |
| DTX-0914 | | | | Gruhn Exhibit - "1988 Ibanez Hollowbody Guitar Brochure." Vintaxe.com, January 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_ibanez_hlwbody_1988.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-0915 | | | | Gruhn Exhibit - "1989 Ibanez Guitars and Basses Brochure." Vintaxe.com, January 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_ibanez_brochure_1989.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-0916 | | | | Gruhn Exhibit - Ibanez. "Ibanez Catalogs - 1990 Mini Catalog for USA." 1990. Web. https://www.ibanez.com/usa/support/catalogs/19900101000004.html. Third-Party Evidence: ES-335 Shape | | |
| DTX-0917 | | | | Gruhn Exhibit - Ibanez. "Ibanez Catalogs - 1991 Catalog for USA." 1991. Web. https://www.ibanez.com/usa/support/catalogs/19910101000001.html. Third-Party Evidence: ES-335 Shape | | |
| DTX-0934 | | | | Gruhn Exhibit - "1987 Yamaha Guitars and Bass Catalog," 16. Vintaxe.com, 21 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_yamaha_1987.php. Third-Party Evidence: ES-335 Shape | | |

DEFENDANTS ARMADILLO DISTRIBUTION ENTERPRISES, INC. AND CONCORDIA INVESTMENT PARTNERS, LLC
TRIAL EXHIBIT INDEX

| | | | | | | |
|---|---|---|---|---|---|---|
| DTX-0935 | | | | Gruhn Exhibit - "1988 Yamaha Guitars and Bass Catalog," 14-15. Vintaxe.com, 21 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_yamaha_1988.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-0936 | | | | Gruhn Exhibit - "1990 Yamaha Guitar and Bass Catalog," 17-18. Vintaxe.com, 21 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_yamaha_1988.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-0957 | | | | Gruhn Exhibit - Carvin. "1968 Carvin Musical Instruments Catalog." 1968. Web. http://www.carvinmuseum.com/decade/images/68-cover.html and http://www.carvinmuseum.com/decade/images/68-36asgc.html. Third-Party Evidence: ES-335 Shape | | |
| DTX-0958 | | | | Gruhn Exhibit - Carvin. "1969 Carvin Musical Instruments Catalog." 1969. 4. Web. http://www.carvinmuseum.com/decade/images/69-cover.html and http://www.carvinmuseum.com/decade/images/69-38asg.html. Third-Party Evidence: ES-335 Shape | | |
| DTX-0959 | | | | Gruhn Exhibit - "1966-67 Fender Full Line Guitar Catalog." Vintaxe.com, 21 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_fender_fulline_1966.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-0960 | | | | Gruhn Exhibit - "1968 Fender Full Line Catalog." Vintaxe.com, 21 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_fender_full_1968.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-0961 | | | | Gruhn Exhibit - "1969 Fender Full Line Catalog," 15, 18-19, 33. Vintaxe.com, 21 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_fender_1969.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-0963 | | | | Gruhn Exhibit - "1963 Framus Fretted Instruments Catalog from Philadelphia Music." Vintaxe.com, 21 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_european_framus_philadephia_1963.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-0965 | | | | Gruhn Exhibit - "1964-65 Framus Guitar Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_european_framus_1964_65.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-0968 | | | | Gruhn Exhibit - "1969 Framus Guitars Distributed by Philadelphia Music Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_european_framus_1969.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-0969 | | | | Gruhn Exhibit - "1967 Greco Guitar Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_greco_1967.php. Third-Party Evidence: ES-335 Shape | | |

DEFENDANTS ARMADILLO DISTRIBUTION ENTERPRISES, INC. AND CONCORDIA INVESTMENT PARTNERS, LLC
TRIAL EXHIBIT INDEX

| | | | | | | |
|---|---|---|---|---|---|---|
| DTX-0970 | | | | Gruhn Exhibit - "1966 Hagstrom Guitar and Bass Brochure." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_european_hagstrom_brochure_1966.php. Third-Party Evidence: ES-335 Shape; Headstock-Shape | | |
| DTX-0971 | | | | Gruhn Exhibit - "Zappa Plays Zappa...and a Viking." Guitar World September 2008. Print. Third-Party Evidence: ES-335 Shape | ARMADILLOEDTX00000327 | ARMADILLOEDTX00000328 |
| DTX-0972 | | | | Gruhn Exhibit - "1960 Harmony Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_harmony_1960.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-0973 | | | | Gruhn Exhibit - "1961 Harmony Full Line Guitar and Amplifier Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_harmony_1961.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-0974 | | | | Gruhn Exhibit - "1962 Harmony Full Line Guitar Catalog with Dealer Letter and Pricelist." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_main/catalogs_american_harmony.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-0975 | | | | Gruhn Exhibit - "1964 Harmony Full Line Guitar Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_harmony_1964.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-0976 | | | | Gruhn Exhibit - "1965 Harmony Full Line Guitar Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_harmony_1965.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-0977 | | | | Gruhn Exhibit - "1966 Harmony Full Line Guitar Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_harmony_1966.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-0978 | | | | Gruhn Exhibit - "1967 Harmony Full Line Guitar Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_harmony_1967.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-0979 | | | | Gruhn Exhibit - "1968 Harmony Full Line Guitar Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_harmony_1968.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-0980 | | | | Gruhn Exhibit - "1969 Harmony Catalog with Pricelist." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_harmony_1969.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-0984 | | | | Gruhn Exhibit - "1961 Kay Full Line Guitar Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_kay_1961.php. Third-Party Evidence: ES-335 Shape; Headstock-Shape | | |

DEFENDANTS ARMADILLO DISTRIBUTION ENTERPRISES, INC. AND CONCORDIA INVESTMENT PARTNERS, LLC
TRIAL EXHIBIT INDEX

| | | | | | |
|---|---|---|---|---|---|
| DTX-0985 | | | | Gruhn Exhibit - "1962 Kay Full Line Guitar Catalog," Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_kay_1962.php. Third-Party Evidence: ES-335 Shape; Headstock-Shape | | |
| DTX-0986 | | | | Gruhn Exhibit - "1964 Kay Full Line Guitar Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_kay_1964.php. Third-Party Evidence: ES-335 Shape; Headstock-Shape | | |
| DTX-0987 | | | | Gruhn Exhibit - "1965 Kay Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_kay_1965.php. Third-Party Evidence: ES-335 Shape; Headstock-Shape | | |
| DTX-0988 | | | | Gruhn Exhibit - "1966 Kay Full Line Guitar Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_kay_1966.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-0989 | | | | Gruhn Exhibit - "1967-68 Kay Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_kay_1968.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-0990 | | | | Gruhn Exhibit - "1969-70 Kay Full Line Guitar and Amplifier Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_kay_1969.php. Third-Party Evidence: ES-335 Shape; Headstock-Shape | | |
| DTX-0993 | | | | Gruhn Exhibit - "1968 National Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_national_1968.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-0996 | | | | Gruhn Exhibit - "1968 Silvertone Spring & Summer Guitar Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_silvertone_spring_1968.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-0997 | | | | Gruhn Exhibit - "1969 Silvertone Fall & Winter Guitar Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_silvertone_fw_1969.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-0998 | | | | Gruhn Exhibit - "1967 Standel Electric Acoustic Guitar Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_european_vox_newspaper_1964.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-0999 | | | | Gruhn Exhibit - "1969 Standel Electric Acoustic Guitar Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_standel_1969.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-1004 | | | | Gruhn Exhibit - "1967 Vox Poster Style Full Line Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_european_vox_poster_1967.php. Third-Party Evidence: ES-335 Shape; Headstock-Shape | | |

DEFENDANTS ARMADILLO DISTRIBUTION ENTERPRISES, INC. AND CONCORDIA INVESTMENT PARTNERS, LLC
TRIAL EXHIBIT INDEX

| | | | | | | |
|---|---|---|---|---|---|---|
| DTX-1005 | | | | Gruhn Exhibit - "1968 Vox Full Line Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_european_vox_1968.php. Third-Party Evidence: ES-335 Shape; Headstock-Shape | | |
| DTX-1006 | | | | Gruhn Exhibit - "1969 Vox Full Line Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_european_vox_1969.php. Third-Party Evidence: ES-335 Shape; Headstock-Shape | | |
| DTX-1008 | | | | Gruhn Exhibit - "1977 Aria Acoustic and Electric Guitar Catalog with Prices." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_aria_1977.php; "1977 Aria Pro II Guitar Catalog." | | |
| | | | | Vintaxe.com, __ February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_ariapro_1977.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-1009 | | | | Gruhn Exhibit - Carvin. "1970 Carvin Music Co. Catalog." 1970. Web. http://www.carvinmuseum.com/decade/images/70-cover.html and http://www.carvinmuseum.com/decade/images/70-as50b.html. Third-Party Evidence: ES-335 Shape | | |
| DTX-1010 | | | | Gruhn Exhibit - Carvin. "1971 Carvin Music Co. Catalog." 1971. Web. http://www.carvinmuseum.com/decade/images/71-cover.html and http://www.carvinmuseum.com/decade/images/71-as50b.html. Third-Party Evidence: ES-335 Shape | | |
| DTX-1011 | | | | Gruhn Exhibit - Carvin. "1972 Carvin Music Co. Catalog." 1972. Web. http://www.carvinmuseum.com/decade/images/72-cover.html and http://www.carvinmuseum.com/decade/images/72-as50b.html. Third-Party Evidence: ES-335 Shape | | |
| DTX-1013 | | | | Gruhn Exhibit - Carvin. "1974 Carvin Professional Instruments Catalog." 1974. Web. http://www.carvinmuseum.com/decade/images/74-cover.html and http://www.carvinmuseum.com/decade/images/74-guitars.html. Third-Party Evidence: ES-335 Shape; Headstock-Shape | | |
| DTX-1014 | | | | Gruhn Exhibit - Carvin. "1976 Carvin Catalog." 1976. Web. http://www.carvinmuseum.com/decade/images/76-cover.html, http://www.carvinmuseum.com/decade/images/76-as55b.html, and http://www.carvinmuseum.com/decade/images/76-as51.html. Third-Party Evidence: ES-335 Shape | | |
| DTX-1015 | | | | Gruhn Exhibit - "1970 Fender Full Line Instrument Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_fender_1969.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-1016 | | | | Gruhn Exhibit - Guitar Player May 1976. Print | ARMADILLOEDTX00000191 | ARMADILLOEDTX00000192 |
| DTX-1018 | | | | Gruhn Exhibit - "1971 Framus Acoustic and Electric Catalog from Philadelphia Music with Pricelist." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_european_framus_oct_1971.php. Third-Party Evidence: ES-335 Shape | | |

DEFENDANTS ARMADILLO DISTRIBUTION ENTERPRISES, INC. AND CONCORDIA INVESTMENT PARTNERS, LLC
TRIAL EXHIBIT INDEX

| | | | | | | |
|---|---|---|---|---|---|---|
| DTX-1019 | | | | Gruhn Exhibit - "1972 Framus International Guitar Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_european_framus_1972.php. Third-Party Evidence: ES-335 Shape; Headstock-Shape | | |
| DTX-1021 | | | | Gruhn Exhibit - "1970 Harmony Full Line Guitar and Amplifier Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_harmony_1970.php. Third-Party Evidence: ES-335 Shape; Headstock-Shape | | |
| DTX-1022 | | | | Gruhn Exhibit - "1971 Harmony Guitar Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_harmony_1971.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-1023 | | | | Gruhn Exhibit - "1972 Harmony Guitar Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_harmony_1972.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-1024 | | | | Gruhn Exhibit - "1973 Harmony Guitar Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_harmony_1973.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-1025 | | | | Gruhn Exhibit - "1974 Harmony Electric and Acoustic Guitar Flyer." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_harmony_flyer_1974.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-1028 | | | | Gruhn Exhibit - "1972 Mosrite-Kustom Guitar Flyer." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_mosrite_flyer_1972.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-1031 | | | | Gruhn Exhibit - "1972 Ovation Electric Guitar Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_ovation_electrics_1972.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-1032 | | | | Gruhn Exhibit - "1970 Silvertone Guitar and Amplifier Excerpt from a Fall Winter Sears Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_silvertone_fw_1970.php. Third-Party Evidence: ES-335 Shape; Headstock-Shape | | |
| DTX-1033 | | | | Gruhn Exhibit - "1971 Silvertone Guitar and Amplifier Excerpt from a Spring-Summer Sears Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_silvertone_ss_1971.php. Third-Party Evidence: ES-335 Shape; Headstock-Shape | | |
| DTX-1034 | | | | Gruhn Exhibit - "1975 Travis Bean Artist Guitar Brochure with Pricelist." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_travisbean_artist_1975.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-1035 | | | | Gruhn Exhibit - "1976 Travis Bean Guitar Brochure with Pricelist." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_travisbean_brochure_1976.php. Third-Party Evidence: ES-335 Shape | | |

DEFENDANTS ARMADILLO DISTRIBUTION ENTERPRISES, INC. AND CONCORDIA INVESTMENT PARTNERS, LLC
TRIAL EXHIBIT INDEX

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DTX-1037 | | | | Gruhn Exhibit - "1970 Vox Guitars and Amps Catalog." Vox Showroom, February 2020, http://www.voxshowroom.com/catalogs/TC70a.html, http://www.voxshowroom.com/catalogs/TC70f.html, and http://www.voxshowroom.com/catalogs/TC70g.html. Third-Party Evidence: ES-335 Shape | | | |
| DTX-1038 | | | | Gruhn Exhibit - Carvin. "1981 Carvin Equipment Catalog." 1981. Web. http://www.carvinmuseum.com/decade/images/81-cover.html and http://www.carvinmuseum.com/decade/images/81-sh225.html. Third-Party Evidence: ES-335 Shape; Headstock-Shape | | | |
| DTX-1039 | | | | Gruhn Exhibit - Carvin. "1982 Carvin Catalog." 1982. Web. http://www.vintaxe.com/catalogs_pages/catalogs_american_carvin_1982.php. Third-Party Evidence: ES-335 Shape; Headstock-Shape | | | |
| DTX-1040 | | | | Gruhn Exhibit - Carvin. "1983 Carvin Catalog." 1983. Web. http://www.carvinmuseum.com/decade/images/83-cover.html and http://www.carvinmuseum.com/decade/images/83-sh225.html. Third-Party Evidence: ES-335 Shape; Headstock-Shape | | | |
| DTX-1041 | | | | Gruhn Exhibit - Carvin. "1984 Carvin Catalog." 1984. Web. http://www.carvinmuseum.com/decade/images/84-cover.html and http://www.carvinmuseum.com/decade/images/84-sh225.html. Third-Party Evidence: ES-335 Shape; Headstock-Shape | | | |
| DTX-1042 | | | | Gruhn Exhibit - Carvin. "1986 Carvin Catalog." 1986. Web. http://www.carvinmuseum.com/decade/images/86-cover.html and http://www.carvinmuseum.com/decade/images/86-sh225.html. Third-Party Evidence: ES-335 Shape; Headstock-Shape | | | |
| DTX-1043 | | | | Gruhn Exhibit - Carvin. "1987 Carvin Catalog." 1987. Web. http://www.carvinmuseum.com/decade/images/87-cover.html and http://www.carvinmuseum.com/decade/images/87-sh225.html. Third-Party Evidence: ES-335 Shape | | | |
| DTX-1044 | | | | Gruhn Exhibit - Carvin. "1989 Carvin Catalog." 1989. Web. http://www.carvinmuseum.com/decade/images/89-cover.html and http://www.carvinmuseum.com/decade/images/89-sh225.html. Third-Party Evidence: ES-335 Shape; Headstock-Shape | | | |
| DTX-1047 | | | | Gruhn Exhibit - Heritage Guitar, Inc. "1989 Heritage Guitars Catalog." 1989. Web. http://jedistar.com/images/april17/Heritage_Guitars_Catalog_1989.pdf. Third-Party Evidence: ES-335 Shape | | | |
| DTX-1048 | | | | Gruhn Exhibit - "1980-81 Hondo II Guitar Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_korean_hondo_1980.php. Third-Party Evidence: ES-335 Shape; Headstock-Shape | | | |
| DTX-1049 | | | | Gruhn Exhibit - "1981 Hondo Deluxe Guitar Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_korean_hondo_deluxe_1981.php. Third-Party Evidence: ES-335 Shape; Headstock-Shape | | | |

DEFENDANTS ARMADILLO DISTRIBUTION ENTERPRISES, INC. AND CONCORDIA INVESTMENT PARTNERS, LLC
TRIAL EXHIBIT INDEX

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DTX-1051 | | | | | Gruhn Exhibit - "1980 Polytone Guitar Flyer." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_polytone_1980.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-1052 | | | | | Gruhn Exhibit - "1981 Polytone Guitar Excerpt from an Amplifier Catalog with Prices." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_polytone_brochure_1981.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-1053 | | | | | Gruhn Exhibit - "1982 Vantage Guitar Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_vantage_electrics_1982.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-1054 | | | | | Gruhn Exhibit - "1983 Washburn Electric and Bass Guitar Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_washburn_gb_1983.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-1055 | | | | | Gruhn Exhibit - "1990 Aria Pro II Guitar Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_ariapro_1990.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-1064 | | | | | Gruhn Exhibit - "1990 Greco Poster Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_greco_1990.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-1065 | | | | | Gruhn Exhibit - "1990 Heritage Guitar January Pricelist." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_heritage_pljan_1990.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-1071 | | | | | Gruhn Exhibit - "1991 Vantage Guitar Catalog with Pricelist." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_vantage_1991.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-1074 | | | | | Gruhn Exhibit - "1990 Washburn Catalog." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_washburn_1990.php. Third-Party Evidence: ES-335 Shape | | |
| DTX-1385 | | | | | Gruhn Exhibit - George Gruhn and Walter Carter, Acoustic Guitars and Other Fretted Instruments - A Photographic History (1993) | | |
| DTX-1396 | | | | | Gruhn Exhibit - "1956 Guild Full Line Guitar Catalog with Pricelist." Vintaxe.com, 27 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_guild_1956.php. Third-Party Evidence: Headstock-Shape | | |
| DTX-1398 | | | | | Gruhn Exhibit - "1959 Guild Full Line Guitar Catalog with Pricelist." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_guild_1959.php. Third-Party Evidence: Headstock-Shape | | |

DEFENDANTS ARMADILLO DISTRIBUTION ENTERPRISES, INC. AND CONCORDIA INVESTMENT PARTNERS, LLC
TRIAL EXHIBIT INDEX

| | | | | | | |
|---|---|---|---|---|---|---|
| DTX-1401 | | | | Gruhn Exhibit - "1964 Guild Full Line." Vintaxe.com, February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_american_guild_1964.php. Third-Party Evidence: Headstock-Shape | | |