IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GIBSON, INC., a Delaware corporation, )<br>)<br>Plaintiff/Counterclaim-Defendant, )<br>)<br>vs. )<br>)<br>ARMADILLO DISTRIBUTION )<br>ENTERPRISES, INC.; CONCORDIA )<br>INVESTMENT PARTNERS, LLC, )<br>)<br>Defendant/Counterclaim-Plaintiff )<br>)<br>DOES 1 through 10, )<br>)<br>Defendants. ) | Case No. 4:19-cv-00358-ALM |

**PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO PRE-ADMIT ALL TRIAL EXHIBITS PREVIOUSLY ADMITTED**

Defendants' Motion to Pre-Amit All Trial Exhibits Previously Admitted is based on the following syllogism:  The Court **has discretion** to pre-admit previously admitted exhibits based on the law-of-the case doctrine.  [*See* Dkt. No. 686, 1 (citing two cases).]   Therefore, because the Court has discretion, it **should** pre-admit 900 exhibits that Defendants intend to have their guitar expert, George Gruhn, bring in.   Defendants acknowledge that some of the exhibits are not self-authenticating but essentially argue what is the harm if "some subset" are not self-authenticating are also pre-admitted.   [*See* Dkt. No. 686, 2.]

In a nutshell, Defendants' request to pre-admit George Gruhn exhibits from the Wayback Machine and Vintaxe collides with Gibson's Motion in Limine to Exclude Defendants' Exhibits from the Wayback Machine and Vintaxe.  [Compare Dkt. No. 692 with Dkt. No. 686.]  The parties agree to discuss these pending issues with the Court during the final pre-trial conference, wherein Gibson will request this Court deny Defendants' Motion to Pre-Admit All Trial Exhibits Previously Admitted.

Respectfully submitted this 4th day of March 2025.

/s/ *Andrea E. Bates*
Andrea E. Bates
*Pro Hac Vice*
Kurt Schuettinger *Pro Hac Vice* Johnathan M. Bates
*Pro Hac Vice*
Bates & Bates, LLC
1890 Marietta Boulevard NW
Atlanta, Georgia 30318
Telephone: (404) 228-7439
Facsimile: (404) 963-6231
abates@bates-bates.com
kschuettinger@bates-bates.com
jbates@bates-bates.com

Stephen D. Howen
State Bar No. 10117800 Law Office of Steve Howen
7111 Bosque Blvd., Suite 305
Waco, TX 76710
Telephone: (254) 826-6526
Facsimile: (254) 822-4926
steve@stevehowenlegal.com

Attorneys for Plaintiff GIBSON, INC.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF electronic filing system on March 4, 2025.

/s/ *Andrea E. Bates*
Andrea E. Bates