# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| GIBSON, INC., | § | |
| | § | |
| *Plaintiff/Counterclaim-Defendant,* | § | |
| v. | § | |
| | § | |
| ARMADILLO DISTRIBUTION | § | Civil Action No. 4:19-CV-358 |
| ENTERPRISES, INC.; CONCORDIA | § | Judge Mazzant |
| INVESTMENT PARTNERS, LLC, | § | |
| | § | |
| *Defendants/Counterclaim-Plaintiffs,* | § | |
| | § | |
| DOES 1 through 10, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER

The Court, *sua sponte*, enters this Order to clarify the Motions *in Limine* that bind Plaintiff Gibson, Inc. as well as Defendants Armadillo Distribution Enterprises, Inc. and Concordia Investment Partners, LLC, (collectively, the "Parties") during trial. Notably, the Parties have assisted the Court by "incorporate[ing] by reference their respective Motions *in Limine* from the trial held May 16, 2022 through May 27, 2022 and the Court's rulings on those motions" (Dkt. #702 at p. 12). The Parties agree (Dkt. #702 at pp. 12–15), and the Court **ORDERS** that they are bound by the following:

- Gibson's Unopposed Motions *in Limine* 1–4 (Dkt. #469)
- Gibson's Motion *in Limine* 1–5, 9–13 (Dkt. #470)
- Armadillo's Motion *in Limine* 3, 5, 6, 7, 8, 9, 10 (Dkt. #471)

Further, the Parties agree to the following Motion *in Limine*, which the Court hereby **GRANTS AS AGREED**:

Any reference to lawsuits or disputes among or between Armadillo's principals, officers, or directors generally or between Pam Rubinson and Evan Rubinson specifically except to the extent argument or evidence presented by Armadillo shall make such disputes relevant. In the event Gibson believes that evidence or argument has made the defined disputes relevant, it shall approach the bench before presenting counter-evidence or comment.

In sum, the Court **ORDERS** that the Parties are bound by the Motions *in Limine* listed above. Any Motions *in Limine* previously ruled on by the Court at the *first* trial not listed above are hereby **DENIED**.

Further, it is **ORDERED** that Defendants' Agreed Motion for Agenda During Pretrial Conference (Dkt. #702) is hereby **GRANTED**.

**IT IS SO ORDERED.**

**SIGNED** this 6th day of March, 2025.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE