IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GIBSON, INC., a Delaware corporation, | ) |
| | ) |
| Plaintiff/Counterclaim-Defendant, | ) Case No. 4:19-cv-00358-ALM |
| vs. | ) |
| ARMADILLO DISTRIBUTION ENTERPRISES, INC.; CONCORDIA INVESTMENT PARTNERS, LLC, | ) |
| Defendant/Counterclaim-Plaintiff | ) |
| DOES 1 through 10, | ) |
| Defendants. | ) |

### ORDER GRANTING GIBSON, INC.'S MOTION IN LIMINE TO EXCLUDE EVIDENCE REGARDING SUSPENDED TRADEMARK TRIAL AND APPEAL BOARD MATTER

The Court having reviewed Plaintiff Gibson, Inc.'s Motion in Limine to Exclude Evidence Regarding Suspended Trademark Trial and Appeal Board Matter (Dkt. #715).

IT IS ORDERED that Plaintiff's Motion in Limine to Exclude Evidence Regarding Suspended Trademark Trial and Appeal Board Matter is GRANTED.

**IT IS SO ORDERED.**

**SIGNED this 7th day of March, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE