# IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

### SHERMAN DIVISION

**DATE:** 3/7/2025

| DISTRICT JUDGE<br>Amos L. Mazzant, III | COURT REPORTER: Chris Bickham<br>COURTROOM DEPUTY: Keary Conrad |
|---|---|
| Gibson Brands, Inc., a Delaware corporation<br><br>v.<br><br>Armadillo Distribution Enterprises, Inc., Concordia Investment Partners, LLC<br><br>Does 1 through 10 | 4:19CV358 |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| Stephen Dale Howen, Andrea Bates, Kurt Schuettinger, Elizabeth Andujar<br>IT:  Keith Slyter,<br>Paralegal: Amanda Slyter | Jerry Selinger, Craig Depew, Kyrie Cameron, Austin Gray, Ron, Bienstock, Zack Klein |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Voir Dire, Jury Selection and Jury Trial - Day 1 |
|---|---|
| 10:00 a.m. | Court in session.  Court notes appearances. |
| 10:01 a.m. | Judge addresses the panel. |
| 10:15 a.m. | Plaintiff's counsel, Stephen Howen begins initial opening statement. |
| 10:20 a.m. | Defendant's counsel, Jerry Selinger begins initial opening statement. |
| 10:26 a.m. | Judge addresses the panel. |
| 10:35 a.m. | Plaintiffs' counsel and parties introduce themselves to the jury. |
| 10:38 a.m. | Defendants' counsel and parties introduce themselves to the jury. |
| 10:39 a.m. | Judge addresses the panel. |
| 10:40 a.m. | Plaintiff's counsel, Stephen Howen begins voir dire. |
| 11:41 a.m. | Court recess for 15 minutes. |
| 11:54 a.m. | Defendant's counsel, Craig DePew begins voir dire. |
| 12:43 p.m. | Defendant's counsel concludes voir dire. |

CASE NO.   4:19CV358      DATE: 3/07/2025
PAGE 2  - PROCEEDINGS CONTINUED:

| TIME: | MINUTES: Voir Dire, Jury Selection and Jury Trial - Day 1 |
|---|---|
| 12:46 p.m. | Court strikes for cause. |
|  | Court re-convened.  Jury seated. |
| 1:27 p.m. | Jury placed under oath. |
| 1:35 p.m. | Jury panel released. |
| 1:37 p.m. | Jury released for lunch. |
| 2:37 p.m. | Court re-convened.  Jury seated. |
| 2:38 p.m. | Court begins preliminary instructions to the jury. |
| 2:57 p.m. | Plaintiff's counsel, Andrea Bates begins opening statement. |
| 3:38 p.m. | Defendant's counsel, Jerry Selinger begins opening statement. |
| 4:23:15 pm | Defendant's counsel concludes opening statement. |
| 4:23:17 p.m. | Plaintiff's counsel, Steven Howen calls Jim DeCola.  Witness placed under oath. Counsel Howen begins direct examination. |
| 4:49 p.m. | Counsel Howen refers witness to Plaintiffs' Exhibits 1, 2, 4, 34, 44. |
| 4:52:06 p.m. | Counsel concludes questioning. |
| 4:52 p.m. | Jury excused. |
| 4:53 p.m. | Court recess. |
|  | **Plaintiff Used:** 1:09:09<br>**Defendant Used**: 44:48<br>**Plaintiff Exhibits**: 1, 2, 4, 34, 44 |

DAVID O'TOOLE, CLERK

BY:  *Keary Conrad*
Courtroom Deputy Clerk