Proposed Stipulation as to Damages:

If you have found liability for the infringement of any of the Gibson Trademarks, you are instructed that the parties have agreed that the amount of profits Armadillo earned from sales of products accused of infringing each specific mark from October 1, 2017, to the present is the amount indicated below.

| | |
|---|---|
| The Flying V Body Shape: | $ 66,621.49 |
| The Explorer Body Shape: | $ 76,391.69 |
| The ES Body Shape: | $ 3,123.03 |
| The SG Body Shape: | $ 19,905.47 |
| The Dove Wing Headstock: | $1,395,437.33 |
| The Hummingbird Wordmark: | $ 4,551.80 |
| The Flying V Wordmark: | $ 928.77 |

You are further instructed that you may award damages for the portion of Armadillo's profits you attribute to the trademark, as contrasted with other attributes and features of the guitars, but only for a shape corresponding to a trademark for which you answered "Yes" in Question Number ___.