# IN UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

### SHERMAN DIVISION

**DATE:** 3/19/2025

| CHIEF DISTRICT JUDGE<br>Amos L. Mazzant, III | COURT REPORTER: Chris Bickham<br>COURTROOM DEPUTY: Debbie McCord |
|---|---|
| Gibson Brands, Inc., a Delaware corporation<br><br>v.<br><br>Armadillo Distribution Enterprises, Inc., Concordia Investment Partners, LLC<br><br>Does 1 through 10 | 4:19CV358 |

| ATTORNEYS FOR PLAINTIFF | ATTORNEYS FOR DEFENDANT |
|---|---|
| Stephen Dale Howen, Andrea Bates, Kurt Schuettinger, Elizabeth Andujar<br>**IT**: Keith Slyter | Jerry Selinger, Craig Depew, Kyrie Cameron, Austin Gray, Ron, Bienstock, Zack Klein<br>**IT**: Mitch Mahon |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES: Jury Trial - Day 8 |
|---|---|
| 9:03 a.m. | Court in session. Court notes appearances. |
|  | Closing by Mr. Howen for Plaintiff. |
| 9:54 am | Closing by Mr. Depew for Defendants. |
| 11:21 am | Court and jury in recess for break. |
| 11:40 am | Plaintiff rebuttal closing by Mr. Howen. |
| 12:18 pm | Court reads the instructions to the jury. |
| 1:26 pm | Case goes to the jury.    Court in recess. |
| 2:20 pm | Juror notes 1 and 2 received, with response written on Note 2. |
| 2:27 pm | Court in recess. |
| 4:21 pm | Court in session with Jury note 3. Response provided |
| 4:26 pm | Court in recess. |

DAVID O'TOOLE, CLERK

CASE NO.  4:19CV358      DATE: 3/19/2025
PAGE 2  - PROCEEDINGS CONTINUED:

BY: _Debbie McCord_
Courtroom Deputy Clerk