# United States District Court
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| GIBSON, INC., | § | |
| *Plaintiff,* | § § § | |
| v. | § § | Civil Action No. 4:19-CV-358 |
| ARMADILLO DISTRIBUTION ENTERPRISES, INC., and CONCORDIA INVESTMENT PARTNERS, LLC, | § § § § § § | Judge Mazzant |
| *Defendants.* | § § | |

## VERDICT FORM

### SECTION 1
### Infringement – Armadillo

**Question No. 1**

Do you find, by a preponderance of the evidence, that Armadillo infringed an alleged Gibson trademark and engaged in unfair competition in a manner that creates a likelihood of confusion as to the source, affiliation, or sponsorship of Gibson's products?

Answer "Yes" or "No" for each trademark listed below:

The Flying V Body Shape: __Yes__

The Explorer Body Shape: __Yes__

The ES Body Shape: __No__

The SG Body Shape: __Yes__

The Dove Wing Headstock: __No__

The HUMMINGBIRD: __Yes__

The FLYING V: __Yes__

1

If you answered "Yes" for any trademark, please proceed to Question No. 2. If you answered "No" for each trademark, please proceed to Section 8.

**Question No. 2**

Do you find, by a preponderance of the evidence, that Armadillo sold or marketed a counterfeit of any alleged Gibson trademark?

Answer "Yes" or "No" for each trademark listed below. You should only provide an answer for those trademarks which you answered "Yes" in Question No. 1.

The Flying V Body Shape: __yes__

The Explorer Body Shape: __yes__

The SG Body Shape: __yes__

The Dove Wing Headstock: _____

The HUMMINGBIRD: __yes__

The FLYING V: __yes__

If you answered "Yes" to Question No. 2, please proceed to Question No. 3. Otherwise, please proceed to Section 2.

**Question No. 3**

Do you find, by a preponderance of the evidence, that Armadillo intentionally infringed an alleged Gibson trademark?

Answer "Yes" or "No" for each trademark listed below. You should provide an answer for those trademarks which you answered "Yes" in Question No. 2.

The Flying V Body Shape: __yes__

The Explorer Body Shape: __yes__

The ES Body Shape: _____

2

The SG Body Shape: ___Yes___

The Dove Wing Headstock: _____

The HUMMINGBIRD: ___Yes___

The FLYING V: ___Yes___

If you answered "Yes" to Question No. 2, please proceed to Question No. 4. Otherwise, please proceed to Section 2.

**Question No. 4**

Do you find, by a preponderance of the evidence, that Armadillo willfully infringed an alleged Gibson trademark?

Answer "Yes" or "No" for each trademark listed below. You should provide an answer for those trademarks which you answered "Yes" in Question No. 2.

The Flying V Body Shape: ___No___

The Explorer Body Shape: ___No___

The ES Body Shape: _____

The SG Body Shape: ___No___

The Dove Wing Headstock: _____

The HUMMINGBIRD: ___No___

The FLYING V: ___No___

Please proceed to Section 2.

## SECTION 2
### Laches – Armadillo

If you answered "Yes" for any of the trademarks in Question No. 1, please answer Question No. 5. Otherwise, please proceed to Section 8.

3

**Question No. 5**

Do you find, by a preponderance of the evidence, that Gibson delayed in asserting its trademark right(s) against Armadillo?

Answer "Yes" or "No" for each trademark listed below. You should only provide an answer for those trademarks which you answered "Yes" in Question No. 1.

The Flying V Body Shape: _____Yes_____

The Explorer Body Shape: _____Yes_____

The ES Body Shape: _____

The SG Body Shape: _____Yes_____

The Dove Wing Headstock: _____

The HUMMINGBIRD: _____Yes_____

The FLYING V: _____Yes_____

If you answered "Yes" for any trademark in Question No. 5, answer Question No. 6. Otherwise, please proceed to Section 3.

**Question No. 6**

Do you find, by a preponderance of the evidence, that there was a lack of excuse for Gibson's delay in asserting its trademark right(s) against Armadillo?

Answer "Yes" or "No" for each trademark listed below. You should only provide an answer for those trademarks which you answered "Yes" in Question No. 5.

The Flying V Body Shape: _____Yes_____

The Explorer Body Shape: _____Yes_____

The ES Body Shape: _____

4

The SG Body Shape: __yes__

The Dove Wing Headstock: _____

The HUMMINGBIRD: __yes__

The FLYING V: __yes__

If you answered "Yes" for any trademark in Question No. 6, please proceed to Question No. 7. Otherwise, please proceed to Section 3.

**Question No. 7**

Do you find, by a preponderance of the evidence, that the delay caused undue prejudice to Armadillo?

Answer "Yes" or "No" for each trademark listed below. You should only provide an answer for those trademarks which you answered "Yes" in Question No. 6.

The Flying V Body Shape: __yes__

The Explorer Body Shape: __yes__

The ES Body Shape: _____

The SG Body Shape: __yes__

The Dove Wing Headstock: _____

The HUMMINGBIRD: __yes__

The FLYING V: __yes__

If you answered "Yes" for any trademark in Question No. 7, please proceed to Question No. 8. Otherwise, please proceed to Section 3.

**Question No. 8**

What is the earliest approximate date (year is fine) that Gibson should have known that Armadillo was using its trademarks?

You should only provide an answer for those trademarks which you answered "Yes" in Question No. 5, Question No. 6, and Question No. 7.

The Flying V Body Shape: ___1977___

The Explorer Body Shape: ___1976___

The ES Body Shape: _____

The SG Body Shape: ___2012___

The Dove Wing Headstock: _____

The HUMMINGBIRD: ___2002___

The FLYING V: ___2019___

Please proceed to Question No. 9.

**Question No. 9**

Has Gibson proven, by a preponderance of the evidence, that Armadillo at any point had "unclean hands" in connection with their use of an alleged Gibson trademark?

Answer "Yes" or "No."

Answer: ___Yes___

Please proceed to Section 3.

**SECTION 3**
**Contributory Infringement – Concordia**

If you answered "Yes" for any of the trademarks in Question No. 1, answer Question No. 10. Otherwise, please proceed to Section 8.

**Question No. 10**

Do you find, by a preponderance of the evidence, that Concordia contributed

6

to Armadillo's conduct in infringing and/or counterfeiting of the alleged Gibson's trademarks?

Answer "Yes" or "No."

Answer: __No__

If you answered "Yes" to Question No. 10, please proceed to Section 4.

If you answered "No" to Question No. 10, but answered "Yes" for any of the trademarks in Question No. 1, please proceed to Section 5.

If you answered "No" to Question No. 10, and if you answered "No" for all of the trademarks in Question No. 1, please proceed to Section 8.

## SECTION 4
## Laches – Concordia

If you answered "Yes" for any of the trademarks in Question No. 1, and if you answered "Yes" to Question No. 10, please answer Question No. 11. Otherwise, please proceed to Section 5.

**Question No. 11**

Do you find, by a preponderance of the evidence, that Gibson delayed in asserting its trademark right(s) against Concordia?

Answer "Yes" or "No" for each trademark listed below. You should only provide an answer for those trademarks which you answered "Yes" in Question No. 1.

        The Flying V Body Shape: _____

        The Explorer Body Shape: _____

        The ES Body Shape: _____

        The SG Body Shape: _____

        The Dove Wing Headstock: _____

   The HUMMINGBIRD: _____

   The FLYING V: _____

  If you answered "Yes" for any trademark in Question No. 11, answer the question below. Otherwise, please proceed to Section 5.

**Question No. 12**

  Do you find, by a preponderance of the evidence, that there was a lack of excuse for Gibson's delay in asserting its trademark right(s) against Concordia?

  Answer "Yes" or "No" for each trademark listed below. You should only provide an answer for those trademarks which you answered "Yes" in Question No. 11.

   The Flying V Body Shape: _____

   The Explorer Body Shape: _____

   The ES Body Shape: _____

   The SG Body Shape: _____

   The Dove Wing Headstock: _____

   The HUMMINGBIRD: _____

   The FLYING V: _____

  If you answered "Yes" for any trademark in Question No. 12, please proceed to Question No. 13. If you answered "No" for each trademark, please proceed to Section 5.

**Question No. 13**

  Do you find, by a preponderance of the evidence, that the delay caused undue prejudice to Concordia?

Answer "Yes" or "No" for each trademark listed below. You should only provide an answer for those trademarks which you answered "Yes" in Question No. 12.

The Flying V Body Shape: _____

The Explorer Body Shape: _____

The ES Body Shape: _____

The SG Body Shape: _____

The Dove Wing Headstock: _____

The HUMMINGBIRD: _____

The FLYING V: _____

If you answered "Yes" for any trademark in Question No. 13, please proceed to Question No. 14. Otherwise, proceed to Section 5.

**Question No. 14**

Has Gibson proven, by a preponderance of the evidence, that Concordia at any point had "unclean hands" in connection with their use of an alleged Gibson trademark?

Answer "Yes" or "No."

Answer: _____

Please proceed to Section 5.

## SECTION 5
## Armadillo's Profits

If you have found liability for the infringement of any of the Gibson Trademarks, you are instructed that the parties have agreed that the amount of profits Armadillo earned from sales of products accused of infringing each specific mark from October 1, 2017, to the present is the amount indicated below.

9

| | |
|---|---|
| The Flying V Body Shape: | $66,621.49 |
| The Explorer Body Shape: | $76,391.69 |
| The ES Body Shape: | $3,123.03 |
| The SG Body Shape: | $19,905.47 |
| The Dove Wing Headstock: | $1,395,437.33 |
| The Hummingbird Wordmark: | $4,551.80 |
| The Flying V Wordmark: | $928.77 |

You are further instructed that you may award damages for the portion of Armadillo's profits you attribute to the trademark, as contrasted with other attributes and features of the guitars, but only for a shape corresponding to a trademark for which you answered "Yes" in Question No. 1.

**Question No. 15**

What sum of Armadillo's profits, if paid now in cash, would fairly and reasonably compensate Gibson, if any?

Answer in dollars and cents, if any.

Answer: $1.00

Please proceed to Section 6.

## SECTION 6
## Statutory Damages

If you answered "Yes" for any trademark in Question No. 2, and if you answered "Yes" for any trademark in Question No. 5 and Question No. 6, and if you answered "No" for Question No. 9, answer the question below. Otherwise, please proceed to Section 8.

**Question No. 16**

What sum of money, if paid now in cash, do you find Gibson has proven by a preponderance of the evidence in counterfeiting statutory damages, if any, per counterfeit trademark per type of goods sold, offered for sale, or distributed?

Answer in dollars and cents, if any.

Answer: _____

10

Please proceed to Section 7.

## SECTION 7
## Exemplary Damages

If you answered "Yes" to Question No. 16, answer Question No. 17. Otherwise, please proceed to Section 8.

**Question No. 17**

Do you find, by clear and convincing evidence, that the harm to Gibson resulted from malice?

Answer "Yes" or "No" for each Defendant listed below. But only answer for Concordia if you answered "Yes," to Question No. 10, and if you answered "Yes" for any trademarks in Question No. 11 and Question No. 12, and if you answered "No," for Question No. 14.

Armadillo: _____

Concordia: _____

If you answered "Yes" for either Defendant in Question No. 17, please proceed to Question No. 18. Otherwise, please proceed to Section 8.

**Question No. 18**

What sum of money, if paid now in cash, should be assessed against Armadillo and awarded to Gibson as exemplary damages, if any, for the conduct found in response to Question No. 17?

Answer in dollars and cents, if any.

Answer: _____

If you answered "Yes" for either Defendant in Question No. 17, please proceed to Question No. 19. Otherwise, please proceed to Section 8.

**Question No. 19**

What sum of money, if paid now in cash, should be assessed against

11

Concordia and awarded to Gibson as exemplary damages, if any, for the conduct found in response to Question No. 17?

Answer in dollars and cents, if any.

Answer: _____

Please proceed to Section 8.

## SECTION 8
## Cancellation

If you answered "No" for any alleged Gibson trademark listed in Question No. 1, please proceed to Question No. 20. Otherwise, please proceed to Section 9.

**Question No. 20**

Do you find, by a preponderance of the evidence, that any of the Gibson trademark registrations should be cancelled because they are generic?

Answer "Yes" or "No" for each trademark listed below:

The Flying V Body Shape: __No__

The Explorer Body Shape: __No__

The ES Body Shape: __Yes__

The SG Body Shape: __No__

If you answered "Yes" for a trademark in Question No. 20, please proceed to Question No. 21. Only answer Question No. 21 for those trademarks which you answered "Yes" to Question No. 20. Otherwise, if you answered "No" for all the trademarks in Question No. 20, please proceed to Section 9.

**Question No. 21**

What year did the shape become generic?

The Flying V Body Shape: _____

    The Explorer Body Shape: _____

    The ES Body Shape: ____1996____

    The SG Body Shape: _____

Please proceed to Section 9.

## SECTION 9
## Tortious Interference

**Question No. 22**

Do you find, by a preponderance of the evidence, that Gibson tortiously interfered with Armadillo's prospective business relation(s)?

    Answer "Yes" or "No."

    Answer: ____Yes____

    If you answered "Yes" to Question No. 22, answer Question No. 23.

    If you answered "No" to Question No. 22, do not answer any other questions. Please proceed to the last page to sign and date the Jury Verdict.

**Question No. 23**

    Do you find, by a preponderance of the evidence, that Gibson justifiably interfered with Armadillo's prospective business relation(s)?

    Answer "Yes" or "No."

    Answer: ____Yes____

    If you answered "No," to Question No. 23, please proceed to Question No. 24. If you answered "Yes," do not answer any other questions. Please proceed to the last page to sign and date the Jury Verdict.

**Question No. 24**

What sum of money, if any, if paid now in cash, has Armadillo proven, by a preponderance of the evidence, would fairly and reasonably compensate Armadillo for its actual damages, if any, that proximately resulted from Gibson's conduct?

Answer in dollars and cents, if any.

Answer: _____

If you answered "Yes" to Question No. 24, please proceed to Question No. 25. Otherwise, do not answer any other questions. Please Proceed to the last page to sign and date the Jury Verdict.

**Question No. 25**

Do you find, by clear and convincing evidence, that the harm to Armadillo resulted from malice?

Answer "Yes" or "No."

Answer: _____

If you answered "Yes" to Question No. 25, please proceed to Question No. 26. Otherwise, do not answer any other questions. Please proceed to the last page to sign and date the Jury Verdict.

**Question No. 26**

What sum of money, if any, if paid now in cash, should be assessed against Gibson and awarded to Armadillo as exemplary damages, if any, for the conduct found in response to Question No. 25?

Answer in dollars and cents, if any.

Answer: _____

Please proceed to the last page to sign and date the Jury Verdict.

Foreperson's                                              te: ___3/21/25___