# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| GIBSON BRANDS, INC. § | |
| § | Case Number: 4:19-CV-358 |
| v. § | Judge Mazzant |
| § | |
| ARMADILLO DISTRIBUTION § | |
| ENTERPRISES, INC., CONCORDIA § | |
| INVESTMENT PARTNERS, LLC | |

## ORDER FOR ADMITTED TRIAL EXHIBITS

The trial of this case concluded on March 21, 2025. The admitted trial exhibits and offers of proof are released from the Clerk and the parties shall maintain them for purposes of any appeal. The parties shall refer to the Court's Admitted Exhibit List and file electronic copies of their admitted trial exhibits and offers of proof on the CM-ECF/PACER system of this Court within three (3) business days of trial. If tangible or oversized exhibits are admitted, such exhibits shall be substituted with a photograph converted to a PDF file and ensure that the number assigned to each exhibit is clearly visible on the face of the exhibit or on a preceding identification page. Multiple exhibits may be combined and uploaded together as long as they do not exceed the maximum file size and are identified in the description.

Exhibits should be uploaded using the event "Admitted Exhibits List". This will make the documents available for public inspection. (If necessary, separate any sealed materials, which should be docketed with the "*Sealed Admitted Exhibits*" event instead.). You may ignore the message on the PDF screen that says to separately attach and describe each exhibit, but do link the entry to the related Admitted Exhibits List if it appears for selection. If all exhibits cannot be attached to this entry due to volume, use the event again to upload remaining exhibits.

Admitted videos, exhibits that are too large or voluminous to upload, or any sealed exhibits, shall be submitted on a USB drive to the Courtroom Deputy within three (3) business days and shall be stored in the Clerk's office, Sherman Division.

Any objections to the electronic copies must be made in writing with a certificate of conference that complies with the Local Rules of the Eastern District of Texas, within three (3) days of copies being filed.

**IT IS SO ORDERED.**

**SIGNED this 21st day of March, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE