| ID | AMSID | Qs0 | Qs1 | Qs2 | Qs3_1 | Qs3_2 | Qs3_3 | Qs3_4 | Qs3_5 | Qs3_6 | Qs4_1 | Qs4_2 | Qs4_3 | Qs4_4 | Qs4_5 | Qs4_6 | Qs4_7 | Qs4_8 | Qs5_1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 444 | ERCQSM4WNRVE7 | 2 | 2 | 1 | | | | | | 1 | 1 | 1 | | | 1 | 1 | 1 | | 1 |
| 445 | ERCQSM4WP2CS1 | 2 | 2 | 2 | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | 1 |
| 446 | ERCQSM4WNMV42 | 2 | 5 | 1 | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | |
| 447 | ERCQSM4WOYEN1 | 2 | 5 | 2 | | | | | | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | | 1 |
| 448 | ERCQSM4WOZI30 | 1 | 2 | 2 | | | | | 1 | | | | | | | | | | |
| 449 | ERCQSM4WNVUE0 | 2 | 4 | 1 | | | | | | 1 | | | 1 | | | | | | |
| 450 | ERCQSM4WNX9V1 | 1 | 5 | 1 | | | | | | 1 | 1 | | | 1 | 1 | 1 | | | |
| 451 | ERCQSM4WNKP42 | 2 | 5 | 1 | | | | | | 1 | 1 | 1 | 1 | 1 | | | | | 1 |
| 452 | ERCQSM4WP2BI2 | 1 | 5 | 2 | | | | | | 1 | 1 | | 1 | 1 | | 1 | | | 1 |
| 453 | ERCQSM4WNP276 | 2 | 5 | 1 | | | | | | 1 | | | | | | | 1 | | |
| 454 | ERCQSM4WNO047 | 2 | 3 | 1 | | | | | | 1 | | | | | | | 1 | | |
| 455 | ERCQSM4WNKFK5 | 2 | 4 | 1 | | | | | | 1 | | | | | 1 | | | | 1 |
| 456 | ERCQSM4WNERI9 | 2 | 5 | 2 | | | | | | 1 | 1 | | 1 | | 1 | | 1 | | 1 |
| 457 | ERCQSM4WNN6J8 | 2 | 5 | 1 | | | | | | 1 | | | 1 | | 1 | | | | 1 |
| 458 | ERCQSM4WOZWD1 | 1 | 5 | 2 | | | | | | 1 | | | | | | 1 | | | 1 |
| 459 | ERCQSM4WNKR73 | 1 | 5 | 1 | | | | | | 1 | 1 | | 1 | 1 | 1 | | | | 1 |
| 460 | ERCQSM4WNVTH5 | 2 | 5 | 1 | | | | | | 1 | 1 | | 1 | 1 | | | | | 1 |
| 461 | ERCQSM4WNKKX4 | 1 | 4 | 2 | | | | | | | | | | | | | | | |
| 462 | ERCQSM4WP6SB1 | 2 | 5 | 2 | | | | | | 1 | 1 | | | 1 | 1 | | | | |
| 463 | ERCQSM4WNKWG6 | 1 | 5 | 1 | | | | | | 1 | | | | | 1 | 1 | | | |
| 465 | ERCQSM4WP3M91 | 1 | 3 | 2 | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 |
| 466 | ERCQSM4WOW4G7 | 2 | 2 | 2 | | | | | | 1 | | | | | 1 | | | | |
| 467 | ERCQSM4WNMUS0 | 2 | 5 | 1 | | | | | | 1 | 1 | | | 1 | 1 | 1 | 1 | | |
| 468 | ERCQSM4WOXE38 | 1 | 3 | 2 | | | | | 1 | | | | | | | | | | |
| 469 | ERCQSM4WP64M0 | 1 | 4 | 2 | | | | | | 1 | 1 | | | 1 | 1 | 1 | | | 1 |

G-69

| ID | Qs5_2 | Qs5_3 | Qs5_4 | Qs5_5 | Qs5_6 | Qs5_7 | Qs5_8 | Q1 | Hershey Only | Q2 | Q3 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 444 | 1 | | 1 | 1 | 1 | | | 1 | 1 | Hershey's | The waxy texture and the shape of the individual segments. |
| 445 | 1 | 1 | 1 | 1 | 1 | | | 2 | 2 | | |
| 446 | | 1 | 1 | 1 | | | | | | | |
| 447 | | | | 1 | 1 | | | 3 | 2 | | |
| 448 | | | | | | | | | | | |
| 449 | | | | | | | 1 | | | | |
| 450 | | | 1 | 1 | 1 | | | | | | |
| 451 | 1 | 1 | 1 | 1 | | | | 3 | 2 | | |
| 452 | | 1 | | 1 | 1 | 1 | | 3 | 2 | | |
| 453 | | | | | | | 1 | | | | |
| 454 | | | | | | | 1 | | | | |
| 455 | | 1 | | 1 | 1 | | | 1 | 1 | hersey | Hershey |
| 456 | 1 | | | | | | | 1 | 1 | Hersey | they are the only company that I know that uses this shape |
| 457 | | 1 | | 1 | | | | | | | |
| 458 | 1 | | | | | | | 1 | 1 | Hershey | I usually buy Hershey Bars |
| 459 | | 1 | 1 | 1 | 1 | | | 1 | 1 | Hershey | Looks a bit like a Hershey bar. |
| 460 | | 1 | 1 | 1 | | | | 3 | 2 | | |
| 461 | | | | | | | | | | | |
| 462 | | | | 1 | | | | | | | |
| 463 | | 1 | | 1 | 1 | | | | | | |
| 465 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | Hershey's | Hershey's always has those rectangles on their candy bars. |
| 466 | | | | 1 | | | | | | | |
| 467 | | | 1 | 1 | 1 | | | | | | |
| 468 | | | | | | | | | | | |
| 469 | | | 1 | 1 | | | | 1 | 1 | Hershey | Because of the connected squares. |

G-70

119206

| ID | Q4 | Q5 | ImgVer | vID | vAge | vGender | Status | StartDate | StartTime |
|----|----|----|--------|-----|------|---------|--------|-----------|-----------|
| 444 | | | T | DP8WBWVCLH T29 | 29 | M | COMPLETE | 11/9/2010 | 5:27:42 PM |
| 445 | Nestle, Hershey's | Looks like Nestle Crunch bar, different look than Hershey's cookies and cream or milk chocolate but similar | T | DP8WBWGGN HV2 | 29 | F | COMPLETE | 11/9/2010 | 5:27:49 PM |
| 446 | | | | DP8WBVJ8B 5G9 | 68 | M | TERM-Qs5 | 11/9/2010 | 5:27:54 PM |
| 447 | | | C | DP8WBWTCH MH5 | 69 | F | COMPLETE | 11/9/2010 | 5:28:10 PM |
| 448 | | | | DP8WBWG7Z TP5 | 33 | F | TERM-Qs3 | 11/9/2010 | 5:28:31 PM |
| 449 | | | | DP8WBVJMB GM4 | 52 | M | TERM-Qs5 | 11/9/2010 | 5:28:38 PM |
| 450 | | | | DP8WBVG8J G61 | 72 | M | TERM-Qs5 | 11/9/2010 | 5:28:52 PM |
| 451 | | | C | DP8WB83SJ K9 | 69 | M | COMPLETE | 11/9/2010 | 5:29:07 PM |
| 452 | | | C | DP8WBWGFQ 5M5 | 72 | F | COMPLETE | 11/9/2010 | 5:29:13 PM |
| 453 | | | | DP8WBV9LD BM0 | 75 | M | TERM-Qs5 | 11/9/2010 | 5:29:37 PM |
| 454 | | | | DP8WBV8RR C49 | 45 | M | TERM-Qs5 | 11/9/2010 | 5:31:08 PM |
| 455 | | | T | DP8WBV7Q2 5S8 | 59 | M | COMPLETE | 11/9/2010 | 5:31:14 PM |
| 456 | | | T | DP8WB9SG4T M21 | 67 | F | COMPLETE | 11/9/2010 | 5:32:19 PM |
| 457 | | | | DP8WBV8G2F N3 | 74 | M | TERM-Qs5 | 11/9/2010 | 5:32:31 PM |
| 458 | | | C | DP8WBX2PT Q92 | 67 | F | COMPLETE | 11/9/2010 | 5:32:35 PM |
| 459 | | | T | DP8WBV865 Q82 | 66 | M | COMPLETE | 11/9/2010 | 5:32:39 PM |
| 460 | | | C | DP8WBVJKW ZZ9 | 75 | M | COMPLETE | 11/9/2010 | 5:33:10 PM |
| 461 | | | | DP8WBV7TTV M9 | 67 | M | TERM-UserInfo | 11/9/2010 | 5:33:26 PM |
| 462 | | | | DP8WBVN4G V88 | 68 | F | TERM-Qs5 | 11/9/2010 | 5:33:32 PM |
| 463 | | | | DP8WBV8RM CJ3 | 69 | M | TERM-Qs5 | 11/9/2010 | 5:34:10 PM |
| 465 | | | T | DP8WBWGX4 L50 | 40 | F | COMPLETE | 11/9/2010 | 5:34:38 PM |
| 466 | | | | DP8WBWSHL R40 | 33 | F | TERM-Qs5 | 11/9/2010 | 5:34:45 PM |
| 467 | | | | DP8WBVD7S VL2 | 67 | M | TERM-Qs5 | 11/9/2010 | 5:35:01 PM |
| 468 | | | | DP8WBWLZT 6C8 | 39 | F | TERM-Qs3 | 11/9/2010 | 5:35:59 PM |
| 469 | | | C | DP8WBVNZF DX6 | 64 | F | COMPLETE | 11/9/2010 | 5:36:55 PM |

G-71

| ID | EndTime | Elapsed Time | NextURL |
|----|---------|--------------|---------|
| 444 | 5:29:51 PM | 0:02:09 | process_exit.asp?cat=c&id=ERCQSM4WNRVE7 |
| 445 | 5:29:35 PM | 0:01:46 | process_exit.asp?cat=t&id=ERCQSM4WP2C51 |
| 446 | 5:29:21 PM | 0:01:27 | process_exit.asp?cat=t&id=ERCQSM4WNMV42 |
| 447 | 5:29:43 PM | 0:01:33 | process_exit.asp?cat=c&id=ERCQSM4WOYEN1 |
| 448 | 5:28:46 PM | 0:00:15 | process_exit.asp?cat=t&id=ERCQSM4WOZI30 |
| 449 | 5:30:20 PM | 0:01:42 | process_exit.asp?cat=t&id=ERCQSM4WNVUE0 |
| 450 | 5:29:39 PM | 0:00:47 | process_exit.asp?cat=t&id=ERCQSM4WNX9V1 |
| 451 | 5:30:45 PM | 0:01:38 | process_exit.asp?cat=c&id=ERCQSM4WNKP42 |
| 452 | 5:30:30 PM | 0:01:17 | process_exit.asp?cat=c&id=ERCQSM4WP2BI2 |
| 453 | 5:31:03 PM | 0:01:26 | process_exit.asp?cat=t&id=ERCQSM4WNP276 |
| 454 | 5:31:28 PM | 0:00:20 | process_exit.asp?cat=t&id=ERCQSM4WNO047 |
| 455 | 5:33:17 PM | 0:02:03 | process_exit.asp?cat=t&id=ERCQSM4WNKFK5 |
| 456 | 5:34:19 PM | 0:02:00 | process_exit.asp?cat=c&id=ERCQSM4WNERI9 |
| 457 | 5:33:32 PM | 0:01:01 | process_exit.asp?cat=t&id=ERCQSM4WNN6J8 |
| 458 | 5:34:33 PM | 0:01:58 | process_exit.asp?cat=c&id=ERCQSM4WOZWD1 |
| 459 | 5:40:46 PM | 0:08:07 | process_exit.asp?cat=t&id=ERCQSM4WNKR73 |
| 460 | 5:34:48 PM | 0:01:38 | process_exit.asp?cat=c&id=ERCQSM4WNVTH5 |
| 461 | 5:33:41 PM | 0:00:15 | process_exit.asp?cat=t&id=ERCQSM4WNKKX4 |
| 462 | 5:34:24 PM | 0:00:52 | process_exit.asp?cat=t&id=ERCQSM4WP65B1 |
| 463 | 5:35:04 PM | 0:00:54 | process_exit.asp?cat=t&id=ERCQSM4WNKWG6 |
| 465 | 5:36:44 PM | 0:02:06 | process_exit.asp?cat=c&id=ERCQSM4WP3M91 |
| 466 | 5:36:39 PM | 0:01:54 | process_exit.asp?cat=t&id=ERCQSM4WOW4G7 |
| 467 | 5:36:21 PM | 0:01:20 | process_exit.asp?cat=t&id=ERCQSM4WNMUS0 |
| 468 | 5:36:13 PM | 0:00:14 | process_exit.asp?cat=t&id=ERCQSM4WOXE38 |
| 469 | 5:40:10 PM | 0:03:15 | process_exit.asp?cat=c&id=ERCQSM4WP64M0 |

G-72

| ID | AMSID | Qs0 | Qs1 | Qs2 | Qs3_1 | Qs3_2 | Qs3_3 | Qs3_4 | Qs3_5 | Qs3_6 | Qs4_1 | Qs4_2 | Qs4_3 | Qs4_4 | Qs4_5 | Qs4_6 | Qs4_7 | Qs4_8 | Qs5_1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 470 | ERCQSM4WOV000 | 1 | 3 | 2 | | | | | | 1 | 1 | | | 1 | 1 | | | | 1 |
| 471 | ERCQSM4WP7KS2 | 1 | 2 | 2 | | | | | | | 1 | 1 | 1 | 1 | | 1 | 1 | | |
| 472 | ERCQSM4WOZTT2 | 1 | 5 | 2 | | | | | | 1 | 1 | | | 1 | | 1 | | | 1 |
| 473 | ERCQSM4WP4QU9 | 2 | 2 | 2 | | | | | | | | | | | | | | | |
| 474 | ERCQSM4WNKFT7 | 2 | 5 | 1 | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | |
| 475 | ERCQSM4WP4Q9S | 1 | 2 | 2 | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | 1 |
| 476 | ERCQSM4WOW2DS | 1 | 4 | 2 | | | | | | 1 | 1 | | | | 1 | 1 | 1 | | 1 |
| 477 | ERCQSM4WNWV42 | 2 | 4 | 1 | | | | | | | | | | | | | | | |
| 478 | ERCQSM4WNP7C7 | 2 | 2 | 1 | | | | | | 1 | 1 | | 1 | 1 | 1 | 1 | | | 1 |
| 479 | ERCQSM4WP8X32 | 1 | 4 | 2 | | | | | | 1 | 1 | | 1 | 1 | 1 | 1 | | | 1 |
| 480 | ERCQSM4WNPD93 | 1 | 3 | 2 | | | | | | | | | | | | | | | |
| 481 | ERCQSM4WP3PW8 | 1 | 5 | 2 | | | | | | 1 | 1 | | | 1 | 1 | | | | 1 |
| 482 | ERCQSM4WNEQ92 | 1 | 4 | 2 | | | | | | 1 | 1 | | 1 | | 1 | 1 | 1 | | 1 |
| 483 | ERCQSM4WP10A9 | 1 | 3 | 2 | | | | | | 1 | 1 | | | 1 | 1 | 1 | 1 | | 1 |
| 484 | ERCQSM4WP8XW9 | 1 | 2 | 2 | | | | | | 1 | | | | | 1 | | | | |
| 485 | ERCQSM4WP8KF6 | 2 | 5 | 2 | | | | | | 1 | | | | 1 | | | | | 1 |
| 486 | ERCQSM4WP6S24 | 1 | 3 | 2 | | | | | | 1 | | | 1 | | 1 | 1 | | | 1 |
| 487 | ERCQSM4WP2796 | 2 | 3 | 2 | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | |
| 488 | ERCQSM4WNNS44 | 2 | 5 | 1 | | | | | | 1 | 1 | | 1 | 1 | 1 | 1 | | | 1 |
| 489 | ERCQSM4WNP4C0 | 1 | 5 | 1 | | | | | | 1 | | | | | 1 | 1 | | | |
| 490 | ERCQSM4WOVWD9 | 2 | 2 | 2 | | | | | | 1 | 1 | 1 | | | 1 | | | | 1 |
| 491 | ERCQSM4WOYDO0 | 1 | 4 | 2 | | | | | 1 | | | | | | | | | | |
| 492 | ERCQSM4WNYBK1 | 1 | 2 | 1 | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | | | | 1 |
| 493 | ERCQSM4WNN4S2 | 1 | 5 | 1 | | | | | | 1 | | | | 1 | | | | | |
| 494 | ERCQSM4WP2SD5 | 1 | 4 | 2 | | | | | | 1 | 1 | | 1 | | 1 | | 1 | | |

G-73

| ID | Qs5_2 | Qs5_3 | Qs5_4 | Qs5_5 | Qs5_6 | Qs5_7 | Qs5_8 | Q1 | Hershey Only | Q2 | Q3 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 470 | | | 1 | 1 | | | | 3 | 2 | | |
| 471 | 1 | 1 | 1 | | | | | | | | |
| 472 | | 1 | 1 | 1 | | | | 1 | 1 | Bakers | Changed my mind - Hershey - that is how I remember it. |
| 473 | | | | | | | | | | | |
| 474 | | 1 | 1 | | | | | | | | |
| 475 | 1 | 1 | 1 | 1 | 1 | | | 1 | 1 | Hershey | Design of the bar. |
| 476 | | | 1 | 1 | 1 | 1 | | 1 | 1 | HERSHEY | HERSHEY - THE GREAT AMERICAN CHOCOLATE BAR SINCE I WAS A LITTLE CHILD ! |
| 477 | | | | | | | | | | | |
| 478 | | 1 | 1 | 1 | 1 | | | 1 | 1 | Hershey's | They make their bars like this ... the proportion of the bar and squares within. |
| 479 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | Hershey | The chocolate bar has always been breakable into squares. |
| 480 | | | | | | | | | | | |
| 481 | | 1 | 1 | | | | | 1 | 1 | Hershey | The border |
| 482 | | | | 1 | 1 | | | 3 | 2 | | |
| 483 | | | 1 | 1 | | 1 | | 1 | 2 | Hershey / Cadbury | Divided into squares |
| 484 | | | | | | | 1 | | | | |
| 485 | | 1 | 1 | | | | | | | | |
| 486 | 1 | 1 | 1 | 1 | 1 | 1 | | 3 | 2 | | |
| 487 | 1 | 1 | 1 | 1 | 1 | | | | | | |
| 488 | | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | BERSHEYS | IT JUST LOOKS LIKE THEIRS |
| 489 | | 1 | | | 1 | | | | | | |
| 490 | 1 | 1 | | 1 | 1 | | | 3 | 2 | | |
| 491 | | | | | | | | | | | |
| 492 | 1 | 1 | 1 | 1 | | | | 2 | 2 | | |
| 493 | | 1 | 1 | 1 | | | | | | | |
| 494 | 1 | | | 1 | | | | | | | |

G-74

| ID | Q4 | Q5 | ImgVer | vID | vAge | vGender | Status | StartDate | StartTime |
|----|----|----|--------|-----|------|---------|--------|-----------|-----------|
| 470 | | | C | DP8WBX3T7 WT9 | 41 | F | COMPLETE | 11/9/2010 | 5:38:05 PM |
| 471 | | | | DP8WBX3RT BG5 | 24 | F | TERM-Qs5 | 11/9/2010 | 5:38:17 PM |
| 472 | | | T | DP8WBW16N J23 | 80 | F | COMPLETE | 11/9/2010 | 5:38:31 PM |
| 473 | | | | DP8WBX33T7 P4 | 43 | F | TERM-UserInfo | 11/9/2010 | 5:38:32 PM |
| 474 | | | | DP8WBV7QD V73 | 67 | M | TERM-Qs5 | 11/9/2010 | 5:38:55 PM |
| 475 | | | T | DP8WBX334B F8 | 29 | F | COMPLETE | 11/9/2010 | 5:39:12 PM |
| 476 | | | T | DP8WBWS6J XW6 | 55 | F | COMPLETE | 11/9/2010 | 5:39:13 PM |
| 477 | | | | DP8WBXG2H CC0 | 35 | M | TERM-UserInfo | 11/9/2010 | 5:39:19 PM |
| 478 | | | T | DP8WBV9ZW 2P9 | 30 | M | COMPLETE | 11/9/2010 | 5:39:40 PM |
| 479 | | | C | DP8WBWHW N857 | 59 | F | COMPLETE | 11/9/2010 | 5:41:43 PM |
| 480 | | | | DP8WBVB63 CJ5 | 50 | M | TERM-UserInfo | 11/9/2010 | 5:42:31 PM |
| 481 | | | C | DP8WBWMK5 7G7 | 68 | F | COMPLETE | 11/9/2010 | 5:43:48 PM |
| 482 | | | C | DP8W9SG2Z 427 | 50 | F | COMPLETE | 11/9/2010 | 5:44:14 PM |
| 483 | | | C | DP8WBX4LB DB3 | 42 | F | COMPLETE | 11/9/2010 | 5:44:43 PM |
| 484 | | | | DP8WBWH2Z 7Z8 | 30 | F | TERM-Qs5 | 11/9/2010 | 5:45:15 PM |
| 485 | | | | DP8WBWNMG KK0 | 66 | F | TERM-Qs5 | 11/9/2010 | 5:45:39 PM |
| 486 | | | C | DP8WBWN5Q GH2 | 38 | F | COMPLETE | 11/9/2010 | 5:45:42 PM |
| 487 | | | | DP8WBX2ZQ RR7 | 40 | F | TERM-Qs5 | 11/9/2010 | 5:46:09 PM |
| 488 | | | T | DP8WBV8S3 M71 | 71 | M | COMPLETE | 11/9/2010 | 5:46:16 PM |
| 489 | | | | DP8WBV9FJ W85 | 67 | M | TERM-Qs5 | 11/9/2010 | 5:46:45 PM |
| 490 | | | T | DP8WBX2ZC VC2 | 18 | F | COMPLETE | 11/9/2010 | 5:46:57 PM |
| 491 | | | | DP8WBWSAH 5F5 | 54 | F | TERM-Qs3 | 11/9/2010 | 5:47:10 PM |
| 492 | hershey | because | C | DP8WBVXCX 753 | 31 | M | COMPLETE | 11/9/2010 | 5:49:02 PM |
| 493 | | | | DP8WBV87CC C7 | 71 | M | TERM-Qs5 | 11/9/2010 | 5:49:27 PM |
| 494 | | | | DP8WBWTX9 GD8 | 50 | F | TERM-Qs5 | 11/9/2010 | 5:49:28 PM |

G-75

| ID | EndTime | Elapsed Time | NextURL |
|---|---|---|---|
| 470 | 5:39:12 PM | 0:01:07 | process_exit.asp?cat=c&id=ERCQSM4WOV000 |
| 471 | 5:38:46 PM | 0:00:29 | process_exit.asp?cat=c&id=ERCQSM4WP7KS2 |
| 472 | 5:41:11 PM | 0:02:40 | process_exit.asp?cat=c&id=ERCQSM4WOZTT2 |
| 473 | 5:38:52 PM | 0:00:20 | process_exit.asp?cat=c&id=ERCQSM4WP4QU9 |
| 474 | 5:39:33 PM | 0:00:38 | process_exit.asp?cat=t&id=ERCQSM4WNKFT7 |
| 475 | 5:40:26 PM | 0:01:14 | process_exit.asp?cat=c&id=ERCQSM4WP4Q95 |
| 476 | 5:40:43 PM | 0:01:30 | process_exit.asp?cat=c&id=ERCQSM4WOW2D5 |
| 477 | 5:39:52 PM | 0:00:33 | process_exit.asp?cat=c&id=ERCQSM4WNWV42 |
| 478 | 5:41:14 PM | 0:01:34 | process_exit.asp?cat=c&id=ERCQSM4WNP7C7 |
| 479 | 5:43:44 PM | 0:02:01 | process_exit.asp?cat=c&id=ERCQSM4WP8X32 |
| 480 | 5:42:47 PM | 0:00:16 | process_exit.asp?cat=c&id=ERCQSM4WNPD93 |
| 481 | 5:45:53 PM | 0:02:05 | process_exit.asp?cat=c&id=ERCQSM4WP3PW8 |
| 482 | 5:45:24 PM | 0:01:10 | process_exit.asp?cat=c&id=ERCQSM4WNEQ92 |
| 483 | 5:46:25 PM | 0:01:42 | process_exit.asp?cat=c&id=ERCQSM4WP10A9 |
| 484 | 5:45:49 PM | 0:00:34 | process_exit.asp?cat=t&id=ERCQSM4WP8XW9 |
| 485 | 5:46:39 PM | 0:01:00 | process_exit.asp?cat=c&id=ERCQSM4WP8KF6 |
| 486 | 5:46:47 PM | 0:01:05 | process_exit.asp?cat=c&id=ERCQSM4WP6S24 |
| 487 | 5:47:04 PM | 0:00:55 | process_exit.asp?cat=c&id=ERCQSM4WP2796 |
| 488 | 5:48:20 PM | 0:02:04 | process_exit.asp?cat=c&id=ERCQSM4WNNS44 |
| 489 | 5:47:42 PM | 0:00:57 | process_exit.asp?cat=c&id=ERCQSM4WNP4C0 |
| 490 | 5:48:20 PM | 0:01:23 | process_exit.asp?cat=c&id=ERCQSM4WOVWD9 |
| 491 | 5:47:30 PM | 0:00:20 | process_exit.asp?cat=c&id=ERCQSM4WOYDO0 |
| 492 | 5:50:23 PM | 0:01:21 | process_exit.asp?cat=c&id=ERCQSM4WNYBK1 |
| 493 | 5:50:14 PM | 0:00:47 | process_exit.asp?cat=c&id=ERCQSM4WNN4S2 |
| 494 | 5:50:29 PM | 0:01:01 | process_exit.asp?cat=t&id=ERCQSM4WP2SD5 |

G-76

| ID | AMSID | Qs0 | Qs1 | Qs2 | Qs3_1 | Qs3_2 | Qs3_3 | Qs3_4 | Qs3_5 | Qs3_6 | Qs4_1 | Qs4_2 | Qs4_3 | Qs4_4 | Qs4_5 | Qs4_6 | Qs4_7 | Qs4_8 | Qs5_1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 495 | ERCQSM4WP2DX0 | 2 | 2 | 2 | | | | | | 1 | 1 | 1 | | 1 | 1 | 1 | | | 1 |
| 496 | ERCQSM4WP6KS4 | 2 | 4 | 2 | | | | | | | 1 | 1 | 1 | 1 | | | 1 | | 1 |
| 497 | ERCQSM4WNKKS4 | 1 | 5 | 1 | | | | | | 1 | | | | | | | | 1 | |
| 498 | ERCQSM4WP0YX3 | 3 | | | | | | | | | | | | | | | | | |
| 499 | ERCQSM4WP73TS | 1 | 5 | 2 | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | | |
| 500 | ERCQSM4WNKJIS | 1 | 5 | 1 | | | | | | 1 | 1 | 1 | 1 | | 1 | 1 | | | |
| 501 | ERCQSM4WPS023 | 2 | 2 | 2 | | | | | | 1 | 1 | 1 | 1 | | | | | | 1 |
| 502 | ERCQSM4WOYEX1 | 2 | 3 | 2 | | | | | | 1 | | 1 | | 1 | | | | | |
| 503 | ERCQSM4WNZRN7 | 2 | 4 | 2 | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | | | | 1 |
| 504 | ERCQSM4WPS4W2 | 2 | 2 | 2 | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 |
| 505 | ERCQSM4WP6LV7 | 1 | 4 | 2 | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 |
| 506 | ERCQSM4WP0JK7 | 1 | 4 | 2 | | | 1 | | | 1 | | | | 1 | 1 | 1 | | | |
| 507 | ERCQSM4WNYPS1 | 1 | 4 | 1 | | | | | | 1 | | | | 1 | 1 | | | | 1 |
| 508 | ERCQSM4WPSYB0 | 2 | 5 | 2 | | | | | | 1 | 1 | 1 | 1 | 1 | | | | | 1 |
| 509 | ERCQSM4WP7NO7 | 2 | 2 | 2 | | | | | | 1 | 1 | 1 | 1 | 1 | | 1 | | | |
| 510 | ERCQSM4WOZFT6 | 1 | 5 | 2 | | | | | | 1 | 1 | 1 | 1 | 1 | | | | | 1 |
| 511 | ERCQSM4WOZFV2 | 1 | 4 | 2 | | | | | | 1 | 1 | 1 | | 1 | | | | | 1 |
| 512 | ERCQSM4WNRG70 | 2 | 5 | 1 | | | | | | 1 | 1 | | 1 | 1 | | | | | |
| 513 | ERCQSM4WNLWA6 | 1 | 5 | 1 | | | | | | 1 | | 1 | 1 | 1 | 1 | 1 | | | |
| 514 | ERCQSM4WNT7G1 | 1 | 4 | 1 | | | | | | 1 | 1 | 1 | 1 | 1 | | | | | 1 |
| 515 | ERCQSM4WPS3W3 | 2 | 2 | 2 | | | | | 1 | | | | | | | | | | |
| 516 | ERCQSM4WOXJB2 | 1 | 2 | 2 | | | | | | 1 | | | | 1 | 1 | | | | 1 |
| 517 | ERCQSM4WP8WV2 | 1 | 4 | 2 | | | | | | 1 | 1 | 1 | | 1 | | | 1 | | 1 |
| 518 | ERCQSM4WNJLC7 | 2 | 4 | 2 | | | | | | | | | | | | | | | |
| 519 | ERCQSM4WNO2I2 | 2 | 2 | 1 | | | | | | 1 | | | | 1 | 1 | | | | 1 |

G-77

| ID | Qs5_2 | Qs5_3 | Qs5_4 | Qs5_5 | Qs5_6 | Qs5_7 | Qs5_8 | Q1 | Hershey Only | Q2 | Q3 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 495 | 1 | | 1 | 1 | 1 | | | 1 | 1 | Hershey's | lines on the chocolate |
| 496 | 1 | 1 | 1 | | | 1 | | 1 | 1 | Hershey | cause the Hershey bar looks just like this |
| 497 | | | | | | | 1 | | | | |
| 498 | | | | | | | | | | | |
| 499 | | 1 | 1 | 1 | 1 | 1 | | | | | |
| 500 | 1 | 1 | | 1 | | | | | | | |
| 501 | 1 | 1 | 1 | | | | | 1 | 1 | Hersheys | same type squares |
| 502 | 1 | | 1 | | | | | | | | |
| 503 | 1 | | 1 | | 1 | | | 1 | 1 | Hersey | Looks like a plain Hersey bar to me |
| 504 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | Hersheys | The rectangle shapes |
| 505 | 1 | 1 | | 1 | 1 | 1 | | 1 | 1 | hersheys | looks like hershey bar |
| 506 | | 1 | 1 | 1 | 1 | | | | | | |
| 507 | | | | 1 | | | | | | | |
| 508 | 1 | 1 | 1 | 1 | 1 | 1 | | 3 | 2 | | |
| 509 | 1 | 1 | 1 | | | 1 | | | | | |
| 510 | | 1 | | 1 | 1 | | | 1 | 1 | Hershey's | I just think it looks like the regular chocolate Hershey bar. |
| 511 | 1 | | | | | | | 1 | 1 | Hershey | box design |
| 512 | | 1 | | 1 | | | | | | | |
| 513 | 1 | 1 | 1 | | 1 | | | | | | |
| 514 | 1 | 1 | 1 | | | | | 1 | 1 | Hersheys | The shape and the individual rectangles |
| 515 | | | | | | | | | | | |
| 516 | 1 | | | 1 | 1 | | | 1 | 1 | hersheys | because they have the rectangles |
| 517 | 1 | | 1 | 1 | 1 | 1 | | 2 | 2 | | |
| 518 | | | | | | | | | | | |
| 519 | 1 | | 1 | 1 | | | | | | | |

G-78

| ID | Q4 | Q5 | ImgVer | vID | vAge | vGender | Status | StartDate | StartTime |
|----|----|----|--------|-----|------|---------|--------|-----------|-----------|
| 495 | | | C | DP8WBWGK9M51 | 34 | F | COMPLETE | 11/9/2010 | 5:51:00 PM |
| 496 | | | C | DP8WBX3PZ7Z9 | 52 | F | COMPLETE | 11/9/2010 | 5:51:12 PM |
| 497 | | | | DP8WBV7X1KX9 | 66 | M | TERM-Qs5 | 11/9/2010 | 5:51:21 PM |
| 498 | | | | DP8WBX2Y7RS8 | 20 | F | TERM-Qs0 | 11/9/2010 | 5:52:27 PM |
| 499 | | | | DP8WBX3FCQT5 | 65 | F | TERM-Qs5 | 11/9/2010 | 5:53:44 PM |
| 500 | | | | DP8WBV7WV278 | 73 | M | TERM-Qs5 | 11/9/2010 | 5:53:57 PM |
| 501 | | | T | DP8WBX38TZC2 | 23 | F | COMPLETE | 11/9/2010 | 5:54:04 PM |
| 502 | | | | DP8WBWTDGF77 | 40 | F | TERM-Qs5 | 11/9/2010 | 5:54:16 PM |
| 503 | | | T | DP8WBWXKQP59 | 58 | F | COMPLETE | 11/9/2010 | 5:55:34 PM |
| 504 | | | T | DP8WBX3K9H23 | 25 | F | COMPLETE | 11/9/2010 | 5:57:06 PM |
| 505 | | | C | DP8WBX5CVX71 | 61 | F | COMPLETE | 11/9/2010 | 5:57:21 PM |
| 506 | | | | DP8WBWKQ9FQ8 | 52 | F | TERM-Qs5 | 11/9/2010 | 5:57:45 PM |
| 507 | | | | DP8WBVKMBQL4 | 59 | M | TERM-Qs5 | 11/9/2010 | 5:57:54 PM |
| 508 | | | C | DP8WBWK3NFT1 | 74 | F | COMPLETE | 11/9/2010 | 5:58:26 PM |
| 509 | | | | DP8WBSP4881 | 28 | F | TERM-Qs5 | 11/9/2010 | 5:59:06 PM |
| 510 | | | C | DP8WBWG4NBL8 | 73 | F | COMPLETE | 11/9/2010 | 5:59:18 PM |
| 511 | | | T | DP8WBWG4QPL8 | 51 | F | COMPLETE | 11/9/2010 | 5:59:56 PM |
| 512 | | | | DP8WBVDWDS59 | 67 | M | TERM-Qs5 | 11/9/2010 | 6:00:20 PM |
| 513 | | | | DP8WBV9J79Q0 | 66 | M | TERM-Qs5 | 11/9/2010 | 6:01:33 PM |
| 514 | | | T | DP8WBVKWCTH7 | 53 | M | COMPLETE | 11/9/2010 | 6:01:56 PM |
| 515 | | | | DP8WBX3GD2J9 | 28 | F | TERM-Qs3 | 11/9/2010 | 6:02:46 PM |
| 516 | | | T | DP8WBWPJ3SL6 | 31 | F | COMPLETE | 11/9/2010 | 6:02:53 PM |
| 517 | Lindt, Godiva | It either reminds me of those chocolate bars or is those bars. | C | DP8WBWHV27Z1 | 62 | F | COMPLETE | 11/9/2010 | 6:03:15 PM |
| 518 | | | | DP8WBV3KRVJ0 | 69 | M | TERM-UserInfo | 11/9/2010 | 6:04:32 PM |
| 519 | | | | DP8WBV8P4SP8 | 28 | M | TERM-Qs5 | 11/9/2010 | 6:05:06 PM |

119215

| ID | EndTime | Elapsed Time | NextURL |
|---|---|---|---|
| 495 | 5:54:37 PM | 0:03:37 | process_exit.asp?cat=c&id=ERCQSM4WP2DX0 |
| 496 | 5:53:38 PM | 0:02:26 | process_exit.asp?cat=c&id=ERCQSM4WP6KS4 |
| 497 | 5:52:06 PM | 0:00:45 | process_exit.asp?cat=t&id=ERCQSM4WNKK54 |
| 498 | 5:52:39 PM | 0:00:12 | process_exit.asp?cat=t&id=ERCQSM4WP0YX3 |
| 499 | 5:55:20 PM | 0:01:36 | process_exit.asp?cat=t&id=ERCQSM4WP73T5 |
| 500 | 5:54:55 PM | 0:00:58 | process_exit.asp?cat=t&id=ERCQSM4WNKJI5 |
| 501 | 5:56:31 PM | 0:02:27 | process_exit.asp?cat=c&id=ERCQSM4WP5823 |
| 502 | 5:54:55 PM | 0:00:39 | process_exit.asp?cat=t&id=ERCQSM4WOYEX1 |
| 503 | 5:57:58 PM | 0:02:24 | process_exit.asp?cat=c&id=ERCQSM4WNZRN7 |
| 504 | 5:58:32 PM | 0:01:26 | process_exit.asp?cat=c&id=ERCQSM4WP54W2 |
| 505 | 5:59:27 PM | 0:02:06 | process_exit.asp?cat=c&id=ERCQSM4WP6LV7 |
| 506 | 5:58:59 PM | 0:01:14 | process_exit.asp?cat=t&id=ERCQSM4WP8JK7 |
| 507 | 5:58:45 PM | 0:00:51 | process_exit.asp?cat=t&id=ERCQSM4WNYP51 |
| 508 | 6:00:26 PM | 0:02:00 | process_exit.asp?cat=c&id=ERCQSM4WP8Y80 |
| 509 | 5:59:49 PM | 0:00:43 | process_exit.asp?cat=t&id=ERCQSM4WP7NO7 |
| 510 | 6:01:30 PM | 0:02:12 | process_exit.asp?cat=t&id=ERCQSM4WOZFT6 |
| 511 | 6:01:25 PM | 0:01:29 | process_exit.asp?cat=c&id=ERCQSM4WOZFV2 |
| 512 | 6:01:50 PM | 0:01:30 | process_exit.asp?cat=t&id=ERCQSM4WNRG70 |
| 513 | 6:02:44 PM | 0:01:11 | process_exit.asp?cat=t&id=ERCQSM4WNLWA6 |
| 514 | 6:04:02 PM | 0:02:06 | process_exit.asp?cat=c&id=ERCQSM4WNT7G1 |
| 515 | 6:03:07 PM | 0:00:21 | process_exit.asp?cat=t&id=ERCQSM4WP53W3 |
| 516 | 6:04:09 PM | 0:01:16 | process_exit.asp?cat=t&id=ERCQSM4WOXJB2 |
| 517 | 6:06:44 PM | 0:03:29 | process_exit.asp?cat=t&id=ERCQSM4WP8WV2 |
| 518 | 6:04:48 PM | 0:00:16 | process_exit.asp?cat=t&id=ERCQSM4WNJLC7 |
| 519 | 6:05:43 PM | 0:00:37 | process_exit.asp?cat=t&id=ERCQSM4WNO2I2 |

G-80

| ID | AMSID | Qs0 | Qs1 | Qs2 | Qs3_1 | Qs3_2 | Qs3_3 | Qs3_4 | Qs3_5 | Qs3_6 | Qs4_1 | Qs4_2 | Qs4_3 | Qs4_4 | Qs4_5 | Qs4_6 | Qs4_7 | Qs4_8 | Qs5_1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 520 | ERCQSM4WP76T2 | 1 | 4 | 2 | | | | | | 1 | 1 | 1 | | 1 | 1 | 1 | 1 | | 1 |
| 521 | ERCQSM4WP8OP2 | 1 | 2 | 2 | | | | | | 1 | 1 | | | | 1 | | | | 1 |
| 522 | ERCQSM4WP61M3 | 1 | 3 | 2 | | | | | | 1 | 1 | | | 1 | 1 | 1 | | | 1 |
| 523 | ERCQSM4WP3T11 | 1 | 4 | 2 | | | | | | 1 | 1 | | 1 | 1 | | | | | 1 |
| 524 | ERCQSM4WP8WK4 | 1 | 4 | 2 | | | | | | 1 | 1 | | | | | | | | 1 |
| 525 | ERCQSM4WNG7MS | 1 | 4 | 2 | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | | | | 1 |
| 526 | ERCQSM4WNPS32 | 2 | 5 | 1 | | | | | | 1 | 1 | | | | 1 | 1 | 1 | | 1 |
| 527 | ERCQSM4WNRSB6 | 1 | 5 | 1 | | | | | 1 | | | | | | | | | | 1 |
| 528 | ERCQSM4WOX1E2 | 1 | 4 | 2 | | | | | | 1 | 1 | 1 | | | | | | | 1 |
| 529 | ERCQSM4WOWZP0 | 1 | 4 | 2 | | | | | | 1 | 1 | | 1 | 1 | | | | | 1 |
| 530 | ERCQSM4WPS8Z2 | 5 | | | | | | | | | | | | | | | | | |
| 531 | ERCQSM4WOVL3S | 1 | 4 | 2 | | | | | | 1 | 1 | | 1 | | | | | | 1 |
| 532 | ERCQSM4WP57U3 | 1 | 2 | 2 | | | | | | 1 | 1 | | | 1 | 1 | 1 | 1 | | 1 |
| 533 | ERCQSM4WP3AA7 | 2 | 4 | 2 | | | | | | 1 | 1 | | | 1 | 1 | | | | 1 |
| 534 | ERCQSM4WNZML6 | 2 | 4 | 2 | | | | | | 1 | 1 | | 1 | | 1 | | | | 1 |
| 535 | ERCQSM4WOX246 | 1 | 4 | 2 | | | | | | 1 | 1 | | 1 | 1 | 1 | | | | 1 |
| 536 | ERCQSM4WP8YZ2 | 2 | 4 | 2 | | | | | | 1 | 1 | | 1 | 1 | 1 | | 1 | | 1 |
| 537 | ERCQSM4WOZGU3 | 1 | 4 | 2 | | | | | | 1 | 1 | | | 1 | | | | | 1 |
| 538 | ERCQSM4WP7GU2 | 2 | 3 | 2 | | | | | | 1 | 1 | | | | | 1 | | | 1 |
| 539 | ERCQSM4WP3CZ5 | 1 | 3 | 2 | | | | | | 1 | 1 | | 1 | | 1 | 1 | | | 1 |
| 540 | ERCQSM4WNG6V8 | 2 | 2 | 2 | | | | | | 1 | 1 | | 1 | 1 | 1 | 1 | 1 | | 1 |
| 541 | ERCQSM4WOZEI9 | 2 | 2 | 2 | | | | | | 1 | 1 | | 1 | 1 | 1 | | | | 1 |
| 542 | ERCQSM4WOZY00 | 2 | 4 | 2 | | | | | | 1 | 1 | | | 1 | 1 | | | | 1 |
| 543 | ERCQSM4WP6342 | 1 | 2 | 2 | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 |

G-81

| ID | Qs5_2 | Qs5_3 | Qs5_4 | Qs5_5 | Qs5_6 | Qs5_7 | Qs5_8 | Q1 | Hershey Only | Q2 | Q3 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 520 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | HERSHEYS | SHAPE AND EDGES |
| 521 | | | | 1 | 1 | | | 1 | 1 | Hershey's | the shape of the chocolate bar |
| 522 | | | 1 | | 1 | | | 1 | 1 | Hershey | because of the shape of the rectangles in the chocolate |
| 523 | | 1 | | | | | | 3 | 2 | | |
| 524 | | | | | | | | 1 | 1 | hershey | they make candy with square designs |
| 525 | 1 | 1 | | 1 | | | | | | | |
| 526 | | | | | 1 | 1 | | 1 | 1 | hersey | its very familiar |
| 527 | | | | | | | | | | | |
| 528 | 1 | | 1 | | 1 | 1 | | 1 | 1 | Hershey's | Hershey's can be broken up into smaller pieces. |
| 529 | | 1 | 1 | | | | | 1 | 1 | Hershey's | The little squares.... |
| 530 | | | | | | | | | | | |
| 531 | 1 | | 1 | | | | | 4 | 2 | | |
| 532 | | | 1 | 1 | 1 | 1 | | 4 | 2 | | |
| 533 | | | 1 | | | | | | | | |
| 534 | | | | | | 1 | | 3 | 2 | | |
| 535 | 1 | | 1 | 1 | 1 | 1 | | 3 | 2 | | |
| 536 | 1 | 1 | 1 | 1 | | 1 | | | | | |
| 537 | | | 1 | | | | | 1 | 1 | Hersheys | That's what their bar looks like |
| 538 | | | | 1 | | 1 | | | | | |
| 539 | | | | 1 | 1 | | | 3 | 2 | | |
| 540 | 1 | 1 | 1 | 1 | 1 | 1 | | 2 | 2 | | |
| 541 | 1 | 1 | 1 | 1 | | | | 1 | 1 | Hershey | The squares |
| 542 | 1 | 1 | 1 | 1 | | | | 1 | 1 | Hershey's | It looks like their bars |
| 543 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | 2 | WONKA bar manufactured by Nestle | because the Hershey bar is thinner and longer. |

G-82

| ID | Q4 | Q5 | ImgVer | vID | vAge | vGender | Status | StartDate | StartTime |
|----|----|----|--------|-----|------|---------|--------|-----------|-----------|
| 520 | | | C | DP8WBWN7R HY3 | 53 | F | COMPLETE | 11/9/2010 | 6:06:06 PM |
| 521 | | | T | DP8WBWZKK 4H5 | 19 | F | COMPLETE | 11/9/2010 | 6:08:29 PM |
| 522 | | | T | DP8WBWHG M467 | 43 | F | COMPLETE | 11/9/2010 | 6:08:47 PM |
| 523 | | | C | DP8WBWQH5 CP3 | 63 | F | COMPLETE | 11/9/2010 | 6:09:48 PM |
| 524 | | | C | DP8WBWHV4 3B0 | 56 | F | COMPLETE | 11/9/2010 | 6:10:40 PM |
| 525 | | | | DP8W95HFC R94 | 59 | F | TERM-Qs5 | 11/9/2010 | 6:11:02 PM |
| 526 | | | T | DP8WBV9WJJ L1 | 65 | M | COMPLETE | 11/9/2010 | 6:11:04 PM |
| 527 | | | | DP8WBVC94 H48 | 65 | M | TERM-Qs3 | 11/9/2010 | 6:11:53 PM |
| 528 | | | T | DP8WBXA4G Y26 | 50 | F | COMPLETE | 11/9/2010 | 6:11:59 PM |
| 529 | | | T | DP8WBXA45P 89 | 63 | F | COMPLETE | 11/9/2010 | 6:12:00 PM |
| 530 | | | | DP8WBXA5B9 K65 | 42 | F | TERM-Qs0 | 11/9/2010 | 6:14:27 PM |
| 531 | | | C | DP8WBWKRL D40 | 53 | F | COMPLETE | 11/9/2010 | 6:14:40 PM |
| 532 | | | C | DP8WBXA58PD G3 | 21 | F | COMPLETE | 11/9/2010 | 6:14:42 PM |
| 533 | | | | DP8WBXA58M 9M6 | 62 | F | TERM-Qs5 | 11/9/2010 | 6:14:46 PM |
| 534 | | | C | DP8WBWKA5 D32 | 58 | F | COMPLETE | 11/9/2010 | 6:15:03 PM |
| 535 | | | T | DP8WBWL6JP L0 | 61 | F | COMPLETE | 11/9/2010 | 6:15:34 PM |
| 536 | | | | DP8WBWNKN RS0 | 51 | F | TERM-Qs5 | 11/9/2010 | 6:15:44 PM |
| 537 | | | T | DP8WBWG66 BP6 | 58 | F | COMPLETE | 11/9/2010 | 6:15:57 PM |
| 538 | | | | DP8WBWKHB P85 | 44 | F | TERM-Qs5 | 11/9/2010 | 6:17:53 PM |
| 539 | | | C | DP8WBXA4VD NK1 | 36 | F | COMPLETE | 11/9/2010 | 6:18:03 PM |
| 540 | ghirardeli symphony | if my memory serves me correctly, i think both of these brands have the broad, flat rectangular segments that this picture shows | | DP8W95HC5 K27 | 26 | F | COMPLETE | 11/9/2010 | 6:18:46 PM |
| 541 | | | C | DP8WBXA4GQ W55 | 33 | F | COMPLETE | 11/9/2010 | 6:19:00 PM |
| 542 | | | C | DP8WBWG8L RH9 | 55 | F | COMPLETE | 11/9/2010 | 6:20:46 PM |
| 543 | | | C | DP8WBWMH3 Q64 | 24 | F | COMPLETE | 11/9/2010 | 6:20:51 PM |

G-83

119219

| ID | EndTime | Elapsed Time | NextURL |
|---|---|---|---|
| 520 | 6:07:36 PM | 0:01:30 | process_exit.asp?cat=c&id=ERCQSM4WP76T2 |
| 521 | 6:09:59 PM | 0:01:30 | process_exit.asp?cat=c&id=ERCQSM4WP8OP2 |
| 522 | 6:10:46 PM | 0:01:59 | process_exit.asp?cat=c&id=ERCQSM4WP61M3 |
| 523 | 6:11:35 PM | 0:01:47 | process_exit.asp?cat=c&id=ERCQSM4WP3T11 |
| 524 | 6:11:45 PM | 0:01:05 | process_exit.asp?cat=c&id=ERCQSM4WP8WK4 |
| 525 | 6:12:06 PM | 0:01:04 | process_exit.asp?cat=t&id=ERCQSM4WNG7M5 |
| 526 | 6:13:28 PM | 0:02:24 | process_exit.asp?cat=c&id=ERCQSM4WNP532 |
| 527 | 6:12:17 PM | 0:00:24 | process_exit.asp?cat=t&id=ERCQSM4WNRSB6 |
| 528 | 6:13:40 PM | 0:01:41 | process_exit.asp?cat=c&id=ERCQSM4WOX1E2 |
| 529 | 6:14:02 PM | 0:02:02 | process_exit.asp?cat=c&id=ERCQSM4WOWZP0 |
| 530 | 6:14:45 PM | 0:00:24 | process_exit.asp?cat=c&id=ERCQSM4WP58Z2 |
| 531 | 6:15:32 PM | 0:00:52 | process_exit.asp?cat=c&id=ERCQSM4WOVL35 |
| 532 | 6:15:29 PM | 0:00:47 | process_exit.asp?cat=c&id=ERCQSM4WP57U3 |
| 533 | 6:15:42 PM | 0:00:56 | process_exit.asp?cat=t&id=ERCQSM4WP3AA7 |
| 534 | 6:16:02 PM | 0:00:59 | process_exit.asp?cat=c&id=ERCQSM4WNZML6 |
| 535 | 6:17:02 PM | 0:01:28 | process_exit.asp?cat=c&id=ERCQSM4WOX246 |
| 536 | 6:16:43 PM | 0:00:59 | process_exit.asp?cat=t&id=ERCQSM4WP8YZ2 |
| 537 | 6:17:15 PM | 0:01:18 | process_exit.asp?cat=c&id=ERCQSM4WOZGU3 |
| 538 | 6:18:38 PM | 0:00:45 | process_exit.asp?cat=t&id=ERCQSM4WP7GU2 |
| 539 | 6:19:15 PM | 0:01:12 | process_exit.asp?cat=c&id=ERCQSM4WP3CZ5 |
| 540 | 6:23:19 PM | 0:04:33 | process_exit.asp?cat=c&id=ERCQSM4WNG6V8 |
| 541 | 6:22:09 PM | 0:03:09 | process_exit.asp?cat=c&id=ERCQSM4WOZEI9 |
| 542 | 6:22:24 PM | 0:01:38 | process_exit.asp?cat=c&id=ERCQSM4WOZY00 |
| 543 | 6:22:44 PM | 0:01:53 | process_exit.asp?cat=c&id=ERCQSM4WP6342 |

119220

| ID | AMSID | Qs0 | Qs1 | Qs2 | Qs3_1 | Qs3_2 | Qs3_3 | Qs3_4 | Qs3_5 | Qs3_6 | Qs4_1 | Qs4_2 | Qs4_3 | Qs4_4 | Qs4_5 | Qs4_6 | Qs4_7 | Qs4_8 | Qs5_1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 544 | ERCQSM4WOZHP2 | 2 | 4 | 2 | | | | | | 1 | 1 | 1 | | | 1 | | | | 1 |
| 545 | ERCQSM4WNX8Z4 | 1 | 2 | 1 | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | 1 |
| 546 | ERCQSM4WOYVV2 | 1 | 4 | 2 | | | | | | 1 | 1 | | | | | | | | 1 |
| 547 | ERCQSM4WNKQP4 | 1 | 5 | 1 | | | | | | 1 | | | | | 1 | | | | |
| 548 | ERCQSM4WNSWG0 | 2 | 4 | 1 | | | | | | 1 | 1 | | | 1 | 1 | | | | 1 |
| 549 | ERCQSM4WNJEX2 | 2 | 3 | 1 | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 |
| 550 | ERCQSM4WP8YF2 | 1 | 4 | 2 | | | | | | 1 | 1 | | | 1 | | | | | 1 |
| 551 | ERCQSM4WNWYN6 | 1 | 4 | 1 | | | | | | | | | | | | | | | |
| 552 | ERCQSM4WNFPY7 | 2 | 3 | 2 | | | | | | 1 | 1 | 1 | | 1 | 1 | | 1 | | 1 |
| 553 | ERCQSM4WP4T3S | 1 | 5 | 2 | | | | | | 1 | 1 | 1 | | | 1 | | | | 1 |
| 554 | ERCQSM4WNKTO3 | 2 | 5 | 1 | | | | | | 1 | 1 | | | 1 | 1 | | | | 1 |
| 555 | ERCQSM4WNLSL8 | 1 | 5 | 1 | | | | | | 1 | 1 | | | 1 | 1 | 1 | | | 1 |
| 556 | ERCQSM4WNX8A4 | 1 | 5 | 1 | | | | | | 1 | 1 | 1 | | | 1 | 1 | 1 | | 1 |
| 557 | ERCQSM4WP5237 | 1 | 5 | 2 | | | | | | 1 | 1 | 1 | | | 1 | 1 | 1 | | 1 |
| 558 | ERCQSM4WNWO98 | 1 | 2 | 1 | | | | | | 1 | 1 | 1 | | | 1 | 1 | | | 1 |
| 559 | ERCQSM4WNZMU8 | 1 | 4 | 2 | | | | | | 1 | 1 | 1 | 1 | | 1 | | | | 1 |
| 560 | ERCQSM4WP5484 | 2 | 2 | 2 | | | | | | 1 | 1 | 1 | 1 | | 1 | | | | 1 |
| 561 | ERCQSM4WP3BC2 | 2 | 2 | 2 | | | | | | 1 | 1 | 1 | 1 | | 1 | | | | 1 |
| 562 | ERCQSM4WNNZP9 | 1 | 4 | 1 | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | | 1 |
| 563 | ERCQSM4WNU6A2 | 1 | 5 | 1 | | | | | | 1 | 1 | | 1 | | | | | | 1 |
| 564 | ERCQSM4WNRG47 | 1 | 4 | 1 | | | | | | 1 | 1 | 1 | | 1 | 1 | 1 | | | |
| 565 | ERCQSM4WNT6S8 | 2 | 4 | 1 | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | |
| 566 | ERCQSM4WP16T5 | 2 | 3 | 2 | | | | | | 1 | 1 | 1 | 1 | | | | 1 | | 1 |
| 567 | ERCQSM4WP1301 | 2 | 4 | 2 | | | | | | 1 | | | | 1 | | | | | |

G-85

119221

| ID | Qs5_2 | Qs5_3 | Qs5_4 | Qs5_5 | Qs5_6 | Qs5_7 | Qs5_8 | Q1 | Hershey Only | Q2 | Q3 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 544 | | | | | | | | 1 | 2 | Nestle | Because I think that |
| 545 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | Hershey's | the shape |
| 546 | | | | | | | | 1 | 1 | Hershey | The shape, # of sections, size |
| 547 | | | | 1 | | 1 | | | | | |
| 548 | | 1 | | | | | | 3 | 2 | | |
| 549 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | Hershey's | I eat Hershey Bars. |
| 550 | | | 1 | 1 | | | | 1 | 1 | hershey | just because |
| 551 | | | | | | | | | | | |
| 552 | 1 | | 1 | 1 | 1 | 1 | | 1 | 2 | it looks a little like the sections of a hershey bar, except there are a lot more sections, typically, in a hershey | because the milk chocolate ones (include nuts, etc) are usually sectioned off like this so you can break it into pieces. But, again, there are normally more sections... |
| 553 | 1 | | | 1 | | | | 1 | 1 | hersheys | / |
| 554 | | 1 | | 1 | | | | | | | |
| 555 | | 1 | 1 | 1 | 1 | | | 1 | 1 | hersey | because it looked like one of their candy bars |
| 556 | 1 | 1 | | 1 | 1 | | | 3 | 2 | | |
| 557 | | | | 1 | | | 1 | 3 | 2 | | |
| 558 | 1 | | | 1 | 1 | | | 1 | 1 | Hersheys | Same design |
| 559 | 1 | 1 | 1 | 1 | | | | 2 | 2 | | |
| 560 | 1 | | | 1 | | | | 3 | 2 | | |
| 561 | 1 | 1 | 1 | 1 | 1 | | | 1 | 1 | Hersheys | previous purchase |
| 562 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | hershey | it's their design |
| 563 | | | | 1 | 1 | | | 1 | 1 | Hershey | design |
| 564 | 1 | | 1 | 1 | 1 | | | | | | |
| 565 | 1 | 1 | 1 | 1 | 1 | 1 | | 3 | 2 | | |
| 566 | 1 | 1 | | 1 | | 1 | | 3 | 2 | | |
| 567 | | | 1 | | | | | | | | |

G-86

119222

| ID | Q4 | Q5 | ImgVer | vID | vAge | vGender | Status | StartDate | StartTime |
|---|---|---|---|---|---|---|---|---|---|
| 544 | | | T | DP8WBWG7G 6T6 | 52 | F | COMPLETE | 11/9/2010 | 6:21:27 PM |
| 545 | | | T | DP8WBWG97 DK0 | 28 | M | COMPLETE | 11/9/2010 | 6:22:25 PM |
| 546 | | | T | DP8WBW1P6 PV7 | 56 | F | COMPLETE | 11/9/2010 | 6:22:36 PM |
| 547 | | | | F6 | 78 | M | TERM-Qs5 | 11/9/2010 | 6:24:24 PM |
| 548 | | | T | DP8WBWH3C LH8 | 58 | M | COMPLETE | 11/9/2010 | 6:24:40 PM |
| 549 | | | T | DP8W98H4DN T1 | 37 | M | COMPLETE | 11/9/2010 | 6:25:06 PM |
| 550 | | | T | DP8WBWK48 3M8 | 63 | F | COMPLETE | 11/9/2010 | 6:25:14 PM |
| 551 | | | | DP8WBWJX2K Q7 | 46 | M | TERM-UserInfo | 11/9/2010 | 6:25:27 PM |
| 552 | | | C | DP8W95GGP 2B4 | 40 | F | COMPLETE | 11/9/2010 | 6:26:14 PM |
| 553 | | | C | DP8WBWG1X K86 | 65 | F | COMPLETE | 11/9/2010 | 6:26:26 PM |
| 554 | | | | DP8WBW8GLP X5 | 65 | M | TERM-Qs5 | 11/9/2010 | 6:28:08 PM |
| 555 | | | C | DP8WBW93W S32 | 66 | M | COMPLETE | 11/9/2010 | 6:28:30 PM |
| 556 | | | T | DP8WBWK4PK Q8 | 74 | M | COMPLETE | 11/9/2010 | 6:28:38 PM |
| 557 | | | C | DP8WBWWR 8P85 | 66 | F | COMPLETE | 11/9/2010 | 6:28:43 PM |
| 558 | | | T | DP8WBWG6X YN0 | 20 | M | COMPLETE | 11/9/2010 | 6:28:48 PM |
| 559 | nestley, | looks like it | C | DP8WBWKX9 RT5 | 54 | F | COMPLETE | 11/9/2010 | 6:28:58 PM |
| 560 | | | C | DP8WBX3HC L63 | 29 | F | COMPLETE | 11/9/2010 | 6:29:10 PM |
| 561 | | | T | DP8WBX39V 821 | 24 | F | COMPLETE | 11/9/2010 | 6:30:49 PM |
| 562 | | | T | DP8WBBJXH S6 | 52 | M | COMPLETE | 11/9/2010 | 6:32:55 PM |
| 563 | | | T | DP8WBY8D C37 | 74 | M | COMPLETE | 11/9/2010 | 6:32:57 PM |
| 564 | | | | DP8WBVDW8 LC1 | 60 | M | TERM-Qs5 | 11/9/2010 | 6:33:10 PM |
| 565 | | | T | DP8WBKV8 Q93 | 59 | M | COMPLETE | 11/9/2010 | 6:33:17 PM |
| 566 | | | C | DP8WBWGH XWW9 | 37 | F | COMPLETE | 11/9/2010 | 6:34:45 PM |
| 567 | | | | DP8WBWGMP RY6 | 61 | F | TERM-Qs5 | 11/9/2010 | 6:35:31 PM |

G-87

| ID | EndTime | Elapsed Time | NextURL |
|---|---|---|---|
| 544 | 6:24:01 PM | 0:02:34 | process_exit.asp?cat=c&id=ERCQSM4WOZHP2 |
| 545 | 6:23:50 PM | 0:01:25 | process_exit.asp?cat=c&id=ERCQSM4WNX8Z4 |
| 546 | 6:24:37 PM | 0:02:01 | process_exit.asp?cat=c&id=ERCQSM4WOYVY2 |
| 547 | 6:25:07 PM | 0:00:43 | process_exit.asp?cat=c&id=ERCQSM4WNKQP4 |
| 548 | 6:26:04 PM | 0:01:24 | process_exit.asp?cat=c&id=ERCQSM4WNSWG0 |
| 549 | 6:26:44 PM | 0:01:38 | process_exit.asp?cat=c&id=ERCQSM4WNJEX2 |
| 550 | 6:26:37 PM | 0:01:23 | process_exit.asp?cat=c&id=ERCQSM4WP8YF2 |
| 551 | 6:25:40 PM | 0:00:13 | process_exit.asp?cat=t&id=ERCQSM4WNWYN6 |
| 552 | 6:28:53 PM | 0:02:39 | process_exit.asp?cat=c&id=ERCQSM4WNFPY7 |
| 553 | 6:29:36 PM | 0:03:10 | process_exit.asp?cat=c&id=ERCQSM4WP4T35 |
| 554 | 6:29:20 PM | 0:01:12 | process_exit.asp?cat=t&id=ERCQSM4WNKTO3 |
| 555 | 6:30:33 PM | 0:02:03 | process_exit.asp?cat=c&id=ERCQSM4WNLSL8 |
| 556 | 6:30:18 PM | 0:01:40 | process_exit.asp?cat=c&id=ERCQSM4WNX8A4 |
| 557 | 6:29:44 PM | 0:01:01 | process_exit.asp?cat=c&id=ERCQSM4WP5237 |
| 558 | 6:30:40 PM | 0:01:52 | process_exit.asp?cat=c&id=ERCQSM4WNWO98 |
| 559 | 6:30:36 PM | 0:01:38 | process_exit.asp?cat=c&id=ERCQSM4WNZMU8 |
| 560 | 6:30:53 PM | 0:01:43 | process_exit.asp?cat=c&id=ERCQSM4WP5484 |
| 561 | 6:33:02 PM | 0:02:13 | process_exit.asp?cat=c&id=ERCQSM4WP3BC2 |
| 562 | 6:34:31 PM | 0:01:36 | process_exit.asp?cat=c&id=ERCQSM4WNNZP9 |
| 563 | 6:35:01 PM | 0:02:04 | process_exit.asp?cat=c&id=ERCQSM4WNU6A2 |
| 564 | 6:33:57 PM | 0:00:47 | process_exit.asp?cat=t&id=ERCQSM4WNRG47 |
| 565 | 6:35:06 PM | 0:01:49 | process_exit.asp?cat=c&id=ERCQSM4WNT6S8 |
| 566 | 6:38:53 PM | 0:04:08 | process_exit.asp?cat=c&id=ERCQSM4WP16T5 |
| 567 | 6:37:44 PM | 0:02:13 | process_exit.asp?cat=t&id=ERCQSM4WP1301 |

G-88

119224

| ID | AMSID | Qs0 | Qs1 | Qs2 | Qs3_1 | Qs3_2 | Qs3_3 | Qs3_4 | Qs3_5 | Qs3_6 | Qs4_1 | Qs4_2 | Qs4_3 | Qs4_4 | Qs4_5 | Qs4_6 | Qs4_7 | Qs4_8 | Qs5_1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 568 | ERCQSM4WNH2N6 | 2 | 5 | 1 | | | | | | 1 | 1 | | | | | | | | 1 |
| 569 | ERCQSM4WP2II3 | 1 | 4 | 2 | | | | | | 1 | 1 | 1 | 1 | | 1 | 1 | | | 1 |
| 570 | ERCQSM4WNGR40 | 1 | 4 | 1 | | | | | | 1 | 1 | | | 1 | 1 | | 1 | | 1 |
| 571 | ERCQSM4WP3RM6 | 1 | 4 | 2 | | | | | | 1 | 1 | | | 1 | 1 | | | | 1 |
| 572 | ERCQSM4WNIE88 | 2 | 4 | 1 | | | | | | 1 | 1 | | | | 1 | 1 | | | 1 |
| 573 | ERCQSM4WPS6K4 | 2 | 2 | 2 | | | | | | 1 | 1 | | 1 | 1 | 1 | | 1 | | 1 |
| 574 | ERCQSM4WP7SV9 | 1 | 4 | 2 | | | | | | 1 | 1 | 1 | | | 1 | | | | 1 |
| 575 | ERCQSM4WNKFV7 | 1 | 4 | 1 | | | | | | 1 | 1 | | | 1 | 1 | 1 | | | 1 |
| 576 | ERCQSM4WNSPS3 | 1 | 4 | 1 | | | | | | 1 | 1 | 1 | 1 | | 1 | 1 | 1 | | 1 |
| 577 | ERCQSM4WP7ME8 | 1 | 2 | 2 | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | | 1 |
| 578 | ERCQSM4WNKPI9 | 2 | 5 | 1 | | | | | | 1 | 1 | | | 1 | 1 | 1 | | | 1 |
| 579 | ERCQSM4WNFU88 | 4 | | | | | | | | | | | | | | | | | |
| 580 | ERCQSM4WOXEK9 | 2 | 2 | 2 | | | | | | 1 | 1 | | 1 | | | | | | 1 |
| 581 | ERCQSM4WP8QT2 | 1 | 4 | 2 | | | | | | 1 | 1 | | | 1 | | 1 | | | 1 |
| 582 | ERCQSM4WP4QD3 | 1 | 3 | 2 | | | | | | 1 | 1 | | | | 1 | 1 | | | 1 |
| 583 | ERCQSM4WPS7Q1 | 1 | 3 | 2 | | | | | | 1 | 1 | 1 | 1 | | 1 | 1 | 1 | | 1 |
| 584 | ERCQSM4WNH1Z3 | 1 | 3 | 1 | | | | | | 1 | 1 | 1 | 1 | | 1 | 1 | 1 | | 1 |
| 585 | ERCQSM4WP12W3 | 2 | 4 | 2 | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | | | | 1 |
| 586 | ERCQSM4WOW4B7 | 1 | 4 | 2 | | | | | | | | | | | | | | | |
| 587 | ERCQSM4WOXOH7 | 2 | 4 | 2 | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 |
| 588 | ERCQSM4WNVTA9 | 2 | 5 | 1 | | | | | | 1 | 1 | | 1 | | | | | | 1 |
| 589 | ERCQSM4WP2FM0 | 2 | 4 | 2 | | | | | | 1 | 1 | | | 1 | 1 | | | | 1 |
| 590 | ERCQSM4WOVY99 | 1 | 3 | 2 | | | | | | 1 | 1 | 1 | 1 | | 1 | 1 | 1 | | 1 |
| 591 | ERCQSM4WNOS00 | 2 | 5 | 1 | | | | | | 1 | 1 | 1 | 1 | | 1 | 1 | | | 1 |
| 592 | ERCQSM4WNKUA0 | 1 | 5 | 1 | | | | | | 1 | | | 1 | | 1 | | | | |

G-89

119225

| ID | Qs5_2 | Qs5_3 | Qs5_4 | Qs5_5 | Qs5_6 | Qs5_7 | Qs5_8 | Q1 | Hershey Only | Q2 | Q3 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 568 | | 1 | | | | | | 3 | 2 | | |
| 569 | 1 | 1 | 1 | 1 | 1 | | | 1 | 1 | Hersey | It has been packaged that way as long as I can remember |
| 570 | | 1 | 1 | | 1 | | | 2 | 2 | | |
| 571 | | | 1 | 1 | | | | | | | |
| 572 | | 1 | | 1 | 1 | | | 3 | 2 | | |
| 573 | | | 1 | 1 | | 1 | | 1 | 1 | hershey | their bars are separated like that. |
| 574 | 1 | | 1 | 1 | | | | 3 | 2 | | |
| 575 | | 1 | 1 | 1 | 1 | | | 1 | 1 | Hershey | Hershey Chocolates |
| 576 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | Herseys | Experience |
| 577 | 1 | | | 1 | 1 | 1 | | 1 | 1 | Hershey's | Shape, divided rectangles. |
| 578 | | 1 | | 1 | 1 | | | 1 | 1 | Hershey | Looks like milk chocolate Hershey bar |
| 579 | | | | | | | | | | | |
| 580 | 1 | 1 | | | | | | 1 | 1 | Hersheys | They have the different blocks that are rectangle. |
| 581 | | 1 | 1 | 1 | | | | 1 | 1 | Hersheys | Dumb question because it does - except for the name. |
| 582 | 1 | | | 1 | 1 | | | 1 | 1 | Hershey's | The separated pieces |
| 583 | 1 | 1 | 1 | 1 | 1 | 1 | | 3 | 2 | | |
| 584 | 1 | | 1 | 1 | 1 | 1 | | 3 | 2 | | |
| 585 | 1 | 1 | 1 | 1 | | | | 3 | 2 | | |
| 586 | | | | | | | | | | | |
| 587 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | Hershey | Configuration |
| 588 | | | | | | | | 1 | 1 | Hershey's | I have purchased these bars |
| 589 | | | 1 | 1 | | | | 1 | 1 | HERSHEY | This is what Hershey bars look like. |
| 590 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | Herseys | cause of the little squares and the rectangle shape. |
| 591 | 1 | 1 | | 1 | 1 | | | 1 | 1 | Hersheys | That's what it looks like--the small rectangular pieces in the bar that you break off and eat one by one |
| 592 | | 1 | | 1 | | | | | | | |

G-90

| ID | Q4 | Q5 | ImgVer | vID | vAge | vGender | Status | StartDate | StartTime |
|---|---|---|---|---|---|---|---|---|---|
| 568 | | | C | DP8W96PQ43K3 | 68 | M | COMPLETE | 11/9/2010 | 6:35:56 PM |
| 569 | | | C | DP8WBX4PLJD9 | 50 | F | COMPLETE | 11/9/2010 | 6:36:04 PM |
| 570 | HERSHEY'S , TRADER JOE'S | THEY HAVE RECTANGLE PIECES | T | DP8W96P3Z947 | 62 | M | COMPLETE | 11/9/2010 | 6:36:18 PM |
| 571 | | | | DP8WBWHWSR50 | 55 | F | TERM-Qs5 | 11/9/2010 | 6:36:39 PM |
| 572 | | | C | DP8W96GKPJ50 | 57 | M | COMPLETE | 11/9/2010 | 6:36:51 PM |
| 573 | | | C | DP8WBX56QSY2 | 32 | F | COMPLETE | 11/9/2010 | 6:36:55 PM |
| 574 | | | C | DP8WBWH4ZTF6 | 63 | F | COMPLETE | 11/9/2010 | 6:37:09 PM |
| 575 | | | C | DP8WBV7QLSN4 | 63 | M | COMPLETE | 11/9/2010 | 6:37:11 PM |
| 576 | | | T | DP8WBVDZ4KN7 | 58 | M | COMPLETE | 11/9/2010 | 6:38:13 PM |
| 577 | | | T | DP8WBX5K7JR5 | 27 | F | COMPLETE | 11/9/2010 | 6:38:15 PM |
| 578 | | | T | DP8WBV83N6F5 | 68 | M | COMPLETE | 11/9/2010 | 6:40:23 PM |
| 579 | | | | DP8W95G9PZD38 | 30 | F | TERM-Qs0 | 11/9/2010 | 6:41:09 PM |
| 580 | | | T | DP8WBWH3BFD3 | 32 | F | COMPLETE | 11/9/2010 | 6:41:42 PM |
| 581 | | | T | DP8WBX3TN3H9 | 62 | F | COMPLETE | 11/9/2010 | 6:42:13 PM |
| 582 | | | T | DP8WBX55BZD8 | 38 | F | COMPLETE | 11/9/2010 | 6:42:47 PM |
| 583 | | | C | DP8WBX55GRH5 | 48 | F | COMPLETE | 11/9/2010 | 6:43:01 PM |
| 584 | | | C | DP8W96PLD66Q6 | 35 | M | COMPLETE | 11/9/2010 | 6:43:50 PM |
| 585 | | | C | DP8WBWGRJZZ8 | 60 | F | COMPLETE | 11/9/2010 | 6:43:52 PM |
| 586 | | | | DP8WBWSH24B5 | 68 | F | TERM-UserInfo | 11/9/2010 | 6:44:14 PM |
| 587 | | | T | DP8WBX474PW0 | 59 | F | COMPLETE | 11/9/2010 | 6:44:43 PM |
| 588 | | | T | DP8WBVJKHPL7 | 67 | M | COMPLETE | 11/9/2010 | 6:44:51 PM |
| 589 | | | T | DP8WBWQDZWD2 | 50 | F | COMPLETE | 11/9/2010 | 6:45:08 PM |
| 590 | | | T | DP8WBX454PY8 | 43 | F | COMPLETE | 11/9/2010 | 6:45:19 PM |
| 591 | | | C | DP8WBV8YPCT0 | 71 | M | COMPLETE | 11/9/2010 | 6:46:33 PM |
| 592 | | | | DP8WBV8HHVP2 | 65 | M | TERM-Qs5 | 11/9/2010 | 6:46:52 PM |

G-91

| ID | EndTime | Elapsed Time | NextURL |
|----|---------|--------------|---------|
| 568 | 6:37:34 PM | 0:01:18 | process_exit.asp?cat=c&id=ERCQSM4WNH2N6 |
| 569 | 6:38:03 PM | 0:01:59 | process_exit.asp?cat=c&id=ERCQSM4WP28I3 |
| 570 | 6:41:24 PM | 0:05:06 | process_exit.asp?cat=c&id=ERCQSM4WNGR48 |
| 571 | 6:37:29 PM | 0:00:50 | process_exit.asp?cat=c&id=ERCQSM4WP3RM6 |
| 572 | 6:38:28 PM | 0:01:37 | process_exit.asp?cat=c&id=ERCQSM4WNIE88 |
| 573 | 6:38:59 PM | 0:02:04 | process_exit.asp?cat=c&id=ERCQSM4WP56K4 |
| 574 | 6:38:46 PM | 0:01:37 | process_exit.asp?cat=c&id=ERCQSM4WP75V9 |
| 575 | 6:39:11 PM | 0:02:00 | process_exit.asp?cat=c&id=ERCQSM4WNKFY7 |
| 576 | 6:39:39 PM | 0:01:26 | process_exit.asp?cat=c&id=ERCQSM4WNSPS3 |
| 577 | 6:39:56 PM | 0:01:41 | process_exit.asp?cat=c&id=ERCQSM4WP7ME8 |
| 578 | 6:43:09 PM | 0:02:46 | process_exit.asp?cat=c&id=ERCQSM4WNKPI9 |
| 579 | 6:41:21 PM | 0:00:17 | process_exit.asp?cat=t&id=ERCQSM4WNFU88 |
| 580 | 6:43:33 PM | 0:01:51 | process_exit.asp?cat=c&id=ERCQSM4WOXEK9 |
| 581 | 6:43:58 PM | 0:01:45 | process_exit.asp?cat=c&id=ERCQSM4WP8QT2 |
| 582 | 6:44:07 PM | 0:01:20 | process_exit.asp?cat=c&id=ERCQSM4WP4QD3 |
| 583 | 6:45:06 PM | 0:02:05 | process_exit.asp?cat=c&id=ERCQSM4WP57Q1 |
| 584 | 6:44:44 PM | 0:00:54 | process_exit.asp?cat=c&id=ERCQSM4WNH1Z3 |
| 585 | 6:45:01 PM | 0:01:09 | process_exit.asp?cat=c&id=ERCQSM4WP12W3 |
| 586 | 6:44:30 PM | 0:00:16 | process_exit.asp?cat=t&id=ERCQSM4WOW4B7 |
| 587 | 6:46:24 PM | 0:01:41 | process_exit.asp?cat=c&id=ERCQSM4WOX0H7 |
| 588 | 6:47:51 PM | 0:03:00 | process_exit.asp?cat=c&id=ERCQSM4WNVTA9 |
| 589 | 6:47:10 PM | 0:02:02 | process_exit.asp?cat=c&id=ERCQSM4WP2FM0 |
| 590 | 6:47:08 PM | 0:01:49 | process_exit.asp?cat=c&id=ERCQSM4WOVY99 |
| 591 | 6:48:40 PM | 0:02:07 | process_exit.asp?cat=c&id=ERCQSM4WNO500 |
| 592 | 6:47:39 PM | 0:00:47 | process_exit.asp?cat=t&id=ERCQSM4WNKUA0 |

G-92

| ID | AMSID | Qs0 | Qs1 | Qs2 | Qs3_1 | Qs3_2 | Qs3_3 | Qs3_4 | Qs3_5 | Qs3_6 | Qs4_1 | Qs4_2 | Qs4_3 | Qs4_4 | Qs4_5 | Qs4_6 | Qs4_7 | Qs4_8 | Qs5_1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 593 | ERCQSM4WOZXV4 | 1 | 4 | 2 | | | | | | 1 | 1 | 1 | 1 | 1 | | | | | 1 |
| 594 | ERCQSM4WNVUG6 | 2 | 2 | 1 | | | | | | | 1 | 1 | 1 | 1 | 1 | | | | 1 |
| 595 | ERCQSM4WNRT02 | 1 | 5 | 1 | | | | | | 1 | 1 | | 1 | 1 | | 1 | 1 | | 1 |
| 596 | ERCQSM4WOZTW6 | 1 | 4 | 2 | | | | | | 1 | | 1 | | | | | | | 1 |
| 597 | ERCQSM4WP3B43 | 2 | 3 | 2 | | | | | | 1 | 1 | 1 | 1 | | | | | | 1 |
| 598 | ERCQSM4WNNZX3 | 2 | 5 | 1 | | | | | | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | | 1 |
| 599 | ERCQSM4WP4TP6 | 1 | 3 | 2 | | 1 | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | | 1 |
| 600 | ERCQSM4WNWQN4 | 1 | 3 | 1 | | | | | | 1 | | | | | 1 | 1 | 1 | | 1 |
| 601 | ERCQSM4WNWQD4 | 2 | 2 | 1 | | | | | | 1 | | | | | | 1 | 1 | | 1 |
| 602 | ERCQSM4WNZKK0 | 2 | 2 | 1 | | | | | | 1 | 1 | | 1 | 1 | | 1 | 1 | | 1 |
| 603 | ERCQSM4WNN3Q7 | 1 | 5 | 1 | | | | | | 1 | | 1 | 1 | | | 1 | | | 1 |
| 604 | ERCQSM4WNVCU6 | 2 | 4 | 1 | | | | | | 1 | 1 | | | | | 1 | | 1 | 1 |
| 605 | ERCQSM4WP18D5 | 2 | 5 | 2 | | | | | | 1 | 1 | 1 | | 1 | | 1 | | | 1 |
| 606 | ERCQSM4WNDT18 | 1 | 5 | 2 | | | | | | 1 | | | | | | | | | 1 |
| 607 | ERCQSM4WP9064 | 1 | 2 | 2 | | | | | | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | | 1 |
| 608 | ERCQSM4WNO1T1 | 1 | 2 | 1 | | | | | | 1 | | | | | 1 | 1 | 1 | | 1 |
| 609 | ERCQSM4WOZHZ2 | 1 | 2 | 2 | | | | | | 1 | 1 | | | 1 | | 1 | 1 | | 1 |
| 610 | ERCQSM4WNKFO7 | 1 | 5 | 2 | | | | | | | | | | | | | | | |
| 611 | ERCQSM4WOX0O3 | 1 | 3 | 2 | | | | | 1 | | | | | | | | | | |
| 612 | ERCQSM4WOVZQ0 | 2 | 2 | 2 | | | | | | | 1 | 1 | 1 | | 1 | 1 | | | 1 |
| 613 | ERCQSM4WNPD85 | 1 | 5 | 1 | | | | | | 1 | 1 | | | | | | | | 1 |
| 614 | ERCQSM4WNKGG2 | 2 | 5 | 1 | | | | | | 1 | 1 | | | 1 | 1 | | | | 1 |
| 615 | ERCQSM4WP8NY5 | 2 | 4 | 2 | | | | | | 1 | | | | | 1 | 1 | 1 | | |
| 616 | ERCQSM4WNRNQ1 | 2 | 4 | 1 | | | | | | 1 | 1 | | 1 | 1 | | 1 | | | 1 |
| 617 | ERCQSM4WNDVV1 | 2 | 2 | 2 | 1 | | | | | | | | | | | | | | |

G-93

| ID | Qs5_2 | Qs5_3 | Qs5_4 | Qs5_5 | Qs5_6 | Qs5_7 | Qs5_8 | Q1 | Hershey Only | Q2 | Q3 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 593 | 1 | 1 | 1 | | | | | 3 | 2 | | |
| 594 | 1 | 1 | 1 | 1 | 1 | | | 1 | 1 | Hershey's | The squares |
| 595 | | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | Hershey's | It looks like a Hershey's Milk Chocolate bar. |
| 596 | 1 | 1 | 1 | | | | | | | | |
| 597 | 1 | 1 | 1 | 1 | | | | 3 | 2 | | |
| 598 | 1 | 1 | 1 | | 1 | 1 | | 3 | 2 | | |
| 599 | 1 | 1 | 1 | 1 | 1 | 1 | | 2 | 2 | | |
| 600 | | | 1 | 1 | 1 | 1 | | 1 | 1 | hershey | looks like theirs. is rectangular |
| 601 | | | | 1 | 1 | | | 2 | 2 | | |
| 602 | | 1 | 1 | 1 | 1 | 1 | | 2 | 2 | | |
| 603 | 1 | 1 | | | 1 | | | | | | |
| 604 | | 1 | | 1 | 1 | 1 | | 1 | 1 | Hersheys | Its so recognizable. |
| 605 | 1 | 1 | 1 | 1 | 1 | | | 1 | 1 | Hersey | It looks like a Hersey Candy bar |
| 606 | | 1 | | | | | | 1 | 1 | Hershey It seems their candy bars are always in blocks | That's the way it looks to me when I buy one |
| 607 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | hershey | the layout of how the chocolate is shaped |
| 608 | | | 1 | 1 | 1 | 1 | | 1 | 1 | Hershey's | Hershey's candy bars are delicious! This is how the Hershey's candy bar appears. |
| 609 | 1 | | 1 | 1 | 1 | 1 | | 2 | 2 | | |
| 610 | | | | | | | | | | | |
| 611 | | | | | | | | | | | |
| 612 | 1 | | 1 | 1 | 1 | | | 1 | 1 | hershey | looks like it |
| 613 | | 1 | | 1 | | | | 3 | 2 | | |
| 614 | | 1 | 1 | 1 | | | | 3 | 2 | | |
| 615 | | | | 1 | | 1 | | | | | |
| 616 | | 1 | 1 | 1 | 1 | | | 1 | 1 | Hersheys | I have bought their candy bars |
| 617 | | | | | | | | | | | |

G-94

119230

| ID | Q4 | Q5 | ImgVer | vID | vAge | vGender | Status | StartDate | StartTime |
|---|---|---|---|---|---|---|---|---|---|
| 593 | | | C | DP6WBWG6D T28 | 56 | F | COMPLETE | 11/9/2010 | 6:46:56 PM |
| 594 | | | C | DP6WBVJMD TL9 | 19 | M | COMPLETE | 11/9/2010 | 6:47:03 PM |
| 595 | | | C | DP6WBVCB5 7C2 | 65 | M | COMPLETE | 11/9/2010 | 6:48:13 PM |
| 596 | | | | DP6WBW1Y5 DW8 | 55 | F | TERM-Qs5 | 11/9/2010 | 6:48:35 PM |
| 597 | | | C | DP6WBX39T1 96 | 45 | F | COMPLETE | 11/9/2010 | 6:48:36 PM |
| 598 | | | C | DP6WBV6R8 ZP7 | 74 | M | COMPLETE | 11/9/2010 | 6:48:47 PM |
| 599 | Hershey, Store brands, Nestle Crunch | | C | DP6WBV3V1 PZ9 | 41 | F | DONE-Q4 | 11/9/2010 | 6:48:48 PM |
| 600 | | | C | DP6WBVJP5L M7 | 42 | M | COMPLETE | 11/9/2010 | 6:48:49 PM |
| 601 | hershey, neslie | shape of bar | C | DP6WBVJNNP R0 | 27 | M | COMPLETE | 11/9/2010 | 6:49:22 PM |
| 602 | Hershey's, Milka, Ritter | Rectangular sections | C | DP6WBVKR5 CW7 | 22 | M | COMPLETE | 11/9/2010 | 6:49:24 PM |
| 603 | | | | DP6WBVDJZ9 54 | 67 | M | TERM-Qs5 | 11/9/2010 | 6:50:34 PM |
| 604 | | | T | DP6WBVJ678 54 | 59 | M | COMPLETE | 11/9/2010 | 6:51:49 PM |
| 605 | | | T | DP6WBWGQ8 J92 | 79 | F | COMPLETE | 11/9/2010 | 6:52:16 PM |
| 606 | | | T | DP6W7V7D8 2B7 | 80 | F | COMPLETE | 11/9/2010 | 6:54:40 PM |
| 607 | | | T | DP6WBWN4 NN2 | 28 | F | COMPLETE | 11/9/2010 | 6:54:43 PM |
| 608 | | | T | DP6WBV6N4 3F3 | 33 | M | COMPLETE | 11/9/2010 | 6:56:09 PM |
| 609 | Hershey Lindt | Configuration of the squares/rectangles | T | DP6WBWG7V 3Q5 | 33 | F | COMPLETE | 11/9/2010 | 6:56:17 PM |
| 610 | | | | DP6WBV7Q6 WR6 | 71 | M | TERM-UserInfo | 11/9/2010 | 6:56:20 PM |
| 611 | | | | DP6WBX47F2 B6 | 36 | F | TERM-Qs3 | 11/9/2010 | 6:56:36 PM |
| 612 | | | T | DP6WBWLLPL Y3 | 28 | F | COMPLETE | 11/9/2010 | 6:57:37 PM |
| 613 | | | C | DP6WBVB62 620 | 66 | M | COMPLETE | 11/9/2010 | 6:57:46 PM |
| 614 | | | C | DP6WBV7RC 7G4 | 72 | M | COMPLETE | 11/9/2010 | 6:58:23 PM |
| 615 | | | | DP6WBWZHD 3Q5 | 63 | F | TERM-Qs5 | 11/9/2010 | 6:58:44 PM |
| 616 | | | T | DP6WBVBVG QB3 | 64 | M | COMPLETE | 11/9/2010 | 6:58:51 PM |
| 617 | | | | DP6W95FWH 997 | 32 | F | TERM-Qs3 | 11/9/2010 | 6:59:04 PM |

G-95

| ID | EndTime | Elapsed Time | NextURL |
|----|---------|-------------|---------|
| 593 | 6:48:17 PM | 0:01:21 | process_exit.asp?cat=c&id=ERCQSM4WOZXV4 |
| 594 | 6:48:31 PM | 0:01:28 | process_exit.asp?cat=c&id=ERCQSM4WNVUG6 |
| 595 | 6:51:47 PM | 0:03:34 | process_exit.asp?cat=c&id=ERCQSM4WNRT02 |
| 596 | 6:49:18 PM | 0:00:43 | process_exit.asp?cat=c&id=ERCQSM4WOZTW6 |
| 597 | 6:50:12 PM | 0:01:36 | process_exit.asp?cat=c&id=ERCQSM4WP3B43 |
| 598 | 6:50:13 PM | 0:01:26 | process_exit.asp?cat=c&id=ERCQSM4WNNZX3 |
| 599 | 6:50:48 PM | 0:02:00 | q5.asp?id=ERCQSM4WP4TP6&ver=C |
| 600 | 6:50:36 PM | 0:01:47 | process_exit.asp?cat=c&id=ERCQSM4WNWQN4 |
| 601 | 6:51:11 PM | 0:01:49 | process_exit.asp?cat=c&id=ERCQSM4WNWQD4 |
| 602 | 6:51:10 PM | 0:01:46 | process_exit.asp?cat=c&id=ERCQSM4WNZKK0 |
| 603 | 6:51:35 PM | 0:01:01 | process_exit.asp?cat=c&id=ERCQSM4WNN3Q7 |
| 604 | 6:55:10 PM | 0:03:21 | process_exit.asp?cat=c&id=ERCQSM4WNVCU6 |
| 605 | 6:57:13 PM | 0:04:57 | process_exit.asp?cat=c&id=ERCQSM4WP18D5 |
| 606 | 6:57:42 PM | 0:03:02 | process_exit.asp?cat=c&id=ERCQSM4WNDT18 |
| 607 | 6:56:26 PM | 0:01:43 | process_exit.asp?cat=c&id=ERCQSM4WP9064 |
| 608 | 6:58:11 PM | 0:02:02 | process_exit.asp?cat=c&id=ERCQSM4WNO1T1 |
| 609 | 6:58:15 PM | 0:01:58 | process_exit.asp?cat=c&id=ERCQSM4WOZHZ2 |
| 610 | 6:56:33 PM | 0:00:13 | process_exit.asp?cat=c&id=ERCQSM4WNKFO7 |
| 611 | 6:56:57 PM | 0:00:21 | process_exit.asp?cat=t&id=ERCQSM4WOX0O3 |
| 612 | 6:59:06 PM | 0:01:29 | process_exit.asp?cat=c&id=ERCQSM4WOVZQ0 |
| 613 | 6:59:11 PM | 0:01:25 | process_exit.asp?cat=c&id=ERCQSM4WNPD85 |
| 614 | 6:59:35 PM | 0:01:12 | process_exit.asp?cat=c&id=ERCQSM4WNKGG2 |
| 615 | 6:59:37 PM | 0:00:51 | process_exit.asp?cat=t&id=ERCQSM4WP8NY5 |
| 616 | 7:00:57 PM | 0:02:06 | process_exit.asp?cat=c&id=ERCQSM4WNRNQ1 |
| 617 | 6:59:34 PM | 0:00:30 | process_exit.asp?cat=t&id=ERCQSM4WNDVV1 |

G-96

| ID | AMSID | Qs0 | Qs1 | Qs2 | Qs3_1 | Qs3_2 | Qs3_3 | Qs3_4 | Qs3_5 | Qs3_6 | Qs4_1 | Qs4_2 | Qs4_3 | Qs4_4 | Qs4_5 | Qs4_6 | Qs4_7 | Qs4_8 | Qs5_1 |
|----|-------|-----|-----|-----|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| 618 | ERCQSM4WOYDG6 | 2 | 2 | 2 |  |  |  |  |  | 1 | 1 | 1 |  | 1 | 1 | 1 |  |  | 1 |
| 619 | ERCQSM4WNRS29 | 1 | 4 | 1 |  |  |  |  |  | 1 | 1 |  | 1 | 1 | 1 | 1 |  |  | 1 |
| 620 | ERCQSM4WOXB07 | 2 | 4 | 2 |  |  |  |  |  | 1 | 1 | 1 | 1 | 1 | 1 | 1 |  |  | 1 |
| 621 | ERCQSM4WNKLG7 | 1 | 5 | 1 |  |  |  |  |  | 1 | 1 |  |  | 1 | 1 |  |  |  | 1 |
| 622 | ERCQSM4WNSXH7 | 1 | 2 | 1 |  |  |  |  |  | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 |  | 1 |
| 623 | ERCQSM4WNP1F7 | 2 | 4 | 1 |  |  |  |  | 1 |  |  |  |  |  |  |  |  |  |  |
| 624 | ERCQSM4WOZG65 | 2 | 4 | 2 |  |  |  |  |  | 1 | 1 |  | 1 | 1 | 1 | 1 | 1 |  | 1 |
| 625 | ERCQSM4WNKV38 | 2 | 5 | 1 |  |  |  |  |  | 1 | 1 |  |  |  |  |  |  | 1 | 1 |
| 626 | ERCQSM4WP4NK2 | 2 | 4 | 2 |  |  |  |  |  | 1 | 1 |  |  | 1 | 1 |  |  |  | 1 |
| 627 | ERCQSM4WP73Z3 | 2 | 3 | 2 |  |  |  |  |  | 1 | 1 | 1 | 1 | 1 | 1 |  | 1 |  | 1 |
| 628 | ERCQSM4WNN692 | 2 | 5 | 1 |  |  |  |  |  | 1 | 1 |  | 1 | 1 | 1 | 1 |  |  | 1 |
| 629 | ERCQSM4WOXI59 | 1 | 5 | 2 |  |  | 1 |  |  | 1 |  |  | 1 | 1 | 1 | 1 | 1 |  | 1 |
| 630 | ERCQSM4WNRAF6 | 1 | 5 | 1 |  |  |  |  |  | 1 |  |  | 1 |  | 1 |  |  |  |  |
| 631 | ERCQSM4WOZUU9 | 1 | 2 | 2 |  |  |  |  |  | 1 | 1 | 1 |  | 1 | 1 | 1 |  |  |  |
| 632 | ERCQSM4WNZN28 | 1 | 3 | 2 |  |  |  |  |  | 1 | 1 | 1 |  |  |  |  |  |  |  |
| 633 | ERCQSM4WP7SY3 | 1 | 4 | 2 |  |  |  |  |  | 1 | 1 | 1 | 1 | 1 |  |  |  |  | 1 |
| 634 | ERCQSM4WNX2Y2 | 2 | 4 | 1 |  |  |  |  |  | 1 | 1 |  |  | 1 | 1 |  |  |  | 1 |
| 635 | ERCQSM4WNZ8R6 | 1 | 5 | 2 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 636 | ERCQSM4WOZI71 | 2 | 2 | 2 |  |  |  |  |  | 1 | 1 |  | 1 | 1 | 1 |  |  |  | 1 |
| 637 | ERCQSM4WOVZE4 | 1 | 3 | 2 |  |  |  |  |  | 1 | 1 | 1 |  | 1 | 1 | 1 | 1 |  | 1 |
| 638 | ERCQSM4WNVOP4 | 2 | 5 | 1 |  |  |  |  |  | 1 | 1 |  |  | 1 |  |  |  |  |  |
| 639 | ERCQSM4WP39H2 | 1 | 5 | 2 |  |  |  |  |  | 1 | 1 | 1 | 1 |  | 1 |  |  |  |  |
| 640 | ERCQSM4WP9429 | 1 | 5 | 2 |  |  |  |  |  | 1 |  | 1 |  |  |  |  |  |  |  |
| 641 | ERCQSM4WNGZS7 | 1 | 5 | 2 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |
| 642 | ERCQSM4WNY8W8 | 1 | 5 | 1 |  |  |  |  |  | 1 | 1 |  |  | 1 | 1 |  |  |  | 1 |

G-97

119233

| ID | Qs5_2 | Qs5_3 | Qs5_4 | Qs5_5 | Qs5_6 | Qs5_7 | Qs5_8 | Q1 | Hershey Only | Q2 | Q3 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 618 | 1 | | 1 | 1 | 1 | 1 | | 1 | 1 | Hershies | I am not sure |
| 619 | 1 | | 1 | 1 | 1 | | | 1 | 1 | hershey | plain squares |
| 620 | 1 | 1 | 1 | 1 | 1 | | | | | | |
| 621 | | | 1 | 1 | | | | 1 | 1 | Hersey | Shape |
| 622 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | Hershey's | who cares. it's not the only product icon burned into my psyche |
| 623 | | | | | | | | | | | |
| 624 | | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | Hersheys | It looks like a Hershey bar. |
| 625 | | | | | | | 1 | | | | |
| 626 | | | 1 | 1 | 1 | | | 1 | 1 | Hershey | It looks like a Hershey Bar |
| 627 | 1 | 1 | 1 | 1 | | 1 | | 1 | 1 | Hershey | Shape, size of pieces |
| 628 | | 1 | 1 | 1 | 1 | | | 1 | 1 | HERSHEY | BECAUSE IT LOOKS LIKE A HERSHEY BAR |
| 629 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | Hersey's | because I buy them and are the ones I like most |
| 630 | | 1 | | 1 | | | | | | | |
| 631 | 1 | 1 | | | | | | | | | |
| 632 | 1 | | | | | | | | | | |
| 633 | | 1 | | 1 | | | | 3 | 2 | | |
| 634 | | | | 1 | 1 | | | 1 | 1 | hersheys | sectioned chocolate |
| 635 | | | | | | | | | | | |
| 636 | | 1 | | 1 | 1 | | | 1 | 1 | Hershey | cut into sections |
| 637 | 1 | | 1 | 1 | 1 | 1 | | 1 | 1 | Hershey's | because of the block shape of the candy bar |
| 638 | | | | | | | 1 | | | | |
| 639 | 1 | 1 | 1 | | | | | | | | |
| 640 | 1 | | | | | | | | | | |
| 641 | | | | | | | | | | | |
| 642 | | | | 1 | 1 | | | 1 | 1 | Herseys | Because it looks like it |

G-98

119234

| ID | Q4 | Q5 | ImgVer | vID | vAge | vGender | Status | StartDate | StartTime |
|----|----|----|--------|-----|------|---------|--------|-----------|-----------|
| 618 | | | T | DP6WBWHSW HLR8 | 31 | F | COMPLETE | 11/9/2010 | 6:59:37 PM |
| 619 | | | C | DP6WBVC8Q RQ1 | 52 | M | COMPLETE | 11/9/2010 | 7:02:00 PM |
| 620 | | | C | DP6WBWH8C HL4 | 54 | F | DONE-Intro | 11/9/2010 | 7:03:35 PM |
| 621 | | | C | DP6WBV7ZR GX5 | 66 | M | COMPLETE | 11/9/2010 | 7:04:30 PM |
| 622 | | | C | DP6WBVK1FX H0 | 31 | M | COMPLETE | 11/9/2010 | 7:05:06 PM |
| 623 | | | | DP6WBV9K7 ZX1 | 64 | M | TERM-Qs3 | 11/9/2010 | 7:05:37 PM |
| 624 | | | T | DP6WBWG56 RY3 | 60 | F | COMPLETE | 11/9/2010 | 7:06:36 PM |
| 625 | | | | DP6WBV8JPC V1 | 73 | M | TERM-Qs5 | 11/9/2010 | 7:07:14 PM |
| 626 | | | T | DP6WBX4Z6 3J5 | 56 | F | COMPLETE | 11/9/2010 | 7:08:12 PM |
| 627 | | | T | DP6WBX5FLV R6 | 40 | F | COMPLETE | 11/9/2010 | 7:08:25 PM |
| 628 | | | T | DP6WBV89M SS5 | 69 | M | COMPLETE | 11/9/2010 | 7:08:45 PM |
| 629 | | | C | DP6WBWLX6 P81 | 65 | F | COMPLETE | 11/9/2010 | 7:08:56 PM |
| 630 | | | | DP6WBVDLKF 54 | 72 | M | TERM-Qs5 | 11/9/2010 | 7:09:11 PM |
| 631 | | | | DP6WBW1F7 HW1 | 33 | F | TERM-Qs5 | 11/9/2010 | 7:09:34 PM |
| 632 | | | | DP6WBWRTJ SL3 | 37 | F | TERM-Qs5 | 11/9/2010 | 7:09:49 PM |
| 633 | | | C | DP6WBWH56 YB6 | 54 | F | COMPLETE | 11/9/2010 | 7:09:53 PM |
| 634 | | | C | DP6WBVGG9 HY1 | 54 | M | COMPLETE | 11/9/2010 | 7:10:52 PM |
| 635 | | | | DP6WBVKNH 291 | 70 | M | TERM-UserInfo | 11/9/2010 | 7:11:29 PM |
| 636 | | | C | DP6WBWG86 LN8 | 34 | F | COMPLETE | 11/9/2010 | 7:12:17 PM |
| 637 | | | T | DP6WBWLKQ 3B4 | 44 | F | COMPLETE | 11/9/2010 | 7:12:40 PM |
| 638 | | | | DP6WBVFHD J46 | 65 | M | TERM-Qs5 | 11/9/2010 | 7:12:47 PM |
| 639 | | | | DP6WBX546 BG2 | 79 | F | TERM-Qs5 | 11/9/2010 | 7:13:37 PM |
| 640 | | | | DP6WBWXJ6 VT3 | 69 | F | TERM-Qs5 | 11/9/2010 | 7:14:34 PM |
| 641 | | | | DP6WB6F5VZ T6 | 50 | M | TERM-UserInfo | 11/9/2010 | 7:14:36 PM |
| 642 | | | T | DP6WBVGV9 L60 | 74 | M | COMPLETE | 11/9/2010 | 7:15:02 PM |

G-99

| ID | EndTime | Elapsed Time | NextURL |
|---|---|---|---|
| 618 | 7:01:48 PM | 0:02:11 | process_exit.asp?cat=c&id=ERCQSM4WOYDG6 |
| 619 | 7:04:06 PM | 0:02:06 | process_exit.asp?cat=c&id=ERCQSM4WNRS29 |
| 620 | 7:04:39 PM | 0:01:04 | q1.asp?id=ERCQSM4WOXB07&ver=C |
| 621 | 7:06:47 PM | 0:02:17 | process_exit.asp?cat=c&id=ERCQSM4WNKLG7 |
| 622 | 7:07:29 PM | 0:02:23 | process_exit.asp?cat=c&id=ERCQSM4WNSXH7 |
| 623 | 7:06:15 PM | 0:00:38 | process_exit.asp?cat=t&id=ERCQSM4WNP1F7 |
| 624 | 7:08:46 PM | 0:02:10 | process_exit.asp?cat=c&id=ERCQSM4WOZG65 |
| 625 | 7:07:53 PM | 0:00:39 | process_exit.asp?cat=t&id=ERCQSM4WNKV38 |
| 626 | 7:10:14 PM | 0:02:02 | process_exit.asp?cat=c&id=ERCQSM4WP4NK2 |
| 627 | 7:09:36 PM | 0:01:11 | process_exit.asp?cat=c&id=ERCQSM4WP73Z3 |
| 628 | 7:10:32 PM | 0:01:47 | process_exit.asp?cat=c&id=ERCQSM4WNN692 |
| 629 | 7:11:29 PM | 0:02:33 | process_exit.asp?cat=c&id=ERCQSM4WOXI59 |
| 630 | 7:10:06 PM | 0:00:55 | process_exit.asp?cat=t&id=ERCQSM4WNRAF6 |
| 631 | 7:10:25 PM | 0:00:51 | process_exit.asp?cat=t&id=ERCQSM4WOZUU9 |
| 632 | 7:10:30 PM | 0:00:41 | process_exit.asp?cat=t&id=ERCQSM4WNZN28 |
| 633 | 7:11:02 PM | 0:01:09 | process_exit.asp?cat=c&id=ERCQSM4WP75Y3 |
| 634 | 7:13:02 PM | 0:02:10 | process_exit.asp?cat=c&id=ERCQSM4WNX2Y2 |
| 635 | 7:11:50 PM | 0:00:21 | process_exit.asp?cat=t&id=ERCQSM4WNZ8R6 |
| 636 | 7:13:47 PM | 0:01:30 | process_exit.asp?cat=c&id=ERCQSM4WOZI71 |
| 637 | 7:14:35 PM | 0:01:55 | process_exit.asp?cat=c&id=ERCQSM4WOVZE4 |
| 638 | 7:13:53 PM | 0:01:06 | process_exit.asp?cat=t&id=ERCQSM4WNVOP4 |
| 639 | 7:14:45 PM | 0:01:08 | process_exit.asp?cat=t&id=ERCQSM4WP39H2 |
| 640 | 7:15:14 PM | 0:00:40 | process_exit.asp?cat=t&id=ERCQSM4WP9429 |
| 641 | 7:14:58 PM | 0:00:22 | process_exit.asp?cat=t&id=ERCQSM4WNGZS7 |
| 642 | 7:17:41 PM | 0:02:39 | process_exit.asp?cat=c&id=ERCQSM4WNY8W8 |

G-100

119236

| ID | AMSID | Qs0 | Qs1 | Qs2 | Qs3_1 | Qs3_2 | Qs3_3 | Qs3_4 | Qs3_5 | Qs3_6 | Qs4_1 | Qs4_2 | Qs4_3 | Qs4_4 | Qs4_5 | Qs4_6 | Qs4_7 | Qs4_8 | Qs5_1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 643 | ERCQSM4WNZNU7 | 2 | 2 | 2 | | | | | | 1 | 1 | | 1 | | | | | | 1 |
| 644 | ERCQSM4WP3MY7 | 2 | 2 | 2 | | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 |
| 645 | ERCQSM4WOX2F9 | 1 | 5 | 2 | | | | | | 1 | 1 | 1 | 1 | | 1 | | | | 1 |
| 646 | ERCQSM4WNKV04 | 1 | 5 | 1 | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | | | | 1 |
| 647 | ERCQSM4WOX790 | 2 | 3 | 2 | | | | | | 1 | 1 | 1 | | | 1 | | | | 1 |
| 648 | ERCQSM4WOVJR4 | 2 | 5 | 2 | | | | | | 1 | 1 | | | 1 | 1 | | 1 | | 1 |
| 649 | ERCQSM4WP2C36 | 1 | 5 | 2 | | | | | | 1 | 1 | | | 1 | | | | | 1 |
| 650 | ERCQSM4WNT6O6 | 2 | 5 | 1 | | | | | | 1 | 1 | 1 | 1 | | 1 | 1 | | | 1 |
| 651 | ERCQSM4WNEXX3 | 2 | 4 | 2 | | | | | | 1 | 1 | | | 1 | | | | | 1 |
| 652 | ERCQSM4WNKH16 | 1 | 5 | 1 | | 1 | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 |
| 653 | ERCQSM4WNZ896 | 1 | 5 | 1 | | | | | | 1 | 1 | | | | 1 | 1 | | | 1 |
| 654 | ERCQSM4WNZ9G7 | 2 | 4 | 1 | | | | | | 1 | 1 | | | | 1 | 1 | 1 | | 1 |
| 655 | ERCQSM4WNKIU2 | 1 | 5 | 1 | | | | | | 1 | 1 | | 1 | | | 1 | | | |
| 656 | ERCQSM4WNG4A2 | 1 | 2 | 2 | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | | | | 1 |
| 657 | ERCQSM4WOXCY3 | 1 | 2 | 2 | | | | | | 1 | | 1 | | 1 | 1 | 1 | 1 | | |
| 658 | ERCQSM4WNKPK5 | 2 | 5 | 2 | | | | | | | | | | | | | | | |
| 659 | ERCQSM4WNZ8K0 | 1 | 3 | 1 | | | | | | 1 | 1 | | | 1 | 1 | | 1 | | |
| 660 | ERCQSM4WNKEK6 | 1 | 4 | 1 | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | 1 |
| 661 | ERCQSM4WNZT30 | 1 | 3 | 2 | | | | | | 1 | 1 | 1 | | | 1 | 1 | 1 | | |
| 662 | ERCQSM4WP6SF3 | 1 | 5 | 2 | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 |
| 663 | ERCQSM4WP9X63 | 1 | 5 | 2 | | | | | | 1 | | | | | 1 | | | | |
| 664 | ERCQSM4WP3P31 | 1 | 2 | 2 | | | | | | 1 | | 1 | 1 | 1 | | | | | 1 |
| 665 | ERCQSM4WOX0W7 | 1 | 4 | 2 | | | | | | 1 | 1 | | | 1 | 1 | 1 | | | 1 |
| 666 | ERCQSM4WP8J69 | 2 | 4 | 2 | | | | | | 1 | 1 | 1 | | | 1 | | | | 1 |
| 667 | ERCQSM4WOV0J7 | 2 | 2 | 2 | | | | | | 1 | | 1 | | 1 | 1 | 1 | | | |

G-101

| ID | Qs5_2 | Qs5_3 | Qs5_4 | Qs5_5 | Qs5_6 | Qs5_7 | Qs5_8 | Q1 | Hershey Only | Q2 | Q3 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 643 | | | | | | | | 1 | 1 | Hershey chocolate | Because they are my favorite. |
| 644 | 1 | 1 | | 1 | | 1 | | 1 | 1 | Hershey's | It is exactly how Hershey squares its chocolate bar. |
| 645 | 1 | 1 | 1 | 1 | | | | 1 | 1 | Hershey | because I recognize it |
| 646 | 1 | 1 | 1 | | | | | 3 | 2 | | |
| 647 | 1 | | | 1 | 1 | 1 | | 1 | 1 | hersey candy bar | separated pieces |
| 648 | | 1 | | 1 | | | | | | | |
| 649 | | 1 | | 1 | | | | | | | |
| 650 | 1 | | 1 | 1 | 1 | | | 4 | 2 | | |
| 651 | | | 1 | | | | | 1 | 1 | hershey | shape |
| 652 | | | 1 | | | | | 1 | 1 | Hersheys | That is what I think. |
| 653 | | 1 | | 1 | 1 | 1 | | 2 | 2 | | |
| 654 | | 1 | 1 | 1 | | | | 1 | 1 | HERSEYS | THE SHAPE OF THE INDIVIDULE SECTIONS |
| 655 | | 1 | | | | | | | | | |
| 656 | 1 | 1 | 1 | 1 | 1 | | | 1 | 1 | Hershey | I remember the candy bar |
| 657 | 1 | | | 1 | | | | | | | |
| 658 | | | | | | | | | | | |
| 659 | 1 | | | 1 | 1 | 1 | | | | | |
| 660 | 1 | | 1 | 1 | 1 | 1 | | 3 | 2 | | |
| 661 | 1 | | | 1 | 1 | | | 1 | 1 | hersheys | the distinctive design |
| 662 | 1 | 1 | 1 | 1 | | 1 | | 1 | 1 | Hersheys | Swuares look the same |
| 663 | | | 1 | 1 | | | | | | | |
| 664 | 1 | 1 | 1 | 1 | 1 | | | 1 | 1 | Hershey | The pieces. This is what a Hershey Bar usually looks like |
| 665 | | 1 | 1 | 1 | | | | 1 | 1 | Hersheys | Looks like a Hershey candy bar. |
| 666 | 1 | | | 1 | 1 | 1 | | 3 | 2 | | |
| 667 | 1 | | 1 | 1 | 1 | | | | | | |

G-102

| ID | Q4 | Q5 | ImgVer | vID | vAge | vGender | Status | StartDate | StartTime |
|----|----|----|--------|-----|------|---------|--------|-----------|-----------|
| 643 | | | T | DP6WBWLZS 7C0 | 31 | F | COMPLETE | 11/9/2010 | 7:16:27 PM |
| 644 | | | T | DP6WBWGY5 BD6 | 26 | F | COMPLETE | 11/9/2010 | 7:16:40 PM |
| 645 | | | T | DP6WBWL7P L99 | 66 | F | COMPLETE | 11/9/2010 | 7:16:53 PM |
| 646 | | | C | DP6WBV8JX5 D1 | 72 | M | COMPLETE | 11/9/2010 | 7:17:31 PM |
| 647 | | | C | DP6WBWY86 QN7 | 38 | F | COMPLETE | 11/9/2010 | 7:17:38 PM |
| 648 | | | | DP6WBWKHP DW6 | 73 | F | TERM-Qs5 | 11/9/2010 | 7:17:57 PM |
| 649 | | | | DP6WBWG3L 4V7 | 75 | F | TERM-Qs5 | 11/9/2010 | 7:18:19 PM |
| 650 | | | C | DP6WBVKV3 YB8 | 69 | M | COMPLETE | 11/9/2010 | 7:18:27 PM |
| 651 | | | C | DP6W95GGB BW3 | 56 | F | COMPLETE | 11/9/2010 | 7:18:36 PM |
| 652 | | | T | DP6WBV7S7 6Q8 | 68 | M | COMPLETE | 11/9/2010 | 7:19:13 PM |
| 653 | HERSHEYS GIARALDI | REMINDS ME OF THOSE CANDIES | C | DP6WBWN8W 5G9 | 66 | M | COMPLETE | 11/9/2010 | 7:19:23 PM |
| 654 | | | T | DP6WBXKPH RH6 | 61 | M | COMPLETE | 11/9/2010 | 7:19:52 PM |
| 655 | | | | DP6WBV7VV HH2 | 82 | M | TERM-Qs5 | 11/9/2010 | 7:20:13 PM |
| 656 | | | T | DP6W95H5JC L7 | 29 | F | COMPLETE | 11/9/2010 | 7:20:15 PM |
| 657 | | | | DP6WBXA4B6 WK0 | 33 | F | TERM-Qs5 | 11/9/2010 | 7:21:09 PM |
| 658 | | | | DP6WBV83Q KD1 | 77 | M | TERM-UserInfo | 11/9/2010 | 7:22:34 PM |
| 659 | | | | DP6WBVKN5J C4 | 46 | M | TERM-Qs5 | 11/9/2010 | 7:22:57 PM |
| 660 | | | C | DP6WBVCQK KF6 | 59 | M | COMPLETE | 11/9/2010 | 7:23:50 PM |
| 661 | | | C | DP6WBWXWY 689 | 45 | F | COMPLETE | 11/9/2010 | 7:24:32 PM |
| 662 | | | T | DP6WBWN4S D58 | 84 | F | COMPLETE | 11/9/2010 | 7:25:16 PM |
| 663 | | | | DP6WBX3XC XK3 | 70 | F | TERM-Qs5 | 11/9/2010 | 7:27:27 PM |
| 664 | | | T | DP6WBVN4J ZW9 | 33 | F | COMPLETE | 11/9/2010 | 7:27:43 PM |
| 665 | | | T | DP6WBX47Q K88 | 57 | F | COMPLETE | 11/9/2010 | 7:27:56 PM |
| 666 | | | C | DP6WBVKPS 544 | 52 | F | COMPLETE | 11/9/2010 | 7:29:23 PM |
| 667 | | | | DP6WBX3Z3 W34 | 25 | F | TERM-Qs5 | 11/9/2010 | 7:29:17 PM |

G-103

| ID | EndTime | Elapsed Time | NextURL |
|----|---------|--------------|---------|
| 643 | 7:18:15 PM | 0:01:48 | process_exit.asp?cat=c&id=ERCQSM4WNZNU7 |
| 644 | 7:17:58 PM | 0:01:18 | process_exit.asp?cat=c&id=ERCQSM4WP3MY7 |
| 645 | 8:10:44 PM | 0:53:51 | process_exit.asp?cat=c&id=ERCQSM4WOX2F9 |
| 646 | 7:19:14 PM | 0:01:41 | process_exit.asp?cat=c&id=ERCQSM4WNKV04 |
| 647 | 7:21:02 PM | 0:03:24 | process_exit.asp?cat=c&id=ERCQSM4WOX790 |
| 648 | 7:19:01 PM | 0:01:04 | process_exit.asp?cat=t&id=ERCQSM4WOVJR4 |
| 649 | 7:19:07 PM | 0:00:48 | process_exit.asp?cat=t&id=ERCQSM4WP2C36 |
| 650 | 7:19:56 PM | 0:01:29 | process_exit.asp?cat=c&id=ERCQSM4WNT6O6 |
| 651 | 7:20:24 PM | 0:01:48 | process_exit.asp?cat=c&id=ERCQSM4WNEXX3 |
| 652 | 7:21:20 PM | 0:02:07 | process_exit.asp?cat=c&id=ERCQSM4WNKH16 |
| 653 | 7:22:32 PM | 0:03:09 | process_exit.asp?cat=c&id=ERCQSM4WNZ896 |
| 654 | 7:23:31 PM | 0:03:39 | process_exit.asp?cat=c&id=ERCQSM4WNZ9G7 |
| 655 | 7:21:18 PM | 0:01:05 | process_exit.asp?cat=t&id=ERCQSM4WNKIU2 |
| 656 | 7:21:51 PM | 0:01:36 | process_exit.asp?cat=c&id=ERCQSM4WNG4A2 |
| 657 | 7:21:43 PM | 0:00:34 | process_exit.asp?cat=t&id=ERCQSM4WOXCY3 |
| 658 | 7:22:49 PM | 0:00:15 | process_exit.asp?cat=t&id=ERCQSM4WNKPK5 |
| 659 | 7:23:58 PM | 0:01:01 | process_exit.asp?cat=t&id=ERCQSM4WNZ8K0 |
| 660 | 7:25:20 PM | 0:01:30 | process_exit.asp?cat=c&id=ERCQSM4WNKEK6 |
| 661 | 7:25:57 PM | 0:01:25 | process_exit.asp?cat=c&id=ERCQSM4WNZT30 |
| 662 | 7:28:22 PM | 0:03:06 | process_exit.asp?cat=c&id=ERCQSM4WP65F3 |
| 663 | 7:28:32 PM | 0:01:05 | process_exit.asp?cat=t&id=ERCQSM4WP9X63 |
| 664 | 7:29:40 PM | 0:01:57 | process_exit.asp?cat=c&id=ERCQSM4WP3P31 |
| 665 | 7:31:11 PM | 0:03:15 | process_exit.asp?cat=c&id=ERCQSM4WOX0W7 |
| 666 | 7:30:47 PM | 0:01:34 | process_exit.asp?cat=c&id=ERCQSM4WP8J69 |
| 667 | 7:30:05 PM | 0:00:48 | process_exit.asp?cat=t&id=ERCQSM4WOV0J7 |

G-104

| ID | AMSID | Qs0 | Qs1 | Qs2 | Qs3_1 | Qs3_2 | Qs3_3 | Qs3_4 | Qs3_5 | Qs3_6 | Qs4_1 | Qs4_2 | Qs4_3 | Qs4_4 | Qs4_5 | Qs4_6 | Qs4_7 | Qs4_8 | Qs5_1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 668 | ERCQSM4WOZSF1 | 1 | 2 | 2 | | | | | | 1 | 1 | 1 | | | 1 | 1 | | | 1 |
| 669 | ERCQSM4WNKTD5 | 2 | 3 | 1 | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 |
| 670 | ERCQSM4WNSW15 | 1 | 4 | 1 | | | | | | 1 | 1 | | 1 | 1 | 1 | | | | 1 |
| 671 | ERCQSM4WOXPY0 | 2 | 4 | 2 | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 |
| 672 | ERCQSM4WNYAG0 | 2 | 2 | 1 | | 1 | 1 | | 1 | | | | | | | | | | |
| 673 | ERCQSM4WOZQH9 | 1 | 4 | 2 | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | 1 |
| 674 | ERCQSM4WNKGK4 | 2 | 5 | 1 | | | | | | 1 | | | | | 1 | | 1 | | |
| 675 | ERCQSM4WNLPQ1 | 1 | 5 | 1 | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | 1 |
| 676 | ERCQSM4WOZG40 | 2 | 3 | 2 | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | | 1 |
| 677 | ERCQSM4WP1863 | 1 | 4 | 2 | | | | | | 1 | 1 | | 1 | 1 | 1 | 1 | | | 1 |
| 678 | ERCQSM4WNPH32 | 3 | | | | | | | | | | | | | | | | | |
| 679 | ERCQSM4WP8M33 | 2 | 4 | 2 | | | | | | 1 | 1 | 1 | | 1 | | | | | 1 |
| 680 | ERCQSM4WNX7I9 | 1 | 3 | 1 | | | | | 1 | | | | | | | | | | |
| 681 | ERCQSM4WNYMD4 | 5 | | | | | | | | | | | | | | | | | |
| 682 | ERCQSM4WNVP81 | 1 | 5 | 1 | | | | | | 1 | 1 | | | | | | | | 1 |
| 683 | ERCQSM4WP76U0 | 1 | 3 | 2 | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | | | | 1 |
| 684 | ERCQSM4WP57V1 | 1 | 3 | 2 | | | | | | 1 | 1 | | 1 | 1 | | | 1 | | 1 |
| 685 | ERCQSM4WNJEO0 | 2 | 2 | 1 | | | | | | 1 | 1 | 1 | 1 | | 1 | | | | 1 |
| 686 | ERCQSM4WNEU64 | 2 | 2 | 2 | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 |
| 687 | ERCQSM4WP4TK6 | 2 | 3 | 2 | | | | | | 1 | 1 | 1 | | | 1 | | | | 1 |
| 688 | ERCQSM4WNYDF9 | 2 | 5 | 1 | | | | | | 1 | 1 | 1 | | | | | | | 1 |
| 689 | ERCQSM4WP4Q79 | 2 | 5 | 2 | | | | | | 1 | 1 | 1 | | 1 | | | | | 1 |
| 690 | ERCQSM4WNSBU3 | 1 | 3 | 1 | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 |
| 691 | ERCQSM4WNLQG0 | 2 | 2 | 1 | | | | | 1 | | | | | | | | | | |

G-105

119241

| ID | Qs5_2 | Qs5_3 | Qs5_4 | Qs5_5 | Qs5_6 | Qs5_7 | Qs5_8 | Q1 | Hershey Only | Q2 | Q3 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 668 | 1 | | | 1 | | | | 1 | 1 | HERSHEY | LOOKS LIKE THEIR DESIGN |
| 669 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | Hersheys, without the letters | Hershey's has the block design |
| 670 | | 1 | | 1 | | | | 1 | 2 | nestles | similar to nestles chocolate bar |
| 671 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | Hershy's | It looks like a Hershy bar |
| 672 | | | | | | | | | | | |
| 673 | 1 | 1 | 1 | 1 | 1 | | | 1 | 1 | Hershey | looks like their bar |
| 674 | | | | 1 | | 1 | | | | | |
| 675 | 1 | 1 | 1 | 1 | 1 | | | 1 | 1 | Hershey's | It looks like the squares on a Hershey's chocolate bar have looked since I've been eating them for them past 60 years. |
| 676 | 1 | 1 | 1 | 1 | 1 | 1 | | 3 | 2 | | |
| 677 | | 1 | 1 | 1 | 1 | 1 | | 3 | 2 | | |
| 678 | | | | | | | | | | | |
| 679 | | | 1 | 1 | | | | 2 | 2 | | |
| 680 | | | | | | | | | | | |
| 681 | | | | | | | | | | | |
| 682 | | | | | | | | 1 | 1 | Herseys | It looks like a Herseys bar |
| 683 | 1 | | | 1 | | | | 1 | 1 | Hersheys | looks like one of their classic chocolate bars |
| 684 | 1 | 1 | 1 | | | 1 | | 2 | 2 | | |
| 685 | 1 | 1 | 1 | 1 | | | | 3 | 2 | | |
| 686 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | Hershey's | Looks like the Hershey's chocolate bar, split in threes |
| 687 | 1 | | 1 | 1 | | | | 1 | 1 | HERSHEY | THE SHAPE AND BREAKS IN IT |
| 688 | 1 | | | | | | | 3 | 2 | | |
| 689 | | | 1 | 1 | | | | 1 | 1 | Hershey | because this example looks pretty much like the Hershey bar I have known since I was a kid. |
| 690 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | HERSHEY'S | BECAUSE THAT WHAT IT LOOKS LIKE |
| 691 | | | | | | | | | | | |

G-106

| ID | Q4 | Q5 | ImgVer | vID | vAge | vGender | Status | StartDate | StartTime |
|---|---|---|---|---|---|---|---|---|---|
| 668 | | | C | DP8WBWFAM2D8 | 31 | F | COMPLETE | 11/9/2010 | 7:29:17 PM |
| 669 | | | C | DP8WBV8G5MK8 | 37 | M | COMPLETE | 11/9/2010 | 7:29:28 PM |
| 670 | | | T | DP8WBVH2KXM7 | 59 | M | COMPLETE | 11/9/2010 | 7:30:03 PM |
| 671 | | | T | DP8WBVM7D5J1 | 50 | F | COMPLETE | 11/9/2010 | 7:30:09 PM |
| 672 | | | | DP8WBXD8G44 | 25 | M | TERM-Qs3 | 11/9/2010 | 7:31:09 PM |
| 673 | | | T | DP8WBWPQVKB5 | 60 | F | COMPLETE | 11/9/2010 | 7:31:32 PM |
| 674 | | | | DP8WBV7RHYF1 | 69 | M | TERM-Qs5 | 11/9/2010 | 7:31:59 PM |
| 675 | | | C | DP8WBV8TTKW3 | 68 | M | COMPLETE | 11/9/2010 | 7:32:38 PM |
| 676 | | | C | DP8WBWG54DZ0 | 38 | F | COMPLETE | 11/9/2010 | 7:33:26 PM |
| 677 | | | C | DP8WBWG9T6T4 | 56 | F | COMPLETE | 11/9/2010 | 7:34:07 PM |
| 678 | | | | DP8WBVBCQGY6 | 33 | M | TERM-Qs0 | 11/9/2010 | 7:34:15 PM |
| 679 | Hershey's | That's what a Hershey's bar looks like. | | DP8WBWXBBTG5 | 57 | F | COMPLETE | 11/9/2010 | 7:34:22 PM |
| 680 | | | | DP8WBVKJ9927 | 49 | M | TERM-Qs3 | 11/9/2010 | 7:35:44 PM |
| 681 | | | | DP8WBVKH65Q2 | 41 | M | TERM-Qs0 | 11/9/2010 | 7:36:40 PM |
| 682 | | | T | DP8WBVN79W8 | 65 | M | COMPLETE | 11/9/2010 | 7:36:47 PM |
| 683 | | | T | DP8WBWH7TVY5 | 45 | F | COMPLETE | 11/9/2010 | 7:36:48 PM |
| 684 | not sure of the companies name for certain...but Hershey and ??? | I can picture Hershey on each block/piece | T | DP8WBX58NPX1 | 42 | F | COMPLETE | 11/9/2010 | 7:36:54 PM |
| 685 | | | C | DP8WB96RN5YG8 | 30 | M | COMPLETE | 11/9/2010 | 7:38:48 PM |
| 686 | | | C | DP8WB9G8KRX9 | 25 | F | COMPLETE | 11/9/2010 | 7:38:52 PM |
| 687 | | | C | DP8WBWG4MRK1 | 43 | F | COMPLETE | 11/9/2010 | 7:39:18 PM |
| 688 | | | T | DP8WBWKGQ3C9 | 65 | M | COMPLETE | 11/9/2010 | 7:40:49 PM |
| 689 | | | T | DP8WBX54ZVG9 | 73 | F | COMPLETE | 11/9/2010 | 7:41:29 PM |
| 690 | | | C | DP8WBVCNJ3Z6 | 48 | M | COMPLETE | 11/9/2010 | 7:41:40 PM |
| 691 | | | | DP8WBV9ZQT93 | 21 | M | TERM-Qs3 | 11/9/2010 | 7:42:42 PM |

G-107

| ID | EndTime | Elapsed Time | NextURL |
|---|---|---|---|
| 668 | 7:30:56 PM | 0:01:39 | process_exit.asp?cat=c&id=ERCQSM4WOZSF1 |
| 669 | 7:30:55 PM | 0:01:27 | process_exit.asp?cat=c&id=ERCQSM4WNKTD5 |
| 670 | 7:32:15 PM | 0:02:12 | process_exit.asp?cat=c&id=ERCQSM4WNSW15 |
| 671 | 7:32:04 PM | 0:01:55 | process_exit.asp?cat=c&id=ERCQSM4WOXFY0 |
| 672 | 7:31:36 PM | 0:00:27 | process_exit.asp?cat=t&id=ERCQSM4WNYAG0 |
| 673 | 7:32:56 PM | 0:01:24 | process_exit.asp?cat=c&id=ERCQSM4WOZQH9 |
| 674 | 7:33:35 PM | 0:01:36 | process_exit.asp?cat=t&id=ERCQSM4WNKGK4 |
| 675 | 7:34:57 PM | 0:02:19 | process_exit.asp?cat=c&id=ERCQSM4WNLPQ1 |
| 676 | 7:34:53 PM | 0:01:27 | process_exit.asp?cat=c&id=ERCQSM4WOZG40 |
| 677 | 7:35:14 PM | 0:01:07 | process_exit.asp?cat=c&id=ERCQSM4WP1863 |
| 678 | 7:34:25 PM | 0:00:10 | process_exit.asp?cat=t&id=ERCQSM4WNPH32 |
| 679 | 7:35:55 PM | 0:01:33 | process_exit.asp?cat=c&id=ERCQSM4WP8M33 |
| 680 | 7:36:11 PM | 0:00:27 | process_exit.asp?cat=t&id=ERCQSM4WNX7I9 |
| 681 | 7:37:02 PM | 0:00:22 | process_exit.asp?cat=t&id=ERCQSM4WNYMD4 |
| 682 | 7:38:29 PM | 0:01:42 | process_exit.asp?cat=c&id=ERCQSM4WNVP81 |
| 683 | 7:59:13 PM | 0:22:25 | process_exit.asp?cat=c&id=ERCQSM4WP76U0 |
| 684 | 7:40:09 PM | 0:03:15 | process_exit.asp?cat=c&id=ERCQSM4WP57V1 |
| 685 | 7:40:18 PM | 0:01:30 | process_exit.asp?cat=c&id=ERCQSM4WNJE00 |
| 686 | 7:43:41 PM | 0:04:49 | process_exit.asp?cat=c&id=ERCQSM4WNEU64 |
| 687 | 7:41:29 PM | 0:02:11 | process_exit.asp?cat=c&id=ERCQSM4WP4TK6 |
| 688 | 7:42:00 PM | 0:01:11 | process_exit.asp?cat=c&id=ERCQSM4WNYDF9 |
| 689 | 7:47:25 PM | 0:05:56 | process_exit.asp?cat=c&id=ERCQSM4WP4Q79 |
| 690 | 7:43:31 PM | 0:01:51 | process_exit.asp?cat=c&id=ERCQSM4WNSBU3 |
| 691 | 7:43:04 PM | 0:00:22 | process_exit.asp?cat=t&id=ERCQSM4WNLQG0 |

G-108

| ID | AMSID | Qs0 | Qs1 | Qs2 | Qs3_1 | Qs3_2 | Qs3_3 | Qs3_4 | Qs3_5 | Qs3_6 | Qs4_1 | Qs4_2 | Qs4_3 | Qs4_4 | Qs4_5 | Qs4_6 | Qs4_7 | Qs4_8 | Qs5_1 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 692 | ERCQSM4WNY666 | 2 | 2 | 1 | | | | 1 | | | | | | | | | | | |
| 693 | ERCQSM4WNPDB5 | 5 | | | | | | | | | | | | | | | | | |
| 694 | ERCQSM4WP760S | 1 | 4 | 2 | | | | | | 1 | 1 | | | 1 | 1 | | | | 1 |
| 695 | ERCQSM4WNKPQ3 | 1 | 5 | 1 | | | | | | 1 | 1 | | | | | | 1 | | 1 |
| 696 | ERCQSM4WNLP6S | 2 | 4 | 1 | | | | | | 1 | 1 | | | | | | | | 1 |
| 697 | ERCQSM4WNOZZ7 | 2 | 2 | 2 | | | | | | | | | | | | | | | |
| 698 | ERCQSM4WNY401 | 2 | 4 | 1 | | | | | | 1 | | | | | | | | 1 | |
| 699 | ERCQSM4WNMVL3 | 1 | 4 | 2 | | | | | | | | | | | | | | | |
| 700 | ERCQSM4WNQEA4 | 1 | 5 | 1 | | | | | | 1 | 1 | 1 | | | | 1 | | | 1 |
| 701 | ERCQSM4WNJL99 | 1 | 4 | 1 | | | | | | 1 | 1 | | 1 | | 1 | 1 | | | 1 |
| 702 | ERCQSM4WP3ML3 | 2 | 2 | 2 | | | | | | 1 | 1 | 1 | 1 | 1 | | 1 | | | |
| 703 | ERCQSM4WNN239 | 1 | 4 | 1 | | | | | | 1 | 1 | 1 | 1 | | 1 | | | | 1 |
| 704 | ERCQSM4WNPCP8 | 2 | 2 | 1 | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | | | | 1 |
| 705 | ERCQSM4WNYSA5 | 2 | 3 | 1 | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 |
| 706 | ERCQSM4WP8RZ9 | 1 | 5 | 2 | | | | | | 1 | | | 1 | 1 | 1 | 1 | | | 1 |
| 707 | ERCQSM4WNRE56 | 2 | 5 | 1 | | | | | | 1 | | 1 | 1 | 1 | | | | | |
| 708 | ERCQSM4WOX1C6 | 2 | 4 | 2 | | | | | | 1 | | | | | 1 | 1 | | | |
| 709 | ERCQSM4WP64Z4 | 2 | 2 | 2 | | | | | | 1 | 1 | | 1 | 1 | 1 | | | | |
| 710 | ERCQSM4WP8LD9 | 1 | 4 | 2 | | | | | | 1 | | | | | 1 | | | | |
| 711 | ERCQSM4WNX1I5 | 2 | 2 | 1 | | | | | | 1 | 1 | | 1 | | | | | | 1 |
| 712 | ERCQSM4WP8OT4 | 2 | 2 | 2 | | | | | | 1 | 1 | | 1 | 1 | | 1 | 1 | | 1 |
| 713 | ERCQSM4WNG4E4 | 2 | 2 | 2 | | | | | | 1 | 1 | | 1 | | 1 | | | | 1 |
| 714 | ERCQSM4WP11O0 | 2 | 4 | 2 | | | | | | 1 | 1 | | | 1 | 1 | | 1 | | 1 |
| 715 | ERCQSM4WNO1D3 | 1 | 3 | 1 | | | | | | 1 | 1 | | | | 1 | 1 | | | 1 |

G-109

119245

| ID | Qs5_2 | Qs5_3 | Qs5_4 | Qs5_5 | Qs5_6 | Qs5_7 | Qs5_8 | Q1 | Hershey Only | Q2 | Q3 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 692 | | | | | | | | | | | |
| 693 | | | | | | | | | | | |
| 694 | | 1 | 1 | 1 | | | | 4 | 2 | | |
| 695 | | | | 1 | | 1 | | 1 | 2 | Herart | the bars in it |
| 696 | | 1 | | | | 1 | | 4 | 2 | | |
| 697 | | | | | | | | | | | |
| 698 | | 1 | | | | | | | | | |
| 699 | | | | | | | | | | | |
| 700 | | | 1 | 1 | 1 | 1 | | 1 | 1 | Hershy | Look like their bar |
| 701 | 1 | 1 | | 1 | 1 | | | 3 | 2 | | |
| 702 | 1 | 1 | 1 | 1 | | | | | | | |
| 703 | 1 | 1 | | 1 | | | | 2 | 2 | | |
| 704 | 1 | 1 | 1 | 1 | | 1 | | 2 | 2 | | |
| 705 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 | 1 | Hershey | Because the shape. I know the name Hershey appears on each square but I assume you removed it. |
| 706 | | 1 | 1 | 1 | 1 | | | 1 | 1 | Hershey Bar | I like them. I like Choc. Theyare good |
| 707 | 1 | 1 | 1 | 1 | | | | | | | |
| 708 | | | 1 | 1 | 1 | | | | | | |
| 709 | 1 | | | 1 | | | | | | | |
| 710 | | | | 1 | | | | | | | |
| 711 | 1 | | 1 | 1 | | | | 1 | 1 | hersheys | this is exactly what a hershey's chocolate bar looks like |
| 712 | | | 1 | 1 | 1 | 1 | | 1 | 1 | Hersheys | It looks like a Hershey's bar |
| 713 | 1 | | | | | | | 1 | 1 | Hersheys | The style of the bar, the way that it is divided into rectangle pieces makes me think of a hersheys chocolate bar. |
| 714 | | 1 | 1 | 1 | | 1 | | 1 | 2 | Nestle's | It looks familiar |
| 715 | | 1 | 1 | 1 | 1 | | | 1 | 1 | Hershey's | I've eaten many of their chocolate bars. |

G-110

| ID | Q4 | Q5 | ImgVer | vID | vAge | vGender | Status | StartDate | StartTime |
|---|---|---|---|---|---|---|---|---|---|
| 692 | | | | DP8WBVK8Q G29 | 28 | M | TERM-Qs3 | 11/9/2010 | 7:44:22 PM |
| 693 | | | | DP8WBVB65 QJ6 | 72 | M | TERM-Qs0 | 11/9/2010 | 7:45:42 PM |
| 694 | | | C | DP8WBWH5P Q94 | 57 | F | COMPLETE | 11/9/2010 | 7:46:20 PM |
| 695 | | | T | DP8WBV83TP B4 | 70 | M | COMPLETE | 11/9/2010 | 7:46:34 PM |
| 696 | | | T | DP8WBV8SZ S45 | 53 | M | COMPLETE | 11/9/2010 | 7:46:38 PM |
| 697 | | | | DP8WBV9B6T V8 | 24 | M | TERM-UserInfo | 11/9/2010 | 7:46:39 PM |
| 698 | | | | DP8WBVKX94 G1 | 55 | M | TERM-Qs5 | 11/9/2010 | 7:47:48 PM |
| 699 | | | | DP8WBVD8Z CS2 | 63 | M | TERM-UserInfo | 11/9/2010 | 7:48:01 PM |
| 700 | | | C | DP8W9BVBN4 DJ7 | 73 | M | COMPLETE | 11/9/2010 | 7:48:19 PM |
| 701 | | | C | DP8W9BH9N 6L6 | 62 | M | COMPLETE | 11/9/2010 | 7:48:45 PM |
| 702 | | | | DP8WBVGXL V28 | 29 | F | TERM-Qs5 | 11/9/2010 | 7:49:20 PM |
| 703 | nestles, ghiradeli | the shape and separations | C | DP8WBVDJJ WS8 | 59 | M | COMPLETE | 11/9/2010 | 7:49:27 PM |
| 704 | Nestle Crunch, Hersheys, Mr. Goodbar | Comes in breakable pieces like in the picture. | C | DP8WBVB59 R84 | 33 | M | COMPLETE | 11/9/2010 | 7:49:37 PM |
| 705 | | | T | DP8WBVK7D 6W9 | 43 | M | COMPLETE | 11/9/2010 | 7:50:34 PM |
| 706 | | | T | DP8WBX3WD DT4 | 83 | F | COMPLETE | 11/9/2010 | 7:50:39 PM |
| 707 | | | | DP8WBVDSC 5M7 | 67 | M | TERM-Qs5 | 11/9/2010 | 7:50:52 PM |
| 708 | | | | DP8WBX48D L33 | 64 | F | TERM-Qs5 | 11/9/2010 | 7:51:11 PM |
| 709 | | | | DP8WBWN3H BL7 | 26 | F | TERM-Qs5 | 11/9/2010 | 7:51:23 PM |
| 710 | | | | DP8WBWX78 948 | 53 | F | TERM-Qs5 | 11/9/2010 | 7:51:24 PM |
| 711 | | | T | DP8WBVJX6C 67 | 27 | M | COMPLETE | 11/9/2010 | 7:51:48 PM |
| 712 | | | C | DP8WBVZKV MD5 | 25 | F | COMPLETE | 11/9/2010 | 7:51:50 PM |
| 713 | | | T | DP8W9SH3T VH6 | 32 | F | COMPLETE | 11/9/2010 | 7:51:53 PM |
| 714 | | | T | DP8WBX4NC TQ3 | 55 | F | COMPLETE | 11/9/2010 | 7:52:09 PM |
| 715 | | | T | DP8WBV8MG 2L4 | 49 | M | COMPLETE | 11/9/2010 | 7:52:18 PM |

G-111

| ID | EndTime | Elapsed Time | NextURL |
|---|---|---|---|
| 692 | 7:44:45 PM | 0:00:23 | process_exit.asp?cat=t&id=ERCQSM4WNY666 |
| 693 | 7:46:08 PM | 0:00:26 | process_exit.asp?cat=t&id=ERCQSM4WNPDB5 |
| 694 | 7:50:27 PM | 0:04:07 | process_exit.asp?cat=c&id=ERCQSM4WP7605 |
| 695 | 7:49:27 PM | 0:02:53 | process_exit.asp?cat=c&id=ERCQSM4WNKPQ3 |
| 696 | 7:48:11 PM | 0:01:33 | process_exit.asp?cat=c&id=ERCQSM4WNLP65 |
| 697 | 7:47:12 PM | 0:00:33 | process_exit.asp?cat=t&id=ERCQSM4WNOZZ7 |
| 698 | 7:48:25 PM | 0:00:37 | process_exit.asp?cat=t&id=ERCQSM4WNY401 |
| 699 | 7:48:20 PM | 0:00:19 | process_exit.asp?cat=t&id=ERCQSM4WNMVL3 |
| 700 | 7:52:22 PM | 0:04:03 | process_exit.asp?cat=c&id=ERCQSM4WNQEA4 |
| 701 | 7:50:51 PM | 0:02:06 | process_exit.asp?cat=c&id=ERCQSM4WNIL99 |
| 702 | 7:50:15 PM | 0:00:55 | process_exit.asp?cat=c&id=ERCQSM4WP3ML3 |
| 703 | 7:51:55 PM | 0:02:28 | process_exit.asp?cat=c&id=ERCQSM4WNN239 |
| 704 | 7:52:36 PM | 0:02:59 | process_exit.asp?cat=c&id=ERCQSM4WNPCP8 |
| 705 | 7:52:47 PM | 0:02:13 | process_exit.asp?cat=c&id=ERCQSM4WNY5A5 |
| 706 | 7:54:42 PM | 0:04:03 | process_exit.asp?cat=c&id=ERCQSM4WP8RZ9 |
| 707 | 7:53:21 PM | 0:02:29 | process_exit.asp?cat=c&id=ERCQSM4WNRE56 |
| 708 | 7:52:11 PM | 0:01:00 | process_exit.asp?cat=t&id=ERCQSM4WOX1C6 |
| 709 | 7:52:09 PM | 0:00:46 | process_exit.asp?cat=t&id=ERCQSM4WP64Z4 |
| 710 | 7:52:02 PM | 0:00:38 | process_exit.asp?cat=t&id=ERCQSM4WP8LD9 |
| 711 | 7:53:48 PM | 0:02:00 | process_exit.asp?cat=c&id=ERCQSM4WNX1I5 |
| 712 | 8:00:40 PM | 0:08:50 | process_exit.asp?cat=c&id=ERCQSM4WP8OT4 |
| 713 | 7:53:19 PM | 0:01:26 | process_exit.asp?cat=c&id=ERCQSM4WNG4E4 |
| 714 | 7:54:34 PM | 0:02:25 | process_exit.asp?cat=c&id=ERCQSM4WP11O0 |
| 715 | 7:54:26 PM | 0:02:08 | process_exit.asp?cat=c&id=ERCQSM4WNO1D3 |

G-112

119248

| ID | AMSID | Qs0 | Qs1 | Qs2 | Qs3_1 | Qs3_2 | Qs3_3 | Qs3_4 | Qs3_5 | Qs3_6 | Qs4_1 | Qs4_2 | Qs4_3 | Qs4_4 | Qs4_5 | Qs4_6 | Qs4_7 | Qs4_8 | Qs5_1 |
|----|-------|-----|-----|-----|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|-------|
| 716 | ERCQSM4WP63U5 | 1 | 3 | 2 | | | | | | 1 | 1 | | 1 | | 1 | | | | |
| 717 | ERCQSM4WP19S4 | 2 | 4 | 2 | | | | | | 1 | | 1 | 1 | 1 | | 1 | | | |
| 718 | ERCQSM4WOVOH1 | 1 | 4 | 2 | | | | | | 1 | 1 | 1 | 1 | 1 | 1 | 1 | 1 | | 1 |
| 719 | ERCQSM4WNOSE7 | 1 | 5 | 1 | | | | | | 1 | | | 1 | 1 | | 1 | | | |

G-113

| ID | Qs5_2 | Qs5_3 | Qs5_4 | Qs5_5 | Qs5_6 | Qs5_7 | Qs5_8 | Q1 | hersney Only | Q2 | Q3 |
|----|-------|-------|-------|-------|-------|-------|-------|----|----|----|----|
| 716 |  | 1 |  | 1 | 1 |  |  |  |  |  |  |
| 717 | 1 | 1 |  | 1 |  |  |  |  |  |  |  |
| 718 | 1 | 1 | 1 | 1 | 1 | 1 |  | 4 | 2 |  |  |
| 719 |  | 1 | 1 |  | 1 |  |  |  |  |  |  |

G-114

119250

| ID | Q4 | Q5 | ImgVer | vID | vAge | vGender | Status | StartDate | StartTime |
|---|---|---|---|---|---|---|---|---|---|
| 716 | | | | DP8WBWHP7KG4 | 40 | F | TERM-Qs5 | 11/9/2010 | 7:52:24 PM |
| 717 | | | | DP8WBWHRGP41 | 53 | F | TERM-Qs5 | 11/9/2010 | 7:52:59 PM |
| 718 | | | T | DP8WBX3TTBM6 | 52 | F | COMPLETE | 11/9/2010 | 7:53:27 PM |
| 719 | | | | DP8WBV828ZP2 | 70 | M | TERM-Qs5 | 11/9/2010 | 7:53:43 PM |

G-115

| ID | EndTime | Elapsed Time | NextURL |
|---|---|---|---|
| 716 | 7:53:00 PM | 0:00:36 | process_exit.asp?cat=t&id=ERCQSM4WP63U5 |
| 717 | 7:53:49 PM | 0:00:50 | process_exit.asp?cat=t&id=ERCQSM4WP1954 |
| 718 | 7:54:42 PM | 0:01:15 | process_exit.asp?cat=c&id=ERCQSM4WOV0H1 |
| 719 | 7:54:50 PM | 0:01:07 | process_exit.asp?cat=t&id=ERCQSM4WNO5E7 |

G-116

PTO Form 2196 (Rev 9/2005)
OMB No. 0651-0056 (Exp 09/30/2011)

# Revocation of Attorney/Domestic Representative and/or Appointment of Attorney/Domestic Representative

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77809223 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 116 |
| **ATTORNEY DOCKET NUMBER** | 29985- |
| **MARK SECTION** | |
| **MARK** | Design only |
| **NEW OTHER APPOINTED ATTORNEYS** | John P. Rynkiewicz, Victoria haje, Mark Godler |
| **NEW ATTORNEY ADDRESS** | |
| **STATEMENT TEXT** | By submission of this request, the undersigned hereby APPOINTS the following new attorney. |
| **NAME** | Paul Llewellyn |
| **FIRM NAME** | Kaye Scholer LLP |
| **STREET** | 425 Park Avenue |
| **CITY** | New York |
| **STATE** | New York |
| **COUNTRY** | United States |
| **POSTAL/ZIP CODE** | 10022 |
| **PHONE** | 2128367828 |
| **FAX** | 2128366463 |
| **ATTORNEY DOCKET NUMBER** | 29985- |
| **NEW CORRESPONDENCE ADDRESS** | |
| **NAME** | Paul Llewellyn |
| **FIRM NAME** | Kaye Scholer LLP |
| **STREET** | 425 Park Avenue |
| **CITY** | New York |
| **STATE** | New York |
| **COUNTRY** | United States |
| **POSTAL/ZIP CODE** | 10022 |
| **PHONE** | 2128367828 |
| **FAX** | 2128366463 |
| **OTHER APPOINTED ATTORNEY** | John P. Rynkiewicz, Victoria haje, Mark Godler |
| **SIGNATURE SECTION** | |

| SIGNATURE | /Lois B. Duquette/ |
|---|---|
| **SIGNATORY NAME** | Lois B. Duquette |
| **SIGNATORY DATE** | 11/15/2010 |
| **SIGNATORY POSITION** | Assistant Secretary |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Mon Nov 15 18:16:19 EST 2010 |
| **TEAS STAMP** | USPTO/RAA-XXX.XXX.XX.X-20 101115181619532494-778092 23-4701c22ebc69ba6322c12b 22fd29874d1f4-N/A-N/A-201 01115171849981698 |

PTO Form 2196 (Rev 9/2005)
OMB No. 0651-0056 (Exp 09/30/2011)

# Revocation of Attorney/Domestic Representative and/or Appointment of Attorney/Domestic Representative

To the Commissioner for Trademarks:
**MARK:** Design only
**SERIAL NUMBER:** 77809223
**ATTORNEY DOCKET NUMBER** 29985-

**Original Correspondence Address :**
LOIS B. DUQUETTE
THE HERSHEY COMPANY
100 CRYSTAL A DR
HERSHEY, PA 17033-9524
717-534-7911
717-534-7549
lduquette@hersheys.com

By submission of this request, the undersigned hereby APPOINTS the following new attorney. In addition, any additional previously-appointed attorneys that are currently listed in the application are replaced with the new "Other Appointed Attorneys" listed below.

**Newly Appointed Attorney:**
Paul Llewellyn
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022
United States
2128367828
2128366463
29985-

**Other Appointed Attorneys:**

John P. Rynkiewicz, Victoria haje, Mark Godler

**The following is to be used as the correspondence address:**
Paul Llewellyn
Kaye Scholer LLP
425 Park Avenue
New York, New York 10022
United States

2128367828
2128366463 The attorney docket/reference number is 29985-.

Signature: /Lois B. Duquette/     Date: 11/15/2010
Signatory's Name: Lois B. Duquette
Signatory's Position: Assistant Secretary

Serial Number: 77809223
Internet Transmission Date: Mon Nov 15 18:16:19 EST 2010
TEAS Stamp: USPTO/RAA-XXX.XXX.XX.X-20101115181619532
494-77809223-4701c22ebc69ba6322c12b22fd2

9874d1f4-N/A-N/A-20101115171849981698

| To: | Hershey Chocolate & Confectionery Corpor ETC. (lduquette@hersheys.com) |
| Subject: | U.S. TRADEMARK APPLICATION NO. 77809223 - N/A |
| Sent: | 5/28/2010 10:47:53 AM |
| Sent As: | ECOM116@USPTO.GOV |
| Attachments: | |

## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO**:     77809223

**MARK**:

# *77809223*

**CORRESPONDENT ADDRESS**:
  LOIS B. DUQUETTE
  THE HERSHEY COMPANY
  100 CRYSTAL A DR
  HERSHEY, PA 17033-9524

**RESPOND TO THIS ACTION:**
**http://www.uspto.gov/teas/eTEASpageD.htm**

**GENERAL TRADEMARK INFORMATION:**
**http://www.uspto.gov/main/trademarks.htm**

   **APPLICANT**:     Hershey Chocolate & Confectionery Corpor ETC.

   **CORRESPONDENT'S REFERENCE/DOCKET NO** :
      N/A
   **CORRESPONDENT E-MAIL ADDRESS**:
      lduquette@hersheys.com

## OFFICE ACTION

TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE ISSUE/MAILING DATE.

**ISSUE/MAILING DATE**: <span style="color:red">5/28/2010</span>

This letter responds to the applicant's correspondence dated May 3, 2010.

The applicant (1) argued against the refusal to register the mark under Section 2(e)(5) as a functional design; (2) argued against the refusal to register the mark under Trademark Act Sections 1, 2 and 45 as a non-distinctive configuration of goods; (3) proposed amending the application to seek registration under Section 2(f), acquired distinctiveness; (4) amended the description of the mark; and, (5) submitted information regarding the goods.  Nos. 4 and 5 are accepted and made part of the record.  No. 3 has raised a new issue.

The refusal to register the mark under Section 2(e)(5) as a functional design, and the refusal to register the mark under Trademark Act Sections 1, 2 and 45 as a non-distinctive configuration of goods, are maintained and continued.

NEW ISSUE – INSUFFICIENT EVIDENCE TO ESTABLISH ACQUIRED DISTINCTIVENESS

With regard to the refusal to register the mark under Trademark Act Sections 1, 2 and 45 as a non-distinctive configuration of goods, the applicant has proposed amending the application to seek registration on the Principal Register under Section 2(f), acquired distinctiveness.  The applicant has based this claim upon (1) length of use; (2) ownership of a prior registration; (3) sales and advertising; and, (4) public recognition.

In this case, the applicant has failed to meet the burden of proving that the mark has acquired distinctiveness.

119257

The burden of proving that a mark has acquired distinctiveness is on the applicant.  *Yamaha Int'l Corp. v. Yoshino Gakki Co.* , 840 F.2d 1572, 6 USPQ2d 1001, 1004 (Fed. Cir. 1988); *In re Meyer & Wenthe, Inc.*, 267 F.2d 945, 122 USPQ 372 (C.C.P.A. 1959); TMEP §1212.01.  An applicant must establish that the purchasing public has come to view the proposed mark as an indicator of origin.

Because the applicant's proposed mark is a variation of a very common feature of candy bars, namely, shaping the candy bars so that they may be broken into equal sized pieces, the allegation of five years' use and the claim of ownership of a prior registration are insufficient to show acquired distinctiveness.  *In re Kalmbach Publ'g Co.* , 14 USPQ2d 1490 (TTAB 1989); *In re Loew's Theatres, Inc.* , 769 F.2d 764, 226 USPQ 865, 869 (Fed. Cir. 1985); TMEP §§1212.04(a) & 1212.05(a).  Additional evidence is needed.

Applicant's allegations of sales and advertising expenditures do not per se establish that a term has acquired significance as a mark.  Applicant also provided some actual advertising material so that the examining attorney can determine how the term is used, the commercial impression created by such use, and the significance the term would have to prospective purchasers.  TMEP §1212.06(b); *see In re Boston Beer Co.*, 198 F.3d 1370, 53 USPQ2d 1056 (Fed. Cir. 1999); *In re Packaging Specialists, Inc.*, 221 USPQ 917, 920 (TTAB 1984).  In this case, there is little or nothing about the advertising that causes the configuration of the candy bars to create any commercial impression.

The ultimate test in determining acquisition of distinctiveness under Trademark Act Section 2(f) is not applicant's efforts, but applicant's success in educating the public to associate the claimed mark with a single source.  TMEP §1212.06(b); *see In re Packaging Specialists*, 221 USPQ at 920; *In re Redken Labs., Inc.*, 170 USPQ 526 (TTAB 1971).

Applicant's response also discusses public recognition wherein it provides, in part, " attention is directed to the article located at http://bakingbites.com/2009/01/chocolate-bar-brownie-pan, which discusses brownie pans sold by Williams Sonoma, which touts the public recognition of the shape of the pans as one that looks like applicant's configuration trademark.   The text reads, "Whether you're a fan of Hershey's chocolate bars or not, it's design is undeniably a classic confectionery icon."  This same recognition is found on the website located at http://www.chocolateysprinkles.com/2009/06/01/williams-sonoma/  with the following comment about the "chocolate bar brownie pan" that "It's like a Hershey's bar with individual brownies."  Printouts of the relevant text from these sites are attached herewith."  However, these articles were not attached to the response and, thus, this proposed evidence is not of record.

As noted above, an applicant bears the burden of proving that a mark has acquired distinctiveness.  *See Yamaha Int'l Corp. v. Hoshino Gakki Co.*, 840 F.2d 1572, 1578-79, 6 USPQ2d 1001, 1006 (Fed. Cir. 1988); *In re Meyer & Wenthe, Inc.*, 267 F.2d 945, 949, 122 USPQ 372, 374-75 (C.C.P.A. 1959); TMEP §1212.01.

Applicant can present any additional competent evidence to establish that a mark has acquired distinctiveness.  The amount and type of evidence required to establish acquired distinctiveness depends on the facts of each case and particularly on the nature of the mark sought to be registered.  *See In re Owens-Corning Fiberglas Corp.*, 774 F.2d 1116, 1125, 227 USPQ 417, 422 (Fed. Cir. 1985); TMEP §1212.01.

**TEAS PLUS APPLICANTS MUST SUBMIT DOCUMENTS ELECTRONICALLY OR SUBMIT FEE:**  Applicants who filed their application online using the reduced-fee TEAS Plus application must continue to submit certain documents online using TEAS, including responses to Office actions.  *See* 37 C.F.R. §2.23(a)(1).  For a complete list of these documents, see TMEP §819.02(b).  In addition, such applicants must accept correspondence from the Office via e-mail throughout the examination process and must maintain a valid e-mail address.  37 C.F.R. §2.23(a)(2); TMEP §§819, 819.02(a).  TEAS Plus applicants who do not meet these requirements must submit an additional fee of $50 per international class of goods and/or services.  37 C.F.R. §2.6(a)(1)(iv); TMEP §819.04.  In appropriate situations and where all issues can be resolved by amendment, responding by telephone to authorize an examiner's amendment will not incur this additional fee.


/John Dwyer/
Examining Attorney
Law Office 116
Telephone 571-272-9155
Facsimile 571-273-9116


**RESPOND TO THIS ACTION:** Applicant should file a response to this Office action online using the form at http://www.uspto.gov/teas/eTEASpageD.htm, waiting 48-72 hours if applicant received notification of the Office action via e-mail.  For *technical* assistance with the form, please e-mail TEAS@uspto.gov.  For questions about the Office action itself, please contact the assigned examining attorney.  **Do not respond to this Office action by e-mail; the USPTO does not accept e-mailed responses**.

If responding by paper mail, please include the following information: the application serial number, the mark, the filing date and the name,

title/position, telephone number and e-mail address of the person signing the response.  Please use the following address: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451.

**STATUS CHECK:** Check the status of the application at least once every six months from the initial filing date using the USPTO Trademark Applications and Registrations Retrieval (TARR) online system at http://tarr.uspto.gov.  When conducting an online status check, print and maintain a copy of the complete TARR screen.  If the status of your application has not changed for more than six months, please contact the assigned examining attorney.

| To: | Hershey Chocolate & Confectionery Corpor ETC. (lduquette@hersheys.com) |
|---|---|
| Subject: | U.S. TRADEMARK APPLICATION NO. 77809223 - N/A |
| Sent: | 5/28/2010 10:47:56 AM |
| Sent As: | ECOM116@USPTO.GOV |
| Attachments: | |

## IMPORTANT NOTICE REGARDING YOUR TRADEMARK APPLICATION

**Your trademark application (Serial No. 77809223) has been reviewed.  The examining attorney assigned by the United States Patent and Trademark Office ("USPTO")  has written a letter (an "Office action") on 5/28/2010 to which you must respond (*unless the Office letter specifically states that no response is required*).  Please follow these steps:**

**1.** **Read** the Office letter by clicking on this **link** http://tmportal.uspto.gov/external/portal/tow?DDA=Y&serial_number=77809223&doc_type=OOA&mail_date=20100528 **OR** go to **http://tmportal.uspto.gov/external/portal/tow** and enter your serial number to access the Office letter.  If you have difficulty accessing the Office letter, contact **TDR@uspto.gov**.

**PLEASE NOTE**: The Office letter may not be immediately available but will be viewable within 24 hours of this e-mail notification.

**2. Contact** the examining attorney who reviewed your application if you have any questions about the content of the Office letter (contact information appears at the end thereof).

**3. Respond** within 6 months, calculated from 5/28/2010 (*or sooner if specified in the Office letter*), using the Trademark Electronic Application System (TEAS) **Response to Office Action form**. If you have difficulty using TEAS, contact **TEAS@uspto.gov**.

## ALERT:

**Failure to file any required response by the applicable deadline will result in the ABANDONMENT (loss) of your application.**

**Do NOT hit "Reply" to this e-mail notification, or otherwise attempt to e-mail your response, as the USPTO does NOT accept e-mailed responses.**

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
(Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 77809223 | FILING DATE | 08/20/2009 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | DWYER, JOHN D | L.O. ASSIGNED | 116 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 05/04/2010 |
| PUB DATE | N/A |
| STATUS | 661-RESPONSE AFTER NON-FINAL-ACTION-ENTERED |
| STATUS DATE | 05/03/2010 |
| LITERAL MARK ELEMENT | |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | YES | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | |
| MARK DRAWING CODE | 2-AN ILLUSTRATION DRAWING WITHOUT ANY WORD(S)/LETTER(S)/NUMBER(S) |
| COLOR DRAWING FLAG | NO |

### CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
| --- | --- |
| NAME | Hershey Chocolate & Confectionery Corporation |
| ADDRESS | 4860 Robb Street, Suite 204<br>Wheat Ridge, CO 80033 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | Delaware |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 030 |
| --- | --- |
| DESCRIPTION TEXT | Candy; Chocolate |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 030 | FIRST USE DATE | 12/31/1968 | FIRST USE IN COMMERCE DATE | 12/31/1968 | CLASS STATUS | 6-ACTIVE |
| --- | --- | --- | --- | --- | --- | --- | --- |

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
| --- | --- |
| COLORS CLAIMED STATEMENT | Color is not claimed as a feature of the mark. |
| DESCRIPTION OF MARK | The mark consists of twelve (12) equally-sized recessed rectangular panels arranged in a four panel by three panel format with each panel having its own raised border within a large rectangle. |
| OWNER OF US REG NOS | 3668662 |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
| --- | --- | --- | --- | --- |
| 05/03/2010 | TEME | I | TEAS/EMAIL CORRESPONDENCE ENTERED | 010 |
| 05/03/2010 | CRFA | I | CORRESPONDENCE RECEIVED IN LAW OFFICE | 009 |
| 05/03/2010 | TROA | I | TEAS RESPONSE TO OFFICE ACTION RECEIVED | 008 |
| 11/24/2009 | GNRN | O | NOTIFICATION OF NON-FINAL ACTION E-MAILED | 007 |
| 11/24/2009 | GNRT | F | NON-FINAL ACTION E-MAILED | 006 |
| 11/24/2009 | CNRT | R | NON-FINAL ACTION WRITTEN | 005 |
| 11/17/2009 | DOCK | D | ASSIGNED TO EXAMINER | 004 |
| 08/25/2009 | MDSC | O | NOTICE OF DESIGN SEARCH CODE MAILED | 003 |
| 08/24/2009 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 08/24/2009 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | NONE |
| --- | --- |
| CORRESPONDENCE ADDRESS | LOIS B. DUQUETTE<br>THE HERSHEY COMPANY<br>100 CRYSTAL A DR<br>HERSHEY, PA 17033-9524 |
| DOMESTIC REPRESENTATIVE | NONE |

119262



119263

PTO Form 1957 (Rev 9/2005)
OMB No. 0651-0050 (Exp. 04/30/2011)

# Response to Office Action

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 77809223 |
| **LAW OFFICE ASSIGNED** | LAW OFFICE 116 |
| **MARK SECTION (no change)** | |
| **ARGUMENT(S)** | |

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of                                    :

HERSHEY CHOCOLATE & CONFECTIONERY          :          John Dwyer
CORPORATION                                                              Trademark Attorney
                                                                     :          Law Office 116
Ser. No. 77/809,223

Filing Date: August 20, 2009                         :

International Class: 30                               :

Mark: Miscellaneous Design (Recessed Rectangular Panels):

RESPONSE TO OFFICIAL ACTION

This is in response to the official action dated November 24, 2009.
NO CONFLICTING MARKS
The applicant takes note of the fact that the examining attorney's search of the Office's database of registered and pending marks found no conflicting marks that would bar registration.
DESCRIPTION OF MARK
Please amend the description of the mark to the following:
The mark is a configuration of a candy bar that consists of twelve (12) equally-sized recessed rectangular panels arranged in a four panel by three panel format with each panel having its own raised border within a large rectangle.
REMARKS
The examining attorney has refused registration on the ground that this three-dimensional product design configuration is functional for the identified goods
under Trademark Act Section 2(e)(5), 15 U.S.C. § 1052(e) (5), and on the ground that the proposed mark consists of a non-distinctive product design, and thus does not function as a mark under Trademark Act Sections 1, 2 and 45, 15 U.S.C. §§ 1051, 1052 and 1127.
Applicant disagrees with the examining attorney's conclusion and requests reconsideration. The examining attorney has not, but should, take into consideration the mark as a whole - the decorative design aspects of the mark clearly leads one to the conclusion that the mark is distinctive and nonfunctional. It has been held to be a violation of the anti-dissection rule to focus upon one feature of a mark, ignoring all other elements of the mark. *Massey Junior College, Inc. v. Fashion Institute of Technology*, 492 F.2d 1399, 181 USPQ 272 (CCPA 1981).
FUNCTIONALITY
The applicant's trademark is not functional. It is not essential to the use or purpose of the product. Its only function is to act as a source identifier. The evidence shows that applicant's specific product design provides no real utilitarian advantages to the user, but is one of many equally feasible, efficient and competitive designs. As a result, it is registrable.
Does the applied-for mark consist of a functional configuration for candy and chocolate? This determination is a question of fact, which depends upon the totality of the evidence presented in each particular case. *TrafFix Devices, Inc. v. Marketing Displays, Inc.*, 532 U.S. 23, 58 USPQ2d 1001, 1005 (2001). See also *In re Morton-Norwich Products, Inc.*, 671 F.2d 1332, 213 USPQ 9 (CCPA 1982); *In re American National Can Co.*, 41 USPQ2d 1841 (TTAB 1997); *In re Honeywell Inc.*, 8 USPQ2d 1600 (TTAB 1988); and *In re Weber-Stephen Products Co.*, 3 USPQ2d 1659 (TTAB 1987).

The factors set out in the Morton-Norwich analysis of the issue of functionality, which we will address individually, are still controlling, namely, 1) the existence of a utility patent that discloses the utilitarian advantages of the design sought to be registered; 2) any advertising by the applicant that touts the utilitarian advantages of the design; 3) facts pertaining to the availability of alternative designs; and 4) facts pertaining to whether the design results from a comparatively simple or inexpensive method of manufacture.

1) THE EXISTENCE OF A UTILITY OR DESIGN PATENT

Applicant does not own a utility or design patent or patent application, including expired patent and abandoned patent applications for the applied-for-mark. Under this Morton-Norwich factor, the applied-for-mark is not functional.

2) ADVERTISING BY APPLICANT THAT TOUTS ANY UTILITARIAN ADVANTAGES OF THE DESIGN

Applicant does not and has not distributed any advertising materials that promote the applied-for-mark as having any utilitarian advantages over any other configuration design. Applicant's mark is used solely as a source indicator and does not have any utilitarian purpose that shows its product has a particular shape because it works better in that shape. For that matter, Applicant produces and sells candy and chocolates in many different and well known shapes such as its famous HERSHEY'S KISSES candies and its REESE'S candies. There is nothing in the record to support a refusal of applicant's design under this Morton-Norwich factor.

3) AVAILABILITY OF ALTERNATIVE DESIGNS

The third factor of the Morton-Norwich test considers the availability to competitors of feasible alternative designs - i.e., whether the product design configuration is superior to other designs. When confronted with a novel configuration trademark, the decision-maker is compelled to focus upon whether exclusive use of this claimed feature "would put competitors at a significant non-reputation based disadvantage. *Qualitex Co. v. Jacobson Prods. Co.* 514 U.S. 159, 165, 34 uspq2d 1161, 1164 (1995). There is nothing in the record to support a refusal of applicant's design under this Morton-Norwich factor.

In fact, the research conducted by the examining attorney and the evidence that he uncovered clearly points to the conclusion that applicant's configuration is unique and stands apart from the numerous examples of shapes and sizes that are available to its competitors. None of the competitor examples identified by the examining attorney embodies the same features or combination of features as applicant's configuration. The "Ritter Sport Milk Chocolate with Whole Hazelnuts" comes in a square shaped, molded milk chocolate bar with 16 small square segments - each embossed with the Ritter Sport logo. "Starz Nougat Praline" is a solid molded bar with six segments. Dagoba Organic Chocolate is a 10-segment molded chocolate bar. Kingsbury Chocolates Nib is a 28 segment molded bar. None of these configurations are similar to the applicant's distinctive configuration, which consists of a specific design of twelve raised segments oriented in a 3x4 rectangular grid in a particular, with each segment's dimensions of similar proportions to the proportions of the overall rectangular grid. To the contrary, these examples and numerous other chocolate bars are offered with (1) different overall shapes; (2) a different number of segments; (3) a different layout of segments (*i.e.* 4x4, 2x3, etc.); (4) segments and/or bar shapes of different proportions; and/or (5) no segments at all. Moreover, the lack of any similar competing designs in the record suggests that the applied-for design is not functional.

Candy and chocolates come in numerous shapes (squares, circles, cones, rectangles, triangles). The possibilities are endless. These shapes come with any number of fanciful markings and indentations. As a matter of fact, candies and chocolates can be eaten in any size bite. It all depends on the person lucky enough to be eating them.

After analyzing the Morton-Norwich factors, it is clear that applicant's configuration product design mark is not functional.

ACQUIRED DISTINCTIVENESS - SECTION 2(f)

Applicant has requested amendment of this application to Section 2(f) on the Principal Register. Applicant's mark has acquired distinctiveness as a source indicator for the applicant's goods in commerce. Applicant's three-dimensional mark comprises a distinctive product design. A term (or design) may, through usage by one producer with reference to his product, acquire a special significance so that to the consuming public the term has come to mean that that particular manufacturer produces the product. 1 Nims, Unfair Competition and Trademarks at §37 (1947). The primary significance of the distinctive product design in the minds of the consuming public is the fact that the applicant is the source of the product.

The ultimate test in determining whether a designation has acquired distinctiveness is applicant's success, rather than its efforts, in educating the public to associate the proposed mark with a single source. Public association of a trademark with a certain source and quality of goods is most often achieved through the dual channels of actual sales and advertising. The applicant has spent a considerable amount on nationwide advertising, which has resulted in a considerable volume of sales to its consumers. This extensive advertising has resulted in creating secondary meaning in, not only its buyers' minds, but in the mind of the general public. Because the applicant has featured its distinctive mark as an important trademark in its advertising, it is a logical inference that buyers and viewers of the advertising have come to associate the trademark with applicant. In re Data Packaging Corp., 453 F.2d 1300, 172 USPQ 396 (CCPA 1972).

In order to meet its prima facie burden on the non-distinctiveness refusal, the U.S. Patent and Trademark Office must, at a minimum, set forth a "reasonable predicate" for its position of non-distinctiveness. *In re Pacer Technology,* 338 F.3d 1348, 67 USPQ2D 1629, 1632 (Fed. Cir. 2003). The Trademark Examining Attorney has not met this burden. There is no evidence that any third parties are using similarly-shaped configurations. There are significant differences between each of the examples made of record by the examining attorney with applicant's distinctive product design.

In support of the applicant's claim of acquired distinctiveness, you will find the attached Declaration by Lois B. Duquette, who offers the following evidence:

1) the applied-for design has been in use by Hershey since 1968;
2) sales of products identified by this distinct trademark have exceeded four billion dollars in the past twelve years; and
3) applicant's licensee has spent in excess of 186 million dollars in advertising materials in the past twenty-four years, which may be found in national publications and over the television airwaves, which promote the applicant's distinctive product configuration.

To establish secondary meaning, an applicant must show that, in the minds of the public, the primary significance of a product feature or term is to identify the source of the product rather than the product itself." Inwood Laboratories, Inc. v. Ives Laboratories, Inc., 456 U.S. 844, 851 N.

11, 214 USPQ 1, 4 n. 11 (1982). The issue is whether acquired distinctiveness of the mark in relation to the goods or services has in fact been established in the minds of the purchasing public. In re Reden Laboratories, Inc., 170 USPQ 526(TTAB 1971); In re Fleet-Wing Corp., 122 USPQ 335 (TTAB 1959). The public at large, not only applicant's customers, recognize that applicant is the sole source for obtaining products with this distinctive trademark. To this end, attention is directed to the article located at http://bakingbites.com/2009/01/chocolate-bar-brownie-pan, which discusses brownie pans sold by Williams Sonoma, which touts the public recognition of the shape of the pans as one that looks like applicant's configuration trademark. The text reads, "Whether you're a fan of Hershey's chocolate bars or not, it's design is undeniably a classic confectionary icon." This same recognition is found on the website located at http://www.chocolateysprinkles.com/2009/06/01/williams-sonoma/ with the following comment about the "chocolate bar brownie pan" that "It's like a Hershey's bar with individual brownies." Printouts of the relevant text from these sites are attached herewith. It is noted that applicant's famous HERSHEY'S trademark does not appear on the pans; rather, applicant's distinctive product design configuration alone leads consumers to recognize applicant's famous chocolate bar design.

The applicant has established by this substantial evidence that the subject trademark has acquired distinctiveness as an indicator of source. Because the applicant has provided sufficient evidence to support its claim of acquired distinctiveness to successfully amend this application to Section 2(f), the configuration and functionality refusals should be withdrawn.

CONCLUSION

Applicant respectfully requests acceptance of the amendment of this application to Section 2(f) of the Principal Register, withdrawal of the functionality refusal, and approval for publication as soon as possible.

## EVIDENCE SECTION

| | |
|---|---|
| **EVIDENCE FILE NAME(S)** | |
| **ORIGINAL PDF FILE** | evi_168133237-143518912_._Affadavit_LBD_Misc._Design_Recessed_Rectangular_Panels.pdf |
| **CONVERTED PDF FILE(S)** **(18 pages)** | \\TICRS\EXPORT10\IMAGEOUT10\778\092\77809223\xml1\ROA0002.JPG |
| | \\TICRS\EXPORT10\IMAGEOUT10\778\092\77809223\xml1\ROA0003.JPG |
| | \\TICRS\EXPORT10\IMAGEOUT10\778\092\77809223\xml1\ROA0004.JPG |
| | \\TICRS\EXPORT10\IMAGEOUT10\778\092\77809223\xml1\ROA0005.JPG |
| | \\TICRS\EXPORT10\IMAGEOUT10\778\092\77809223\xml1\ROA0006.JPG |
| | \\TICRS\EXPORT10\IMAGEOUT10\778\092\77809223\xml1\ROA0007.JPG |
| | \\TICRS\EXPORT10\IMAGEOUT10\778\092\77809223\xml1\ROA0008.JPG |
| | \\TICRS\EXPORT10\IMAGEOUT10\778\092\77809223\xml1\ROA0009.JPG |
| | \\TICRS\EXPORT10\IMAGEOUT10\778\092\77809223\xml1\ROA0010.JPG |
| | \\TICRS\EXPORT10\IMAGEOUT10\778\092\77809223\xml1\ROA0011.JPG |
| | \\TICRS\EXPORT10\IMAGEOUT10\778\092\77809223\xml1\ROA0012.JPG |
| | \\TICRS\EXPORT10\IMAGEOUT10\778\092\77809223\xml1\ROA0013.JPG |
| | \\TICRS\EXPORT10\IMAGEOUT10\778\092\77809223\xml1\ROA0014.JPG |
| | \\TICRS\EXPORT10\IMAGEOUT10\778\092\77809223\xml1\ROA0015.JPG |
| | \\TICRS\EXPORT10\IMAGEOUT10\778\092\77809223\xml1\ROA0016.JPG |
| | \\TICRS\EXPORT10\IMAGEOUT10\778\092\77809223\xml1\ROA0017.JPG |
| | \\TICRS\EXPORT10\IMAGEOUT10\778\092\77809223\xml1\ROA0018.JPG |
| | \\TICRS\EXPORT10\IMAGEOUT10\778\092\77809223\xml1\ROA0019.JPG |
| **DESCRIPTION OF EVIDENCE FILE** | Affidavit of Lois B. Duquette with exhibits story boards showing promotion of design and third party chocolate bar configurations |

## ADDITIONAL STATEMENTS SECTION

| SECTION 2(f) BASED ON EVIDENCE | The mark has become distinctive of the goods/services, as demonstrated by the attached evidence. |
|---|---|
| **2(f) EVIDENCE FILE NAME(S)** | |
| ORIGINAL PDF FILE | e2f-168133237-143518912_._Affadavit_LBD_Misc._Design_Recessed_Rectangular_Panels.pdf |
| CONVERTED PDF FILE(S) (18 pages) | \\TICRS\EXPORT10\IMAGEOUT10\778\092\77809223\xml1\ROA0020.JPG |
| | \\TICRS\EXPORT10\IMAGEOUT10\778\092\77809223\xml1\ROA0021.JPG |
| | \\TICRS\EXPORT10\IMAGEOUT10\778\092\77809223\xml1\ROA0022.JPG |
| | \\TICRS\EXPORT10\IMAGEOUT10\778\092\77809223\xml1\ROA0023.JPG |
| | \\TICRS\EXPORT10\IMAGEOUT10\778\092\77809223\xml1\ROA0024.JPG |
| | \\TICRS\EXPORT10\IMAGEOUT10\778\092\77809223\xml1\ROA0025.JPG |
| | \\TICRS\EXPORT10\IMAGEOUT10\778\092\77809223\xml1\ROA0026.JPG |
| | \\TICRS\EXPORT10\IMAGEOUT10\778\092\77809223\xml1\ROA0027.JPG |
| | \\TICRS\EXPORT10\IMAGEOUT10\778\092\77809223\xml1\ROA0028.JPG |
| | \\TICRS\EXPORT10\IMAGEOUT10\778\092\77809223\xml1\ROA0029.JPG |
| | \\TICRS\EXPORT10\IMAGEOUT10\778\092\77809223\xml1\ROA0030.JPG |
| | \\TICRS\EXPORT10\IMAGEOUT10\778\092\77809223\xml1\ROA0031.JPG |
| | \\TICRS\EXPORT10\IMAGEOUT10\778\092\77809223\xml1\ROA0032.JPG |
| | \\TICRS\EXPORT10\IMAGEOUT10\778\092\77809223\xml1\ROA0033.JPG |
| | \\TICRS\EXPORT10\IMAGEOUT10\778\092\77809223\xml1\ROA0034.JPG |
| | \\TICRS\EXPORT10\IMAGEOUT10\778\092\77809223\xml1\ROA0035.JPG |
| | \\TICRS\EXPORT10\IMAGEOUT10\778\092\77809223\xml1\ROA0036.JPG |
| | \\TICRS\EXPORT10\IMAGEOUT10\778\092\77809223\xml1\ROA0037.JPG |
| SECTION 2(f) | The mark has become distinctive of the goods/services through the applicant's substantially exclusive and continuous use in commerce for at least the five years immediately before the date of this statement. |

## SIGNATURE SECTION

| DECLARATION SIGNATURE | /Lois B. Duquette/ |
|---|---|
| SIGNATORY'S NAME | Lois B. Duquette |
| SIGNATORY'S POSITION | Assistant Secretary, Attorney of record, PA State bar member |
| DATE SIGNED | 05/03/2010 |
| RESPONSE SIGNATURE | /Lois B. Duquette/ |
| SIGNATORY'S NAME | Lois B. Duquette |
| SIGNATORY'S POSITION | Assistant Secretary, Attorney of Record, PA state bar member |
| DATE SIGNED | 05/03/2010 |
| AUTHORIZED SIGNATORY | YES |

## FILING INFORMATION SECTION

| SUBMIT DATE | Mon May 03 14:54:56 EDT 2010 |
|---|---|
| | USPTO/ROA-XXX.XXX.X.XX-20 |

| | |
|---|---|
| **TEAS STAMP** | 100503145456993827-778092 23-460bd969e2e28023498afb 65d08546e934-N/A-N/A-2010 0503143518912460 |

PTO Form 1957 (Rev 9/2005)
OMB No. 0651-0050 (Exp. 04/30/2011)

## Response to Office Action

## To the Commissioner for Trademarks:

Application serial no. **77809223** has been amended as follows:

**ARGUMENT(S)**
**In response to the substantive refusal(s), please note the following:**

<u>IN THE UNITED STATES PATENT AND TRADEMARK OFFICE</u>

In re application of                                                :

HERSHEY CHOCOLATE & CONFECTIONERY          :        John Dwyer
CORPORATION                                                     Trademark Attorney
                                                                        :        Law Office 116
Ser. No. 77/809,223

Filing Date: August 20, 2009                                  :

International Class: 30                                           :

Mark: Miscellaneous Design (Recessed Rectangular Panels):

<u>RESPONSE TO OFFICIAL ACTION</u>

        This is in response to the official action dated November 24, 2009.
<u>NO CONFLICTING MARKS</u>
        The applicant takes note of the fact that the examining attorney's search of the Office's database of registered and pending marks found no conflicting marks that would bar registration.
<u>DESCRIPTION OF MARK</u>
        Please amend the description of the mark to the following:
        The mark is a configuration of a candy bar that consists of twelve (12) equally-sized recessed rectangular panels arranged in a four panel by three panel format with each panel having its own raised border within a large rectangle.
<u>REMARKS</u>
        The examining attorney has refused registration on the ground that this three-dimensional product design configuration is functional for the identified goods
under Trademark Act Section 2(e)(5), 15 U.S.C. § 1052(e) (5), and on the ground that the proposed mark consists of a non-distinctive product design, and thus does not function as a mark under Trademark Act Sections 1, 2 and 45, 15 U.S.C. §§ 1051, 1052 and 1127.
        Applicant disagrees with the examining attorney's conclusion and requests reconsideration. The examining attorney has not, but should, take into consideration the mark as a whole - the decorative design aspects of the mark clearly leads one to the conclusion that the mark is distinctive and nonfunctional. It has been held to be a violation of the anti-dissection rule to focus upon one feature of a mark, ignoring all other elements of the mark. *Massey Junior College, Inc. v. Fashion Institute of Technology*, 492 F.2d 1399, 181 USPQ 272 (CCPA 1981).
<u>FUNCTIONALITY</u>
        The applicant's trademark is not functional. It is not essential to the use or purpose of the product. Its only function is to act as a source identifier. The evidence shows that applicant's specific product design provides no real utilitarian advantages to the user, but is one of many equally feasible, efficient and competitive designs. As a result, it is registrable.
        Does the applied-for mark consist of a functional configuration for candy and chocolate? This determination is a question of fact, which depends upon the totality of the evidence presented in each particular case. *TrafFix Devices, Inc. v. Marketing Displays, Inc.*, 532 U.S. 23, 58 USPQ2d 1001, 1005 (2001). See also *In re Morton-Norwich Products, Inc.*, 671 F.2d 1332, 213 USPQ 9 (CCPA 1982); *In re American National*

*Can Co.*, 41 USPQ2d 1841 (TTAB 1997); *In re Honeywell Inc.*, 8 USPQ2d 1600 (TTAB 1988); and *In re Weber-Stephen Products Co.*, 3 USPQ2d 1659 (TTAB 1987).

The factors set out in the Morton-Norwich analysis of the issue of functionality, which we will address individually, are still controlling, namely, 1) the existence of a utility patent that discloses the utilitarian advantages of the design sought to be registered; 2) any advertising by the applicant that touts the utilitarian advantages of the design; 3) facts pertaining to the availability of alternative designs; and 4) facts pertaining to whether the design results from a comparatively simple and inexpensive method of manufacture.

  1)  THE EXISTENCE OF A UTILITY OR DESIGN PATENT

Applicant does not own a utility or design patent or patent application, including expired patent and abandoned patent applications for the applied-for-mark.  Under this Morton-Norwich factor, the applied-for-mark is not functional.

  2)  ADVERTISING BY APPLICANT THAT TOUTS ANY UTILITARIAN ADVANTAGES OF THE DESIGN

Applicant does not and has not distributed any advertising materials that promote the applied-for-mark as having any utilitarian advantages over any other configuration design.  Applicant's mark is used solely as a source indicator and does not have any utilitarian purpose that shows its product has a particular shape because it works better in that shape.  For that matter, Applicant produces and sells candy and chocolates in many different and well known shapes such as its famous HERSHEY'S KISSES candies and its REESE'S candies. There is nothing in the record to support a refusal of applicant's design under this Morton-Norwich factor.

  3)  AVAILABILITY OF ALTERNATIVE DESIGNS

The third factor of the Morton-Norwich test considers the availability to competitors of feasible alternative designs - i.e., whether the product design configuration is superior to other designs.  When confronted with a novel configuration trademark, the decision-maker is compelled to focus upon whether exclusive use of this claimed feature "would put competitors at a significant non-reputation based disadvantage. *Qualitex Co. v. Jacobson Prods. Co.* 514 U.S. 159, 165, 34 uspq2d 1161, 1164 (1995).  There is nothing in the record to support a refusal of applicant's design under this Morton-Norwich factor.

In fact, the research conducted by the examining attorney and the evidence that he uncovered clearly points to the conclusion that applicant's configuration is unique and stands apart from the numerous examples of shapes and sizes that are available to its competitors.  None of the competitor examples identified by the examining attorney embodies the same features or combination of features as applicant's configuration.  The "Ritter Sport Milk Chocolate with Whole Hazelnuts" comes in a square shaped, molded milk chocolate bar with 16 small square segments - each embossed with the Ritter Sport logo.  "Starz Nougat Praline" is a solid molded bar with six segments.  Dagoba Organic Chocolate is a 10-segment molded chocolate bar.  Kingsbury Chocolates Nib is a 28 segment molded bar.  None of these configurations are similar to the applicant's distinctive configuration, which consists of a specific design of twelve raised segments oriented in a 3x4 rectangular grid in a particular, with each segment's dimensions of similar proportions to the proportions of the overall rectangular grid.  To the contrary, these examples and numerous other chocolate bars are offered with (1) different overall shapes; (2) a different number of segments; (3) a different layout of segments (*i.e.* 4x4, 2x3, etc.); (4) segments and/or bar shapes of different proportions; and/or (5) no segments at all.  Moreover, the lack of any similar competing designs in the record suggests that the applied-for design is not functional.

Candy and chocolates come in numerous shapes (squares, circles, cones, rectangles, triangles).  The possibilities are endless.  These shapes come with any number of fanciful markings and indentations.  As a matter of fact, candies and chocolates can be eaten in any size bite.  It all depends on the person lucky enough to be eating them.

After analyzing the Morton-Norwich factors, it is clear that applicant's configuration product design mark is not functional.

ACQUIRED DISTINCTIVENESS - SECTION 2(f)

Applicant has requested amendment of this application to Section 2(f) on the Principal Register.  Applicant's mark has acquired distinctiveness as a source indicator for the applicant's goods in commerce.  Applicant's three-dimensional mark comprises a distinctive product design.

A term (or design) may, through usage by one producer with reference to his product, acquire a special significance so that to the consuming public the term has come to mean that that particular manufacturer produces the product. 1 Nims, Unfair Competition and Trademarks at §37 (1947).  The primary significance of the distinctive product design in the minds of the consuming public is the fact that the applicant is the source of the product.

The ultimate test in determining whether a designation has acquired distinctiveness is applicant's success, rather than its efforts, in educating the public to associate the proposed mark with a single source. Public association of a trademark with a certain source and quality of goods is most often achieved through the dual channels of actual sales and advertising.  The applicant has spent a considerable amount on nationwide advertising, which has resulted in a considerable volume of sales to its consumers.  This extensive advertising has resulted in creating secondary meaning in, not only its buyers' minds, but in the mind of the general public. Because the applicant has featured its distinctive mark as an important trademark in its advertising, it is a logical inference that buyers and viewers of the advertising have come to associate the trademark with applicant. In re Data Packaging Corp., 453 F.2d 1300, 172 USPQ 396 (CCPA 1972).

In order to meet its prima facie burden on the non-distinctiveness refusal, the U.S. Patent and Trademark Office must, at a minimum, set forth a "reasonable predicate" for its position of non-distinctiveness. *In re Pacer Technology*, 338 F.3d 1348, 67 USPQ2D 1629, 1632 (Fed. Cir. 2003).  The Trademark Examining Attorney has not met this burden. There is no evidence that any third parties are using similarly-shaped configurations.  There are significant differences between each of the examples made of record by the examining attorney with applicant's distinctive product design.

In support of the applicant's claim of acquired distinctiveness, you will find the attached Declaration by Lois B. Duquette, who offers the following evidence:

  1)  the applied-for design has been in use by Hershey since 1968;
  2)  sales of products identified by this distinct trademark have exceeded four billion dollars in the past twelve years; and
  3)  applicant's licensee has spent in excess of 186 million dollars in advertising  materials in the past twenty-four years, which may be found in national publications and over the television airwaves, which promote the applicant's distinctive product configuration.

To establish secondary meaning, an applicant must show that, in the minds of the public, the primary significance of a product feature or term is to identify the source of the product rather than the product itself." Inwood Laboratories, Inc. v. Ives Laboratories, Inc., 456 U.S. 844, 851 N. 11, 214 USPQ 1, 4 n. 11 (1982).  The issue is whether acquired distinctiveness of the mark in relation to the goods or services has in fact been established in the minds of the purchasing public. In re Reden Laboratories, Inc., 170 USPQ 526(TTAB 1971); In re Fleet-Wing Corp., 122 USPQ 335 (TTAB 1959). The public at large, not only applicant's customers, recognize that applicant is the sole source for obtaining products with this distinctive trademark.  To this end, attention is directed to the article located at http://bakingbites.com/2009/01/chocolate-bar-brownie-pan, which discusses brownie pans sold by Williams Sonoma, which touts the public recognition of the shape of the pans as one that looks like applicant's configuration trademark.   The text reads, "Whether you're a fan of Hershey's chocolate bars or not, it's design is undeniably a classic confectionery icon."  This same recognition is found on the website located at http://www.chocolateysprinkles.com/2009/06/01/williams-sonoma/  with the following comment about the "chocolate bar brownie pan" that "It's like a Hershey's bar with individual brownies."  Printouts of the relevant text from these sites are attached herewith.  It is noted that applicant's famous HERSHEY'S trademark does not appear on the pans; rather, applicant's distinctive product design configuration alone leads consumers to recognize applicant's famous chocolate bar design. The applicant has established by this substantial evidence that the subject trademark has acquired distinctiveness as an indicator of source. Because the applicant has provided sufficient evidence to support its claim of acquired distinctiveness to successfully amend this application to Section 2(f), the configuration and functionality refusals should be withdrawn.

<u>CONCLUSION</u>

Applicant respectfully requests acceptance of the amendment of this application to Section 2(f) of the Principal Register, withdrawal of the functionality refusal, and approval for publication as soon as possible.

**EVIDENCE**
Evidence in the nature of Affidavit of Lois B. Duquette with exhibits story boards showing promotion of design and third party chocolate bar configurations has been attached.
**Original PDF file:**
evi_168133237-143518912_._Affadavit_LBD_Misc._Design_Recessed_Rectangular_Panels.pdf
**Converted PDF file(s)** (18 pages)
Evidence-1
Evidence-2
Evidence-3
Evidence-4
Evidence-5
Evidence-6
Evidence-7
Evidence-8
Evidence-9
Evidence-10
Evidence-11
Evidence-12
Evidence-13
Evidence-14
Evidence-15
Evidence-16
Evidence-17
Evidence-18

**ADDITIONAL STATEMENTS**
**Section 2(f), based on Evidence**
The mark has become distinctive of the goods/services, as demonstrated by the attached evidence.
**Original PDF file:**
e2f-168133237-143518912_._Affadavit_LBD_Misc._Design_Recessed_Rectangular_Panels.pdf
**Converted PDF file(s)** (18 pages)
2(f) evidence-1
2(f) evidence-2
2(f) evidence-3
2(f) evidence-4
2(f) evidence-5

2(f) evidence-6
2(f) evidence-7
2(f) evidence-8
2(f) evidence-9
2(f) evidence-10
2(f) evidence-11
2(f) evidence-12
2(f) evidence-13
2(f) evidence-14
2(f) evidence-15
2(f) evidence-16
2(f) evidence-17
2(f) evidence-18

**Section 2(f), based on Use**
The mark has become distinctive of the goods/services through the applicant's substantially exclusive and continuous use in commerce for at least the five years immediately before the date of this statement.

**SIGNATURE(S)**
**Declaration Signature**
If the applicant is seeking registration under Section 1(b) and/or Section 44 of the Trademark Act, the applicant has had a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services as of the filing date of the application. 37 C.F.R. Secs. 2.34(a)(2)(i); 2.34 (a)(3)(i); and 2.34(a)(4)(ii); and/or the applicant has had a bona fide intention to exercise legitimate control over the use of the mark in commerce by its members. 37 C.F. R. Sec. 2.44. If the applicant is seeking registration under Section 1(a) of the Trademark Act, the mark was in use in commerce on or in connection with the goods and/or services listed in the application as of the application filing date or as of the date of any submitted allegation of use. 37 C.F.R. Secs. 2.34(a)(1)(i); and/or the applicant has exercised legitimate control over the use of the mark in commerce by its members. 37 C.F.R. Sec. 244. The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section1001, and that such willful false statements may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; that if the original application was submitted unsigned, that all statements in the original application and this submission made of the declaration signer's knowledge are true; and all statements in the original application and this submission made on information and belief are believed to be true.

Signature: /Lois B. Duquette/     Date: 05/03/2010
Signatory's Name: Lois B. Duquette
Signatory's Position: Assistant Secretary, Attorney of record, PA State bar member

**Response Signature**
Signature: /Lois B. Duquette/     Date: 05/03/2010
Signatory's Name: Lois B. Duquette
Signatory's Position: Assistant Secretary, Attorney of Record, PA state bar member

The signatory has confirmed that he/she is an attorney who is a member in good standing of the bar of the highest court of a U.S. state, which includes the District of Columbia, Puerto Rico, and other federal territories and possessions; and he/she is currently the applicant's attorney or an associate thereof; and to the best of his/her knowledge, if prior to his/her appointment another U.S. attorney or a Canadian attorney/agent not currently associated with his/her company/firm previously represented the applicant in this matter: (1) the applicant has filed or is concurrently filing a signed revocation of or substitute power of attorney with the USPTO; (2) the USPTO has granted the request of the prior representative to withdraw; (3) the applicant has filed a power of attorney appointing him/her in this matter; or (4) the applicant's appointed U.S. attorney or Canadian attorney/agent has filed a power of attorney appointing him/her as an associate attorney in this matter.

Serial Number: 77809223
Internet Transmission Date: Mon May 03 14:54:56 EDT 2010
TEAS Stamp: USPTO/ROA-XXX.XXX.X.XX-20100503145456993
827-77809223-460bd969e2e28023498afb65d08
546e934-N/A-N/A-20100503143518912460

119272

<u>IN THE UNITED STATES PATENT AND TRADEMARK OFFICE</u>

| | | |
|---|---|---|
| In re application of | : | |
| HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION | : | |
| Ser. No. 77/809,223 | : | John Dwyer |
| | | Trademark Attorney |
| Filing Date: August 20, 2009 | : | Law Office 116 |
| International Class: 30 | : | |

Mark: Miscellaneous Design (Recessed Rectangular Panels)

<u>DECLARATION OF ACQUIRED DISTINCTIVENESS</u>

Lois B. Duquette declares:

(a)  that she is Assistant Secretary of applicant corporation and is authorized to

execute this Declaration on behalf of said corporation, and

(b)  that applicant's predecessor in interest commenced use of its product design

trademark in connection with its candy and chocolate at least as early as

December 31, 1968, and that such use has been continuous since that time,

and

(c)  that applicant is not aware that its product design trademark has been used by

any other entity in connection with candy or chocolates, and

(d) that sales under license of products identified by this trademark are substantial and sales have reached over four billion dollars in the last twelve years, and

(e) that applicant's licensee's advertising costs in connection with this product are substantial and the costs have exceeded 186 million dollars over the last twenty four years, and

(f) that the applicant has acquired a great deal of good will in this product design trademark through the use of its trademark in association with its products, and

(g) that promotional pieces depicting the product design trademark have appeared as inserts in numerous national publications, and

(h) that examples of the story board for commercials showing applicant's distinctive product design have appeared on national television are attached as Exhibits 1, 2 and 3, and

(i) that pictures of milk chocolate bars molded into a variety of configurations are attached as Exhibit 4;

(j) that applicant is aware of and has taken steps to stop others that have, without permission, offered non-candy products, such as baking pans, that are in the distinctive shape of the HERSHEY'S chocolate bar, and

(k) that all statements made on his/her own knowledge are true and that all statements made on information and belief are believed to be true and, further, these statements are made with knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false

2

119274

statements may jeopardize the validity of the application or any registration resulting therefrom.

The Hershey Chocolate and Confectionery Corporation

Date: _5/3/10_                    By: _Lois B. Duquette_

LOIS B. DUQUETTE
Assistant Secretary

3

119275

Exhibit 1



2 East 48th Street, New York 10017

Client:          HERSHEY CORPORATION
Product:        MR. GOODBAR
Title:            "PEANUTS & CHOCOLATE"
Comm'l No.:  XHKG1013 (:30C)



TEEN-AGE VOICE: This is a big fat crunchy Mr. Goodbar peanut.



When you take dozens of them and surround them with chocolate,



you've got to make sure . . .



the chocolate taste doesn't get lost in the peanut taste.



They make sure — with Mr. Goodbar.



They use a special chocolate — Hershey's chocolate . . .



to go with all those peanuts.



And you know how chocolatey that is.



Big fat crunchy peanuts.



Chocolatey Hershey's chocolate.



So with Mr. Goodbar . . .



the chocolate taste doesn't get lost in the peanut taste. Mmmmmm.

Exhibit 2

# Ogilvy & Mather

2 East 48th Street, New York 10017

Client: HERSHEY CORPORATION
Product: MILK CHOCOLATE
Title: "ANIMATED FACES"
Commercial No.: OM27-0113-60C



MUSIC: INTRO
SINGER: There's nothing like the face...



of a kid eating a Hershey bar.



There's nothing like it you'll ever see.



A face as happy as it can be.



There's nothing like the face of a kid...



When he's munchin' on the greatest taste around.



Hershey—the great American chocolate bar.
ANNCR (VO): The Hershey bar.



It's got something no other chocolate bar has.



Hershey's chocolate.



Pure milk chocolate.



That's why no other chocolate bar tastes...



quite like a Hershey bar. Hershey—



The Great American Chocolate Bar.



SINGER: There's nothing like the face of a kid...



When he's munchin' on the greatest taste around.



Hershey—the Great American Chocolate Bar.



119277

Exhibit 3

# Ogilvy & Mather

2 East 48th Street, New York 10017

Client:      HERSHEY CORPORATION
Product:    MR. GOODBAR
Title:        "MAGICIAN"
Comm'l No.: XHKG5033 (:30C)



(SILENT)



SFX: (MUSIC IN — UNDER & THROUGHOUT)
SINGER: (VO): Oh, Mr. Goodbar. Your chocolate taste . . .



doesn't get lost in the peanut taste.



Because you're packed with peanuts.



And Hershey's chocolate.



Lots of peanuts.



And Hershey's chocolate.



Munchy peanuts.



And Hershey's chocolate.



Crunchy peanuts.

And Hershey's chocolate.

Mr. Goodbar,



your chocolate taste doesn't get lost . . .



in the peanut taste.

Exhibit 4











119283





119285







119288



119289



119290

<u>IN THE UNITED STATES PATENT AND TRADEMARK OFFICE</u>

| | |
|---|---|
| In re application of | : |
| HERSHEY CHOCOLATE & CONFECTIONERY CORPORATION | : |
| Ser. No. 77/809,223 | :    John Dwyer |
| | Trademark Attorney |
| Filing Date: August 20, 2009 | :    Law Office 116 |
| International Class: 30 | : |

Mark: Miscellaneous Design (Recessed Rectangular Panels)

<u>DECLARATION OF ACQUIRED DISTINCTIVENESS</u>

Lois B. Duquette declares:

(a) that she is Assistant Secretary of applicant corporation and is authorized to

execute this Declaration on behalf of said corporation, and

(b) that applicant's predecessor in interest commenced use of its product design

trademark in connection with its candy and chocolate at least as early as

December 31, 1968, and that such use has been continuous since that time,

and

(c) that applicant is not aware that its product design trademark has been used by

any other entity in connection with candy or chocolates, and

(d) that sales under license of products identified by this trademark are substantial and sales have reached over four billion dollars in the last twelve years, and

(e) that applicant's licensee's advertising costs in connection with this product are substantial and the costs have exceeded 186 million dollars over the last twenty four years, and

(f) that the applicant has acquired a great deal of good will in this product design trademark through the use of its trademark in association with its products, and

(g) that promotional pieces depicting the product design trademark have appeared as inserts in numerous national publications, and

(h) that examples of the story board for commercials showing applicant's distinctive product design have appeared on national television are attached as Exhibits 1, 2 and 3, and

(i) that pictures of milk chocolate bars molded into a variety of configurations are attached as Exhibit 4;

(j) that applicant is aware of and has taken steps to stop others that have, without permission, offered non-candy products, such as baking pans, that are in the distinctive shape of the HERSHEY'S chocolate bar, and

(k) that all statements made on his/her own knowledge are true and that all statements made on information and belief are believed to be true and, further, these statements are made with knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false

2

119292

statements may jeopardize the validity of the application or any registration resulting therefrom.

The Hershey Chocolate and Confectionery Corporation

Date: _5/3/10_                    By: _Lois B. Duquette_

LOIS B. DUQUETTE
Assistant Secretary

3

119293

Exhibit 1



2 East 48th Street, New York 10017

Client:      HERSHEY CORPORATION
Product:    MR. GOODBAR
Title:         "PEANUTS & CHOCOLATE"
Comm'l No.: XHKG1013 (:30C)



TEEN-AGE VOICE: This is a big fat crunchy Mr. Goodbar peanut.



When you take dozens of them and surround them with chocolate,



you've got to make sure . . .



the chocolate taste doesn't get lost in the peanut taste.



They make sure — with Mr. Goodbar.



They use a special chocolate — Hershey's chocolate . . .



to go with all those peanuts.



And you know how chocolatey that is.



Big fat crunchy peanuts.



Chocolatey Hershey's chocolate.



So with Mr. Goodbar . . .



the chocolate taste doesn't get lost in the peanut taste. Mmmmmm.

119294

Exhibit 2

# Ogilvy & Mather

2 East 48th Street, New York 10017

Client: HERSHEY CORPORATION
Product: MILK CHOCOLATE
Title: "ANIMATED FACES"
Commercial No.: OM27-0113-60C



MUSIC: INTRO
SINGER: There's nothing like
the face...



of a kid eating a Hershey bar.



There's nothing like it you'll
ever see.



A face as happy as it can be.



There's nothing like the face
of a kid...



When he's munchin' on the great-
est taste around.



Hershey—the great American
chocolate bar.
ANNCR (VO): The Hershey bar.



It's got something no other
chocolate bar has.



Hershey's chocolate.



Pure milk chocolate.



That's why no other chocolate
bar tastes...



quite like a Hershey bar.
Hershey—



The Great American Chocolate
Bar.



SINGER: There's nothing like
the face of a kid...



When he's munchin' on the great-
est taste around.



Hershey—the Great American
Chocolate Bar.

119295

Exhibit 3

# Ogilvy & Mather
2 East 48th Street, New York 10017

Client:    HERSHEY CORPORATION
Product:   MR. GOODBAR
Title:     "MAGICIAN"
Comm'l No.: XHKG5033 (:30C)


(SILENT)


SFX: (MUSIC IN — UNDER & THROUGHOUT)
SINGER: (VO): Oh, Mr. Goodbar. Your chocolate taste . . .


doesn't get lost in the peanut taste.


Because you're packed with peanuts.


And Hershey's chocolate.


Lots of peanuts.


And Hershey's chocolate.


Munchy peanuts.


And Hershey's chocolate.


Crunchy peanuts.


And Hershey's chocolate.

Mr. Goodbar,


your chocolate taste doesn't get lost . . .


in the peanut taste.

119296

Exhibit 4







119299





119301



119302



119303











119308

| **To:** | Hershey Chocolate & Confectionery Corpor ETC. (lduquette@hersheys.com) |
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 77809223 - N/A |
| **Sent:** | 11/24/2009 11:05:39 AM |
| **Sent As:** | ECOM116@USPTO.GOV |
| **Attachments:** | Attachment - 1 |
| | Attachment - 2 |
| | Attachment - 3 |
| | Attachment - 4 |
| | Attachment - 5 |
| | Attachment - 6 |
| | Attachment - 7 |
| | Attachment - 8 |
| | Attachment - 9 |
| | Attachment - 10 |
| | Attachment - 11 |
| | Attachment - 12 |
| | Attachment - 13 |
| | Attachment - 14 |
| | Attachment - 15 |
| | Attachment - 16 |
| | Attachment - 17 |
| | Attachment - 18 |
| | Attachment - 19 |
| | Attachment - 20 |
| | Attachment - 21 |
| | Attachment - 22 |
| | Attachment - 23 |
| | Attachment - 24 |
| | Attachment - 25 |
| | Attachment - 26 |
| | Attachment - 27 |
| | Attachment - 28 |
| | Attachment - 29 |
| | Attachment - 30 |
| | Attachment - 31 |
| | Attachment - 32 |
| | Attachment - 33 |
| | Attachment - 34 |
| | Attachment - 35 |
| | Attachment - 36 |
| | Attachment - 37 |
| | Attachment - 38 |
| | Attachment - 39 |
| | Attachment - 40 |
| | Attachment - 41 |
| | Attachment - 42 |
| | Attachment - 43 |
| | Attachment - 44 |

Attachment - 45
Attachment - 46
Attachment - 47
Attachment - 48
Attachment - 49
Attachment - 50
Attachment - 51
Attachment - 52
Attachment - 53
Attachment - 54
Attachment - 55
Attachment - 56
Attachment - 57
Attachment - 58

## UNITED STATES PATENT AND TRADEMARK OFFICE

**SERIAL NO**:     77/809223

**MARK**:

**CORRESPONDENT ADDRESS**:
LOIS B. DUQUETTE
THE HERSHEY COMPANY
100 CRYSTAL A DR
HERSHEY, PA 17033-9524

# *77809223*

**RESPOND TO THIS ACTION:**
**http://www.uspto.gov/teas/eTEASpageD.htm**

**GENERAL TRADEMARK INFORMATION:**
**http://www.uspto.gov/main/trademarks.htm**

**APPLICANT**:     Hershey Chocolate & Confectionery Corpor ETC.

**CORRESPONDENT'S REFERENCE/DOCKET NO** :
N/A
**CORRESPONDENT E-MAIL ADDRESS**:
lduquette@hersheys.com

# OFFICE ACTION

TO AVOID ABANDONMENT, THE OFFICE MUST RECEIVE A PROPER RESPONSE TO THIS OFFICE ACTION WITHIN 6 MONTHS OF THE ISSUE/MAILING DATE.

**ISSUE/MAILING DATE**: **11/24/2009**

The referenced application has been reviewed by the assigned trademark examining attorney.  Applicant must respond timely and completely to the issue(s) below.  15 U.S.C. §1062(b); 37 C.F.R. §§2.62(a), 2.65(a); TMEP §§711, 718.03.

SEARCH OF OFFICE'S DATABASE OF MARKS

The trademark examining attorney has searched the Office's  database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d).  TMEP §704.02; *see* 15 U.S.C. §1052(d).

FUNCTIONAL

Registration is refused because the applied-for mark, which consists of a three-dimensional configuration of the goods, appears to be a functional design for such goods. Trademark Act Section 2(e)(5), 15 U.S.C. §1052(e)(5); *see* TMEP §1202.02(a)-(a)(ii). A feature is functional if it is "essential to the use or purpose of the [product]" or "it affects the cost or quality of the [product]." *TrafFix Devices, Inc. v. Mktg. Displays, Inc.*, 532 U.S. 23, 33, 58 USPQ2d 1001, 1006 (2001); *Qualitex Co. v. Jacobson Prods. Co.*, 514 U.S. 159, 165, 34 USPQ2d 1161, 1163-64 (1995); TMEP §1202.02(a)(iii)(A).

Specifically, the shaping of the candy bar into equal sized pieces functions to enable consumers to break the candy into bite-sized pieces. (See attachments).

A mark that consists of a three-dimensional configuration of a product or its packaging is functional, and thus unregistrable, when the evidence shows that the design provides identifiable utilitarian advantages to the user; i.e., the product or container "has a particular shape because it works better in [that] shape." *Valu Eng'g, Inc. v. Rexnord Corp.*, 278 F.3d 1268, 1274, 61 USPQ2d 1422, 1425 (Fed. Cir. 2002) (internal punctuation and citation omitted); *see* TMEP §1202.02(a)(iii)(A).

The evidence need not establish that the configuration at issue is the very best design for the particular product or product packaging. A configuration can be held functional when the evidence shows that it provides a specific utilitarian advantage that makes it one of a few superior designs available. *See In re Bose Corp.*, 772 F.2d 866, 227 USPQ 1 (Fed. Cir. 1985) (holding shape of a loudspeaker system enclosure functional because it conforms to the shape of the sound matrix and is thereby an efficient and superior design); *In re Am. Nat'l Can Co.*, 41 USPQ2d 1841 (TTAB 1997) (holding metal beverage containers with vertical fluting functional because vertical fluting is one of a limited number of ways to strengthen can sidewalls and it allows for an easier way to grip and hold the can); TMEP §1202.02(a)(v), (a)(v)(C).

On the other hand, where the evidence shows that the specific product or container configuration at issue provides no real utilitarian advantages to the user, but is one of many equally feasible, efficient and competitive designs, then it may be registrable. *See In re Morton-Norwich Prods., Inc.*, 671 F.2d 1332, 213 USPQ 9 (C.C.P.A. 1982). However, a product configuration cannot be registered on the Principal Register without a showing of acquired distinctiveness. *See Wal-Mart Stores, Inc. v. Samara Bros., Inc.*, 529 U.S. 205, 54 USPQ2d 1065 (2000); TMEP §1202.02(b)-(b)(i).

A determination that an applied-for configuration mark is functional constitutes an absolute bar to registration on the Principal or Supplemental Registers, regardless of any evidence of acquired distinctiveness. Trademark Act Sections 2(e)(5) and 23(c), 15 U.S.C. §§1052(e)(5), 1091(c); *see TrafFix Devices, Inc. v. Mktg. Displays, Inc.*, 532 U.S. 23, 29, 58 USPQ2d 1001, 1006 (2001); *In re Controls Corp. of Am.*, 46 USPQ2d 1308, 1311 (TTAB 1998); TMEP §1202.02(a)(iii)(A).

NONDISTINCTIVE CONFIGURATION

Registration is also refused because the applied-for mark consists of a nondistinctive product design or nondistinctive features of a product design that is not registrable on the Principal Register without sufficient proof of acquired distinctiveness. Trademark Act Sections 1, 2 and 45, 15 U.S.C. §§1051-1052, 1127; *Wal-Mart Stores, Inc. v. Samara Bros., Inc.*, 529 U.S. 205, 210, 213-14, 54 USPQ2d 1065, 1068-69 (2000); *In re Slokevage*, 441 F.3d 957, 961, 78 USPQ2d 1395, 1398 (Fed. Cir. 2006); *see* TMEP §1202.02(b)(i).

In this case, the applied-for mark is not inherently distinctive because shaping candy bars so that they may be broken into equal bite-sized pieces is common. The applicant's claim of acquired distinctiveness is insufficient. (See attachments).

In response to this refusal, applicant may submit evidence that the applied-for mark has acquired distinctiveness under Trademark Act Section 2(f) by submitting examples of advertising and promotional materials that specifically promote the applied-for mark as a trademark in the United States, dollar figures for advertising devoted to such promotion, dealer and consumer statements of recognition of the applied-for mark as a trademark, and any other evidence that establishes recognition of the matter as a mark for the goods. *See* 37 C.F.R. §2.41(a); TMEP §§1212.06 *et seq.* The evidence must relate to the promotion and recognition of the specific configuration embodied in the applied-for mark and not to the goods in general. *See, e.g., In re ic! berlin brillen GmbH*, 85 USPQ2d 2021, 2023 (TTAB 2008); *In re Edward Ski Prods. Inc.*, 49 USPQ2d 2001, 2005 (TTAB 1999); *In re Pingel Enter. Inc.*, 46 USPQ2d 1811, 1822 (TTAB 1998).

In determining whether the applied-for mark has acquired distinctiveness, the following factors are generally considered: (1) length and exclusivity of use of the mark in the United States by applicant; (2) the type, expense and amount of advertising of the mark in the United States; and (3) applicant's efforts in the United States to associate the mark with the source of the goods, such as in unsolicited media coverage and consumer studies. *See In re Steelbuilding.com*, 415 F.3d 1293, 1300, 75 USPQ2d 1420, 1424 (Fed. Cir. 2005). A showing of acquired distinctiveness need not consider all of these factors, and no single factor is determinative. *Id.*; *see* TMEP §§1212.06 *et seq.*

In establishing acquired distinctiveness, applicant may not rely on use other than use in commerce that may be regulated by the United States Congress. Use solely in a foreign country or between two foreign countries is not evidence of acquired distinctiveness in the United States. *In re Rogers*, 53 USPQ2d 1741, 1746 (TTAB 1999); TMEP §§1010, 1212.08.

An applicant bears the burden of proving that a mark has acquired distinctiveness.  *See Yamaha Int'l Corp. v. Hoshino Gakki Co.* , 840 F.2d 1572, 1578-79, 6 USPQ2d 1001, 1006 (Fed. Cir. 1988); *In re Meyer & Wenthe, Inc.*, 267 F.2d 945, 949, 122 USPQ 372, 374-75 (C.C.P.A. 1959); TMEP §1212.01.

An applicant can present any competent evidence to establish that a mark has acquired distinctiveness.  The amount and type of evidence required to establish acquired distinctiveness depends on the facts of each case and particularly on the nature of the mark sought to be registered. *See In re Owens-Corning Fiberglas Corp.*, 774 F.2d 1116, 1125, 227 USPQ 417, 422 (Fed. Cir. 1985); TMEP §1212.01.

--REQUEST FOR INFORMATION

Applicant must provide the following information and documentation regarding the applied-for three-dimensional configuration mark:

(1)  A written statement as to whether the applied-for mark is or has been the subject of a design or utility patent or patent application, including expired patents and abandoned patent applications.  Applicant must also provide copies of the patent and/or patent application documentation.;

(2)  Advertising, promotional and/or explanatory materials concerning the applied-for configuration mark, particularly materials specifically related to the design feature(s) embodied in the applied-for mark.;

(3)  A written explanation and any evidence as to whether there are alternative designs available for the feature(s) embodied in the applied-for mark, and whether such alternative designs are equally efficient and/or competitive.  Applicant must also provide a written explanation and any documentation concerning similar designs used by competitors.;

(4)  A written statement as to whether the product design or packaging design at issue results from a comparatively simple or inexpensive method of manufacture in relation to alternative designs for the product/container.  Applicant must also provide information regarding the method and/or cost of manufacture relating to applicant's goods.; and

(5)  Any other evidence that applicant considers relevant to the registrability of the applied-for configuration mark.

*See* 37 C.F.R. §2.61(b); *In re Morton-Norwich Prods., Inc.*, 671 F.2d 1332, 1340-41, 213 USPQ 9, 15-16 (C.C.P.A. 1982); TMEP §§1202.02(a)(v) *et seq.*

With regard to this requirement for information, the Trademark Trial and Appeal Board and its appeals court have recognized that the necessary technical information for *ex parte* determinations regarding functionality is usually more readily available to an applicant, and thus the applicant will normally be the source of much of the evidence in these cases.  *In re Teledyne Indus. Inc.*, 696 F.2d 968, 971, 217 USPQ 9, 11 (Fed. Cir. 1982); *see In re Babies Beat Inc.*, 13 USPQ2d 1729, 1731 (TTAB 1990) (holding registration was properly refused where applicant failed to comply with trademark examining attorney's request for copies of patent applications and other patent information); TMEP §1202.02(a)(v).

DESCRIPTION OF CONFIGURATION MARK

Applicant has applied for a three-dimensional mark; however, applicant did not include a complete description of the mark in the application. Specifically, the description does not indicate that the mark is a configuration of the goods.  Therefore, applicant must provide an amended clear and concise description of the mark that (1) indicates that the mark is a configuration of the goods or their packaging or a specific design feature of the goods or packaging, and (2) describes in detail the features that applicant claims as its mark.  *See* 37 C.F.R. §§2.37, 2.52(b)(2); *In re Famous Foods, Inc.*, 217 USPQ 177, 178 (TTAB 1983); TMEP §§807.10, 1202.02(c)(ii).

If the drawing includes broken lines to indicate placement of the mark, or matter not claimed as part of the mark, the description should include a statement indicating that the matter shown in broken lines is not part of the mark and serves only to show the position or placement of the mark. 37 C.F.R. §2.52(b)(4); TMEP §§807.08, 1202.02(c)(ii).

The applicant may amend the description to the following, if accurate:   The mark is a configuration of a candy bar that consists of twelve (12) equally-sized recessed rectangular panels arranged in a four panel by three panel format with each panel having its own raised border within a large rectangle.

TEAS PLUS APPLICANTS MUST SUBMIT DOCUMENTS ELECTRONICALLY OR SUBMIT FEE:  Applicants who filed their application

online using the reduced-fee TEAS Plus application must submit certain documents electronically.  In addition, such applicants must accept correspondence from the Office via e-mail throughout the examination process and maintain a valid e-mail address.  37 C.F.R. §§2.23(a), (b); TMEP §§819, 819.02(a), (b).  Failure to do so will incur an additional fee of $50 per class of goods and/or services.  37 C.F.R. §2.6(a)(1)(iv); TMEP §819.04.

Therefore, applicant must submit the following documents using the Trademark Electronic Application System (TEAS) at http://www.uspto.gov/teas/index.html:  (1) responses to Office actions; (2) preliminary amendments; (3) changes of correspondence address; (4) changes of owner's address; (5) appointments and revocations of power of attorney; (6) appointments and revocations of domestic representative; (7) amendments to allege use; (8) statements of use; (9) requests for extension of time to file a statement of use; and (10) requests to delete a Trademark Act Section 1(b) basis.  If applicant files any of these documents on paper instead of via TEAS, then applicant must also submit the $50 per class fee.  37 C.F.R. §§2.6(a)(1)(iv), 2.23(a)(1); TMEP §§819.02(b), 819.04.  Telephone responses that result in the issuance of an examiner's amendment will not incur this additional fee.

/John Dwyer/
Examining Attorney
Law Office 116
Telephone 571-272-9155
Facsimile 571-273-9116

**RESPOND TO THIS ACTION:** Applicant should file a response to this Office action online using the form at http://www.uspto.gov/teas/eTEASpageD.htm, waiting 48-72 hours if applicant received notification of the Office action via e-mail.  For *technical* assistance with the form, please e-mail TEAS@uspto.gov.  For questions about the Office action itself, please contact the assigned examining attorney.  **Do not respond to this Office action by e-mail; the USPTO does not accept e-mailed responses**.

If responding by paper mail, please include the following information: the application serial number, the mark, the filing date and the name, title/position, telephone number and e-mail address of the person signing the response.  Please use the following address: Commissioner for Trademarks, P.O. Box 1451, Alexandria, VA 22313-1451.

**STATUS CHECK:** Check the status of the application at least once every six months from the initial filing date using the USPTO Trademark Applications and Registrations Retrieval (TARR) online system at http://tarr.uspto.gov.  When conducting an online status check, print and maintain a copy of the complete TARR screen.  If the status of your application has not changed for more than six months, please contact the assigned examining attorney.



http://74.125.93.132/search?q=cache:Y7j7E5FOyhsJ:www.candybarlab.com/tag/hazelnut/+chocolate+candy+bars+with+b
ite+sized+segments&cd=1&hl=en&ct=clnk&gl=us          11/24/2009 10:43:43 AM



### Structure

A thin, wide molded bar with a bottom layer of dark **chocolate** and top layer of milk **chocolate**. Small, caramelized bits of macadamia nuts and hazelnuts are mixed in.

### Texture

Perfectly tempered with a nice snap when you break it into the smaller, triangular pieces. The hazelnut and macadamia nut pieces are really small, but add a nice contrast to the smooth **chocolate**.

### Taste

There's about two or more times milk **chocolate** than dark **chocolate**, but in terms of taste, the two are split evenly. The dark **chocolate** is more pronounced when you first **bite** in, but the milk **chocolate** becomes more noticeable on the finish. It's difficult to taste any hazelnut or macadamia nut because the pieces are so small, but you do get some extra sweetness from their caramelized coating.

### Verdict

I don't actually finish many of the **candy bars** that I review on this blog myself. I try to share with others if they're good or I sometimes toss out the rest if they're really bad. So when I eat an entire **candy** bar myself, like I did

http://74.125.93.132/search?q=cache:Y7j7E5FOyhsJ:www.candybarlab.com/tag/hazelnut/+chocolate+candy+bars+with+b
ite+sized+segments&cd=1&hl=en&ct=clnk&gl=us          11/24/2009 10:43:43 AM

with the Nidar Yade, that's a sign that it's a damn good candy bar. I would
put the Yade easily in the top tier of the candy bars I've tried so far.

Tags: dark chocolate, hazelnut, macadamia nut, milk chocolate
Posted in Candy, Chocolate, Nidar, Norway, Positive, Review | No
Comments »

### Review: Ritter Sport Milk Chocolate with Whole Hazelnuts

Thursday, March 27th, 2008

I purchased this German candy bar a few weeks ago and have been
anxiously waiting to try it out. The excellent packaging for the Ritter Sport
product line is the first thing that caught my eye. It's distinct, simple, and
successfully conveys what's inside – which is a milk chocolate bar "chock
full of whole roasted hazelnuts". They're not kidding either. Judging by the
packaging, there must be 40+ hazelnuts in this bar.



### Structure

A square, molded milk chocolate bar with 16 small square segments –
each embossed with the Ritter Sport logo. Whole hazelnuts are liberally
distributed throughout.

