http://74.125.93.132/search?q=cache:Y7j7E5FOyhsJ:www.candybarlab.com/tag/hazelnut/+chocolate+candy+bars+with+b ite+sized+segments&cd=1&hl=en&ct=clnk&gl=us          11/24/2009 10:43:43 AM



### Texture

It's really thick (enough to conceal the whole hazelnut), but easy to **bite** through. The milk **chocolate** has a nice feel to it; very smooth and not at all grainy. The hazelnuts are nicely toasted and thus, provide a great crunch. Smooth **chocolate** and crunchy nuts are a classic, heavenly combination and this bar doesn't disappoint in delivering that combo to it's fullest potential.

### Taste

This is a straightforward, two tone tasting experience. There's milk **chocolate** and there's hazelnuts. Nothing else thrown in to confuse it. The hazelnuts taste fresh, like they were toasted right before being sealed in. The milk **chocolate** is good, though I noticed it wasn't intense. In a way that's good because it balanced well with the hazelnuts, but the **chocolate** flavor was fleeting. In the end, I think it all worked.



### Verdict

This is a very simple, yet really high quality **candy** bar. Most importantly, the packaging doesn't lie. There are a lot of hazelnuts in it, so you feel like you're getting your money's worth. I'd definitely buy more of the milk **chocolate** with hazelnut **bars**, but I'm also going to try to get my hands on the 22 other Ritter Sport varieties.

Tags: hazelnut, milk **chocolate**

Posted in Candy, Germany, Positive, Review, Ritter | 4 Comments »

### Review: Storz Nougat Praliné

Thursday, March 20th, 2008

When we hear "nougat" in America, we think of a fluffy, white substance like the stuff found in Snickers and Three Musketeers. But nougat means something entirely different in other parts of the world. This German **candy** bar is the gianduia variety of nougat, which is a combination of **chocolate**,

http://74.125.93.132/search?q=cache:Y7j7E5FOyhsJ:www.candybarlab.com/tag/hazelnut/+chocolate+candy+bars+with+b ite+sized+segments&cd=1&hl=en&ct=clnk&gl=us          11/24/2009 10:43:43 AM

hazelnut paste and almond paste. I had never seen this bar before recently finding it in a local store, so I had to check it out for myself (I'm hoping it's worth the $3.99 I paid for it).



## Structure

This is a solid, molded bar with six segments.



## Texture

Nougat Praline is soft and smooth – like a thick chocolate mousse. It thoroughly coats your mouth and dissolves nicely. The texture is completely homogeneous, there are no crunchy bits.

## Taste

This bar was delicious on the first bite, which was likely accentuated because I wasn't entirely sure what to expect. It tastes almost exactly like

http://74.125.93.132/search?q=cache:Y7j7E5FOyhsJ:www.candybarlab.com/tag/hazelnut/+chocolate+candy+bars+with+b
ite+sized+segments&cd=1&hl=en&ct=clnk&gl=us          11/24/2009 10:43:43 AM



because I wasn't entirely sure what to expect. It tastes almost exactly like
Nutella, bursting with hazelnut and **chocolate** flavors. The downside… it's
REALLY sweet. There's a lot of sugar in this product. I enjoyed the first **bite**,
but became overwhelmed after a few more. It's an indulgence that should
be split across multiple sessions or shared with a few others.

**Verdict**

I'm on the fence about this one. This is a high–quality **candy** that is
certainly tasty, but it has a one–dimensional texture and is a bit too sweet.
Most importantly, I don't think this product should be made as such a large
bar. It would be better to make this **candy** in **bite**-size pieces. I definitely
won't be shelling out four bucks for another one.

Tags: **Chocolate**, hazelnut
Posted in Candy, Germany, Negative, Review, Storz | 1 Comment »

Wrappers

Copyright 2008 CandyBarLab.com

119319

http://www.candybarlab.com/tag/dark-chocolate/    11/24/2009 10:48:24 AM



http://www.candybarlab.com/tag/dark-chocolate/    11/24/2009 10:48:24 AM

## Structure

A 10–segment, molded dark chocolate bar with lime flavoring and small bits of macadamia nuts mixed in.



## Texture

The macadamia nuts were completely unnoticeable. In fact, I ate a few sections of the bar and started writing this post before I took another glance at the picture and noticed they were in there. That's how unnoticeable they were. You're pretty much getting plain chocolate with this product. Fortunately, the chocolate was rich and very smooth.

## Taste

The macadamia nuts were once again unnoticeable. The lime flavor was VERY subtle at first, but became increasingly noticeable on the finish. The chocolate was delicious (better than Choxie), so I wasn't too upset by the light application of lime flavor.



## Verdict

This candy bar desperately needs some texture, which it should have gotten from the macadamia nuts. They simply needed to be bigger and more plentiful. The lime flavor was a little underwhelming, but that can be forgiven because the chocolate is pretty good. In the end, I would have preferred a plain dark chocolate Dagoba bar to this effort.

Tags: dark chocolate, lime, macadamia nuts
Posted in Candy, Chocolate, Dagoba, Hershey's, Negative, Nestlé, Positive, Review, United States | 6 Comments »

**Browse by Manufacturer**

Hershey's (10)
Nestlé (9)
Mars (5)
Cadbury (5)
Frela (3)
Nidar (3)
Ritter (2)
Lake Champlain Chocolates (2)
NECCO (1)
Storz (1)
Atkinson's (1)
Chocolove (1)
Choxie (1)
Chuao (1)
Dove (1)
Ferrero (1)
Annabelle's (1)
Dagoba (1)
Kingsbury Chocolates (1)
Wendler (1)
Fry's (1)

**Browse by Country**

United States (27)
Norway (7)
United Kingdom (7)
Germany (5)
Australia (5)
Venezuela (2)
Japan (1)

119321

### Review: Kingsbury Chocolates Nib

Saturday, April 4th, 2009

A couple months ago, I stopped into a place in downtown Washington, DC called Artfully Chocolate because I was told they make a seriously delicious cup of hot chocolate. After looking through their dozen or so varieties of hot chocolate, I decided on the "Audrey Hepburn", since the description was pretty much an espresso cup full of melted chocolate. It was incredible. If you're ever near Logan Circle in DC, I highly recommend stopping in and getting yourself a cup.

Before I left though, I couldn't help noticing the rack of candy bars they had on the counter under the label Kingsbury Chocolates. It turns out the same people who run the cafe also make their own chocolates at their Alexandria, Virginia location. They produce a bunch of candy bar varieties, including the dark chocolate and cocoa nibs one I picked up on my way out and the "ChocObama" Bar.



### Structure

A 28–segment, molded dark chocolate bar with roasted cocoa nibs mixed in.



http://www.candybarlab.com/tag/dark-chocolate/    11/24/2009 10:48:24 AM



### Texture

The chocolate is perfectly tempered with a firm snap and smooth feel. The cocoa nibs add just a hint of crunch to each bite.

### Taste

The dark chocolate is deep without any unpleasant bitterness or acidity – just the way I like it. The taste of the nibs isn't too noticeable because the chocolate already has a rather intense flavor, but I suppose they add to the overall taste of the whole bar.



### Verdict

This is a pretty simple bar that's perfectly executed. I'll definitely stop into their cafe next time I'm in the area and pick up another variety, possibly the "ChocObama" Bar.

Tags: cocoa nibs, dark chocolate
Posted in Candy, Chocolate, Kingsbury Chocolates, Positive, Review, United States | 1 Comment »

### Review: Lake Champlain Peppermint Crunch

Thursday, March 19th, 2009

The last Lake Champlain bar I tasted was absolutely one of the best candy bars I've ever had. Sadly, it's been a while since I've had any of their products. Recently, I stopped at the Lake Champlain Chocolates store in Stowe, VT and was inspired to test out this peppermint bar.



http://www.candybarlab.com/tag/dark-chocolate/     11/24/2009 10:48:24 AM



## Structure

A molded bar of dark chocolate with small pieces of peppermint pieces mixed in, segmented into eight large squares.



## Texture

The chocolate is perfectly tempered – smooth with a firm snap. Unfortunately, the peppermint bits they've added don't improve upon the texture of the plain chocolate. They're small, hard, and not really all that delightful to bite into.

## Taste

Again, the chocolate is really good and the peppermint disappoints. This is only a 54% cocoa product, which is a low percentage for dark chocolate, but right in the range that I prefer. It's not overly sweet and not too bitter. As far as the peppermint pieces I mentioned, they disappoint because they don't really add much flavor. There's a hint of peppermint on the finish, but not nearly enough to live up to the billing of the packaging, which lead me

http://www.candybarlab.com/tag/dark-chocolate/      11/24/2009 10:48:24 AM



to believe that peppermint was going to be the main flavor character.

### Verdict

A bad candy bar by Lake Champlain Chocolates would be a huge accomplishment for some other manufacturers. Honestly though, I really didn't enjoy this candy bar. I did like the chocolate, but would have preferred it either without the peppermint all together or with more peppermint punch built in.

Tags: dark chocolate, peppermint pieces
Posted in Candy, Chocolate, Lake Champlain Chocolates, Negative, Review, United States | 1 Comment »

1  2  3  4  5

Other Candy Blogs
Candy Blog
Candy Dish Blog
Sweet Napa
The Chocolate Review
ZOMG, Candy!

y Wrappers

Candy Making Gear & Supplies
ChocoVision
Confectionary House
KitchenAid
LorAnn Gourmet
Pastry Chef Central

Buy Candy Bars Online
BonBonBar (Handmade)
Candy Direct
Crispy Cat (Organic)
JBOX.com (Japanese)
Lake Champlain Chocolates

Candy Wrapper Photos
BradKent.com
Candy Wrapper Museum
Flickr
Google
Mike's Candy Wrappers

Copyright 2008 CandyBarLab.com

http://www.candybarlab.com/category/manufacturer/ritter/        11/24/2009 10:50:14 AM



http://www.candybarlab.com/category/manufacturer/ritter/    11/24/2009 10:50:14 AM



## Structure

This is a square, 16 segment bar of molded milk chocolate with whole and crushed pieces of cornflakes incorporated throughout.



## Texture

The cornflakes are surprisingly crunchy – much more so than their puffed rice counterparts. The bar breaks apart pretty easily though because there are so many cornflakes packed in. It's easier to bite through than a regular piece of ordinary chocolate would be, which is nice because Ritter Sport bars are pretty thick.

## Taste

Obviously, milk chocolate is the predominant flavor and it's very good. You don't really taste the cornflakes at all – at first. If you try really hard



**Browse by Manufacturer**

Hershey's (10)
Nestlé (9)
Mars (5)
Cadbury (5)
Freia (3)
Nidar (3)
Ritter (2)
Lake Champlain Chocolates (2)
NECCO (1)
Storz (1)
Atkinson's (1)
Chocolove (1)
Choxie (1)
Chuao (1)
Dove (1)
Ferrero (1)
Annabelle's (1)
Dagoba (1)
Kingsbury Chocolaters (1)
Wendler (1)
Fry's (1)

**Browse by Country**

United States (27)
Norway (7)
United Kingdom (7)
Germany (5)
Australia (5)
Venezuela (2)
Japan (1)

http://www.candybarlab.com/category/manufacturer/ritter/        11/24/2009 10:50:14 AM

don't really taste the cornflakes at all… at first. If you try really hard though, after the chocolate has subsided, you get a little bit of genuine cornflake taste. It's interesting, definitely different from anything I've ever had.



### Verdict

Cornflakes in chocolate is just unique enough that it caught my attention, but not so crazy that it's a gimmick. This is a really good candy bar and I'd buy it again.

The whole cereal in chocolate thing got me thinking… what other cereals would work? Lucky Charms in white chocolate? Maybe Cinnamon Toast Crunch in milk chocolate? Cheerios in dark chocolate? Leave me some comments. Let me know if there are any cereals you think would be good to put in a candy bar.

Tags: cornflakes, milk chocolate
Posted in Candy, Germany, Positive, Review, Ritter | 5 Comments »

### Review: Ritter Sport Milk Chocolate with Whole Hazelnuts

Thursday, March 27th, 2008

I purchased this German candy bar a few weeks ago and have been anxiously waiting to try it out. The excellent packaging for the Ritter Sport product line is the first thing that caught my eye. It's distinct, simple, and successfully conveys what's inside – which is a milk chocolate bar "chock full of whole roasted hazelnuts". They're not kidding either. Judging by the packaging, there must be 40+ hazelnuts in this bar.



119328



### Structure

A square, molded milk chocolate bar with 16 small square segments – each embossed with the Ritter Sport logo. Whole hazelnuts are liberally distributed throughout.



### Texture

It's really thick (enough to conceal the whole hazelnuts), but easy to bite through. The milk chocolate has a nice feel to it; very smooth and not at all grainy. The hazelnuts are nicely toasted and thus, provide a great crunch. Smooth chocolate and crunchy nuts are a classic, heavenly combination and this bar doesn't disappoint in delivering that combo to it's fullest potential.

### Taste

This is a straightforward, two tone tasting experience. There's milk chocolate and there's hazelnuts. Nothing else thrown in to confuse it. The hazelnuts taste fresh, like they were toasted right before being sealed in. The milk chocolate is good, though I noticed it wasn't intense. In a way that's good because it balanced well with the hazelnuts, but the chocolate flavor was fleeting. In the end, I think it all worked.

http://www.candybarlab.com/category/manufacturer/ritter/    11/24/2009 10:50:14 AM



flavor was fleeting; in the end, I think it all worked.

### Verdict

This is a very simple, yet really high quality candy bar. Most importantly, the packaging doesn't lie. There are a lot of hazelnuts in it, so you feel like you're getting your money's worth. I'd definitely buy more of the milk chocolate with hazelnut bars, but I'm also going to try to get my hands on the 22 other Ritter Sport varieties.

Tags: hazelnut, milk chocolate
Posted in Candy, Germany, Positive, Review, Ritter | 4 Comments »

**Other Candy Blogs**
Candy Blog
Candy Dish Blog
Sweet Napa
The Chocolate Review
ZOMG, Candy!

**Candy Making Gear & Supplies**
ChocoVision
Confectionary House
KitchenAid
LorAnn Gourmet
Pastry Chef Central

**Buy Candy Bars Online**
BonBonBar (Handmade)
Candy Direct
Crispy Cat (Organic)
JBOX.com (Japanese)
Lake Champlain Chocolates

**Candy Wrapper Photos**
BradKent.com
Candy Wrapper Museum
Flickr
Google
Mike's Candy Wrappers

y Wrappers

Copyright 2008 CandyBarLab.com

http://www.candybarlab.com/category/manufacturer/lake-champlain-chocolates/     11/24/2009 10:51:11 AM



### Lake Champlain Chocolates

**Review: Lake Champlain Peppermint Crunch**

Thursday, March 19th, 2009

The last Lake Champlain bar I tasted was absolutely one of the best candy bars I've ever had. Sadly, it's been a while since I've had any of their products. Recently, I stopped at the Lake Champlain Chocolates store in Stowe, VT and was inspired to test out this peppermint bar.

**Subscribe via RSS**
**Subscribe by Email**

**About This Blog**

This is a blog exclusively about candy bars. We track down candy bars from around the world and write thoughtful, in-depth reviews with pictures.
Learn More...

**Recipe: Peanut Butter Caramel Peanut Bar**

I've been telling people for a while that I make candy bars. However, I'm not sure everyone believed me. While I've eaten my own creations and frequently shared with my girlfriend and family, I hadn't shared with many others (namely, my co-workers). So, I decided I was going to make some to bring into the [...]
Keep Reading

119331



## Structure

A molded bar of dark chocolate with small pieces of peppermint pieces mixed in, segmented into eight large squares.

## Texture

The chocolate is perfectly tempered – smooth with a firm snap. Unfortunately, the peppermint bits they've added don't improve upon the texture of the plain chocolate. They're small, hard, and not really all that delightful to bite into.

## Taste

Again, the chocolate is really good and the peppermint disappoints. This is only a 54% cocoa product, which is a low percentage for dark chocolate, but right in the range that I prefer. It's not overly sweet and not too bitter. As far as the peppermint pieces I mentioned, they disappoint because they don't really add much flavor. There's a hint of peppermint on the finish, but not nearly enough to live up to the billing of the packaging, which lead me to believe that peppermint was going to be the main flavor character.

## Verdict

A bad candy bar by Lake Champlain Chocolates would be a huge accomplishment for some other manufacturers. Honestly though, I really

**Browse by Manufacturer**

Hershey's (10)
Nestlé (9)
Marc (6)
Cadbury (5)
Freia (3)
Nidar (3)
Ritter (2)
Lake Champlain Chocolates (2)
NECCO (1)
Storz (1)
Atkinson's (1)
Chocolove (1)
Choxie (1)
Chuao (1)
Dove (1)
Ferrero (1)
Annabelle's (1)
Dagoba (1)
Kingsbury Chocolates (1)
Wendler (1)
Fry's (1)

**Browse by Country**

United States (27)
Norway (7)
United Kingdom (7)
Germany (5)
Australia (5)
Venezuela (2)
Japan (1)

didn't enjoy this candy bar. I did like the chocolate, but would have preferred it either without the peppermint all together or with more peppermint punch built in.

Tags: dark chocolate, peppermint pieces
Posted in Candy, Chocolate, Lake Champlain Chocolates, Negative, Review, United States | 1 Comment »

### Review: Lake Champlain Milk Chocolate, Sea Salt & Almond Bar

Saturday, May 10th, 2008

A couple years ago, I volunteered to make a few hundred little chocolate hearts for my girlfriend's sister's wedding. I had just learned to temper chocolate, but I was confident I could pull it off. Well, it was the middle of summer and the air conditioning decided to break in my apartment the weekend I had to make these chocolates. The humidity and 90 degree temperature in my kitchen that Saturday completely thwarted my futile efforts to temper chocolate and I was forced to travel to Burlington, Vermont (the site of the wedding) with nothing to show for my efforts.

We get there and my girlfriend suggests we buy the chocolate hearts from Lake Champlain chocolates, which was nearby. This saved the day. They were absolutely delicious, some of the best chocolate I've ever had.

Last week, a co-worker of mine (thanks Clinton) picked up a Lake Champlain candy bar for me and ironically, it had melted and cracked a bit in storage and transit from the store to me. Unlike my chocolate hearts effort however, this chocolate was salvageable. After a couple days of sitting in my kitchen, it was back to full health and ready to be eaten.



http://www.candybarlab.com/category/manufacturer/lake-champlain-chocolates/          11/24/2009 10:51:11 AM



### Structure

A six-segment, molded bar of milk chocolate with small pieces of raw almonds and sea salt spread throughout.



### Texture

The milk chocolate is really smooth. It is amazing how different top-quality milk chocolate is from something like a Hershey's Bar – they shouldn't even be considered the same thing. Bad milk chocolate can be grainy – great milk chocolate is just so smooth (I can't think of a better description). But besides the chocolate, there's some great crunchiness from the salt and almonds. The sea salt crystals are definitely more noticeable, but the small bits of almond provide some depth of texture.

### Taste

The milk chocolate is again the star – it tastes so smooth (I'm not creative today with my adjectives). The flavor lasts really long too – another sign of high-quality chocolate. They weren't skimpy at all with the salt. If you don't like heavily salted foods, you might be turned off by this candy bar. On the other hand, if you're like me, you'll love the combination.

http://www.candybarlab.com/category/manufacturer/lake-champlain-chocolates/     11/24/2009 10:51:11 AM



**Verdict**

This bar is making me rethink my previous belief that I preferred dark chocolate over milk. Done this well, milk chocolate is amazing. The inclusion of saltiness makes it even better, heightening it's flavor. Even though this was an expensive bar ($2.60 for 1.25 ounces), it would have been well worth it had I bought it myself (thanks again Clinton).

Tags: almond, milk chocolate, sea salt
Posted in Candy, Lake Champlain Chocolates, Positive, Review, United States | 4 Comments »

| Other Candy Blogs | Candy Making Gear & Supplies | Buy Candy Bars Online | Candy Wrapper Photos |
|---|---|---|---|
| Candy Blog | ChocoVision | BonBonBar (Handmade) | BradKent.com |
| Candy Dish Blog | Confectionary House | Candy Direct | Candy Wrapper Museum |
| Sweet Napa | KitchenAid | Crispy Cat (Organic) | Flickr |
| The Chocolate Review | LorAnn Gourmet | JBOX.com (Japanese) | Google |
| ZOMG, Candy! | Pastry Chef Central | Lake Champlain Chocolates | Mike's Candy Wrappers |

y Wrappers

Copyright 2008 CandyBarLab.com



## Structure

A molded, milk chocolate bar with four segments – each with a different filling (caramel, vanilla cream, peanut butter, and chocolate fudge).



## Texture

All of the fillings are soft and pretty similar in consistency.  The caramel and vanilla fillings are noticeably granular – not pleasant. There's really no excuse for having sugar crystals in a finished product, especially in a product like caramel, which should be silky. The peanut butter filling was surprisingly the smoothest of the bunch, which is kind of weird because peanut butter doesn't need to be smooth – it can be a little more coarse and crunchy and still be good.

## Taste

When I first tried the peanut butter filling, I thought it was the caramel filling.  It doesn't taste like peanut butter. With my second bite, I could make out a little bit of the peanut flavor. If you're expecting it to be anything like a Reese's peanut butter cup, you'd be way off.

The vanilla filling is forgettable. I really wish it had been marshmallow filling. Instead, it's too sweet – like the inside of a Cadbury creme egg.

The caramel center is slightly salty, but has no deep, caramel flavor like I would prefer.

The chocolate fudge filling is my favorite. It tastes like brownie batter, which to me, is a good thing. I love licking the spoon after making

### Browse by Manufacturer

Hershey's (10)
Nestlé (9)
Mars (5)
Cadbury (5)
Freia (3)
Nidar (3)
Ritter (2)
Lake Champlain Chocolates (2)
NECCO (1)
Storr (1)
Atkinson's (1)
Chocolove (1)
Choxie (1)
Chuao (1)
Dove (1)
Ferrero (1)
Annabelle's (1)
Dagoba (1)
Kingsbury Chocolates (1)
Wendler (1)
Fry's (1)

### Browse by Country

United States (27)
Norway (7)
United Kingdom (7)
Germany (5)
Australia (5)
Venezuela (2)
Japan (1)



brownies. Like the other fillings, it's more sugary and sweet than anything. It could have been a more intense chocolate flavor, but it was good enough.

### Verdict

The concept of four different fillings in one candy bar is cool.  If executed well it would be really good but this bar is not well done.  The chocolate is sub par and none of the fillings are very good (though I did kind of like the chocolate fudge). It's a classic example of a product that does a little bit of everything, but doesn't do anything particularly well. If NECCO were to combine the classic name and branding of the Sky Bar with high quality product and good execution, this could become a thumbs up.

Tags: caramel, fudge, milk chocolate, peanut butter, vanilla cream
Posted in Candy, NECCO, Negative, Review, United States | 3 Comments »

**Other Candy Blogs**
Candy Blog
Candy Dish Blog
Sweet Napa
The Chocolate Review
ZOMG, Candy!

**Candy Making Gear & Supplies**
ChocoVision
Confectionary House
KitchenAid
LorAnn Gourmet
Pastry Chef Central

**Buy Candy Bars Online**
BonBonBar (Handmade)
Candy Direct
Crispy Cat (Organic)
JBOX.com (Japanese)
Lake Champlain Chocolates

**Candy Wrapper Photos**
BradKent.com
Candy Wrapper Museum
Flickr
Google
Mike's Candy Wrappers

y Wrappers

Copyright 2008 CandyBarLab.com

http://www.candybarlab.com/category/manufacturer/storz/     11/24/2009 10:52:31 AM



## Storz

### Review: Storz Nougat Praliné

Thursday, March 20th, 2008

When we hear "nougat" in America, we think of a fluffy, white substance like the stuff found in Snickers and Three Musketeers. But nougat means something entirely different in other parts of the world. This German candy bar is the glandula variety of nougat, which is a combination of chocolate, hazelnut paste and almond paste. I had never seen this bar before recently finding it in a local store, so I had to check it out for myself (I'm hoping it's worth the $3.99 I paid for it).

Subscribe via RSS
Subscribe by Email

**About This Blog**

This is a blog exclusively about candy bars. We track down candy bars from around the world and write thoughtful, in-depth reviews with pictures. Learn More...

**Recipe: Peanut Butter Caramel Peanut Bar**

I've been telling people for a while that I make candy bars. However, I'm not sure everyone believed me. While I've eaten my own creations and frequently shared with my girlfriend and family, I hadn't shared with many others (namely, my co-workers). So, I decided I was going to make some to bring into the [...]



Keep Reading

### Structure

This is a solid, molded bar with six segments.



### Texture

Nougat Praline is soft and smooth – like a thick chocolate mousse. It thoroughly coats your mouth and dissolves nicely. The texture is completely homogeneous, there are no crunchy bits.

### Taste

This bar was delicious on the first bite, which was likely accentuated because I wasn't entirely sure what to expect. It tastes almost exactly like Nutella, bursting with hazelnut and chocolate flavors. The downside… it's REALLY sweet. There's a lot of sugar in this product. I enjoyed the first bite, but became overwhelmed after a few more. It's an indulgence that should be split across multiple sessions or shared with a few others.

**Browse by Manufacturer**

Hershey's (10)
Nestlé (9)
Mars (5)
Cadbury (5)
Frela (3)
Nidar (3)
Ritter (2)
Lake Champlain Chocolates (2)
NECCO (1)
Storz (1)
Atkinson's (1)
Chocolove (1)
Choxie (1)
Chuao (1)
Dove (1)
Ferrero (1)
Annabelle's (1)
Dagoba (1)
Kingsbury Chocolates (1)
Wendler (1)
Fry's (1)

**Browse by Country**

United States (27)
Norway (7)
United Kingdom (7)
Germany (5)
Australia (5)
Venezuela (2)
Japan (1)



http://www.candybarlab.com/category/manufacturer/storz/    11/24/2009 10:52:31 AM



**Verdict**

I'm on the fence about this one. This is a high-quality candy that is certainly tasty, but it has a one-dimensional texture and is a bit too sweet. Most importantly, I don't think this product should be made as such a large bar. It would be better to make this candy in bite-size pieces. I definitely won't be shelling out four bucks for another one.

Tags: Chocolate, hazelnut

Posted in Candy, Germany, Negative, Review, Storz | 1 Comment »

Other Candy Blogs
- Candy Blog
- Candy Dish Blog
- Sweet Napa
- The Chocolate Review
- ZOMG, Candy!

y Wrappers

Candy Making Gear & Supplies
- ChocoVision
- Confectionary House
- KitchenAid
- LorAnn Gourmet
- Pastry Chef Central

Buy Candy Bars Online
- BonBonBar (Handmade)
- Candy Direct
- Crispy Cat (Organic)
- JBOX.com (Japanese)
- Lake Champlain Chocolates

Candy Wrapper Photos
- BradKent.com
- Candy Wrapper Museum
- Flickr
- Google
- Mike's Candy Wrappers

Copyright 2008 CandyBarLab.com

119341





## Structure

It's 18 segments of molded dark chocolate with pieces of toasted almonds and dried cherries mixed in.



## Texture

The first thing you'll notice is the strong snap to the chocolate when you bite in. It's definitely one of the best tempered chocolates I've had. The almonds are chopped up pretty small and are toasted well, so they have a nice crunch. The dried cherries are a little chewy and stuck to my teeth after the chocolate had melted away.

## Taste

You can taste right away that the Belgian dark chocolate is high quality. It's only 55% cocoa, so it's fairly sweet for dark chocolate, which is good because it counteracts the slight sourness of the dried cherries. The toasted almonds have a nice subtle flavor that complements the other components well.



**Browse by Manufacturer**

Hershey's (10)
Nestlé (9)
Mars (5)
Cadbury (5)
Frela (3)
Nidar (3)
Ritter (2)
Lake Champlain Chocolates (2)
NECCO (1)
Storz (1)
Atkinson's (1)
Chocolove (1)
Choxie (1)
Chuao (1)
Dove (1)
Ferrero (1)
Annabelle's (1)
Dagoba (1)
Kingsbury Chocolates (1)
Wendler (1)
Fry's (1)

**Browse by Country**

United States (27)
Norway (7)
United Kingdom (7)
Germany (5)
Australia (5)
Venezuela (2)
Japan (1)



**Verdict**

I didn't love the dried cherries and would have enjoyed the bar more without them. Even so, this is a quality candy bar that I thoroughly enjoyed. I'm anxious to taste some of Chocolove's other varieties. In fact, I have a Crystalized Ginger in Dark Chocolate bar sitting around that I'll have to try out soon.

Tags: almonds, cherries, dark chocolate
Posted in Candy, Chocolate, Chocolove, Positive, Review, United States | 1 Comment »

**Other Candy Blogs**
Candy Blog
Candy Dish Blog
Sweet Napa
The Chocolate Review
ZOMG, Candy!

y Wrappers

**Candy Making Gear & Supplies**
ChocoVision
Confectionary House
KitchenAid
LorAnn Gourmet
Pastry Chef Central

**Buy Candy Bars Online**
BonBonBar (Handmade)
Candy Direct
Crispy Cat (Organic)
JBOX.com (Japanese)
Lake Champlain Chocolates

**Candy Wrapper Photos**
BradKent.com
Candy Wrapper Museum
Flickr
Google
Mike's Candy Wrappers

Copyright 2008 CandyBarLab.com

119344

http://www.candybarlab.com/category/manufacturer/choxie/        11/24/2009 10:54:23 AM



http://www.candybarlab.com/category/manufacturer/choxie/        11/24/2009 10:54:23 AM



**Browse by Manufacturer**

- Hershey's (10)
- Nestlé (9)
- Mars (5)
- Cadbury (5)
- Frela (3)
- Nidar (3)
- Ritter (2)
- Lake Champlain Chocolates (2)
- NECCO (1)
- Storz (1)
- Atkinson's (1)
- Chocolove (1)
- Choxie (1)
- Chuao (1)
- Dove (1)
- Ferrero (1)
- Annabelle's (1)
- Dagoba (1)
- Kingsbury Chocolates (1)
- Wendler (1)
- Fry's (1)

**Browse by Country**

- United States (27)
- Norway (7)
- United Kingdom (7)
- Germany (5)
- Australia (5)
- Venezuela (2)
- Japan (1)

## Structure

The label has the following detailed description: "Dark chocolate with a truffled filling of white chocolate balanced with tart key lime and crunchy graham biscotti cookies." The bar is constructed by lining an 8-segment mold with dark chocolate, filling the cavity with white chocolate lime ganache and sealing the bottom with another layer of dark chocolate.



## Texture

The dark chocolate coating is a bit waxy, but still smooth with a firm snap. The truffle filling feels pretty much like regular white chocolate. The difference between the hardness of the dark chocolate and the inside is slight. It's almost like biting into a solid, thick chocolate bar. The graham biscotti cookie bits are small and sparsely sprinkled throughout. This was disappointing because I was hoping they'd provide some crunch and contrast to the texture of the chocolates. Overall, the texture of this product is very one-dimensional.

## Taste

The lime flavor is very subtle. I had an expectation of a sweet and sour citrus burst countered with the bitterness of dark chocolate. Instead, both the lime and the chocolate were underwhelming. You do get a little bit of the sour lime flavor on the finish, but it's not nearly as pronounced as I would have liked. The flavor of tiny graham bits is imperceptible. Without the aid of the product label, I wouldn't have been able to tell that they were



the bit of the product itself, I couldn't track down one to tell me, were graham biscotti versus any other type of cookie bit.

### Verdict

I give Choxie credit for trying to create a unique candy bar, but I think they fell short on the execution. It's almost like they were scared to make it taste TOO much like lime. This is unfortunate because if you're the kind of person who would pluck this product off the store shelf, that's exactly what you would be looking for. I wasn't completely turned off by the Choxie brand though and I'm sure I'll be trying out some of their other products in the future.

Tags: dark chocolate, lime
Posted in Candy, Chocolate, Choxie, Negative, Review, United States | 4 Comments »

**Other Candy Blogs**
Candy Blog
Candy Dish Blog
Sweet Napa
The Chocolate Review
ZOMG, Candy!

**Candy Making Gear & Supplies**
ChocoVision
Confectionary House
KitchenAid
LorAnn Gourmet
Pastry Chef Central

**Buy Candy Bars Online**
BonBonBar (Handmade)
Candy Direct
Crispy Cat (Organic)
JBOX.com (Japanese)
Lake Champlain Chocolates

**Candy Wrapper Photos**
BradKent.com
Candy Wrapper Museum
Flickr
Google
Mike's Candy Wrappers

y Wrappers

Copyright 2008 CandyBarLab.com

http://www.candybarlab.com/category/manufacturer/chuao/        11/24/2009 10:55:25 AM



Keep Reading

## Structure

A solid, molded rectangle of dark chocolate with 24 sections. The cayenne pepper, pasilla chile, and cinnamon are distributed throughout the chocolate.



## Texture

This is a well tempered bar that produces a nice snap when you bite it. The only textural difference between this and pure chocolate is the bit of crunchiness from the ground spices, which I liked.

## Taste

At first, I only tasted dark chocolate, which was by itself, quite good. A couple seconds after swallowing my first bite though, I felt some heat in the back of my throat. After a few more bites, the spicy, peppery taste became more noticeable. Thankfully, it never became overwhelming. All the flavors work well together and I found myself craving more each time I tried to put the bar down.

**Browse by Manufacturer**

Hershey's (10)
Nestlé (9)
Mars (5)
Cadbury (5)
Frela (3)
Nidar (3)
Ritter (2)
Lake Champlain Chocolates (2)
NECCO (1)
Storz (1)
Atkinson's (1)
Chocolove (1)
Choxie (1)
Chuao (1)
Duve (1)
Ferrero (1)
Annabelle's (1)
Dagoba (1)
Kingsbury Chocolates (1)
Wendler (1)
Fry's (1)

**Browse by Country**

United States (27)
Norway (7)
United Kingdom (7)
Germany (5)
Australia (5)
Venezuela (2)
Japan (1)



**Verdict**

This is a quality product with a unique flavor combination and excellent packaging. I shared it with six friends and it was unanimously liked. Having said that, I will admit that most people probably won't want to spend more than $6.00 for a product like this. It's more of a one-time indulgence than the kind of treat the average person will buy often.

Tags: cayenne pepper, cinnamon, dark chocolate, pasilla chile
Posted in Candy, Chuao, Positive, Review, United States | 1 Comment »

| Other Candy Blogs | Candy Making Gear & Supplies | Buy Candy Bars Online | Candy Wrapper Photos |
|---|---|---|---|
| Candy Blog | ChocoVision | BonBonBar (Handmade) | BradKent.com |
| Candy Dish Blog | Confectionary House | Candy Direct | Candy Wrapper Museum |
| Sweet Napa | KitchenAid | Crispy Cat (Organic) | Flickr |
| The Chocolate Review | LorAnn Gourmet | JBOX.com (Japanese) | Google |
| ZOMG, Candy! | Pastry Chef Central | Lake Champlain Chocolates | Mike's Candy Wrappers |

v Wrappers

Copyright 2008 CandyBarLab.com

http://www.candybarlab.com/category/manufacturer/ferrero/    11/24/2009 10:56:23 AM



http://www.candybarlab.com/category/manufacturer/ferrero/          11/24/2009 10:56:23 AM



## Structure

The package contains two small bars, each with four wafer pockets filled with hazelnut cream. The whole bars are enrobed in a thin layer of milk chocolate and drizzled with dark chocolate.



## Texture

When you pick this product up, you'll instantly notice how light and delicate it is. In fact, both bars came to me slightly broken from their overseas trip in a suitcase. The wafers are crispy and the cream filling is really light and smooth. I've tried similar products with cream centers that are dry and chalky. This is nothing like that. It's closer to whipped cream. Kinder Bueno also get points from me for a nicely tempered chocolate coating.

## Taste

I hadn't actually paid attention to the packaging that states "Milk and Hazelnut" as the flavors and shows a tall glass of milk next to the bars. I usually think of milk as a base, not a flavor. But as I was tasting this bar, I really picked up on the milk flavor. The hazelnut was tertiary, behind both

**Browse by Manufacturer**

Hershey's (10)
Nestlé (9)
Mars (5)
Cadbury (5)
Frels (3)
Nidar (3)
Ritter (2)
Lake Champlain Chocolates (2)
NECCO (1)
Storz (1)
Atkinson's (1)
Chocolove (1)
Choxie (1)
Chuao (1)
Dove (1)
Ferrero (1)
Annabelle's (1)
Dagoba (1)
Kingsbury Chocolates (1)
Wendler (1)
Fry's (1)

**Browse by Country**

United States (27)
Norway (7)
United Kingdom (7)
Germany (5)
Australia (5)
Venezuela (2)
Japan (1)

119352

http://www.candybarlab.com/category/manufacturer/ferrero/        11/24/2009 10:56:23 AM



really picked up on the milk flavor. The hazelnut was tertiary, behind both the chocolate and milk flavors. Overall, the flavors are very subtle. The wafers are mostly flavor-neutral, but the thin chocolate layer is surprisingly good.

**Verdict**

This is getting a big thumbs up from me. I could eat six of these in one sitting. The only knock (and its hypothetical one) is that it might be better with pieces of chopped hazelnuts in it.

Tags: cream, dark chocolate, hazelut, milk chocolate, wafer
Posted in Candy, Ferrero, Germany, Positive, Review | 3 Comments »

Other Candy Blogs
    Candy Blog
    Candy Dish Blog
    Sweet Napa
    The Chocolate Review
    ZOMG, Candy!

y Wrappers

Candy Making Gear & Supplies
    ChocoVision
    Confectionary House
    KitchenAid
    LorAnn Gourmet
    Pastry Chef Central

Buy Candy Bars Online
    BonBonBar (Handmade)
    Candy Direct
    Crispy Cat (Organic)
    JBOX.com (Japanese)
    Lake Champlain Chocolates

Candy Wrapper Photos
    BradKent.com
    Candy Wrapper Museum
    Flickr
    Google
    Mike's Candy Wrappers

Copyright 2008 CandyBarLab.com

119353

http://www.candybarlab.com/category/manufacturer/dagoba/    11/24/2009 10:57:21 AM



http://www.candybarlab.com/category/manufacturer/dagoba/        11/24/2009 10:57:21 AM

going to make some to bring into the [...]
Keep Reading

## Structure

A 10-segment, molded dark chocolate bar with lime flavoring and small bits of macadamia nuts mixed in.



## Texture

The macadamia nuts were completely unnoticeable. In fact, I ate a few sections of the bar and started writing this post before I took another glance at the picture and noticed they were in there. That's how unnoticeable they were. You're pretty much getting plain chocolate with this product. Fortunately, the chocolate was rich and very smooth.

## Taste

The macadamia nuts were once again unnoticeable. The lime flavor was VERY subtle at first, but became increasingly noticeable on the finish. The chocolate was delicious (better than Choxie), so I wasn't too upset by the light application of lime flavor.

## Verdict

**Browse by Manufacturer**

Hershey's (10)
Nestlé (9)
Mars (5)
Cadbury (5)
Frela (3)
Nidar (3)
Ritter (2)
Lake Champlain Chocolates (2)
NECCO (1)
Storz (1)
Atkinson's (1)
Chocolove (1)
Choxie (1)
Chuao (1)
Dove (1)
Ferrero (1)
Annabelle's (1)
Kingsbury Chocolates (1)
Wendler (1)
Fry's (1)

**Browse by Country**

United States (27)
Norway (7)
United Kingdom (7)
Germany (5)
Australia (5)
Venezuela (2)
Japan (1)

119355



This candy bar desperately needs some texture, which it should have gotten from the macadamia nuts. They simply needed to be bigger and more plentiful. The lime flavor was a little underwhelming, but that can be forgiven because the chocolate is pretty good. In the end, I would have preferred a plain dark chocolate Dagoba bar to this effort.

Tags: dark chocolate, lime, macadamia nuts
Posted in Candy, Chocolate, Dagoba, Hershey's, Negative, Nestlé, Positive, Review, United States | 6 Comments »

**Other Candy Blogs**

Candy Blog
Candy Dish Blog
Sweet Napa
The Chocolate Review
ZOMG, Candy!

v Wrappers

**Candy Making Gear & Supplies**

ChocoVision
Confectionary House
KitchenAid
LorAnn Gourmet
Pastry Chef Central

**Buy Candy Bars Online**

BonBonBar (Handmade)
Candy Direct
Crispy Cat (Organic)
JBOX.com (Japanese)
Lake Champlain Chocolates

**Candy Wrapper Photos**

BradKent.com
Candy Wrapper Museum
Flickr
Google
Mike's Candy Wrappers

Copyright 2008 CandyBarLab.com

http://www.candybarlab.com/category/manufacturer/kingsbury-chocolates/      11/24/2009 10:57:56 AM





## Structure

A 28-segment, molded dark chocolate bar with roasted cocoa nibs mixed in.



## Texture

The chocolate is perfectly tempered with a firm snap and smooth feel. The cocoa nibs add just a hint of crunch to each bite.

## Taste

The dark chocolate is deep without any unpleasant bitterness or acidity – just the way I like it. The taste of the nibs isn't too noticeable because the chocolate already has a rather intense flavor, but I suppose they add to the



**Browse by Manufacturer**

Hershey's (10)
Nestlé (9)
Mars (5)
Cadbury (5)
Frela (3)
Nidar (3)
Ritter (2)
Lake Champlain Chocolates (2)
NECCO (1)
Storz (1)
Atkinson's (1)
Chocolove (1)
Choxie (1)
Chuao (1)
Dove (1)
Ferrero (1)
Annabelle's (1)
Dagoba (1)
Kingsbury Chocolates (1)
Wendler (1)
Fry's (1)

**Browse by Country**

United States (27)
Norway (7)
United Kingdom (7)
Germany (5)
Australia (5)
Venezuela (2)
Japan (1)

chocolate already has a rather intense flavor, but I suppose they add to the overall taste of the whole bar.

**Verdict**

This is a pretty simple bar that's perfectly executed. I'll definitely stop into their cafe next time I'm in the area and pick up another variety, possibly the "ChocObama" Bar.

Tags: cocoa nibs, dark chocolate

Posted in Candy, Chocolate, Kingsbury Chocolates, Positive, Review, United States | 1 Comment »



| Other Candy Blogs | Candy Making Gear & Supplies | Buy Candy Bars Online | Candy Wrapper Photos |
| --- | --- | --- | --- |
| Candy Blog | ChocoVision | BonBonBar (Handmade) | BradKent.com |
| Candy Dish Blog | Confectionary House | Candy Direct | Candy Wrapper Museum |
| Sweet Napa | KitchenAid | Crispy Cat (Organic) | Flickr |
| The Chocolate Review | LorAnn Gourmet | JBOX.com (Japanese) | Google |
| ZOMG, Candy! | Pastry Chef Central | Lake Champlain Chocolates | Mike's Candy Wrappers |

y Wrappers

Copyright 2008 CandyBarLab.com



http://www.candybarlab.com/category/manufacturer/nestle/        11/24/2009 11:01:19 AM

## Structure

A 10-segment, molded dark chocolate bar with lime flavoring and small bits of macadamia nuts mixed in.



## Texture

The macadamia nuts were completely unnoticeable. In fact, I ate a few sections of the bar and started writing this post before I took another glance at the picture and noticed they were in there. That's how unnoticeable they were. You're pretty much getting plain chocolate with this product. Fortunately, the chocolate was rich and very smooth.

## Taste

The macadamia nuts were once again unnoticeable. The lime flavor was VERY subtle at first, but became increasingly noticeable on the finish. The chocolate was delicious (better than Choxie), so I wasn't too upset by the light application of lime flavor.



## Verdict

This candy bar desperately needs some texture, which it should have gotten from the macadamia nuts. They simply needed to be bigger and more plentiful. The lime flavor was a little underwhelming, but that can be forgiven because the chocolate is pretty good. In the end, I would have preferred a plain dark chocolate Dagoba bar to this effort.

Tags: dark chocolate, lime, macademia nuts
Posted in Candy, Chocolate, Dagoba, Hershey's, Negative, Nestlé, Positive, Review, United States | 6 Comments

### Browse by Manufacturer

Hershey's (10)
Nestlé (9)
Mars (5)
Cadbury (5)
Frels (3)
Nidar (3)
Ritter (2)
Lake Champlain Chocolates (2)
NECCO (1)
Storz (1)
Atkinson's (1)
Chocolove (1)
Choxie (1)
Chuao (1)
Dove (1)
Ferrero (1)
Annabelle's (1)
Dagoba (1)
Kingsbury Chocolates (1)
Wendler (1)
Fry's (1)

### Browse by Country

United States (27)
Norway (7)
United Kingdom (7)
Germany (5)
Australia (5)
Venezuela (2)
Japan (1)

http://www.candybarlab.com/category/manufacturer/nestle/    11/24/2009 11:01:19 AM

Review, United States | 6 Comments »

### Review: Nestlé Chokito

Tuesday, December 16th, 2008

The Chokito immediately reminded me of the Freia Peanutt Kubbe, except instead of peanuts, this version has rice crisps. Since the Kubbe is one of my favorite candy bars ever, I had high hopes for the Chokito.



**Structure**

An inner core of caramel fudge surrounded by rice crisps and enrobed in chocolate.



119362

### Texture

The caramel fudge center is firm, but soft enough to easily bite through and it doesn't stick to your teeth. I would compare it most closely to the inside of a 3 Musketeers, except not quite as soft. The relatively large rice crisps provide a nice texture complement and the chocolate binds everything together well. The whole product is perfectly balanced texturally.

### Taste

The flavor of the Chokito was a huge letdown. Specifically, the caramel fudge center tasted really artificial. If you've ever had the low calorie, Skinny Cow brand caramel ice cream cones, it tasted like the fake caramel in those. Unfortunately, neither the flavorless rice crisps nor the sub-par tasting Nestlé chocolate could help make up for the odd flavor of the caramel fudge.

### Verdict



The Chokito should be a great candy bar. Texturally, it's fantastic and all of the ingredients really should taste good together. For some reason though, they don't.

Tags: caramel fudge, Chocolate, rice crisps
Posted in Australia, Candy, Chocolate, Negative, Nestlé, Review | 3 Comments »

## Review: Nestlé Kit Kat Muscat of Alexandria

Saturday, December 13th, 2008

I learned via the internets (specifically JBox.com) that in Japan there are many odd varieties of flavored Kit Kats. So I was super excited to finally get my hands on one (Thanks Thanny) to try out for myself.

The first thing I noticed on the packaging was "Muscat of Alexandria" in large English print right below the Kit Kat logo. That seemed pretty odd, but I figured it probably had something to do with the pictures of green grapes. Sure enough, Muscat of Alexandria is an ancient vine of grape used in wine and raisin production. These are the things you find out writing (and reading) a candy bar blog I guess.

119363

http://www.candybarlab.com/category/manufacturer/nestle/    11/24/2009 11:01:19 AM



### Structure

The package contains two individually wrapped bars. Each bar is two segments of grape flavored, molded white chocolate filled with wafers.



I really like that they added green coloring to the white chocolate.

### Texture

The texture is exactly like a regular sized Kit Kat bar. The light crispy wafer and white chocolate coating work well together.

### Taste

The grape flavor is subtle, but definitely noticeable – like weak grape bubble gum. The white chocolate helps to balance the slight citric acid flavor that immediately hits your tongue. Overall, it reminded me a little bit of the Choxie Lime Bar.



of the Choxie Lime Bar.

### Verdict

I enjoyed the Muscat of Alexandria Kit Kat a lot. With one caveat though. I don't think this is a candy bar I could eat all the time. It's slightly odd and I enjoyed it because it's unique. Green grape and white chocolate isn't going to replace peanut butter and milk chocolate as a classic flavor combination, but it's something you should try if you ever get a chance.

Tags: grape, wafer, white chocolate
Posted in Candy, Chocolate, Japan, Nestlé, Positive, Review | No Comments »

1  2  3

**Other Candy Blogs**
Candy Blog
Candy Dish Blog
Sweet Napa
The Chocolate Review
ZOMG, Candy!

y Wrappers

**Candy Making Gear & Supplies**
ChocoVision
Confectionary House
KitchenAid
LorAnn Gourmet
Pastry Chef Central

**Buy Candy Bars Online**
BonBonBar (Handmade)
Candy Direct
Crispy Cat (Organic)
JBOX.com (Japanese)
Lake Champlain Chocolates

**Candy Wrapper Photos**
BradKent.com
Candy Wrapper Museum
Flickr
Google
Mike's Candy Wrappers

Copyright 2008 CandyBarLab.com

119365



http://www.candybarlab.com/category/manufacturer/nestle/page/3/     11/24/2009 11:02:20 AM



### Structure

The center is mint–flavored white chocolate tinted green and filled with bubbles of air. This is covered with mint–flavored dark chocolate – molded into a seven–segment bar.



### Texture

The air pockets make this bar very light and easy to bite through. It crumbles a bit, which helps the chocolate melt on your tongue. Without the air pockets, this would just be a flavored chocolate bar. The bubbly center elevates it to something special.

### Taste

No surprises here – it tastes like an Andes mint. I really like that the mint flavor is found in both the inside and the outside. You can't miss it. As a side note, Mint Aero smells wonderful as soon as you open the packaging; easily the best smelling confection I've reviewed thus far. Then again… anyone surprised that mint smells good?



### Verdict

I definitely recommend Mint Aero. It is tasty and refreshing. Most importantly, the texture is unique. The only problem is they're a little hard to come by. But if you ever see one in the store, don't miss the opportunity give it a try.

## Browse By Manufacturer

Hershey's (10)
Nestlé (9)
Mars (5)
Cadbury (5)
Frela (3)
Nidar (3)
Ritter (2)
Lake Champlain Chocolates (2)
NECCO (1)
Storz (1)
Atkinson's (1)
Chocolove (1)
Choxie (1)
Chuao (1)
Dove (1)
Ferrero (1)
Annabelle's (1)
Dagoba (1)
Kingsbury Chocolates (1)
Wendler (1)
Fry's (1)

## Browse By Country

United States (27)
Norway (7)
United Kingdom (7)
Germany (5)
Australia (5)
Venezuela (2)
Japan (1)

Tags: dark chocolate, mint, white chocolate
Posted in Candy, Nestlé, Positive, Review, United Kingdom | 6 Comments »

### Review: Nestlé Crunch Crisp

Tuesday, February 19th, 2008

Just about everyone I work with has a blog. Most focus on web development and design. When I recently began telling them that I'm writing a blog devoted solely to candy bars, most were intrigued. One of my co-workers was even awesome enough to buy me a candy bar, which I of course promised to properly review on this blog. So here it is, the Nestle Crunch Crisp.



### Structure

The center consists of alternating wafer and chocolate creme layers, which aretopped with a layer of milk chocolate and crispies. The entire bar is enrobed with a thin shell of milk chocolate.



119368

http://www.candybarlab.com/category/manufacturer/nestle/page/3/        11/24/2009 11:02:20 AM



### Texture

The wafers are very crisp and the chocolate cream is soft – exactly how it should be. I expected a powdery texture like those cheap sugar wafers I was once addicted to, so I was pleasantly surprised. The top crispies don't stand out. They have to be there for branding reasons, but I wouldn't have missed them. Most importantly, Nestlé made this bar the perfect thickness. I panned Kit Kat Caramel for being too thick. Crunch Crisp didn't make that mistake.

### Taste

Nestlé chocolate has a unique flavor. When I was a kid, I loved it. Now, I find it to be a little too sweet and it has a distinct burnt caramel aftertaste. I probably should have eaten this in two sittings because the off flavors became unpleasant by the end.



### Verdict

I really liked the texture of the wafers and chocolate creme; more than I disliked the chocolate flavor. If given the choice between this bar and a regular Nestlé Crunch, I would choose this. Therefore, I would definitely recommend this to anyone who likes Nestlé candy bars.

Tags: Chocolate, chocolate creme, crispies, wafer
Posted in Candy, Nestlé, Positive, Review, United States | 2 Comments »

### Review: Nestlé Kit Kat Caramel

Monday, February 11th, 2008

By themselves, plain old Kit Kats are great. Good caramel is also great. So, wouldn't it be great if the two were combined? Well not so fast. Candy bars are a delicate balance of flavors and textures. Adding something, even if its tasty on it's own, might not make the product any better than what you had to begin with. If it were that easy, candy manufacturers would just throw all of the goodies they could round up into a single bar.

So, back to the product at hand – a Caramello stuck to the top of an over–sized Kit Kat stick. Let's see if this is an improvement over the regular Kit Kats many of us have come to love.



### Structure

This is a molded bar with two cavities. The bottom one is filled with a layered wafer and the top one is filled with caramel.



### Texture

Biting into Kit Kat Caramel is interesting. Your top teeth will first make their way through the caramel cavity before getting held up by the thick, middle layer of chocolate. Once they've broken this barrier, they will proceed easily through the crispy, wafer layer. What you end up with is a "ka-clunk" sound in your head with each bite. I wasn't a big fan of this. It feels like you're biting through two separate bars.

### Taste

You'll taste a lot of milk chocolate. The quality of which isn't bad, but not

http://www.candybarlab.com/category/manufacturer/nestle/page/3/     11/24/2009 11:02:20 AM



You'll taste a lot of milk chocolate. The quality of which isn't bad, but not great either. The wafer is pretty tasteless, but that's fine. It's only job was to provide texture. The big disappointment is that you can't really taste the caramel, which is mild and gets overpowered by the chocolate. Wasn't the addition of caramel the whole point of making this product? It would have been better if the caramel was saltier.

**Verdict**

I definitely don't recommend this bar. The thickness of the middle chocolate layer is the fatal flaw. It ruins the texture and masks the caramel. I'll be reaching for classic Kit Kats over their caramel cousins every time.

Tags: caramel, milk chocolate, wafer
Posted in Candy, Negative, Nestlé, Review, United States | 3 Comments »

1  2  **3**

Other Candy Blogs

Candy Blog
Candy Dish Blog
Sweet Napa
The Chocolate Review
ZOMG, Candy!

Candy Making Gear & Supplies

ChocoVision
Confectionary House
KitchenAid
LorAnn Gourmet
Pastry Chef Central

Buy Candy Bars Online

BonBonBar (Handmade)
Candy Direct
Crispy Cat (Organic)
JBOX.com (Japanese)
Lake Champlain Chocolates

Candy Wrapper Photos

BradKent.com
Candy Wrapper Museum
Flickr
Google
Mike's Candy Wrappers

y Wrappers

Copyright 2008 CandyBarLab.com

| To: | Hershey Chocolate & Confectionery Corpor ETC. (lduquette@hersheys.com) |
|---|---|
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 77809223 - N/A |
| **Sent:** | 11/24/2009 11:05:43 AM |
| **Sent As:** | ECOM116@USPTO.GOV |
| **Attachments:** | |

## IMPORTANT NOTICE REGARDING YOUR TRADEMARK APPLICATION

**Your trademark application (Serial No. 77809223) has been reviewed.  The examining attorney assigned by the United States Patent and Trademark Office ("USPTO")  has written a letter (an "Office action") on 11/24/2009 to which you must respond (*unless the Office letter specifically states that no response is required*).  Please follow these steps:**

**1.    Read**    the    Office    letter    by    clicking    on    this    **link**
**http://tmportal.uspto.gov/external/portal/tow?DDA=Y&serial_number=77809223&doc_type=OOA&mail_date=20091124**  **OR**  go  to  **http://tmportal.uspto.gov/external/portal/tow** and enter your serial number to access the Office letter.  If you have difficulty accessing the Office letter, contact **TDR@uspto.gov**.

**PLEASE NOTE**: The Office letter may not be immediately available but will be viewable within 24 hours of this e-mail notification.

**2. Contact** the examining attorney who reviewed your application if you have any questions about the content of the Office letter (contact information appears at the end thereof).

**3. Respond** within 6 months, calculated from **11/24/2009** (*or sooner if specified in the Office letter*), using the Trademark Electronic Application System (TEAS) **Response to Office Action form**. If you have difficulty using TEAS, contact **TEAS@uspto.gov**.

## ALERT:

**Failure to file any required response by the applicable deadline will result in the ABANDONMENT (loss) of your application.**

**Do NOT hit "Reply" to this e-mail notification, or otherwise attempt to e-mail your response, as the USPTO does NOT accept e-mailed responses.**

\*\*\* User:jdwyer1 \*\*\*

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 597 | N/A | 0 | 0 | 0:14 | ("hershey chocolate & confectionery" or "hershey chocolate and confectionery")[ow] and "live"[ld] |
| 02 | 15851 | N/A | 0 | 0 | 0:01 | "261102"[dc] and "live"[ld] not 1 |
| 03 | 10018 | N/A | 0 | 0 | 0:01 | "261120"[dc] and "live"[ld] not 1 |
| 04 | 2675 | N/A | 0 | 0 | 0:01 | 2 and 3 |
| 05 | 200421 | N/A | 0 | 0 | 0:03 | ("030" or a or b or 200)[ic] |
| 06 | 187 | 0 | 2 | 187 | 0:01 | 4 and 5 |

Session started 11/19/2009 7:56:34 AM

Session finished 11/19/2009 7:59:49 AM

Total search duration 0 minutes 21 seconds

Session duration 3 minutes 15 seconds

Defaut NEAR limit=1ADJ limit=1

Sent to TICRS as Serial Number: 77809223

| | |
|---|---|
| **From:** | TMDesignCodeComments |
| **Sent:** | Tuesday, August 25, 2009 00:18 AM |
| **To:** | XXXX |
| **Subject:** | Notice of Design Search Code for Serial Number: 77809223 |

**ATTORNEY REFERENCE NUMBER:**

The USPTO may assign design search codes, as appropriate, to new applications and renewed registrations to assist in searching the USPTO database for conflicting marks. They have no legal significance and will not appear on the registration certificate.

DESIGN SEARCH CODES are numerical codes assigned to figurative, non-textual elements found in marks. For example, if your mark contains the design of a flower, design search code 05.05 would be assigned to your application. Design search codes are described on Internet Web page http://www.uspto.gov/tmdb/dscm/index.html.

Response to this notice is not required; however, to suggest additions or changes to the design search code(s) assigned to your mark, please e-mail TMDesignCodeComments@USPTO.GOV. You **must** reference your application serial number within your request. The USPTO will review the proposal and update the record, if appropriate. For questions, please call 1-800-786-9199 to speak to a Customer Service representative.

The USPTO will not send any further response to your e-mail. Check TESS in approximately two weeks to see if the requested changes have been entered. Requests deemed unnecessary or inappropriate will not be entered.

**Design search codes assigned to the referenced serial number are listed below.**
**DESIGN SEARCH CODES:**

26.11.02 - Plain single line rectangles
26.11.02 - Rectangles (single line)
26.11.20 - Rectangles inside one another



119375



PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 77809223**
**Filing Date: 08/20/2009**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | \\TICRS\EXPORT7\IMAGEOUT7 \778\092\77809223\xml1\FT_K0002.JPG |
| *SPECIAL FORM | YES |
| USPTO-GENERATED IMAGE | NO |
| *COLOR MARK | NO |
| *COLOR(S) CLAIMED (If applicable) | |
| *DESCRIPTION OF THE MARK (and Color Location, if applicable) | The mark consists of twelve (12) equally-sized recessed rectangular panels arranged in a four panel by three panel format with each panel having its own raised border within a large rectangle. |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 640 x 272 |
| REGISTER | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Hershey Chocolate & Confectionery Corporation |
| *STREET | 4860 Robb Street, Suite 204 |
| *CITY | Wheat Ridge |
| *STATE (Required for U.S. applicants) | Colorado |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 80033 |
| PHONE | 717-534-7911 |
| FAX | 717-534-7549 |
| EMAIL ADDRESS | XXXX |

| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
|---|---|

## LEGAL ENTITY INFORMATION

| *TYPE | CORPORATION |
|---|---|
| * STATE/COUNTRY OF INCORPORATION | Delaware |

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| *INTERNATIONAL CLASS | 030 |
|---|---|
| IDENTIFICATION | Candy; Chocolate |
| *FILING BASIS | SECTION 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 12/31/1968 |
| FIRST USE IN COMMERCE DATE | At least as early as 12/31/1968 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT7\IMAGEOUT7 \778\092\77809223\xml1\FT K0003.JPG |
| SPECIMEN DESCRIPTION | Digital photograph of actual product evidencing use of the mark |

## ADDITIONAL STATEMENTS SECTION

| *TRANSLATION (if applicable) | |
|---|---|
| * TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | The applicant claims ownership of U.S. Registration Number(s) 3668662. |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |
| SECTION 2(f) BASED ON EVIDENCE | The mark has become distinctive of the goods/services, as demonstrated by the attached evidence. |
| 2(f) EVIDENCE FILE NAME(S) | |
| ORIGINAL PDF FILE | e2f-168133239-150552750_._HERSHEY_S_MC_BAR_PRODUCT_CONFIGURATION_EVIDENCE.pdf |
| CONVERTED PDF FILE(S) (1 page) | \\TICRS\EXPORT7\IMAGEOUT7\778\092\77809223\xml1\FTK0004.JPG |
| SECTION 2(f) | The mark has become distinctive of the goods/services through the applicant's substantially exclusive and continuous use in commerce for at least the five years immediately before the date of this statement. |

## CORRESPONDENCE INFORMATION

| *NAME | Lois B. Duquette |
|---|---|
| FIRM NAME | The Hershey Company |
| *STREET | 100 Crystal A Drive |

| | |
|---|---|
| **\*CITY** | Hershey |
| **\*STATE (Required for U.S. applicants)** | Pennsylvania |
| **\*COUNTRY** | United States |
| **\*ZIP/POSTAL CODE** | 17033 |
| **PHONE** | 717-534-7911 |
| **FAX** | 717-534-7549 |
| **\*EMAIL ADDRESS** | lduquette@hersheys.com |
| **\*AUTHORIZED TO COMMUNICATE VIA EMAIL** | Yes |
| **FEE INFORMATION** | |
| **NUMBER OF CLASSES** | 1 |
| **FEE PER CLASS** | 275 |
| **\*TOTAL FEE PAID** | 275 |
| **SIGNATURE INFORMATION** | |
| **\* SIGNATURE** | /Lois B. Duquette/ |
| **\* SIGNATORY'S NAME** | Lois B. Duquette |
| **\* SIGNATORY'S POSITION** | Assistant Secretary and Attorney of Record, PA State Bar Member |
| **\* DATE SIGNED** | 08/20/2009 |

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 77809223**
**Filing Date: 08/20/2009**

## To the Commissioner for Trademarks:

**MARK:** (Stylized and/or Design, see mark)
The applicant is not claiming color as a feature of the mark. The mark consists of twelve (12) equally-sized recessed rectangular panels arranged in a four panel by three panel format with each panel having its own raised border within a large rectangle.
The applicant, Hershey Chocolate & Confectionery Corporation, a corporation of Delaware, having an address of
    4860 Robb Street, Suite 204
    Wheat Ridge, Colorado 80033
    United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 030:  Candy; Chocolate

Use in Commerce: The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, or the applicant's predecessor in interest used the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

In International Class 030, the mark was first used at least as early as 12/31/1968, and first used in commerce at least as early as 12/31/1968, and is now in use in such commerce. The applicant is submitting one specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) Digital photograph of actual product evidencing use of the mark.
Specimen File1

The mark has become distinctive of the goods/services, as demonstrated by the attached evidence.
    The applicant submits the following evidence to support the §2(f) claim:

**Original PDF file:**
e2f-168133239-150552750_._HERSHEY_S_MC_BAR_PRODUCT_CONFIGURATION_EVIDENCE.pdf
**Converted PDF file(s)** (1 page)
2(f) evidence-1

The mark has become distinctive of the goods/services through the applicant's substantially exclusive and continuous use in commerce for at least the five years immediately before the date of this statement.

The applicant claims ownership of U.S. Registration Number(s) 3668662.

The applicant's current Correspondence Information:
    Lois B. Duquette
    The Hershey Company
    100 Crystal A Drive
    Hershey, Pennsylvania 17033
    717-534-7911(phone)
    717-534-7549(fax)
    lduquette@hersheys.com (authorized)

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /Lois B. Duquette/   Date Signed: 08/20/2009
Signatory's Name: Lois B. Duquette
Signatory's Position: Assistant Secretary and Attorney of Record, PA State Bar Member

RAM Sale Number: 1667
RAM Accounting Date: 08/21/2009

Serial Number: 77809223
Internet Transmission Date: Thu Aug 20 15:38:52 EDT 2009
TEAS Stamp: USPTO/FTK-XXX.XXX.X.XX-20090820153852249
344-77809223-400ec64e634998d83d1cc717a4e
f644e0-CC-1667-20090820150552750610

119381



119382



The mark applied for has been in use since at least as early as 1968.  Some of the most famous chocolate products in the United States, HERSHEY'S Milk Chocolate Bar, HERSHEY'S Cookies 'N Crème bar, KRACKLE bar, MR. GOODBAR bar and the SPECIAL DARK bar, have and continue to be manufactured in various sizes and weights but all use this very unique, very recognizable product configuration of recessed rectangular panels.

The sales of the products using this unique product configuration have been more than $3.7 billion over the last 12 years.  Applicant through either its predecessor in interest or its licensees has spent over $186 million in advertising in connection with this unique product configuration over the past 24 years.  In addition, this advertising has achieved more than 44,000 gross rating points over that same period of 24 years.  (One gross rating point is equal to one percent of the population viewing a commercial at one time.)  Furthermore, the products using this unique product configuration have been sold for decades throughout the United States in almost every food, drug, mass merchandiser and convenience store retail outlet.