Insert Sheet for

PLAINTIFF'S TRIAL EXHIBIT

0876-1

(See Physical Guitar)







PLAINTIFF'S TRIAL EXHIBIT
**0876-2**
4:19-CV-00358-ALM

121480