# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| GIBSON, INC., | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 4:19-cv-00358-ALM |
| ARMADILLO DISTRIBUTION ENTERPRISES, INC. and CONCORDIA INVESTMENT PARTNERS, LLC, | § § § § § | |
| Defendants. | § § | |

## JOINT AGREED MOTION REGARDING POST-TRIAL BRIEFING SCHEDULE

Plaintiff Gibson Brands, Inc. and Defendants Armadillo Distribution Enterprises, Inc. and Concordia Investment Partners, LLC (collectively, the "Parties") jointly file this Agreed Motion Regarding Post-Trial Briefing Schedule.

The Parties' post-trial briefing shall be filed in accordance with the following agreement of the Parties:

- April 11, 2025 – Parties to submit proposed judgment and a brief supporting the relief requested. The Parties' opening briefs shall not exceed 30 pages.

- May 2, 2025 – Parties to file responses in opposition to proposed judgment and/or relief requested. The Parties' response briefs shall not exceed 30 pages.

- May 16, 2025 – Parties to file replies in support of proposed judgment and/or relief requested. The Parties' reply briefs shall not exceed 10 pages.

- Sur-replies shall only be filed with leave of Court for good cause shown.

.

DATED: March 31, 2025

| | |
|---|---|
| */s/ Stephen D. Howen* <br> Andrea E. Bates <br> *Pro Hac Vice* <br> Kurt Schuettinger <br> *Pro Hac Vice* <br> Johnathan M. Bates <br> *Pro Hac Vice* <br> Bates & Bates, LLC <br> 1890 Marietta Boulevard NW <br> Atlanta, Georgia 30318 <br> Telephone: (404) 228-7439 <br> Facsimile: (404) 963-6231 <br> abates@bates-bates.com <br> kschuettinger@bates-bates.com <br> jbates@bates-bates.com <br> Stephen D. Howen <br> State Bar No. 10117800 <br> Law Office of Steve Howen <br> 7111 Bosque Blvd., Suite 305 <br> Waco, TX 76710 <br> Telephone: (254) 826-6526 <br> Facsimile: (254) 822-4926 <br> steve@stevehowenlegal.com <br><br> Attorneys for Plaintiff <br> GIBSON, INC. | */s/ Jerry R. Selinger* <br> Jerry R. Selinger, Lead Counsel <br> State Bar No. 18008250 <br> PATTERSON + SHERIDAN, LLP <br> 1700 Pacific Ave., Suite 2650 <br> Dallas, Texas 75201 <br> Tel: (214) 272-0957 <br> Fax: (713) 623-4846 <br> jselinger@pattersonsheridan.com <br> Craig V. Depew <br> Texas State Bar No. 05655820 <br> PATTERSON + SHERIDAN, LLP <br> 24 Greenway Plaza, Suite 1600 <br> Houston, Texas 77046 <br> Tel: 832-968-7285 <br> Fax: 713-623-4846 <br> cdepew@pattersonsheridan.com <br> Kyrie K. Cameron <br> State Bar No. 24097450 <br> PATTERSON + SHERIDAN, LLP <br> 24 Greenway Plaza, Suite 1600 <br> Houston, Texas   77046 <br> Tel: (713) 623-4844 <br> Fax: (713) 623-4846 <br> kcameron@pattersonsheridan.com <br><br> ATTORNEYS FOR DEFENDANTS <br> ARMADILLO DISTRIBUTION <br> ENTERPRISES, INC. AND CONCORDIA <br> INVESTMENT PARTNERS, LLC |

## **CERTIFICATE OF CONFERENCE**

The parties have conferred via email and by telephone pursuant to Local Rule CV-7(h), and plaintiff agrees to the foregoing motion.

                                                          */s/ Jerry R. Selinger* <br>
                                                          Jerry Selinger

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF electronic filing system on March 31, 2025.

>	*/s/ Jerry R. Selinger*
>	Jerry R. Selinger

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GIBSON, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:19-cv-00358-ALM |
| | § | |
| ARMADILLO DISTRIBUTION | § | |
| ENTERPRISES, INC. and | § | |
| CONCORDIA INVESTMENT | § | |
| PARTNERS, LLC, | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING JOINT AGREED MOTION**
**REGARDING POST-TRIAL BRIEFING SCHEDULE**

Now before the Court is Plaintiff Gibson Brands, Inc. and Defendants Armadillo Distribution Enterprises, Inc. and Concordia Investment Partners, LLC (collectively, the "Parties") Joint Agreed Motion Regarding Post-Trial Briefing Schedule. Having considered the motion, the Court finds that it should be GRANTED.

Accordingly, IT IS THEREFORE ORDERED that the Parties' post-trial briefing shall be filed in accordance with the following agreement of the Parties:

- April 11, 2025 – Parties to submit proposed judgment and a brief supporting the relief requested. The Parties' opening briefs shall not exceed 30 pages.

- May 2, 2025 – Parties to file responses in opposition to proposed judgment and/or relief requested. The Parties' response briefs shall not exceed 30 pages.

- May 16, 2025 – Parties to file replies in support of proposed judgment and/or relief requested. The Parties' reply briefs shall not exceed 10 pages.

- Sur-replies shall only be filed with leave of Court for good cause shown.

IT IS SO ORDERED.