IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GIBSON, INC., | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. 4:19-cv-00358-ALM |
| ARMADILLO DISTRIBUTION ENTERPRISES, INC. and CONCORDIA INVESTMENT PARTNERS, LLC, | § § § § § | |
| Defendants. | § § | |

**ORDER GRANTING JOINT AGREED MOTION**
**REGARDING POST-TRIAL BRIEFING SCHEDULE**

Now before the Court is Plaintiff Gibson Brands, Inc. and Defendants Armadillo Distribution Enterprises, Inc. and Concordia Investment Partners, LLC (collectively, the "Parties") Joint Agreed Motion Regarding Post-Trial Briefing Schedule (Dkt. #790). Having considered the motion, the Court finds that it should be GRANTED.

Accordingly, IT IS THEREFORE ORDERED that the Parties' post-trial briefing shall be filed in accordance with the following agreement of the Parties:

- April 11, 2025 – Parties to submit proposed judgment and a brief supporting the relief requested. The Parties' opening briefs shall not exceed 30 pages.

- May 2, 2025 – Parties to file responses in opposition to proposed judgment and/or relief requested. The Parties' response briefs shall not exceed 30 pages.

- May 16, 2025 – Parties to file replies in support of proposed judgment and/or relief requested. The Parties' reply briefs shall not exceed 10 pages.

- Sur-replies shall only be filed with leave of Court for good cause shown.

**IT IS SO ORDERED.**

**SIGNED this 2nd day of April, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE