IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GIBSON, INC., a Delaware corporation, | ) |
| | ) |
| Plaintiff/Counterclaim-Defendant, | ) Case No. 4:19-cv-00358-ALM |
| | ) |
| vs. | ) |
| | ) |
| ARMADILLO DISTRIBUTION ENTERPRISES, INC.; CONCORDIA INVESTMENT PARTNERS, LLC, | ) |
| | ) |
| Defendant/Counterclaim-Plaintiff | ) |
| | ) |
| DOES 1 through 10, | ) |
| | ) |
| Defendants. | ) |

**UNOPPOSED MOTION TO SEAL PLAINTIFF'S PROPOSED JUDGMENT AND
BRIEF IN SUPPORT OF RELIEF REQUESTED**

Comes now Gibson, Inc. ("Gibson"), by and through its attorneys of record, and files this Motion to Seal its Proposed Judgment and Brief in Support of Relief Requested. The brief and attached exhibits contain information that has been marked as Highly Confidential Attorneys Eyes Only pursuant to the parties' Protective Order. The brief and the attached exhibits contain highly sensitive, confidential information such as sales figures and other sensitive information that, if released to the public, could cause significant harm or injury to the reputation and/or business of the parties or provide improper advantage to others" [Dkt. #52 ¶2].

Accordingly, Gibson respectfully requests that the Court grant this motion and permit the Motion for Summary Judgment to be sealed pursuant to the Court's Protective Order. Respectfully submitted, this 11th day of April 2025.

/s/ *Andrea E. Bates*
Andrea E. Bates
*Pro Hac Vice*

Kurt Schuettinger *Pro Hac Vice* Johnathan M. Bates
*Pro Hac Vice*
Bates & Bates, LLC
1890 Marietta Boulevard NW
Atlanta, Georgia 30318
Telephone: (404) 228-7439
Facsimile: (404) 963-6231
abates@bates-bates.com
kschuettinger@bates-bates.com
jbates@bates-bates.com

Stephen D. Howen
State Bar No. 10117800 Law Office of Steve Howen
7111 Bosque Blvd., Suite 305
Waco, TX 76710
Telephone: (254) 826-6526
Facsimile: (254) 822-4926
steve@stevehowenlegal.com

Attorneys for Plaintiff GIBSON, INC.

## CERTIFICATE OF CONFERENCE

Pursuant to E.D.TX. LR CV-7(i), Counsel certifies that on April 11, 2025 counsel for Plaintiff Gibson, Inc. conferred with counsel for Defendants, via telephone and email, who indicated they do not oppose this Motion.

/s/ *Andrea E. Bates*
Andrea E. Bates

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document was served on all counsel of record via the Court's CM/ECF electronic filing system on April 11, 2025.

/s/ *Andrea E. Bates*
Andrea E. Bates
