IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GIBSON, INC., a Delaware corporation, ) <br> ) <br> Plaintiff/Counterclaim-Defendant, ) <br> ) <br> vs. ) <br> ) <br> ARMADILLO DISTRIBUTION ) <br> ENTERPRISES, INC.; CONCORDIA ) <br> INVESTMENT PARTNERS, LLC, ) <br> ) <br> Defendant/Counterclaim-Plaintiff ) <br> ) <br> DOES 1 through 10, ) <br> ) <br> Defendants. ) | Case No. 4:19-cv-00358-ALM |

**ORDER GRANTING MOTION TO SEAL PLAINTIFF'S PROPOSED JUDGMENT AND BRIEF IN SUPPORT OF RELIEF REQUESTED**

Now before the Court is Gibson, Inc.'s ("Gibson"), Motion to Seal its Proposed Judgment and Brief in Support of Relief Requested. Having considered the motion, the Court finds it should be GRANTED.

Accordingly, IT IS THEREFORE ORDERED that Gibson's Motion to Seal its Proposed Judgment and Brief in Support of Relief Requested is GRANTED.

IT IS FURTHER ORDERED that Gibson's Proposed Judgment and Brief in Support of Relief Requested is hereby SEALED and will not be visible to the public. IT IS SO ORDERED