IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GIBSON, INC., a Delaware corporation, | ) | |
| | ) | |
| | ) | |
| Plaintiff/Counterclaim-Defendant, | ) | Case No. 4:19-cv-00358-ALM |
| | ) | |
| vs. | ) | |
| | ) | |
| ARMADILLO DISTRIBUTION | ) | |
| ENTERPRISES, INC.; CONCORDIA | ) | |
| INVESTMENT PARTNERS, LLC, | ) | |
| | ) | |
| Defendant/Counterclaim-Plaintiff | ) | |
| | ) | |
| DOES 1 through 10, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING MOTION TO SEAL PLAINTIFF'S PROPOSED JUDGMENT
AND BRIEF IN SUPPORT OF RELIEF REQUESTED**

Now before the Court is Gibson, Inc.'s ("Gibson"), Motion to Seal its Proposed Judgment (Dkt. #793). Having considered the motion, the Court finds it should be and hereby is GRANTED.

It is therefore ORDERED that Gibson's Proposed Judgment and Brief in Support of Relief Requested (Dkt. #794) is hereby SEALED and will not be visible to the public.

**IT IS SO ORDERED.**

**SIGNED this 15th day of April, 2025.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE