IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GIBSON, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:19-cv-00358-ALM |
| | § | |
| ARMADILLO DISTRIBUTION ENTERPRISES, INC. and CONCORDIA INVESTMENT PARTNERS, LLC, | § § § § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Pending before the Court is the Unopposed Motion for Leave to File Under Seal (Dkt. #800), seeking leave to file under seal Defendants' Amended Motion to Strike Exhibits B and C to Gibson's Motion for Judgment and Portions of Gibson's Brief Relying on Evidence Not Part of the Trial Record.

Defendants' Motion contains confidential information of Gibson and Defendants. Defendants will file a public version with the confidential information redacted.

Having considered the Motion, the submissions, and applicable law, the Court finds that the Motion should be and hereby is GRANTED.

**IT IS SO ORDERED.**

SIGNED this 22nd day of April, 2025.

*[signature: Amos Mazzant]*
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE