DEFENDANTS ARMADILLO DISTRIBUTION ENTERPRISES, INC. AND CONCORDIA INVESTMENT PARTNERS, LLC
TRIAL EXHIBIT INDEX

| DTX | Description | Beg Bates No. | End Bates No. |
|---|---|---|---|
| DTX-0003 | XV-910 Semi Hollowbody Alnico P90 Dogears Trapeze Tailpiece - GF Sales Depo Exhibit 4 | | |
| DTX-0006 | January Sale Days Click for the Complete List! - GF Sales Depo Exhibit 7 | GF_SALES-00000002 | GF_SALES-00000002 |
| DTX-0007 | Spreadsheet of Sales - GF Sales Depo Exhibit 8 | GF_SALES-00000003 | GF_SALES-00000003 |
| DTX-0060 | United States Patent and Trademark Office Reg. No. 2,051,790 - Davidson Depo Exhibit 2 | | |
| DTX-0062 | United States Patent and Trademark Office Reg. No. 2,053,805 - Davidson Depo Exhibit 4 | | |
| DTX-0063 | United States Patent and Trademark Office Reg. No. 2,215,791 - Davidson Depo Exhibit 5 | | |
| DTX-0064 | United States Patent and Trademark Office Reg. No. 2,007,277 - Davidson Depo Exhibit 6 | | |
| DTX-0065 | United States Patent and Trademark Office Reg. No. 1,020,485 - Davidson Depo Exhibit 7 | | |
| DTX-0067 | Dean Water V ad - Davidson Depo Exhibit 9 | ARMADILLOEDTX00001380 | ARMADILLOEDTX00001380 |
| DTX-0068 | Dean Guitars ZX - Classic Black - Davidson Depo Exhibit 10 | | |
| DTX-0071 | Luna Guitars - Athena Semi-Hollowboy - Gloss Natural - Davidson Depo Exhibit 16 | | |
| DTX-0072 | Dean Headstock - Davidson Depo Exhibit 17 | | |
| DTX-0109 | Eastman Guitars T186MX, T185MX, T184MX, T64/v, T64/v-T, T59/v, T486, T486B, T484, T386 - Eastman Depo Exhibit 4 | | |
| DTX-0128 | CMO Of The Week: Gibson Brands' Cesar Gueikian, Brand Innovators - Gueikian Depo Exhibit 1 | | |
| DTX-0137 | I Have to be the Best Custodian of the Brand I Can be": Cesar Gueikian on the Past and Future of Gibson, Guitar.com - Gueikian Depo Exhibit 10 | | |
| DTX-0170 | Letter from A. Bates to K. Haas Re: Haas Guitar's Infringement of Gibson's Flying V Body Design Trademark - Reverend Depo Exhibit 22 | REVEREND_GUITARS-00000205 | REVEREND_GUITARS-00000217 |
| DTX-0171 | Letter from A. Bates to K. Haas Re: Haas Guitar's ("Haas"") Infringement of Gibson's Flying V Body Design Trademark - Reverend Depo Exhibit 23 | REVEREND_GUITARS-00000190 | REVEREND_GUITARS-00000204 |
| DTX-0205 | Sam Ash Fall 2016 Catalog - D'Angelico Depo Exhibit 12 | D_ANGELICO-00000007 | D_ANGELICO-00000012 |
| DTX-0250 | Various Collings Guitars Ads Audley Freed I-30 LC, Bill Frisell I-30 LC and I-35 LC Deluxe, Doyle Bramhall II I-35 LC, Zac Brown I-35 LC - Collings Depo Exhibit 8 | | |
| DTX-0257 | Notice to Take Deposition Pursuant to Rule 30(b)(6) - Rasnick Depo Exhibit 1 | | |
| DTX-0303 | Dean Guitars Advertisements - Armadillo Zelinksy Depo Exhibit 1 | ARMADILLOEDTX00001308; ARMADILLOEDTX00001297; ARMADILLOEDTX00001328; ARMADILLOEDTX00003254; ARMADILLOEDTX00001335; ARMADILLOEDTX00003776; ARMADILLOTX00001298; ARMADILLOTX00001380; ARMADILLOTX00003778; ARMADILLOTX00001414; ARMADILLOTX00001445; ARMADILLOTX00001475 | ARMADILLOEDTX00003255; ARMADILLOEDTX00003777; ARMADILLOTX00003779; ARMADILLOTX00001419 |
| DTX-0304 | Dean Guitars Ads - Armadillo Zelinsky Depo Exhibit 2 | ARMADILLOEDTX00001311; ARMADILLOEDTX00001322; ARMADILLOEDTX00001329; ARMADILLOEDTX00001357; ARMADILLOEDTX00001390; ARMADILLOEDTX00001437; ARMADILLOEDTX00003306; ARMADILLOEDTX00001464 | ARMADILLOEDTX00001312; ARMADILLOEDTX00001323; ARMADILLOEDTX00001330; ARMADILLOEDTX00001364; ARMADILLOEDTX00001393; ARMADILLOEDTX00001440; ARMADILLOEDTX00003309; ARMADILLOEDTX00001467 |
| DTX-0305 | Dean Guitars Pricelists - Armadillo Zelinsky Depo Exhibit 3 | ARMADILLOEDTX00001344; ARMADILLOEDTX00001365; ARMADILLOEDTX00001383; ARMADILLOEDTX00001399; | ARMADILLOEDTX00001384; ARMADILLOEDTX00001400; ARMADILLOEDTX00001428 |



DEFENDANTS ARMADILLO DISTRIBUTION ENTERPRISES, INC. AND CONCORDIA INVESTMENT PARTNERS, LLC
TRIAL EXHIBIT INDEX

| DTX | Description | Beg Bates No. | End Bates No. |
|---|---|---|---|
|  |  | ARMADILLOEDTX00001402; ARMADILLOEDTX00001404: ARMADILLOEDTX00001422; ARMADILLOEDTX00001451; ARMADILLOEDTX00001462; ARMADILLOEDTX00001476 |  |
| DTX-0324 | Tropical Music Declaration of Oscar Mederos, executed February 29, 2020, and its Exhibits | TROPICAL 001 | TROPICAL 007 |
| DTX-0336 | Gruhn Exhibit - Ibanez. "Ibanez Catalogs - 1975 Custom." 1975. 2. Web. https://www.ibanez.com/usa/support/catalogs/19750101000003.html; Guitar Player December 1975: 55. Third-Party Evidence: V-Shape; Explorer-Shape; ES-335 Shape; Headstock-Shape | JHS001191 ARMADILLOEDTX00000291 | JHS001192 ARMADILLOEDTX00000292 |
| DTX-0337 | Gruhn Exhibit - Ibanez. "Ibanez Catalogs - 1976 Golden Oldies." 1976. 14-16. Web. https://www.ibanez.com/usa/support/catalogs/19760102000003.html; Guitar Player April 1976: 38. Print; Guitar World Holiday 2017. Guitar Player January 1976: 57. Third-Party Evidence: V-Shape; Explorer-Shape; SG-Shape; Headstock-Shape | JHS006666; JHS010205; ARMADILLOEDTX00007667; ARMADILLOEDTX00000259 | JHS006667; JHS010206; ARMADILLOEDTX00007669; ARMADILLOEDTX00000260 |
| DTX-0371 | Gruhn Exhibit - Washburn Guitars. "2010 Electric Guitar Catalog." 2010. 15-16. Web. https://www.washburn.com/wp-content/uploads/2018/08/Washburn_Electric_Catalog_2010.pdf. Third-Party Evidence: V-Shape |  |  |
| DTX-0376 | Gruhn Exhibit - Washburn Guitars. "2015 Washburn Parallaxe Catalog." April 2015. 26-29, 30-32. Web. https://www.washburn.com/wp-content/uploads/2018/08/2015WashburnParallaxeCatalog.pdf . Third-Party Evidence: V-Shape; Explorer-Shape |  |  |
| DTX-0377 | Gruhn Exhibit - "Parallaxe V260." Washburn Guitars, February 2020, https://www.washburn.com/product/v260/. Third-Party Evidence: V-Shape |  |  |
| DTX-0386 | Gruhn Exhibit - The Jackson/Charvel Guitar Company. "1994-1995 Jackson Catalog." 1994. 6, 7, 16-17, 24. Web. https://assets.ctfassets.net/4jcppgetbqrc/7J8nVLdQkwKYmaYu6sqm4m/132000759b9d4e60c143f84e3b37954a/Jackson-1994-95-catalog.pdf . Third-Party Evidence: V-Shape; Explorer-Shape |  |  |
| DTX-0393 | Gruhn Exhibit - Jackson Guitar Company. "2002 Jackson Catalog." 2002. 5-6, 12, 14-16. Web. https://assets.ctfassets.net/4jcppgetbqrc/4oyofeweZqMyWwsec2oE0u/55865626f075caf838d1c7b3973160f2/Jackson-2002-catalog.pdf. Third-Party Evidence: V-Shape; Explorer-Shape |  |  |
| DTX-0410 | Gruhn Exhibit - "Pro Series King V KV Two-Face." Jackson Guitars, 5 February 2020, https://www.jacksonguitars.com/gear/shape/king-v/pro-series-king-v-kv-two-face/2914412573; "Pro Series King V KV." Jackson Guitars, 5 February 2020, https://www.jacksonguitars.com/gear/shape/king-v/pro-series-king-v-kv/2914413503; "Pro Series King V KVT." Jackson Guitars, 5 February 2020, https://www.jacksonguitars.com/gear/shape/king-v/pro-series-king-v-kvt/2914412520; "X Series King V." Jackson Guitars, 5 February 2020, https://www.jacksonguitars.com/gear/shape/king-v/x-series-signature-kvxmg-king-v/2916400568; "JS Series King V JS32." Jackson Guitars, 5 February 2020, https://www.jacksonguitars.com/gear/shape/king-v/js-series-king-v-js32/2910124572; "JS Series King V JS32T." Jackson Guitars, 5 February 2020, https://www.jacksonguitars.com/gear/shape/king-v/js-series-king-v-js32t/2910135539; "X Series Signature Scott Ian King V KVXT." Jackson Guitars, 5 February 2020, https://www.jacksonguitars.com/gear/shape/king-v/x-series-signature-scott-ian-king-v-kvxt/2916403509; "USA Signature Scott Ian King V KVT." Jackson Guitars, 5 February 2020, https://www.jacksonguitars.com/gear/shape/king-v/usa-signature-scott-ian-king-v-kvt/2848237000; "Jackson Custom Shop." Jackson Guitars, 7 February 2020, https://www.jacksonguitars.com/custom-shop; Official Jackson Guitars. Photo of Jackson Custom Shop Korina Roundhorn V. Instagram, __ January 2020, https://www.instagram.com/p/BvBC7GyB6Du/ . Third-Party Evidence: V-Shape |  |  |
| DTX-0422 | Gruhn Exhibit - "1984 Arbor Guitar Catalog." Vintaxe.com, 5 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_arbor_1984.php Guitar World July 1984: 50. Print . Third-Party Evidence: V-Shape; Explorer-Shape | JHS001789 ARMADILLOEDTX00000309 | JHS001790 ARMADILLOEDTX00000310 |
| DTX-0425 | Gruhn Exhibit - Guitar Player January 1983. Print . Third-Party Evidence: V-Shape | JHS006378 ARMADILLOEDTX00000257 | JHS006379 ARMADILLOEDTX00000258 |

DEFENDANTS ARMADILLO DISTRIBUTION ENTERPRISES, INC. AND CONCORDIA INVESTMENT PARTNERS, LLC
TRIAL EXHIBIT INDEX

| DTX | Description | Beg Bates No. | End Bates No. |
|---|---|---|---|
| DTX-0427 | Gruhn Exhibit - "1985 Aria Pro II." Vintaxe.com, 5 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_japanese_ariapro_1985.php; International Musician and Recording World January 1985: 16. Print . Third-Party Evidence: V-Shape; Explorer-Shape; SG-Shape; ES-335 Shape | JHS001356 ARMADILLOEDTX00000374 | JHS001357 ARMADILLOEDTX00000375 |
| DTX-0431 | Gruhn Exhibit - Vintage Guitars Magazine January 2015: 32. Print . Third-Party Evidence: V-Shape | JHS006410 JHS006412 | JHS006410 JHS006412 |
| DTX-0437 | Gruhn Exhibit - Fernandes Guitars. "Fernandes Guitars 2011 Catalog." 31 January 2011. 6-7. Web. http://www.fernandesguitars.com/support/downloads/cat_view/104-product-catalog.html. Third-Party Evidence: V-Shape | | |
| DTX-0440 | Gruhn Exhibit - "Vortex." Fernandes Guitars, 13 January 2020, http://www.fernandesguitars.com/products/guitars/vortex.html. Third-Party Evidence: V-Shape | | |
| DTX-0441 | Gruhn Exhibit - "1983 Hondo Guitar Catalog and Pricelist." Vintaxe.com, 5 February 2020, http://www.vintaxe.com/catalogs_pages/catalogs_korean_hondo_1983.php Guitar Player June 1983. Print. Third-Party Evidence: V-Shape; Explorer-Shape; ES-335 Shape; Headstock-Shape | JHS006281 ARMADILLOEDTX00000289 | JHS006282 ARMADILLOEDTX00000290 |
| DTX-0449 | Gruhn Exhibit - Guitar Player November 1982: 40. Print. Third-Party Evidence: V-Shape | JHS003270 ARMADILLOEDTX00000277 | JHS003271 ARMADILLOEDTX00000278 |
| DTX-0457 | Gruhn Exhibit - ESP. "1998 ESP, LTD & USA Custom Electric Guitars and Basses Catalog." 1998. 6, 11, 16, 21. Web. https://dk1xgl0d43mu1.cloudfront.net/user_files/esp/downloads/000/000/080/ESP-1998-Catalog.pdf?1392144585;. Third-Party Evidence: V-Shape; Explorer-Shape; SG-Shape | | |
| DTX-0459 | Gruhn Exhibit - ESP. "2005 ESP Product Catalog." 2005. 6, 13, 19, 26, 29, 31, 34-35, 38-39, 42-43, 52-53, 58-59, 66. Web. https://dk1xgl0d43mu1.cloudfront.net/user_files/esp/downloads/000/000/086/ESP-2005-Catalog.pdf?1392144618. Third-Party Evidence: V-Shape; Explorer-Shape; SG-Shape | | |
| DTX-0467 | Gruhn Exhibit - ESP. "2013 ESP USA Product Catalog." 2013. 2-3, 10, 22, 24, 26-27, 34, 36-37, 60-63, 83. Web. https://dk1xgl0d43mu1.cloudfront.net/user_files/esp/downloads/000/000/104/ESP-2013-Catalog.pdf?1392144935 . Third-Party Evidence: V-Shape; Explorer-Shape; SG-Shape | | |
| DTX-0472 | Gruhn Exhibit - "ESP Vulture." ESP Guitars, 5 February 2020, https://www.espguitars.com/products/17036-esp-vulture-blks?category_id=1963396-james-hetfield; "LTD Vulture." ESP Guitars, 5 Feburary 2020, https://www.espguitars.com/products/17038-ltd-vulture-blks?category_id=1963396-james-hetfield . Third-Party Evidence: V-Shape | | |
| DTX-0501 | Gruhn Exhibit - "JR-V Extreme Exotic With Floyd Rose." B.C. Rich Guitars, __ January 2020, https://bcrich.com/product/jr-v-extreme-exotic-with-floyd-rose/ . Third-Party Evidence: V-Shape | | |
| DTX-0518 | Gruhn Exhibit - Schecter Guitars. "2009 Catalog." 2009. 9, 11, 13, 16, 33. Web. https://www.schecterguitars.com/images/catalogs/2009_Catalog.pdf . Third-Party Evidence: V-Shape; ES-335 Shape | | |
| DTX-0520 | Gruhn Exhibit - Schecter Guitars. "2011 Catalog." 2011. 38, 40-41, 45. Web. https://www.schecterguitars.com/images/catalogs/2011_Catalog.pdf . Third-Party Evidence: V-Shape; ES-335 Shape | | |
| DTX-0529 | Gruhn Exhibit - "V-1 Apocalypse." Schecter Guitars, 6 February 2020, https://www.schecterguitars.com/guitars/v-1-apocalypse-rusty-grey-detail; "V-1 Apocalypse Red Reign." Schecter Guitars, 6 February 2020, https://www.schecterguitars.com/guitars/apocalypse/v-1-apocalypse-red-reign-detail; "V-1 FR Apocalypse Red Reign." Schecter Guitars, 6 February 2020, https://www.schecterguitars.com/guitars/apocalypse/v-1-fr-apocalypse-red-reign-detail; "V-1 Platinum." Schecter Guitars, 6 February 2020, https://www.schecterguitars.com/guitars/platinum/v-1-platinum-detail; "V-1 SLS Evil Twin." Schecter Guitars, 6 February 2020, https://www.schecterguitars.com/guitars/v-1-sls-evil-twin-detail; "V-1 Custom." Schecter Guitars, 6 February 2020, https://www.schecterguitars.com/guitars/custom/v-1-custom-trans-purple-detail; "Sin Quirin V-1." Schecter Guitars, 6 February 2020, https://www.schecterguitars.com/guitars/sin-quirin-v-1-detail. Third-Party Evidence: V-Shape | | |
| DTX-0533 | Gruhn Exhibit - Stagg Music. "2005 Stagg Electric and Bass Guitars Catalog." 2005. 27. Print . Third-Party Evidence: V-Shape; SG-Shape; Headstock-Shape | | |

DEFENDANTS ARMADILLO DISTRIBUTION ENTERPRISES, INC. AND CONCORDIA INVESTMENT PARTNERS, LLC
TRIAL EXHIBIT INDEX

| DTX | Description | Beg Bates No. | End Bates No. |
|---|---|---|---|
| DTX-0553 | Gruhn Exhibit - DBZ Diamond. "DBZ Diamond 2014 Product Guide." 2014. Web. https://web.archive.org/web/20140328020851/http://www.dbzguitars.com/pdfs/DBZ-Catalog-2014-WEB.pdf . Third-Party Evidence: V-Shape; SG-Shape | | |
| DTX-0576 | Gruhn Exhibit - Peavey. "2011 Peavey Catalog." 2011. 48-49, 601. Web. https://web.archive.org/web/20111006172620/http://peavey.com/catalog/Peavey_Catalog.pdf. Third-Party Evidence: V-Shape; SG-Shape; ES-335 Shape; Headstock-Shape | | |
| DTX-0590 | Gruhn Exhibit - "V5." McNaught Custom Guitars, 7 February 2020, http://mcnaughtcustomguitars.com/v5/ . Third-Party Evidence: V-Shape | | |
| DTX-0592 | Gruhn Exhibit - Guitar World October 2016:26. Print; Music Inc January 2017:90. Print; Premier Guitar August 2017. Print; Guitar Player November 2017. Print; Premier Guitar November 2017. Print; Premier Guitar December 2017. Print; The Ultimate Gear Guide 2018. Print; Guitar World May 2018. Print; Guitar World October 2018. Print; Guitar World March 2019. Print; Premier Guitar March 2019. Print; Premier Guitar June 2019: 60. Print . Third-Party Evidence: V-Shape | ARMADILLOEDTX00007711 ARMADILLOEDTX00007714 ARMADILLOEDTX00007648 ARMADILLOEDTX00007751 ARMADILLOEDTX00007754 ARMADILLOEDTX00007717 ARMADILLOEDTX00007719 ARMADILLOEDTX00007741 ARMADILLOEDTX00007737 ARMADILLOEDTX00007740 | ARMADILLOEDTX00007712 ARMADILLOEDTX00007714 ARMADILLOEDTX00007650 ARMADILLOEDTX00007752 ARMADILLOEDTX00007754 ARMADILLOEDTX00007717 ARMADILLOEDTX00007720 ARMADILLOEDTX00007743 ARMADILLOEDTX00007738 ARMADILLOEDTX00007740 |
| DTX-0596 | Gruhn Exhibit - "V." Dommenget Custom Guitars & Pickups, 18 February 2020, http://www.guitarmaker.de/V.htm . Third-Party Evidence: V-Shape | | |
| DTX-0597 | Gruhn Exhibit - See Guitar Player December 2007: 52. Print . Third-Party Evidence: V-Shape | ARMADILLOEDTX00000343 | ARMADILLOEDTX00000344 |
| DTX-0599 | Gruhn Exhibit - Nielsen, Rick. "Rick Nielsen Talks About His 1974 Hamer Standard Prototype." Guitar Aficionado May 2016: 114. Print . Third-Party Evidence: Explorer-Shape | ARMADILLOEDTX00000319 | ARMADILLOEDTX00000320 |
| DTX-0602 | Gruhn Exhibit - Guitar Player December 1979. Print. Third-Party Evidence: Explorer-Shape | ARMADILLOEDTX00000337 | ARMADILLOEDTX00000338 |
| DTX-0628 | Gruhn Exhibit - Ibanez. "Ibanez 2002 Electric Guitar Catalog for USA." 2002. 18, 20. Web. https://www.ibanez.com/usa/support/catalogs/20020101000005.html . Third-Party Evidence: Explorer-Shape; SG-Shape; ES-335 Shape | | |
| DTX-0631 | Gruhn Exhibit - Ibanez. "Ibanez Electric Guitars, Electric Basses, Amplifiers, Effects & Accessories 2009." 2009. 15, 41-42, 48. Web. https://guitar-compare.com/wp-content/uploads/2017/10/2009_Ibanez_Catalog_USA.pdf; "DTT700." Ibanez Guitars, 31 May 2009, 7 February 2020, http://www.ibanez.com/ElectricGuitars/model-DTT700. Wayback Machine, https://web.archive.org/web/20090531031827/http:/www.ibanez.com/ElectricGuitars/model-DTT700. Third-Party Evidence: Explorer-Shape; SG-Shape; ES-335 Shape | | |
| DTX-0632 | Gruhn Exhibit - Ibanez. "2010 Ibanez Catalog." 2010. 38, 57-58, 63-64. Web. http://www.hoshinogakki.co.jp/pdf/ibanez/catalog/2010USA.pdf . Third-Party Evidence: Explorer-Shape; ES-335 Shape | | |
| DTX-0664 | Gruhn Exhibit - "EX-200." ESP Guitars, 10 February 2020, https://www.espguitars.com/products/20404-ex-200?category_id=1963294-ex-series; "EX-401 - Black." ESP Guitars, 10 February 2020, https://www.espguitars.com/products/17246-ex-401-blk?category_id=1963294-ex-series; "EX-401 - Snow White." ESP Guitars, 10 February 2020, https://www.espguitars.com/products/17248-ex-401-sw?category_id=1963294-ex-series; "ESP Snakebyte - Black Satin." ESP Guitars, __ January 2020, https://www.espguitars.com/products/17032-esp-snakebyte-blks?category_id=1963396-james-hetfield; "ESP Snakebyte - Snow White." ESP Guitars, __ January 2020, https://www.espguitars.com/products/9346-esp-snakebyte-sw?category_id=1963396-james-hetfield; "LTD Snakebyte - Black Satin." ESP Guitars, __ January 2020, https://www.espguitars.com/products/17034-ltd-snakebyte-blks?category_id=1963396-james-hetfield; "LTD Snakebyte - Snow White." ESP Guitars, __ January 2020, https://www.espguitars.com/products/9406-ltd-snakebyte-sw?category_id=1963396-james-hetfield . Third-Party Evidence: Explorer-Shape | | |
| DTX-0673 | Gruhn Exhibit - Bass Player August 2009. Print. Third-Party Evidence: Explorer-Shape | ARMADILLOEDTX00000255 | ARMADILLOEDTX00000256 |
| DTX-0679 | Gruhn Exhibit - "Ghost Fret." Chapman Guitars, 11 February 2020, https://chapmanguitars.co.uk/guitars/gf/; "Chapman Ghost Fret Pro Limited Edition Electric Guitar Bad Blood." Guitar Center, 11 February 2020, | | |

DEFENDANTS ARMADILLO DISTRIBUTION ENTERPRISES, INC. AND CONCORDIA INVESTMENT PARTNERS, LLC
TRIAL EXHIBIT INDEX

| DTX | Description | Beg Bates No. | End Bates No. |
|---|---|---|---|
| | https://www.guitarcenter.com/Chapman/Ghost-Fret-Pro-Limited-Edition-Electric-Guitar-Bad-Blood-1500000296300.gc; "Chapman Ghost Fret Pro Electric Guitar Dusk." Guitar Center, 11 February 2020, https://www.guitarcenter.com/Chapman/Ghost-Fret-Pro-Electric-Guitar.gc. Third-Party Evidence: Explorer-Shape | | |
| DTX-0687 | Gruhn Exhibit - "GMP XP." GMP Guitars, 11 February 2020, http://www.gmpguitars.com/spec.xp.html. Third-Party Evidence: Explorer-Shape | | |
| DTX-0703 | Gruhn Exhibit - "E-1 Standard." Schecter Guitar Research, 14 August 2018, 11 February 2020, https://www.schecterguitars.com/guitars/e-1-standard-honey-sunburt-detail. Wayback Machine, https://web.archive.org/web/20180814170826/https://www.schecterguitars.com/guitars/e-1-standard-honey-sunburt-detail; "E-1 FR S Special Edition." Schecter Guitar Research, 6 July 2018, 11 February 2020, https://www.schecterguitars.com/guitars/e-1-fr-s-special-edition-detail. Wayback Machine, https://web.archive.org/web/20180706073057/https://www.schecterguitars.com/guitars/e-1-fr-s-special-edition-detail; "E-1 Koa." Schecter Guitar Research, 2 June 2018, 11 February 2020, https://www.schecterguitars.com/guitars/e-1-koa-detail. Wayback Machine, https://web.archive.org/web/20180602183414/https://www.schecterguitars.com/guitars/e-1-koa-detail; Guitar Player April 2018: 16. Print; "E-1 Custom." Schecter Guitar Research, 27 December 2018, 11 February 2020, https://www.schecterguitars.com/guitars/e-1-custom-vintage-sunburst-detail. Wayback Machine, https://web.archive.org/web/20181227045143/https://www.schecterguitars.com/guitars/e-1-custom-vintage-sunburst-detail; "Jake Pitts E-1 FR S." Schecter Guitar Research, 6 July 2018, 11 February 2020, https://www.schecterguitars.com/guitars/jake-pitts-e-1-fr-s-detail. Wayback Machine, https://web.archive.org/web/20180706070818/https://www.schecterguitars.com/guitars/jake-pitts-e-1-fr-s-detail . Third-Party Evidence: Explorer-Shape | | |
| DTX-0704 | Gruhn Exhibit - "E-1 Standard." Schecter Guitar Research, 11 February 2020, https://www.schecterguitars.com/guitars/e-1-standard-honey-sunburt-detail; "E-1 Standard." Schecter Guitar Research, 11 February 2020, https://www.schecterguitars.com/guitars/e-1-standard-black-pearl-detail; "E-1 FR S Special Edition." Schecter Guitar Research, __ January 2020, https://www.schecterguitars.com/guitars/e-1-fr-s-special-edition-detail; "E-1 Koa." Schecter Guitar Research, 11 February 2020, https://www.schecterguitars.com/guitars/e-1-koa-detail; "E-1 Custom." Schecter Guitar Research, 11 February 2020, https://www.schecterguitars.com/guitars/e-1-custom-vintage-sunburst-detail; "E-1 Apocalypse." Schecter Guitar Research, 11 February 2020, https://www.schecterguitars.com/guitars/e-1-apocalypse-rusty-grey-detail; "E-1 SLS Evil Twin." Schecter Guitar Research, 11 February 2020, https://www.schecterguitars.com/guitars/e-1-sls-evil-twin-detail#; "E-1 SLS Elite." Schecter Guitar Research, 11 February 2020, https://www.schecterguitars.com/guitars/e-1-sls-elite-antique-fade-burst-detail; "Jake Pitts E-1 FR S." Schecter Guitar Research, 11 February 2020, https://www.schecterguitars.com/guitars/jake-pitts-e-1-fr-s-detail. Third-Party Evidence: Explorer-Shape | | |
| DTX-0705 | Gruhn Exhibit - "E-1 Koa." Schecter Guitar Research, 24 January 2019, 11 February 2020, https://www.schecterguitars.com/guitars/e-1-koa-detail. Wayback Machine, https://web.archive.org/web/20190124011639/https://www.schecterguitars.com/guitars/e-1-koa-detail; "E-1 Apocalypse." Schecter Guitar Research, 24 January 2019, 11 February 2020, https://www.schecterguitars.com/guitars/e-1-apocalypse-rusty-grey-detail. Wayback Machine, https://web.archive.org/web/20190124011604/https://www.schecterguitars.com/guitars/e-1-apocalypse-rusty-grey-detail; "E-1 SLS Evil Twin." Schecter Guitar Research, 24 January 2019, 11 February 2020, https://www.schecterguitars.com/guitars/e-1-sls-evil-twin-detail. Wayback Machine, https://web.archive.org/web/20190124011803/https://www.schecterguitars.com/guitars/e-1-sls-evil-twin-detail. Third-Party Evidence: Explorer-Shape | | |
| DTX-0706 | Gruhn Exhibit - "LSR Wanderer." Roman Guitars, 11 February 2020, http://romanguitars.com/v/lsr-wanderer/P885. Third-Party Evidence: Explorer-Shape | | |
| DTX-0728 | Gruhn Exhibit - "Hagstrom Pat Smear Signature." Hagstrom, 12 February 2020, https://www.hagstromguitars.com/electric-guitars/pat-smear.html. Third-Party Evidence: SG-Shape | | |
| DTX-0731 | Gruhn Exhibit - Guitar Player March 1972: 39. Print. Third-Party Evidence: SG-Shape | JHS010550 | JHS010551 |
| DTX-0768 | Gruhn Exhibit - Guitar Player March 2008. Print;. Third-Party Evidence: SG-Shape | JHS008325 | JHS008326 |

DEFENDANTS ARMADILLO DISTRIBUTION ENTERPRISES, INC. AND CONCORDIA INVESTMENT PARTNERS, LLC
TRIAL EXHIBIT INDEX

| DTX | Description | Beg Bates No. | End Bates No. |
|---|---|---|---|
| DTX-0777 | Gruhn Exhibit - Yamaha. "2018 Yamaha Guitars Catalog." 2018. 29-30. Web. https://usa.yamaha.com/files/download/brochure/1/1192241/2018_Yamaha_Guitars_Catalog.pdf. Third-Party Evidence: SG-Shape; Headstock-Shape | | |
| DTX-0779 | Gruhn Exhibit - "Yamaha SBG Series." Yamaha, 12 February 2020, https://usa.yamaha.com/products/musical_instruments/guitars_basses/el_guitars/sg/index.html#product-tabs. Third-Party Evidence: SG-Shape; Headstock-Shape | | |
| DTX-0788 | Gruhn Exhibit - "AX." Ibanez Guitars, 12 February 2020, https://www.ibanez.com/usa/products/model/ax/. Third-Party Evidence: SG-Shape | | |
| DTX-0808 | Gruhn Exhibit - "E-II Viper - Black." ESP Guitars, 12 February 2020, https://www.espguitars.com/products/20997-e-ii-viper?category_id=1968276-viper-series-guitars; "E-II Viper - Urban Camo." ESP Guitars, __ January 2020, https://www.espguitars.com/products/20998-e-ii-viper?category_id=1968276-viper-series-guitars; "E-II Viper Baritone." ESP Guitars, 12 February 2020, https://www.espguitars.com/products/17230-e-ii-viper-baritone-chms?category_id=1968276-viper-series-guitars; "Viper-1000 Evertune." ESP Guitars, 12 February 2020, https://www.espguitars.com/products/21884-viper-1000-evertune?category_id=1963312-viper-series; "Viper-1000 - See Thru Purple Sunburst." ESP Guitars, 12 February 2020, https://www.espguitars.com/products/21882-viper-1000?category_id=1963312-viper-series; "Viper-1000 - Tiger Eye Sunburst." ESP Guitars, 12 February 2020, https://www.espguitars.com/products/21883-viper-1000?category_id=1963312-viper-series; "Viper-7 Baritone Black Metal." ESP Guitars, 12 February 2020, https://www.espguitars.com/products/21032-viper-7-baritone-black-metal?category_id=1963312-viper-series; "Viper-400." ESP Guitars, 12 February 2020, https://www.espguitars.com/products/21376-viper-400?category_id=1963312-viper-series; "Viper-400 Baritone." ESP Guitars, 12 February 2020, https://www.espguitars.com/products/21031-viper-400-baritone?category_id=1963312-viper-series; "Viper-201B." ESP Guitars, 12 February 2020, https://www.espguitars.com/products/20443-viper-201b?category_id=1963312-viper-series; "Viper-256 - Snow White." ESP Guitars, 12 February 2020, https://www.espguitars.com/products/21030-viper-256?category_id=1963312-viper-series; "Viper-256 LH." ESP Guitars, January 2020, https://www.espguitars.com/products/21681-viper-256?category_id=1963312-viper-series; "Viper-256 - See Thru Black Cherry." ESP Guitars, January 2020, https://www.espguitars.com/products/9820-viper-256-stbc?category_id=1963312-viper-series; "Viper-10." ESP Guitars, January 2020, https://www.espguitars.com/products/9812-viper-10-kit-blk?category_id=1963312-viper-series. "Viper - ESP USA." ESP Guitars, 12 February 2020, https://www.espguitars.com/pages/usa-viper. "Signature Series Guitars - Glenn Tipton." ESP Guitars, January 2020, https://www.espguitars.com/products?categories=glenn-tipton. "Signature Series Guitars - Lars Frederiksen." ESP Guitars, January 2020, https://www.espguitars.com/products?categories=lars-frederiksen. "Signature Series Guitars - Reba Meyers." ESP Guitars, January 2020, https://www.espguitars.com/products?categories=reba-meyers. Third-Party Evidence: SG-Shape | | |
| DTX-0825 | Gruhn Exhibit - "Manta Ray HB." Reverend Guitars, 14 February 2020, https://www.reverendguitars.com/guitars/manta-ray-hb; "Manta Ray 390." Reverend Guitars, 14 February 2020, https://www.reverendguitars.com/guitars/manta-ray-390; "Sensei HB." Reverend Guitars, 14 February 2020, https://www.reverendguitars.com/guitars/sensei-hb; "Sensei RA FM." Reverend Guitars, 14 February 2020, https://www.reverendguitars.com/guitars/sensei-ra-fm; "Sensei RA." Reverend Guitars, 14 February 2020, https://www.reverendguitars.com/guitars/sensei-ra; "Sensei 290." Reverend Guitars, 14 February 2020, https://www.reverendguitars.com/guitars/sensei-290; "Sensei Jr." Reverend Guitars, 14 February 2020, https://www.reverendguitars.com/guitars/sensei-jr ; "Bob Balch Signature." Reverend Guitars, 14 February 2020, https://www.reverendguitars.com/guitars/bob-balch-signature; "Reeves Gabrels Spacehawk." Reverend Guitars, 14 February 2020, https://www.reverendguitars.com/guitars/reeves-gabrels-spacehawk. "Reeves Gabrels Dirtbike." Reverend Guitars, 14 February 2020, https://www.reverendguitars.com/guitars/reeves-gabrels-dirtbike; "Robin Finck Signature." Reverend Guitars, 14 February 2020, https://www.reverendguitars.com/guitars/robin-finck. Third-Party Evidence: SG-Shape | | |

DEFENDANTS ARMADILLO DISTRIBUTION ENTERPRISES, INC. AND CONCORDIA INVESTMENT PARTNERS, LLC
TRIAL EXHIBIT INDEX

| DTX | Description | Beg Bates No. | End Bates No. |
|---|---|---|---|
| DTX-0834 | Gruhn Exhibit - Tradition Guitars. "2001 Tradition Catalog." 2001. Web. https://www.traditionguitars.com/upload/2001CAT.pdf. Third-Party Evidence: SG-Shape | | |
| DTX-0839 | Gruhn Exhibit - "Demon S-II." Schecter Guitar Research, 8 January 2020, https://www.schecterguitars.com/guitars/demon/demon-s-ii-satin-black-detail; "S-II Omen Extreme." Schecter Guitar Research, 8 January 2020, https://www.schecterguitars.com/guitars/s-ii-omen-extreme-vintage-sunburst-detail; "S-II Omen." Schecter Guitar Research, February 2020, https://www.schecterguitars.com/guitars/s-ii-omen-vintage-white-detail. Third-Party Evidence: SG-Shape | | |
| DTX-0844 | Gruhn Exhibit - "Framus D-Series S 370 XG." Framus, 14 February 2020, http://www.warwick.de/en/Framus---Products--Guitars-and-Amps--E-Guitars--D-Series--Artist-Line--S-370-XG--Pictures.html . Third-Party Evidence: SG-Shape | | |
| DTX-0850 | Gruhn Exhibit - "Abstract JD Custom." Roman Guitars, 14 February 2020, http://romanguitars.com/v/abstract-jd-custom/P511; "Abstract JD Warpig." Roman Guitars, 14 February 2020, http://romanguitars.com/v/abstract-jd-warpig/P513. Third-Party Evidence: SG-Shape | | |
| DTX-0855 | Gruhn Exhibit - "Renegade Collection." Diamond Guitars, 18 February 2020, https://www.diamondguitars.com/renegade-collection. Third-Party Evidence: SG-Shape | | |
| DTX-0857 | Gruhn Exhibit - "Vox 2011 Vol. 16 Product Catalog," 32. Vox Showroom, January 2020, http://www.voxshowroom.com/catalogs/2011_p1.html, http://www.voxshowroom.com/catalogs/2011_p34.html; "Vox 2011 Vol. 16 Product Catalog," 35. Vox Showroom, __ January 2020, http://www.voxshowroom.com/catalogs/2011_p1.html, http://www.voxshowroom.com/catalogs/2011_p37.html. Third-Party Evidence: SG-Shape; Headstock-Shape | | |
| DTX-0865 | Gruhn Exhibit - "PEG3/BK." SX Guitars, January 2020, http://sx-guitar.com/index.php/Products/detail/pid/26/id/143. Third-Party Evidence: SG-Shape | | |
| DTX-0868 | Gruhn Exhibit - "Eastwood McGeoch 1000." Eastwood, 19 February 2020, https://eastwoodguitars.com/products/eastwood-mcgeoch-1000. Third-Party Evidence: SG-Shape; Headstock-Shape | | |
| DTX-0889 | Gruhn Exhibit - Gretsch Guitars. "2019 Gretsch Catalog." 2019. 4-5, 13, 20-21, 23, 36, 38-43, 50-51, 64-65, 80-81, 85, 108-109, 120-123, 130-131. Web. https://downloads.ctfassets.net/3xaxfhpie9jb/E6bNSMDfB38lgkafzPLcY/844c6df926dc117be6b3a0af4bb52b18/2019-Gretsch-Catalog.pdf; Guitar World Holiday 2019. Print. Third-Party Evidence: ES-335 Shape; Headstock-Shape | | |
| DTX-0894 | Gruhn Exhibit - Guitar Player October 1979. Print . Third-Party Evidence: ES-335 Shape | JHS005548 ARMADILLOEDTX00000193 | JHS005549 ARMADILLOEDTX00000194 |
| DTX-0904 | Gruhn Exhibit - "Starfire I DC Pelham Blue." Guild Guitars, 20 February 2020, https://guildguitars.com/g/starfire-i-dc-pelham-blue/; "Starfire I DC Cherry Red." Guild Guitars, 20 February 2020, https://guildguitars.com/g/starfire-i-dc-cherry/; "Starfire IV in Cherry Red." Guild Guitars, 20 February, https://guildguitars.com/g/starfire-iv/; "Starfire IV in Black." Guild Guitars, 20 February 2020, https://guildguitars.com/g/starfire-iv-in-black/; "Starfire IV St Maple in Antique Sunburst." Guild Guitars, 21 February 2020, https://guildguitars.com/g/starfire-iv-st-maple-in-antique-burst/; "Starfire IV St Maple in Emerald Green." Guild Guitars, 21 February 2020, https://guildguitars.com/g/starfire-iv-st-maple-in-emerald-green/; "Starfire IV St in Natural Flamed Maple." Guild Guitars, 21 February 2020, https://guildguitars.com/g/starfire-iv-st-maple-in-natural-flame/; "Starfire IV St Lefty in Black." Guild Guitars, 21 February 2020, https://guildguitars.com/g/starfire-iv-st-lefty-in-black/; "Starfire IV St-12 in Shoreline Mist." Guild Guitars, 21 February 2020, https://guildguitars.com/g/starfire-iv-st-12-in-shoreline-mist/; "Starfire IV St-12 in Cherry Red." Guild Guitars, 21 February 2020, https://guildguitars.com/g/starfire-iv-st-12-in-cherry/; "Starfire V in Cherry Red." Guild Guitars, 21 February 2020, https://guildguitars.com/g/starfire-v/; "Starfire V in White." Guild Guitars, 21 February 2020, https://guildguitars.com/g/starfire-v-in-white/; "Starfire V in Emerald Green." Guild Guitars, 21 February 2020, https://guildguitars.com/g/starfire-v-in-emerald-green/; "Starfire V in Black." Guild Guitars, 21 February 2020, https://guildguitars.com/g/starfire-v-in-black/; "Starfire VI in Blonde." Guild Guitars, 21 February 2020, https://guildguitars.com/g/starfire-vi/;. Third-Party Evidence: ES-335 Shape | | |

DEFENDANTS ARMADILLO DISTRIBUTION ENTERPRISES, INC. AND CONCORDIA INVESTMENT PARTNERS, LLC
TRIAL EXHIBIT INDEX

| DTX | Description | Beg Bates No. | End Bates No. |
|---|---|---|---|
| DTX-0921 | Gruhn Exhibit - Ibanez. "Ibanez Catalogs - 1995 General Catalog for USA." 1995. Web. https://www.ibanez.com/usa/support/catalogs/19950101000002.html. Third-Party Evidence: ES-335 Shape | | |
| DTX-0929 | Gruhn Exhibit - Ibanez. "2018 Ibanez USA Catalog." 2018. 50-51, 53-56, 58-59, 63-66. Web. http://www.hoshinogakki.co.jp/pdf/ibanez/catalog/2018USA.pdf; Musical Merchandise Review June 2018. Print. Third-Party Evidence: ES-335 Shape | | |
| DTX-0931 | Gruhn Exhibit - "Ibanez AS Series." Ibanez Guitars, 21 February 2020, https://www.ibanez.com/usa/products/model/as/; "Erik Krasno." Ibanez Guitars, 21 February 2020, https://www.ibanez.com/usa/artists/detail/106.html; "John Scofield." Ibanez Guitars, 21 February 2020, https://www.ibanez.com/usa/artists/detail/186.html. Third-Party Evidence: ES-335 Shape | | |
| DTX-0956 | Gruhn Exhibit - "Hollow." Yamaha USA, 21 February 2020, https://usa.yamaha.com/products/musical_instruments/guitars_basses/el_guitars/hollow_body/index.html#product-tabs. Third-Party Evidence: ES-335 Shape | | |
| DTX-0971 | Gruhn Exhibit - "Zappa Plays Zappa...and a Viking." Guitar World September 2008. Print. Third-Party Evidence: ES-335 Shape | ARMADILLOEDTX00000327 | ARMADILLOEDTX00000328 |
| DTX-1016 | Gruhn Exhibit - Guitar Player May 1976. Print | ARMADILLOEDTX00000191 | ARMADILLOEDTX00000192 |
| DTX-1062 | Gruhn Exhibit - De Armond Guitars. "1999 De Armond Catalog." 1999. Web, https://support.fender.com/hc/en-us/articles/115002472403-1999-DeArmond-Catalog. Third-Party Evidence: ES-335 Shape | | |
| DTX-1069 | Gruhn Exhibit - Hofner. "1998 Hofner Guitar Catalog." 1998. Web. https://hofner-archive.smugmug.com/Catalogues/1998/1998-US-Guitars/. Third-Party Evidence: ES-335 Shape | | |
| DTX-1093 | Gruhn Exhibit - "D'Angelico Excel EX-DC." D'Angelico New York, 21 December 2005, January 2020, http://www.dangelicoguitars.com/semihollows.php?View=66. Wayback Machine, https://web.archive.org/web/20051221140924/http://www.dangelicoguitars.com/semihollows.php?View=66; Guitar Player August 2005. Print. Third-Party Evidence: ES-335 Shape | ARMADILLOEDTX00000205 | ARMADILLOEDTX00000206 |
| DTX-1157 | Gruhn Exhibit - Tradition Guitars. "2003 Catalog." 2003. Web. https://www.traditionguitars.com/upload/2003cat1.pdf. Third-Party Evidence: ES-335 Shape | | |
| DTX-1171 | Gruhn Exhibit - Washburn Guitars. "2008 Washburn Catalog." 2008. 34. Web. https://www.washburn.com/wp-content/uploads/2018/08/Washburn2008Catalog.pdf. Third-Party Evidence: ES-335 Shape | | |
| DTX-1172 | Gruhn Exhibit - Washburn Guitars. "2009 Washburn Catalog." 2009. 40. Web. https://www.washburn.com/wp-content/uploads/2018/08/Washburn_2009_Catalog.pdf. Third-Party Evidence: ES-335 Shape | | |
| DTX-1342 | Gruhn Exhibit - RBI Music. "Vintage Guitars 2019 Trade Catalog." 2019. 10, 19-20. Web. https://www.paperturn-view.com/us/rbi/vintage-us-catalog?pid=MTQ14555&p=19&v=7.1. Third-Party Evidence: ES-335 Shape; Headstock-Shape | | |
| DTX-1360 | Gruhn Exhibit - "Hollow Body Series." Aria, 27 February 2020, http://ariaguitarsglobal.com/product-category/products/electric-guitars/hollow-body-series/; "Aria Pro II." LPD Music, 27 February 2020, https://www.lpdmusic.com/ariapro/. Third-Party Evidence: ES-335 Shape | | |
| DTX-1361 | Gruhn Exhibit - "I-30LC." Collings, 27 February 2020, https://www.collingsguitars.com/electric-guitars/i30-lc/; "I-35." Collings, 27 February 2020, https://www.collingsguitars.com/electric-guitars/i35/ ; "I-35 Deluxe." Collings, 27 February 2020, https://www.collingsguitars.com/electric-guitars/i35-deluxe/; "I-35 LC." Collings, 27 February 2020, https://www.collingsguitars.com/electric-guitars/i35-lc/; "I-35 LC Deluxe." Collings, 27 February 2020, https://www.collingsguitars.com/electric-guitars/i35-lc-deluxe/. Third-Party Evidence: ES-335 Shape | | |
| DTX-1362 | Gruhn Exhibit - https://dangelicoguitars.com/guitars/premier-series/premier-dc/#DAPDCOTCSCB. Third-Party Evidence: ES-335 Shape | | |
| DTX-1364 | Gruhn Exhibit - "T186MX." Eastman Guitars, 27 February 2020, https://www.eastmanguitars.com/t186mx; "T185MX." Eastman Guitars, 27 February 2020, https://www.eastmanguitars.com/t185mx; "T184MX." Eastman Guitars, 27 February 2020, https://www.eastmanguitars.com/t184mx; "T64/v." Eastman Guitars, 27 February 2020, https://www.eastmanguitars.com/t64_v; "T64/v-T." Eastman Guitars, 27 February 2020, https://www.eastmanguitars.com/t64_v_t ; "T59/v." Eastman Guitars, 27 February 2020, | | |

DEFENDANTS ARMADILLO DISTRIBUTION ENTERPRISES, INC. AND CONCORDIA INVESTMENT PARTNERS, LLC
TRIAL EXHIBIT INDEX

| DTX | Description | Beg Bates No. | End Bates No. |
|---|---|---|---|
| | https://www.eastmanguitars.com/t59_v; "T486." Eastman Guitars, 27 February 2020, https://www.eastmanguitars.com/t486; "T486B." Eastman Guitars, 27 February 2020, https://www.eastmanguitars.com/t486b; "T484." Eastman Guitars, __ February 2020, https://www.eastmanguitars.com/t484; "T386." Eastman Guitars, __ February 2020, https://www.eastmanguitars.com/t386. Third-Party Evidence: ES-335 Shape; Headstock-Shape | | |
| DTX-1365 | Gruhn Exhibit - "Airline H77." Eastwood Guitars, 27 February 2020, https://eastwoodguitars.com/collections/airline/products/airline-h77; "Airline H78." Eastwood Guitars, 27 February 2020, https://eastwoodguitars.com/products/airline-h78; "Classic Series." Eastwood Guitars, 27 February 2020, https://eastwoodguitars.com/collections/classic-brand;. Third-Party Evidence: ES-335 Shape | | |
| DTX-1366 | Gruhn Exhibit - "MSA-HP." FGN, 26 February 2020, https://fgnguitars.com/collection/eg/MSA-HP.php; "MSA-HP-C." FGN, 26 February 2020, https://fgnguitars.com/collection/eg/MSA-HP-C.php ; "MSA-SP." FGN, 26 February 2020, https://fgnguitars.com/collection/eg/MSA-SP.php; "MSA-SP-C." FGN, February 2020, https://fgnguitars.com/collection/eg/MSA-SP-C.php . Third-Party Evidence: ES-335 Shape | | |
| DTX-1367 | Gruhn Exhibit - "Mayfield Custom." Framus, January 2020, http://www.warwick.de/en/Framus---Products--Guitars-and-Amps--E-Guitars--Custom-Shop--Masterbuilt--Basic-Guitar-Models--Mayfield--Mayfield-Custom.html; Guitar World. January 2020. Print . Third-Party Evidence: ES-335 Shape | | |
| DTX-1368 | Gruhn Exhibit - "Hagstrom Viking." Hagstrom, 26 February 2020, https://www.hagstromguitars.com/electric-guitars/viking-series/viking.html; "Hagstrom Viking Deluxe Baritone." Hagstrom, 26 February 2020, https://www.hagstromguitars.com/electric-guitars/viking-series/viking-deluxe-baritone.html "Hagstrom Viking Deluxe 12-String." Hagstrom, 26 February 2020, https://www.hagstromguitars.com/electric-guitars/viking-series/viking-deluxe-12-string.html ; "Hagstrom Tremar Viking Deluxe." Hagstrom, 26 February 2020, https://www.hagstromguitars.com/electric-guitars/viking-series/tremar-viking-deluxe.html . Third-Party Evidence: ES-335 Shape | | |
| DTX-1369 | Gruhn Exhibit - "Comet." Harmony, 26 February 2020, https://www.harmony.co/pages/comet; "Harmony reveals new semi-hollow in its popular American-made standard series: The Harmony Comet." Bandlab Technologies, 16 January 2020, 26 February 2020, https://bandlabtechnologies.com/press/9317-harmony-reveals-new-semi-hollow-in-its-popular-american-made-standard-series-the-harmony-comet. Third-Party Evidence: ES-335 Shape | | |
| DTX-1370 | Gruhn Exhibit - "H-530 Hollow Body Guitar." Heritage Guitar Inc., 27 February 2020, https://heritageguitars.com/pages/h-530; "H-535 Semi-Hollow Body Guitar." Heritage Guitar Inc., 27 February 2020, https://heritageguitars.com/pages/h-535. Third-Party Evidence: ES-335 Shape | | |
| DTX-1373 | Gruhn Exhibit - "The Mercury." McCurdy Guitars, 27 February 2020, https://www.mccurdyguitars.com/mercury; "The Milano." McCurdy Guitars, 27 February 2020, https://www.mccurdyguitars.com/milano. Third-Party Evidence: ES-335 Shape | | |
| DTX-1375 | Gruhn Exhibit - "Corsair Custom." Schecter Guitar Research, 27 February 2020, https://www.schecterguitars.com/guitars/corsair-custom-charcoal-burst-pearl-detail; "Robin Zander Corsair." Schecter Guitar Research, 27 February 2020, https://www.schecterguitars.com/guitars/robin-zander-corsair-detail; "Wayne Hussey Corsair." Schecter Guitar Research, 27 February 2020, https://www.schecterguitars.com/guitars/wayne-hussey-corsair-12-detail . Third-Party Evidence: ES-335 Shape | | |
| DTX-1376 | Gruhn Exhibit - "Electric Guitar, Silveray Series, 533 Model." Stagg Music, 27 February 2020, https://www.staggmusic.com/en/products/view/SVY533BK. Third-Party Evidence: ES-335 Shape | | |
| DTX-1377 | Gruhn Exhibit - "Chieftain Deluxe." Sublime Guitars, February 2020, https://sublimeguitars.com/chieftain-deluxe/. Third-Party Evidence: ES-335 Shape | | |
| DTX-1379 | Gruhn Exhibit - "Jazz Guitars." SX Guitars, 27 February 2020, https://www.sx-guitar.com/index.php/Products/lists/pid/26/cid/44. Third-Party Evidence: ES-335 Shape | | |
| DTX-1381 | Gruhn Exhibit - "Bobcat S66." Vox Amplification, 27 February 2020, https://voxamps.com/product/bobcat-s66/; "Bobcat V90." Vox Amplification, 27 February 2020, https://voxamps.com/product/bobcat-v90/. Third-Party Evidence: ES-335 Shape | | |
| DTX-1383 | Gruhn Exhibit - "Hollowbody HB35." Washburn Guitars, 21 January 2020, https://www.washburn.com/product/hb35-3. Third-Party Evidence: ES-335 Shape | | |

DEFENDANTS ARMADILLO DISTRIBUTION ENTERPRISES, INC. AND CONCORDIA INVESTMENT PARTNERS, LLC
TRIAL EXHIBIT INDEX

| DTX | Description | Beg Bates No. | End Bates No. |
|---|---|---|---|
| DTX-1384 | Gruhn Exhibit – "XV-900 Semi Hollowbody Flame Maple Alnico Fat Pats." GuitarFetish, 26 February 2020, https://www.guitarfetish.com/XV-900-Semi-Hollowbody-Flame-Maple-Alnico-Fat-Pats_c_154.html; "XV-910 Semi Hollowbody Alnico P90 Dogears Trepeze Tailpiece." GuitarFetish, 27 February 2020, https://www.guitarfetish.com/XV-910-Semi-Hollowbody-Alnico-P90-Dogears-Trapeze-Tailpiece_c_186.html . Third-Party Evidence: ES-335 Shape | | |
| DTX-1442 | Appendix C to the Expert Report of Hal Poret dated March 9, 2020: Screenshots of Survey | | |
| DTX-1443 | Appendix D to the Expert Report of Hal Poret dated March 9, 2020: Coded Data File/Survey Data Files | | |
| DTX-1461 | Chart of Proportion of Respondents by Cell who Identified Gibson/Epiphone/Les Paul at any point in the survey, as shown in the Expert Report of Hal Poret | | |
| DTX-1466 | Chart of Ways Have Shopped or Would Consider Shopping for Electric Guitar, as shown in the Expert Report of Hal Poret | | |
| DTX-1491 | Schecter V-1 SLS Elite Evil Twin Physical Guitar | | |
| DTX-1492 | Schecter E-1 Physical Guitar | | |
| DTX-1494 | Chapman Ghost Fret Physical Guitar | | |
| DTX-1495 | Hagstrom HIII Physical Guitar | | |
| DTX-1498 | ESP LTD Viper Physical Guitar | | |
| DTX-1499 | Vintage VS6MR Physical Guitar | | |
| DTX-1501 | 1977 Dean V Physical Guitar | | |
| DTX-1502 | 1978 Dean Z Physical Guitar | | |
| DTX-1504 | Current Dean V Physical Guitar | | |
| DTX-1505 | Current Dean Z Physical Guitar | | |
| DTX-1507 | Most Recent Luna Athena 501 Physical Guitar | | |
| DTX-1508 | Most Recent Luna Fauna Hummingbird Physical Guitar | | |
| DTX-1509 | Current Dean Gran Sport Physical Guitar | | |
| DTX-1540 | Dean Owners Association June 21, 2019 statement in support of Armadillo | ARMADILLOEDTX00000814 | ARMADILLOEDTX00000814 |
| DTX-1669 | 1980 Dean Catalog | ARMADILLOEDTX00001336 | ARMADILLOEDTX00001344 |
| DTX-1699 | 1993 Dean Ad | ARMADILLOEDTX00001478 | ARMADILLOEDTX00001478 |
| DTX-1700 | 1993 Dean Catalog | ARMADILLOEDTX00001481 | ARMADILLOEDTX00001484 |
| DTX-1701 | 1994 Dean Catalog | ARMADILLOEDTX00001485 | ARMADILLOEDTX00001492 |
| DTX-1703 | 1996 Dean Catalog | ARMADILLOEDTX00001526 | ARMADILLOEDTX00001529 |
| DTX-1704 | 1997 Dean Catalog | ARMADILLOEDTX00001537 | ARMADILLOEDTX00001542 |
| DTX-1733 | 2005 Dean Catalog | ARMADILLOEDTX00001845 | ARMADILLOEDTX00001892 |
| DTX-1794 | Dean NAMM Straight-Six Series Ad | ARMADILLOEDTX00002533 | ARMADILLOEDTX00002533 |
| DTX-1797 | Dean 2015 Product Catalog | ARMADILLOEDTX00002591 | ARMADILLOEDTX00002615 |
| DTX-1798 | Dean 2016 Product Catalog | ARMADILLOEDTX00002616 | ARMADILLOEDTX00002630 |
| DTX-1799 | Armadillo Enterprises Announces New CEO, Even Rubinson | ARMADILLOEDTX00002631 | ARMADILLOEDTX00002631 |
| DTX-1808 | 1978 Original Tri-Fold (1978 Catalog) | ARMADILLOEDTX00003252 | ARMADILLOEDTX00003252 |
| DTX-2142 | Dean Guitars on Instagram - Dean #USA V 1977 Trans Cherryburst Limited Run 35 PC Make it Yours | ARMADILLOEDTX00008504 | ARMADILLOEDTX00008504 |
| DTX-2329 | Michael Schenker Dean Poster | ARMADILLOEDTX00009798 | ARMADILLOEDTX00009798 |
| DTX-2840 | https_reverb.com_item_25391422-hamer-slammer-xp-1-explorer-style-electric-guitar-vintage-near-mint-cond | ARMADILLOEDTX00014001 | ARMADILLOEDTX00014003 |
| DTX-2841 | https_reverb.com_item_26092739-black-diamond-usa-goliath-explorer-style-custom-guitar-hand-crafted | ARMADILLOEDTX00014004 | ARMADILLOEDTX00014006 |
| DTX-2843 | https_reverb.com_item_26684914-new-nos-esp-ex-avatar-ltd-limited-edition-anime-girl-graphic-explorer-emg-1-of-150-ever | ARMADILLOEDTX00014010 | ARMADILLOEDTX00014012 |
| DTX-2857 | https_reverb.com_item_30763992-hamer-standard-silver-sparkle-with-emg-81-60-unic-explorer-guitar | ARMADILLOEDTX00014050 | ARMADILLOEDTX00014052 |
| DTX-2906 | https_www.ebay.com_itm_ESP-LTD-Explorer-Style-Body-Electric-Guitar-New-Old-Stock-NOS-REDUCED_352638044598_hash_item521add89b6_g_x3AAAOSwCjpcNSAK | ARMADILLOEDTX00014187 | ARMADILLOEDTX00014188 |

DEFENDANTS ARMADILLO DISTRIBUTION ENTERPRISES, INC. AND CONCORDIA INVESTMENT PARTNERS, LLC
TRIAL EXHIBIT INDEX

| DTX | Description | Beg Bates No. | End Bates No. |
|---|---|---|---|
| DTX-2913 | https_www.ebay.com_itm_Fernandes-BX-70-The-Function-Explorer-Type-Guitar-Black-Short-Scale_124142863589_hash_item1ce77dc4e5_g_7qYAAOSwIxNeief6 | ARMADILLOEDTX00014205 | ARMADILLOEDTX00014206 |
| DTX-2983 | www.ebay.com_itm_1985-HAMER-KK-DOWNING-FLYING-V-LEFTY-LEFT-HANDED_200941335973_hash=item2ec90975a5_g_uYsAAOxyiOxR3EEB | ARMADILLOEDTX00014445 | ARMADILLOEDTX00014447 |
| DTX-2989 | www.ebay.com_itm_Aria-XX-2-Electric-Guitar-Flying-V-type-unused_273804544188_hash=item3fc005c8bc_g_FJAAAOSwMUpcsPCj | ARMADILLOEDTX00014459 | ARMADILLOEDTX00014461 |
| DTX-3043 | www.ebay.com_itm_Super-Rare-GRECO-Flying-V-Made-in-Japan-In-1977-Used-But-Its-still-Good_223827818280_hash=item341d2d7728_g_uYQAAOSw9fZeDMOg | ARMADILLOEDTX00014618 | ARMADILLOEDTX00014621 |
| DTX-3056 | www.reverb.com_item_17438132-ibanez-flying-v-80s-x-series-with-oshc | ARMADILLOEDTX00014660 | ARMADILLOEDTX00014661 |
| DTX-3059 | www.reverb.com_item_18783199-edwards-by-esp-e-fv-100d-cherry-flying-v-type-electric-guitar-made-in-japan-z8038 | ARMADILLOEDTX00014667 | ARMADILLOEDTX00014668 |
| DTX-3089 | www.reverb.com_item_32711537-fernandes-the-function-bsv-60-flying-v-type-1980-s-japan-electric-guitar | ARMADILLOEDTX00014737 | ARMADILLOEDTX00014738 |
| DTX-3102 | www.reverb.com_item_33183556-hondo-flying-v-style-guitar-body-vintage-1980s-natural-5-piece | ARMADILLOEDTX00014769 | ARMADILLOEDTX00014770 |
| DTX-3115 | Website, Reverb, ESP Viper Sg 2005-2008 Camo; https_reverb.com_item_32046736-esp-viper-sg-2005-2008-camo | ARMADILLOEDTX00014805 | ARMADILLOEDTX00014807 |
| DTX-3116 | Website, Reverb, Ibanez SG 1990S White; https_reverb.com_item_32269070-ibanez-sg-1990s-white | ARMADILLOEDTX00014808 | ARMADILLOEDTX00014809 |
| DTX-3117 | Website, Reverb, Vintage USA American Guild JS, 1973 Natural SG 30 scale; https_reverb.com_item_32599502-vintage-usa-american-guild-js-i-1973-natural-sg-30-scale | ARMADILLOEDTX00014810 | ARMADILLOEDTX00014812 |
| DTX-3121 | Website, Reverb, Ibanez GIO Gax 70 SG Style Silver; https_reverb.com_item_32840990-ibanez-gio-gax-70-sg-style-silver | ARMADILLOEDTX00014822 | ARMADILLOEDTX00014824 |
| DTX-3140 | Website, ebay, Jay Turser SG Style JT55 Firemist Electric Guitar; https_www.ebay.com_itm_Jay-Turser-SG-Style-JT55-Firemist-Electric-Guitar_303453216012_hash_item46a7389d0c_g_jp0AAOSwmTdc~G7d | ARMADILLOEDTX00014895 | ARMADILLOEDTX00014904 |
| DTX-3160 | Website, ebay, NAVIGATOR by ESP N-SG-450 CUSTOM ORDER SG Type Electric Guitar with Hard Case; www.ebay.com_itm_NAVIGATOR-by-ESP-N-SG-450-CUSTOM-ORDER-SG-Type-Electric-Guitar-with-Hard-Case_163642733427_hash=item2619ddf373_g_URIAAOSw259cWmlO | ARMADILLOEDTX00014984 | ARMADILLOEDTX00014987 |
| DTX-3333 | Letter from Gibson to Armadillo Ex. A | ARMADILLOEDTX00017103 | ARMADILLOEDTX00017138 |
| DTX-3677 | Michael Schenker (video) | ARMADILLOEDTX00012299 | ARMADILLOEDTX00012299 |
| DTX-3684 | Dean Guitars USA Schenker Brothers Dean V (video) | ARMADILLOEDTX00012307 | ARMADILLOEDTX00012307 |
| DTX-3687 | Video Message from Dean Guitars CEO Elliott 'Dean' Rubinson (video) | ARMADILLOEDTX00012313 | ARMADILLOEDTX00012313 |
| DTX-3692 | Michael Schenker Group live at Dean Guitars NAMM JAM 2011! (video) | ARMADILLOEDTX00012318 | ARMADILLOEDTX00012318 |
| DTX-3781 | Def Leppard (video) | ARMADILLOEDTX00017628 | ARMADILLOEDTX00017628 |
| DTX-3782 | Doobie Brothers (video) | ARMADILLOEDTX00017633 | ARMADILLOEDTX00017633 |
| DTX-3783 | Heart (video) | ARMADILLOEDTX00017638 | ARMADILLOEDTX00017638 |
| DTX-3784 | Kansas (video) | ARMADILLOEDTX00017644 | ARMADILLOEDTX00017644 |
| DTX-3785 | Lenny Kravitz, NBA Promo. 2011 (video) | ARMADILLOEDTX00017649 | ARMADILLOEDTX00017649 |
| DTX-3790 | Sammy Hagar (video) | ARMADILLOEDTX00017678 | ARMADILLOEDTX00017678 |
| DTX-3792 | The Cars (video) | ARMADILLOEDTX00017686 | ARMADILLOEDTX00017686 |
| DTX-3794 | ZZ Top (video) | ARMADILLOEDTX00017698 | ARMADILLOEDTX00017698 |
| DTX-3891 | Certified Copy of Reg. 2,053,805 | | |
| DTX-3900 | FRE 1006 - Artist Social Media Posts | | |
| DTX-3902 | FRE 1006 - Music Videos | | |
| DTX-3909 | FRE 1006 Chart - Dean/Luna Advertisements | | |
| DTX-3910 | FRE 1006 Chart - Dean Guitars at NAMM 1997-2018 | | |
| DTX-3963 | Guild S-100 KWM2100147 Cherry Red Physical Guitar | | |
| DTX-5001 | Certified copy of U.S. Design Patent D181,865 entitled "Stringed Musical Instrument" | ARMADILLOEDTX1000001 | ARMADILLOEDTX1000002 |
| DTX-5002 | Certified copy of U.S. Design Patent D181,867 entitled "Stringed Musical Instrument" | ARMADILLOEDTX1000003 | ARMADILLOEDTX1000004 |
| DTX-5003 | Certified copy of U.S. Design Patent D405,459 entitled "Electric Guitar Body" | ARMADILLOEDTX1000005 | ARMADILLOEDTX1000010 |
| DTX-5004 | Certified copy of U.S. Design Patent D390,250 entitled "Guitar" | ARMADILLOEDTX1000011 | ARMADILLOEDTX1000013 |