# GEORGE GRUHN EXPERT REPORT EXHIBIT 0115



DEFENDANTS' TRIAL EXHIBIT
**0441**
C.A. 4:19-cv-00358-ALM



Exhibit 6

JHS006281

ARMADILLOEDTX00000289

DTX-0441 Page 15 of 16



Exhibit 6

JHS006282

ARMADILLOEDTX00000290

DTX-0441 Page 16 of 16