# GEORGE GRUHN EXPERT REPORT EXHIBIT 1051

DEFENDANTS' TRIAL EXHIBIT
**1377**
C.A. 4:19-cv-00358-ALM





# Chieftain Deluxe

## Style, class and character.

The Chieftain Deluxe is the embodiment of quality. We utilize 4 master shops when building the Chieftain and the result is a semi-hollow that punches above its weight class. From the craftsmanship to hardware, every part of this guitar is dripping with style.

LEARN MORE



https://sublimeguitars.com/chieftain-deluxe/[2/28/2020 3:52:27 PM]

Cheiftain Deluxe - Sublime Guitars



## Eureka!

The Cheiftain Deluxe's gold accents put this semi-hollow in a class of its own. Whether you pair them with wine, black or white finish, the custom hardware on this guitar will be sure to draw a crowd.



## The key to great tone.

This ain't your grandpa's semi-hollow. The Cheiftain Deluxe comes with two Porter designed Gatekeeper H90 pickups. The H90s will give you the look of a traditional humbucker but with the tone of a P90, to ensure this semi-hollow cuts through any mix.



https://sublimeguitars.com/chieftain-deluxe/[2/28/2020 3:52:27 PM]

Cheiftain Deluxe - Sublime Guitars



https://sublimeguitars.com/chieftain-deluxe/[2/28/2020 3:52:27 PM]

