| Ways Have Shopped or Would Consider Shopping for Electric Guitar | | |
|---|---|---|
| N=1,390 | N | % |
| Online only | 73 | 5.3% |
| In a store only | 238 | 17.1% |
| Both online or in a store | 1079 | 77.6% |

DEFENDANTS' TRIAL EXHIBIT **1466** C.A. 4:19-cv-00358-ALM