# United States District Court

### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| GIBSON, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:19-cv-358 |
| ARMADILLO DISTRIBUTION | § | Judge Mazzant |
| ENTERPRISES, INC. and CONCORDIA | § | |
| INVESTMENT PARTNERS, LCC, | § | |
| | § | |
| *Defendants.* | § | |

## FINAL JUDGMENT

On March 7, 2025, this action was tried before a jury and the Court. On March 21, 2025, the jury reached and returned its unanimous verdict (Dkt. #754). Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the jury's unanimous verdict, and the Memorandum Opinion and Order entered today, the Court enters judgment. It is therefore **ORDERED, ADJUDGED, AND DECREED** that:

1. Defendant Armadillo Distribution Enterprises, Inc. ("Armadillo") has manufactured, advertised, and sold product in the United States that infringe on the following trademarks Plaintiff Gibson, Inc. ("Gibson") validly owns: (a) the SG Body Shape Design® (U.S. Reg. No. 2215791); (b) the HUMMINGBIRD® wordmark (U.S. Reg. No. 1931670); (c) the Flying V Body Shape Design® (U.S. Reg. No. 2051790); (d) the Explorer Body Shape Design® (U.S. Reg. No. 2053805); and (e) the FLYING V® wordmark (U.S. Reg. No. 1216644);

2. Armadillo has not manufactured, advertised, and sold product in the United States that infringe on Gibson's ES Body Shape (U.S. Reg. No. 2007277) and the Dove Wing Headstock (U.S. Reg. No. 1020485);

3. Armadillo sold or marketed a counterfeit of the following, validly owned trademarks: (a) the SG Body Shape Design® (U.S. Reg. No. 2215791); (b) the HUMMINGBIRD® wordmark (U.S. Reg. No. 1931670); (c) the Flying V Body Shape Design® (U.S. Reg. No. 2051790); (d) the Explorer Body Shape Design® (U.S. Reg. No. 2053805); and (e) the FLYING V® wordmark (U.S. Reg. No. 1216644);

4.  Armadillo did not sell or manufacture a counterfeit of the Gibson's ES Body Shape (U.S. Reg. No. 2007277) and the Dove Wing Headstock (U.S. Reg. No. 1020485);

5.  Armadillo's infringement and counterfeiting of the (a) the SG Body Shape Design® (U.S. Reg. No. 2215791); (b) the HUMMINGBIRD® wordmark (U.S. Reg. No. 1931670); (c) the Flying V Body Shape Design® (U.S. Reg. No. 2051790); (d) the Explorer Body Shape Design® (U.S. Reg. No. 2053805); and (e) the FLYING V® wordmark (U.S. Reg. No. 1216644) was intentional;

6.  Armadillo's infringement and counterfeiting of the (a) the SG Body Shape Design® (U.S. Reg. No. 2215791); (b) the HUMMINGBIRD® wordmark (U.S. Reg. No. 1931670); (c) the Flying V Body Shape Design® (U.S. Reg. No. 2051790); (d) the Explorer Body Shape Design® (U.S. Reg. No. 2053805); and (e) the FLYING V® wordmark (U.S. Reg. No. 1216644) was **not** willful;

7.  Defendant Concordia Investment Partners, LLC ("Concordia") did not contribute to Armadillo's conduct in infringing and counterfeiting Gibson's Trademarks;

8.  Gibson delayed without excuse in asserting its trademark rights in the (a) the SG Body Shape Design® (U.S. Reg. No. 2215791); (b) the HUMMINGBIRD® wordmark (U.S. Reg. No. 1931670); (c) the Flying V Body Shape Design® (U.S. Reg. No. 2051790); (d) the Explorer Body Shape Design® (U.S. Reg. No. 2053805); and (e) the FLYING V® wordmark (U.S. Reg. No. 1216644);

9.  Armadillo had unclean hands in connection with its use of the (a) the SG Body Shape Design® (U.S. Reg. No. 2215791); (b) the HUMMINGBIRD® wordmark (U.S. Reg. No. 1931670); (c) the Flying V Body Shape Design® (U.S. Reg. No. 2051790); (d) the Explorer Body Shape Design® (U.S. Reg. No. 2053805); and (e) the FLYING V® wordmark (U.S. Reg. No. 1216644), and consequently, is barred from asserting the affirmative defense of laches;

10. Gibson's SG Body Shape Design® (U.S. Reg. No. 2215791), Flying V Body Shape Design® (U.S. Reg. No. 2051790); and Gibson's Explorer Body Shape Design® (U.S. Reg. No. 2053805) are not generic as that term is used in the Lanham Act;

11. Gibson's ES Body Shape Deign® (U.S. Reg. No. 2007277) is generic as the term is used in the Lanham Act;

12. Gibson was justified in tortiously interfering with the prospective business relationships of Armadillo.

13. Gibson is the prevailing party in this action.

It is further **ORDERED** that Armadillo is **PERMANENTLY ENJOINED** from the manufacture, advertisement and/or sale of its (1) Gran Sport guitar or any similar product that

infringes on Gibson's SG Body Shape Design® (U.S. Reg. No. 2215791); (2) guitars bearing, using or advertised with the use of the word Hummingbird; (3) Dean V guitar or any similar product that infringes on Gibson's Flying V Body Shape Design® (U.S. Reg. No. 2051790); (4) Dean Z guitar or any similar product that infringes on Gibson's Explorer Body Shape Design® (U.S. Reg. No. 2053805); and (5) guitars bearing, using or advertised with the use of the word Flying V (U.S. Reg. No. 1216644).

It is further **ORDERED** that within thirty (30) days of the entry of this judgment, Armadillo must pay Gibson a total of $168,399.22 as disgorgement of Armadillo's profits.

The Director of the United States Patent & Trademark Office is hereby **ORDERED** to cancel U.S. Reg. No. 2007277 because the ES Body Shape is generic.

It is further **ORDERED** that all costs of court spent or incurred in this cause are adjudged against Armadillo.

The Court **RETAINS** jurisdiction over the parties to enforce any and all aspects of this judgment. Finally, this judgment is entered, subject to and without waiving, any post-trial issues that may be raised in post-trial motion by any party, including requests for attorneys' fees as well as pre-judgment and post-judgment interest as allowed by law.

All relief not previously granted is hereby **DENIED.**

**IT IS SO ORDERED.**

 **SIGNED this 22nd day of September, 2025.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

3