AO 120 (Rev. 08/10)

| TO: | **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court      Eastern District of Texas      on the following

☑ Trademarks or    ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>4:19-cv-358 | DATE FILED<br>5/14/2019 | U.S. DISTRICT COURT<br>Eastern District of Texas |
|---|---|---|
| PLAINTIFF<br><br>GIBSON BRANDS, INC., a Delaware corporation | | DEFENDANT<br>ARMADILLO DISTRIBUTION ENTERPRISES, INC., a<br>Florida corporation, and DOES 1 through 10, |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 2051790 | 4/15/1997 | Gibson Brands, Inc. |
| 2 2053805 | 4/22/1997 | Gibson Brands, Inc. |
| 3 2007277 | 10/8/1996 | Gibson Brands, Inc. |
| 4 1931670 | 10/31/1995 | Gibson Brands, Inc. |
| 5 3588609 | 3/10/2009 | Gibson Brands, Inc. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY | | | |
|---|---|---|---|---|
| | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | | |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

MEMORANDUM OPINION AND ORDER. It is therefore ORDERED that: 1. Plaintiff Gibson, Inc.'s Proposed Judgment and Brief in Support of Relief Requested (Dkt. 794 ) is hereby GRANTED in part and DENIED in part. 2. Defendants' Motion for Entry of Final Judgment (Dkt. 795 ) is hereby GRANTED in part and DENIED in part. 3. Defendants' Amended Motion to Strike Exhibits B and C to Gibson's Motion for Judgment and Portions of Gibson's Brief Relying on Evidence Not Part of the Trial Record (Dkt. 801 ) is hereby GRANTED in part and DENIED in part. Signed by Chief District Judge Amos L Mazzant on 9/22/2025. (baf)

In the above— entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK<br><br>David A. O'Toole | (BY) DEPUTY CLERK<br>Becca Ferrill | DATE<br>9/22/2025 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Director     Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director     Copy 4—Case file copy