IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GIBSON, INC., a Delaware corporation, | ) |
| | ) |
| Plaintiff/Counterclaim-Defendant, | ) Case No. 4:19-cv-00358-ALM |
| vs. | ) |
| ARMADILLO DISTRIBUTION ENTERPRISES, INC.; CONCORDIA INVESTMENT PARTNERS, LLC, | ) |
| Defendant/Counterclaim-Plaintiff | ) |
| DOES 1 through 10, | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Gibson, Inc. hereby appeals to the United States Court of Appeals for the Fifth Circuit from (1) the Final Judgment (Docket # 813) entered on September 22, 2025, and (2) the Memorandum Opinion and Order (Docket # 812) entered on September 22, 2025.

Plaintiff Gibson, Inc. hereby also gives further notice that it reserves the right to timely amend this notice pursuant to Fed. R. Civ. P. 4(a)(4)(B)(ii) upon the entry of the last order disposing of the motions identified in Fed. R. Civ. P. 4(a)(4)(A).

Respectfully submitted this 22nd day of October 2025.

/s/ *Andrea E. Bates*
Andrea E. Bates
*Pro Hac Vice*
Kurt Schuettinger
*Pro Hac Vice*
Johnathan M. Bates
*Pro Hac Vice*
Bates & Bates, LLC

        1890 Marietta Boulevard NW
        Atlanta, Georgia 30318
        Telephone: (404) 228-7439
        Facsimile: (404) 963-6231
        abates@bates-bates.com
        kschuettinger@bates-bates.com

        Stephen D. Howen
        State Bar No. 10117800
        Law Office of Steve Howen
        7111 Bosque Blvd., Suite 305
        Waco, TX 76710
        Telephone: (254) 826-6526
        Facsimile: (254) 822-4926
        steve@stevehowenlegal.com

        Attorneys for Plaintiff
        GIBSON, INC.

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via this Court's CM/ECF electronic filing system on October 22, 2025.

*/s/ Andrea E. Bates*
Andrea E. Bates
