# Bates & Bates
INTELLECTUAL PROPERTY LAW

October 10, 2025

**VIA UPS**

Honorable Judge Amos L. Mazzant, III
Paul Brown United States Courthouse
101 East Pecan Street
Sherman, TX 75090

Dear Judge Mazzant:

        Re:    <u>Gibson, Inc. v Armadillo Distribution Enterprises, Inc.</u>,
                 Case No. 4:19-cv-00358-ALM

Enclosed please find a USB drive containing native versions of:

Exhibits (1A, 1B, 1C, 2A) to Gibson, Inc.'s Rule 54 Application for Attorneys' Fees and Costs.

Should you have any questions, please do not hesitate to contact me either by email at rberkowitz@bates-bates.com or by phone at 404-228-7439.

Thank you for your assistance with this matter.

Sincerely,

Rachel Berkowitz
Paralegal

**ATLANTA** | 1890 Marietta Boulevard NW, Atlanta, GA 30318
404.228.7439 | www.bates-bates.com
CALIFORNIA | WASHINGTON | IOWA | HAWAII | FLORIDA | LONDON | JOHANNESBURG