IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GIBSON, INC., a Delaware corporation, | ) |
| | ) |
| Plaintiff/Counterclaim-Defendant, | ) Case No. 4:19-cv-00358-ALM |
| vs. | ) |
| ARMADILLO DISTRIBUTION ENTERPRISES, INC.; CONCORDIA INVESTMENT PARTNERS, LLC, | ) |
| Defendant/Counterclaim-Plaintiff | ) |
| DOES 1 through 10, | ) |
| Defendants. | ) |

**ORDER GRANTING JOINT AGREED MOTION REGARDING
POST-JUDGMENT BRIEFING SCHEDULE**

Now before the Court is the Parties' Joint Agreed Motion Regarding Post-Judgment Briefing Schedule (Dkt. #829). Having considered the motion, the Court finds that it should be GRANTED.

IT IS THEREFORE ORDERED that the Parties' Joint Agreed Motion Regarding Post-Judgment Briefing Schedule is hereby GRANTED.

It is further ORDERED that with regard to the following pending motions, the Parties shall file responses in opposition no later than November 12, 2025, and replies in support no later than December 8, 2025. Sur-replies shall only be filed with leave of Court for good cause shown.

| | | |
|---|---|---|
| 10/10/2025 | Dkt. No. 819 | Gibson's Rule 54 Motion for Attorneys' Fees and Costs |
| 10/14/2025 | Dkt. No. 820 | Gibson's Rule 50 Motion for Judgment as a Matter of Law |
| 10/20/2025 | Dkt. No. 827 | Gibson's Rule 59 Motion for New Trial, or in the Alternative, Amend or Alter Judgment |
| 10/20/2025 | Dkt. No. 826 | Defendants' Renewed Motion for Judgment as a Matter of Law, to Amend or Alter the Judgment, or For a New Trial Under Rules 50(b) and 59(a, e) of the Federal Rules of Civil Procedure |

**IT IS SO ORDERED.**

**SIGNED this 27th day of October, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE